# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-0057 *** |
| NEXUS MEDICAL, LLC, | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which defendant Nexus Medical, LLC shall answer, move, or otherwise respond to plaintiff's complaint is extended to and including March 22, 2007.

___/s/ Jack B. Blumenfeld_____
Jack B. Blumenfeld #1014
Maryellen Noreika #3208
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*
*Venetec International, Inc.*

___/s/ Richard K. Herrmann_____
Richard K. Herrmann #405
Mary B. Matterer # 2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Defendant*
*Nexus Medical, LLC*

**SO ORDERED** this ____ day of _____, 2007.

_____
United States District Judge