IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-57 (***) |
| | ) |
| NEXUS MEDICAL, LLC | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David Farnum of Latham &Watkins, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004-1304, to represent Plaintiff Venetec International, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
   Attorneys for Plaintiff

Dated: March 16, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of is granted.

Dated: _____   _____
                                             United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: March 14, 2007

David Farnum
Latham & Watkins
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004-1304
(202) 637-2200

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on March 16, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard Herrmann, Esquire
>MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

I also certify that copies were caused to be served on March 16, 2007 upon the following in the manner indicated:

### BY HAND

>Richard Herrmann, Esquire
>Morris, James, Hitchens & Williams
>500 Delaware Avenue
>Suite 1500
>Wilmington, DE 19801

>*/s/Jack B. Blumenfeld*
>Jack B. Blumenfeld (I.D. No. 1014)
>jblumenfeld@mnat.com