IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC.,<br><br>             Plaintiff,<br><br>v.<br><br>NEXUS MEDICAL, LLC,<br><br>             Defendant. | Civil Action No. 07-CV-0057 *** |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Scott R. Brown, Esquire and Jennifer C. Bailey, Esquire of the law firm of Hovey Williams LLP to represent Defendant Nexus Medical, LLC in this matter.

Dated:  March 26, 2007

         */s/ Richard K. Herrmann*
Richard K. Herrmann #405
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
T:  (302) 888-6800
F:  (302) 571-1750
rherrmann@morrisjames.com

*Attorneys for Defendant and*
*Counterclaimant*
*Nexus Medical, LLC*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____            _____
                                                               United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Missouri (#51733) and California (#151635) and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 01/01/2005, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Scott R. Brown
HOVEY WILLIAMS LLP
2405 Grand Boulevard, Suite 400
Kansas City, Missouri 64108
T: 816-474-9050
F: 816-474-9057

Date: March 22, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Missouri (#53574) and Tennessee (#021373) and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 01/01/2005, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office, upon the filing of this motion.

*Jennifer C. Bailey*
Jennifer C. Bailey
HOVEY WILLIAMS LLP
2405 Grand Boulevard, Suite 400
Kansas City, Missouri 64108
T: 816-474-9050
F: 816-474-9057

Date: 3/22/07

2