IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-57 (***) |
| | ) | |
| NEXUS MEDICAL, LLC | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| Defendant. | ) | |

### VENETEC INTERNATIONAL, INC.'S
### REPLY TO NEXUS MEDICAL, LLC'S COUNTERCLAIM

Plaintiff Venetec International, Inc. ("Venetec") files this Reply to Defendant Nexus Medical, LLC's ("Nexus") Counterclaim, filed March 22, 2007, and states as follows:

### PARTIES

1.  Venetec admits the allegations of Paragraph 1 of the Counterclaim.

2.  Venetec admits the allegations of Paragraph 2 of the Counterclaim, except that it denies that the zip code for San Diego, California is 66215.

### JURISDICTION AND VENUE

3.  Venetec admits that Paragraph 3 of the Counterclaim identifies the statute on which Defendant's Counterclaim is based. To the extent that any further response is required, Venetec denies that Nexus is entitled to any declaratory relief and denies that the patents-in-suit are not infringed or are invalid, void, or unenforceable.

4.  Venetec admits the allegations of Paragraph 4 of the Counterclaim.

5.  Venetec admits the allegations of Paragraph 5 of the Counterclaim.

## ANSWER TO COUNTERCLAIM

6. Venetec incorporates by reference Paragraphs 1-5 of this Reply in response to Paragraph 6 of the Counterclaim.

7. Venetec admits the allegations of Paragraph 7 of the Counterclaim.

8. Venetec admits the allegations of Paragraph 8 of the Counterclaim.

9. Venetec admits that it commenced an action for infringement of the patents-in-suit and admits that there is a substantial, justiciable, and continuing controversy between the parties with respect to Nexus's infringement of the patents-in-suit, and the validity of the patents-in-suit. Venetec denies the remaining allegations of Paragraph 9 of the Counterclaim.

10. Venetec denies the allegations of Paragraph 10 of the Counterclaim.

11. Venetec denies the allegations of Paragraph 11 of the Counterclaim.

12. Venetec lacks sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 12 of the Counterclaim, and therefore denies them.

13. Venetec denies that Nexus is entitled to any declaratory relief and denies that the patents-in-suit are invalid, void, or unenforceable or not infringed.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Venetec respectfully requests that this Court enter judgment against Defendant Nexus, granting the following relief:

A. An order dismissing Defendant Nexus's Counterclaim with prejudice;

B. An award to Venetec of attorneys' fees and costs for defending against the Counterclaim; and

C. An award of such other and further relief as this Court deems just and proper.

                           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                           */s/ Jack B. Blumenfeld*

                           _____
                           Jack B. Blumenfeld (#1014)
                           Maryellen Noreika (#3208)
                           1201 N. Market Street
                           P.O. Box 1347
                           Wilmington, DE 19899-1347
                           (302) 658-9200
                           Attorneys for Plaintiff

*Of Counsel*:

Steven C. Cherny
Hassen A. Sayeed
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Maximilian A. Grant
David M. Farnum
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004
(202) 637-2200

Dated: April 11, 2007

                                         3

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on April 11, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Richard Herrmann, Esquire
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

I also certify that copies were caused to be served on April 11, 2007 upon the following in the manner indicated:

**BY HAND DELIVERY**

Richard K. Herrmann, Esquire
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801-1494

**BY FEDERAL EXPRESS**

Scott R. Brown, Esquire
Andrew G. Columbo, Esquire
HOVEY WILLIAMS LLP
2405 Grand Boulevard, Suite 400
Kansas City, MO 64108

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com