IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-57 (***) |
| | ) | |
| NEXUS MEDICAL, LLC | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Venetec International Inc.'s First Set of Interrogatories to Defendant Nexus Medical, LLC* were caused to be served on April 16, 2007 upon the following in the manner indicated:

Richard Herrmann, Esquire                                       *VIA ELECTRONIC MAIL*
Mary Matterer, Esquire                                                 *and HAND DELIVERY*
Morris, James, Hitchens & Williams
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Scott R. Brown, Esquire                                           *VIA ELECTRONIC MAIL*
Jennifer C. Bailey, Esquire                                       *and FEDERAL EXPRESS*
Hovey Williams LLP
2405 Grand Boulevard
Suite 400
Kansas City, MO 64108

                                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                          */s/ Maryellen Noreika*
                                                          Jack B. Blumenfeld (#1014)
                                                          Maryellen Noreika (#3208)
                                                          1201 N. Market Street
                                                          P.O. Box 1347
                                                          Wilmington, DE 19899-1347
                                                          (302) 658-9200

                                                          *Attorneys for Plaintiff*

*Of Counsel*:

Steven C. Cherny
Hassen A. Sayeed
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Maximilian A. Grant
David M. Farnum
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004
(202) 637-2200

April 16, 2007

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard Herrmann, Esquire
> Mary Matterer, Esquire
> MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

I also certify that copies were caused to be served on April 16, 2007 upon the following in the manner indicated:

**BY ELECTRONIC MAIL
and HAND DELIVERY**

Richard Herrmann, Esquire
Mary Matterer, Esquire
Morris, James, Hitchens & Williams
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

**BY ELECTRONIC MAIL
and FEDERAL EXPRESS**

Scott R. Brown, Esquire
Jennifer C. Bailey, Esquire
Hovey Williams LLP
2405 Grand Boulevard
Suite 400
Kansas City, MO 64108

/s/Maryellen Noreika
Maryellen Noreika (I.D. No. 3208)
mnoreiak@mnat.com