IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-57 (***) |
| | ) |
| NEXUS MEDICAL, LLC | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Venetec International Inc.'s First Set of Requests for Production of Documents and Things to Defendant Nexus Medical, LLC* were caused to be served on April 16, 2007 upon the following in the manner indicated:

Richard Herrmann, Esquire  
Mary Matterer, Esquire  
Morris, James, Hitchens & Williams  
500 Delaware Avenue  
Suite 1500  
Wilmington, DE 19801  

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

Scott R. Brown, Esquire  
Jennifer C. Bailey, Esquire  
Hovey Williams LLP  
2405 Grand Boulevard  
Suite 400  
Kansas City, MO 64108  

*VIA ELECTRONIC MAIL*  
*and FEDERAL EXPRESS*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*  
Jack B. Blumenfeld (#1014)  
Maryellen Noreika (#3208)  
1201 N. Market Street  
P.O. Box 1347  
Wilmington, DE 19899-1347  
(302) 658-9200  

*Attorneys for Plaintiff*

*Of Counsel*:

Steven C. Cherny
Hassen A. Sayeed
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Maximilian A. Grant
David M. Farnum
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004
(202) 637-2200

April 16, 2007

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard Herrmann, Esquire
> Mary Matterer, Esquire
> MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

I also certify that copies were caused to be served on April 16, 2007 upon the following in the manner indicated:

> **BY ELECTRONIC MAIL**
> **and HAND DELIVERY**
>
> Richard Herrmann, Esquire
> Mary Matterer, Esquire
> Morris, James, Hitchens & Williams
> 500 Delaware Avenue
> Suite 1500
> Wilmington, DE 19801
>
> **BY ELECTRONIC MAIL**
> **and FEDERAL EXPRESS**
>
> Scott R. Brown, Esquire
> Jennifer C. Bailey, Esquire
> Hovey Williams LLP
> 2405 Grand Boulevard
> Suite 400
> Kansas City, MO 64108

>> /s/ Maryellen Noreika
>> Maryellen Noreika (I.D. No. 3208)
>> mnoreiak@mnat.com