# Morris James LLP

Mary B. Matterer
302.888.6960
mmatterer@morrisjames.com

April 20, 2007

**VIA E-FILING AND HAND DELIVERY**

The Honorable Mary Pat Thynge
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    *Venetec International, Inc. v. Nexus Medical, LLC*
             Civil Action No. 07-57-***

Your Honor:

    Please be advised that pursuant to the Court's Order dated March 23, 2007, Scott Brown and Jennifer Bailey from Hovey Williams LLP will be participating with me in the teleconference on April 26, 2007 at 9:30 a.m., on behalf of Defendant Nexus Medical, LLC.

                                Respectfully,

                                  Mary B. Matterer

MBM/prt

cc:    Clerk of the Court (via e-filing)
        Jack B. Blumenfeld, Esquire (via e-filing)