IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>NEXUS MEDICAL, LLC )<br>)<br>  Defendant. )<br>)<br>_____ ) | C.A. No.: 07-CV-0057 *** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents, (1) *Nexus Medical, LLC's First Set of Requests for Production of Documents and Things to Venetec International, Inc.* and (2) *Nexus Medical, LLC's First Set of Interrogatories to Venetec International, Inc.*, were caused to be served upon the attorneys listed below as indicated:

Jack B. Blumenfeld (#1014)                         *VIA U.S. MAIL on 4/24/2007*
Maryellen Noreika (#3208)                          *and VIA HAND DELIVERY*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP       *on 4/25/2007*
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Steven C. Cherny                                   *VIA U.S. MAIL on 4/24/2007*
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Maximilian A. Grant                                *VIA U.S. MAIL on 4/24/2007*
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004

/s/ Mary Matterer
Richard K. Herrmann #405
Mary B. Matterer #2696
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
mmatterer@morrisjames.com

*ATTORNEY FOR DEFENDANT AND
COUNTERCLAIM-PLAINTIFF
NEXUS MEDICAL, LLC*