IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEXUS MEDICAL, LLC ) <br> ) <br> Defendant. ) <br> _____ ) | C.A. No.: 07-CV-0057 *** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **INITIAL DISCLOSURES OF NEXUS MEDICAL, LLC**, were caused to be served upon the attorneys listed below as indicated this 4th day of May, 2007:

Jack B. Blumenfeld (#1014)                          *VIA U.S. MAIL, EMAIL*
Maryellen Noreika (#3208)                           *and HAND DELIVERY*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Steven C. Cherny                                    *VIA U.S. MAIL, EMAIL*
LATHAM & WATKINS LLP                                *and FEDERAL EXPRESS*
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Maximilian A. Grant                                 *VIA U.S. MAIL, EMAIL*
LATHAM & WATKINS LLP                                *and FEDERAL EXPRESS*
555 Eleventh Street, Suite 1000
Washington, DC 20004

/s/ Mary Matterer
Richard K. Herrmann #405
Mary B. Matterer #2696
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
mmatterer@morrisjames.com

*ATTORNEYS FOR DEFENDANT AND*
*COUNTERCLAIM-PLAINTIFF*
*NEXUS MEDICAL, LLC*

2