# Morris James LLP

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

May 11, 2007

**VIA EFILING AND HAND DELIVERY**
The Honorable Mary Pat Thynge
USDC for the District of Delaware
844 King Street
Wilmington, DE 19801

        Re:   *Venetec International, Inc. v. Nexus Medical, LLC*, C.A. No. 07-057 \*\*\*

Your Honor:

      On April 27, 2007 in the Scheduling Order in this matter, Your Honor directed the parties to file a proposed Protective Order with the Court. The parties have been working diligently on resolving remaining issues in this regard and jointly request an extension until May 18.

      Respectfully,

      */s/ Richard K. Herrmann*

      Richard K. Herrmann, I.D. No. 405
      *rherrmann@morrisjames.com*

RKH/sch

cc:   Maryellen Noreika, Esq. (via email and hand delivery)
      Steven C. Cherny, Esq. (via email)
      Maximilian A. Grant, Esq. (via email)