IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.: 07-0057 *** |
| NEXUS MEDICAL, LLC | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which the parties shall file a proposed Protective Order is extended to and including May 18, 2007.


___/s/ Maryellen Noreika_____
Jack B. Blumenfeld #1014
Maryellen Noreika #3208
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*
*Venetec International, Inc.*

___/s/ Richard K. Herrmann_____
Richard K. Herrmann #405
Mary B. Matterer # 2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Defendant*
*Nexus Medical, LLC*


**SO ORDERED** this ____ day of May, 2007.

_____
United States District Judge