IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-0057 *** |
| | ) |
| NEXUS MEDICAL, LLC, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which defendant Nexus Medical, LLC shall respond to Plaintiff's First Set of Requests for Production of Documents and Things and First Set of Interrogatories is extended to and including May 30, 2007. Additionally, the time by which plaintiff Venetec International, Inc. shall respond to Defendant's First Set of Requests for Production of Documents and Things and First Set of Interrogatories is extended to and including June 7, 2007.

| | |
|---|---|
| ___/s/ Maryellen Noreika___ | ___/s/ Richard K. Herrmann___ |
| Jack B. Blumenfeld #1014 | Richard K. Herrmann #405 |
| Maryellen Noreika #3208 | Mary B. Matterer # 2696 |
| MORRIS, NICHOLS, ARSHT & TUNNELL, LLP | MORRIS JAMES LLP |
| 1201 North Market Street | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 1347 | Wilmington, DE 19801-1494 |
| Wilmington, DE 19899-1347 | (302) 888-6800 |
| (302) 658-9200 | rherrmann@morrisjames.com |
| jblumenfeld@mnat.com | mmatterer@morrisjames.com |
| mnoreika@mnat.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Nexus Medical, LLC* |
| *Venetec International, Inc.* | |

2

**SO ORDERED** this _____ day of _____, 2007.

                                                        _____
                                                        United States District Judge