IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEXUS MEDICAL, LLC )<br>)<br>Defendant. )<br>) | C.A. No.: 07-CV-0057 *** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents, **Nexus Medical, LLC's Objections and Responses to Venetec International, Inc.'s First Set of Interrogatories and Nexus Medical, LLC's Objections and Responses to Venetec International, Inc.'s First Set of Requests For Production of Documents and Things** were caused to be served upon the attorneys listed below as indicated:

| | |
|---|---|
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>PO Box 1347<br>Wilmington, DE 19899-1347 | *VIA U.S. MAIL (5-30-07)*<br>*EMAIL and BY HAND (5-31-07)* |
| Steven C. Cherny<br>LATHAM & WATKINS LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834 | *VIA U.S. MAIL (5-30-07)*<br>*EMAIL and FEDEX (5-31-07)* |
| Maximilian A. Grant<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, Suite 1000<br>Washington, DC 20004 | *VIA U.S. MAIL, (5-30-07)*<br>EMAIL and *FEDEX (5-31-07)* |

2

May 31, 2007                              /s/ Mary B. Matterer
                                                    Richard K. Herrmann #405
Mary B. Matterer #2696
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
mmatterer@morrisjames.com

*ATTORNEYS FOR DEFENDANT AND*
*COUNTERCLAIM-PLAINTIFF*
*NEXUS MEDICAL, LLC*