IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-57 (***) |
| | ) | |
| NEXUS MEDICAL, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) Plaintiff Venetec International, Inc.'s Objections and Responses to Nexus Medical, LLC's First Set of Requests for Production of Documents and Things; and 2) Plaintiff Venetec International, Inc.'s Objections and Responses to Defendant Nexus Medical, LLC's First Set of Interrogatories were caused to be served on June 7, 2007 upon the following in the manner indicated:

Richard Herrmann, Esquire                                                                    *VIA ELECTRONIC MAIL*
Mary Matterer, Esquire                                                                          *and HAND DELIVERY*
Morris James
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Scott R. Brown, Esquire                                                                       *VIA ELECTRONIC MAIL*
Jennifer C. Bailey, Esquire                                                                    *and FEDERAL EXPRESS*
Hovey Williams LLP
2405 Grand Boulevard, Suite 400
Kansas City, MO  64108

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika (#3208)*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  *Attorneys for Plaintiff*

*Of Counsel*:

Steven C. Cherny
Hassen A. Sayeed
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

Maximilian A. Grant
David M. Farnum
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC  20004
(202) 637-2200

June 7, 2007
853068

**CERTIFICATE OF SERVICE**

I, Maryellen Noreika, hereby certify that on June 7, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard Herrmann, Esquire
> Mary Matterer, Esquire
> MORRIS JAMES

I also certify that copies were caused to be served on June 7, 2007 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**
**AND HAND DELIVERY**

Richard Herrmann, Esquire
Mary Matterer, Esquire
Morris, James, Hitchens & Williams
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

**BY ELECTRONIC MAIL**
**AND FEDERAL EXPRESS**

Scott R. Brown, Esquire
Jennifer C. Bailey, Esquire
Hovey Williams LLP
2405 Grand Boulevard
Suite 400
Kansas City, MO  64108

*/s/ Maryellen Noreika (#3208)*
Maryellen Noreika (I.D. No. 3208)
mnoreika@mnat.com