IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEXUS MEDICAL, LLC )<br>)<br>Defendant. )<br>)<br>_____ ) | C.A. No.: 07-CV-0057 *** |

### DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Nexus Medical, LLC states that it does not have a parent company and that there is no publicly held corporation that owns 10% or more of its stock.

Date:   June 19, 2007

/s/ Mary Matterer
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
Telephone: 302-888-6800
Facsimile:  302-571-1750
mmatterer@morrisjames.com

*ATTORNEYS FOR DEFENDANT
AND COUNTERCLAIM-PLAINTIFF
NEXUS MEDICAL, LLC*