IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC.   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | Civil Action No. 07-57-*** |
| v.   ) | |
| ) | |
| NEXUS MEDICAL, LLC   ) | |
| ) | |
| Defendant.   ) | |

### REVISED NOTICE OF DEPOSITION OF BRANT BRANDNEYER

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiff Venetec International, Inc. will take the deposition of Brant Brandneyer by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 9:00 am on July 19, 2007, at the offices of Young, Bogle, McCausland, Wells and Blanchard, P.A., 106 West Douglas Avenue, Suite 923, Wichita, Kansas 67202, or another mutually agreeable time and place. The deposition will be held before a Notary Public or other person authorized by law to administer oaths. The deposition will continue day to day until completed.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika (#3208)*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200

*Attorneys for Plaintiff*

OF COUNSEL:

Steven C. Cherny
Hassen A. Sayeed
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

Maximilian A. Grant
David M. Farnum
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC  20004
(202) 637-2200

June 20, 2007
866491

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on June 20, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard Hermann, Esq.
>Mary Matterer, Esq.
>MORRIS JAMES

I also certify that copies were caused to be served on June 20, 2007 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**
**and HAND DELIVERY:**

Richard Hermann, Esquire
Mary Matterer, Esquire
Morris, James, Hitchens & Williams
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

**BY ELECTRONIC MAIL:**

Scott R. Brown, Esquire
Jennifer C. Bailey, Esquire
Hovey Williams LLP
2405 Grand Boulevard
Suite 400
Kansas City, MO  64108


*/s/ Maryellen Noreika (#3208)*
_____
Maryellen Noreika (I.D. # 3208)
mnoreika@mnat.com