## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No.: 07-CV-0057 *** |
| NEXUS MEDICAL, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

### NEXUS MEDICAL LLC'S MOTION TO STAY ALL PROCEEDINGS PENDING REEXAMINATION OF U.S. PATENT NO. 6,447,485 BY THE UNITED STATES PATENT AND TRADEMARK OFFICE

Nexus Medical LLC hereby moves this Court to stay all proceedings in the above-captioned litigation pending reexamination of U.S. Patent No. 6,447,485 by the United States Patent and Trademark Office. Defendant filed its Request for Reexamination on June 25, 2007.

A memorandum in support of this motion is being filed concurrently herewith.

Date:  June 25, 2007        /s/ Mary B. Matterer         
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
Telephone:  302-888-6800
Facsimile:   302-571-1750
mmatterer@morrisjames.com

Of Counsel:
Scott R. Brown  (Admitted *Pro Hac Vice*)
Jennifer C. Bailey  (Admitted *Pro Hac Vice*)
HOVEY WILLIAMS LLP
2405 Grand Boulevard, Suite 400
Kansas City, Missouri 64108
T:  816-474-9050
F:  816-474-9057

*ATTORNEYS FOR DEFENDANT AND
COUNTERCLAIM-PLAINTIFF NEXUS MEDICAL, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　　v. 　　　　　　　　　　　　　　　)　C.A. No.: 07-CV-0057 ***<br>　　　　　　　　　　　　　　　　　　　)<br>NEXUS MEDICAL, LLC 　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　Defendant. 　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　) | |

## NEXUS MEDICAL LLC'S RULE 7.1.1 STATEMENT

Counsel for Nexus Medical LLC hereby states that it contacted counsel for Venetec International, Inc. requesting whether Venetec opposed Nexus's Motion to Stay All Proceedings Pending Reexamination of U.S. Patent No. 6,447,485 by the United States Patent and Trademark Office. Venetec stated in a letter dated June 25, 2007, that it intended to oppose the Motion.

Date:  June 25, 2007           */s/ Mary B. Matterer*
　　　　　　　　　　　　　　　Richard K. Herrmann #405
　　　　　　　　　　　　　　　Mary B. Matterer #2696
　　　　　　　　　　　　　　　MORRIS JAMES LLP
　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1500
　　　　　　　　　　　　　　　Wilmington, Delaware 19801-1494
　　　　　　　　　　　　　　　Telephone:  302-888-6800
　　　　　　　　　　　　　　　Facsimile:   302-571-1750
　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　Of Counsel:

　　　　　　　　　　　　　　　Scott R. Brown  (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　Jennifer C. Bailey  (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　HOVEY WILLIAMS LLP
　　　　　　　　　　　　　　　2405 Grand Boulevard, Suite 400
　　　　　　　　　　　　　　　Kansas City, Missouri 64108
　　　　　　　　　　　　　　　T:  816-474-9050
　　　　　　　　　　　　　　　F:  816-474-9057

　　　　　　　　　　　　　　　*ATTORNEYS FOR DEFENDANT*
　　　　　　　　　　　　　　　*AND COUNTERCLAIM-PLAINTIFF*
　　　　　　　　　　　　　　　*NEXUS MEDICAL, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC.    )<br>                                                         )<br>               Plaintiff,                          )<br>                                                         )<br>     v.                                                )<br>                                                         )   C.A. No.: 07-CV-0057 ***<br>NEXUS MEDICAL, LLC                   )<br>                                                         )<br>               Defendant.                       )<br>                                                         )<br>_____)  | |

### **[PROPOSED] ORDER**

Now pending before the Court is Nexus Medical LLC's MOTION TO STAY ALL PROCEEDINGS PENDING REEXAMINATION OF U.S. PATENT NO. 6,447,485 BY THE UNITED STATES PATENT AND TRADEMARK OFFICE.

GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that Defendant's motion is GRANTED. The Court stays the above-captioned litigation until reexamination of U.S. Patent No. 6,447,485 is completed by the United Sates Patent and Trademark Office.

Dated: _____                        _____
                                                                                  United States District Court Judge