IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-57-*** |
| NEXUS MEDICAL, LLC, | : |
| Defendant. | : |

## ORDER

At Wilmington this **13th** day of **July, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, July 25, 2007 at 9:00 a.m.** with Magistrate Judge Thynge to address a discovery dispute. **Mary Matterer, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE