IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. <br><br> Plaintiff, <br><br> v. <br><br> NEXUS MEDICAL, LLC <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No.: 07-CV-0057 *** <br> ) <br> ) <br> ) <br> ) |

## NEXUS MEDICAL LLC'S MOTION TO CLARIFY OR AMEND THE STIPULATED PROTECTIVE ORDER

Defendant Nexus Medical LLC hereby requests the Court to clarify, or if necessary amend, Paragraph 5(b) of the Stipulated Protective Order entered by this Court on May 21, 2007 (D.I. 32). Nexus seeks an order that the prosecution bar set forth in Paragraph 5(b) does not prohibit a party's litigation counsel from participating in the reexamination of its opponent's patents.

A memorandum in support of this motion is being filed concurrently herewith.

Date:   July 13, 2007

_/s/ Mary Matterer_
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
Telephone:  302-888-6800
Facsimile:   302-571-1750
mmatterer@morrisjames.com

Of Counsel:
Scott R. Brown  (Admitted *Pro Hac Vice*)
Jennifer C. Bailey  (Admitted *Pro Hac Vice*)
HOVEY WILLIAMS LLP
2405 Grand Boulevard, Suite 400
Kansas City, Missouri 64108
T:  816-474-9050
F:  816-474-9057

*ATTORNEYS FOR DEFENDANT AND
COUNTERCLAIM-PLAINTIFF
NEXUS MEDICAL, LLC*

## **RULE 7.1.1 CERTIFICATE**

The undersigned certifies that movant has made reasonable efforts to reach an agreement with opposing counsel on the matters set forth in this Motion but to no avail.

_____
Mary B. Matterer (#2696)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. <br><br> Plaintiff, <br><br> v. <br><br> NEXUS MEDICAL, LLC <br><br> Defendant. | C.A. No.: 07-CV-0057 |

**[PROPOSED] ORDER**

Now pending before the Court is Nexus Medical LLC's MOTION TO CLARIFY OR AMEND THE STIPULATED PROTECTIVE ORDER.

GOOD CAUSE APPEARING THEREFOR, it is hereby ORDERED that the Defendant's motion is GRANTED. Paragraph 5(b) does not prohibit a party's litigation counsel from participating in the reexamination of its opponent's patents.


Dated: _____                    _____
                                            United States District Court Judge