IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-57 (***) |
| v. | ) | |
| | ) | |
| NEXUS MEDICAL, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS PENDING REEXAMINATION OF U.S. PATENT NO. 6,447,485 BY THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Nexus agreed to a one week extension (until July 17, 2007) for Venetec to oppose Nexus' motion to stay proceedings pending reexamination of one of the patents-in-suit. To minimize the number of disputes between the parties requiring intervention of the Court, Venetec is filing its opposition to Nexus' motion today, July 16, 2007. Thus, Venetec's motion for entry of an Order extending until August 3, 2007 its time to oppose Nexus' motion is moot.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiff*

*Of Counsel*:
Steven C. Cherny
Clement J. Naples
Hassen A. Sayeed
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Maximilian A. Grant
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004
(202) 637-2200

July 16, 2007

**CERTIFICATE OF SERVICE**

I, Maryellen Noreika, hereby certify that on July 16, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>   Richard Herrmann, Esquire
>   Mary Matterer, Esquire
>   MORRIS JAMES

I also certify that copies were caused to be served on July 16, 2007 upon the following in the manner indicated:

>   **BY ELECTRONIC MAIL**
>   **and HAND DELIVERY**
>
>   Richard Herrmann, Esquire
>   Mary Matterer, Esquire
>   Morris, James, Hitchens & Williams
>   500 Delaware Avenue
>   Suite 1500
>   Wilmington, DE  19801
>
>   **BY ELECTRONIC MAIL**
>   **and FEDERAL EXPRESS**
>
>   Scott R. Brown, Esquire
>   Jennifer C. Bailey, Esquire
>   Hovey Williams LLP
>   2405 Grand Boulevard
>   Suite 400
>   Kansas City, MO  64108

/s/ Maryellen Noreika
Maryellen Noreika (#3208)
mnoreika@mnat.com