IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-57 (\*\*\*) |
| v. | ) |
| | ) |
| NEXUS MEDICAL, LLC | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This _23_ day of July, 2007, plaintiff's motion for leave to file its First Supplemental Complaint is granted.

_____
United States Magistrate Judge

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 JUL 25 PM 3: 15