IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-57-*** |
| NEXUS MEDICAL, LLC, | : |
| Defendant. | : |

## ORDER

At Wilmington this **26th** day of **July, 2007**.

A teleconference on discovery disputes occurred on July 25, 2007. During the teleconference, the Court issued rulings on said disputes. Therefore,

IT IS ORDERED that the transcript of the telephonic conference of July 25, 2007 serves as an Order in this matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE