IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-57 (***) |
| ) | |
| NEXUS MEDICAL, LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Plaintiff Venetec International, Inc.'s Modified And Supplemental Definitions To Its First Set Of Interrogatories To Defendant Nexus Medical, LLC* were caused to be served on July 27, 2007 upon the following in the manner indicated:

Richard Herrmann, Esquire  *VIA ELECTRONIC MAIL*
Mary Matterer, Esquire  *and HAND DELIVERY*
Morris James
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Scott R. Brown, Esquire  *VIA ELECTRONIC*
Jennifer C. Bailey, Esquire  *and FIRST CLASS MAIL*
Hovey Williams LLP
2405 Grand Boulevard
Suite 400
Kansas City, MO 64108

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiff*

*Of Counsel*:

Steven C. Cherny
Hassen A. Sayeed
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Maximilian A. Grant
David M. Farnum
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004
(202) 637-2200

July 27, 2007

**CERTIFICATE OF SERVICE**

I, Maryellen Noreika, hereby certify that on July 27, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard Herrmann, Esquire
>Mary Matterer, Esquire
>MORRIS JAMES

I also certify that copies were caused to be served on July 27, 2007 upon the following in the manner indicated:

>**BY ELECTRONIC MAIL**
>**and HAND DELIVERY**
>
>Richard Herrmann, Esquire
>Mary Matterer, Esquire
>Morris, James, Hitchens & Williams
>500 Delaware Avenue
>Suite 1500
>Wilmington, DE 19801
>
>**BY ELECTRONIC**
>**and FIRST CLASS MAIL**
>
>Scott R. Brown, Esquire
>Jennifer C. Bailey, Esquire
>Hovey Williams LLP
>2405 Grand Boulevard
>Suite 400
>Kansas City, MO 64108

>*/s/ Maryellen Noreika*
>Maryellen Noreika (#3208)
>mnoreika@mnat.com