IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 07-CV-0057 *** |
| ) | |
| NEXUS MEDICAL, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following documents,

**(1)  DEFENDANT NEXUS MEDICAL, LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF VENETEC INTERNATIONAL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO NEXUS MEDICAL, LLC;**

**(2)  DEFENDANT NEXUS MEDICAL, LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF VENETEC INTERNATIONAL, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS;**

**(3)  DEFENDANT NEXUS MEDICAL, LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF VENETEC INTERNATIONAL, INC.'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS;**

were caused to be served upon the attorneys listed below as indicated this 30th day of July, 2007:

Jack B. Blumenfeld (#1014)                                      *VIA EMAIL*
Maryellen Noreika (#3208)                                      *and HAND DELIVERY*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Steven C. Cherny                                                       *VIA EMAIL*
LATHAM & WATKINS LLP                                     *and FEDERAL EXPRESS*
885 Third Avenue, Suite 1000
New York, NY 10022-4834

2

Maximilian A. Grant                                          *VIA EMAIL*
LATHAM & WATKINS LLP                                         *and FEDERAL EXPRESS*
555 Eleventh Street, Suite 1000
Washington, DC 20004


Dated: July 30, 2007                       */s/ Mary B. Matterer*
                                                     Richard K. Herrmann #405
                                                     Mary B. Matterer #2696
                                                     MORRIS JAMES LLP
                                                     500 Delaware Avenue, Suite 1500
                                                     Wilmington, Delaware 19801-1494
                                                     302.888.6800
                                                     mmatterer@morrisjames.com

                                                     *ATTORNEYS FOR DEFENDANT AND*
                                                     *COUNTERCLAIM-PLAINTIFF*
                                                     *NEXUS MEDICAL, LLC*