IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEXUS MEDICAL, LLC )<br>)<br>Defendant. )<br>) | C.A. No.: 07-CV-0057 *** |

# NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents,

**(1)** **DEFENDANT NEXUS MEDICAL, LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF VENETEC INTERNATIONAL, INC.'S MODIFIED AND SUPPLEMENTAL DEFINITIONS SET FORTH IN ITS FIRST SET OF INTERROGATORIES TO DEFENDANT NEXUS MEDICAL, LLC (Requests for Production); and**

**(2)** **DEFENDANT NEXUS MEDICAL, LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF VENETEC INTERNATIONAL, INC.'S MODIFIED AND SUPPLEMENTAL DEFINITIONS SET FORTH IN ITS FIRST SET OF INTERROGATORIES TO DEFENDANT NEXUS MEDICAL, LLC (Interrogatories);**

were caused to be served on counsel listed below as indicated this 27th day of August, 2007:

Jack B. Blumenfeld (#1014)                                         *VIA EMAIL*
Maryellen Noreika (#3208)                                         *and HAND DELIVERY*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Steven C. Cherny                                                         *VIA EMAIL*
LATHAM & WATKINS LLP                                         *and FEDERAL EXPRESS*
885 Third Avenue, Suite 1000
New York, NY 10022-4834

| | |
|---|---|
| Maximilian A. Grant<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, Suite 1000<br>Washington, DC 20004 | *VIA EMAIL*<br>*and FEDERAL EXPRESS* |

Dated:  August 27, 2007            */s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
rherrmann@morrisjames.com

*ATTORNEYS FOR DEFENDANT AND*
*COUNTERCLAIM-PLAINTIFF*
*NEXUS MEDICAL, LLC*