IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-57 (***) |
| | ) | |
| NEXUS MEDICAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the

Court, that plaintiff Venetec International, Inc., may file its Second Supplemental Complaint,

attached hereto as Exhibit A, which will be deemed filed and served as of the date of entry of this

Stipulation and Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*
  *Venetec International, Inc.*

MORRIS JAMES LLP

*/s/ Mary Matterer*
_____
Richard K. Herrmann (#405)
Mary Matterer (#2696)
500 Delaware Avenue
Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Defendant*
  *Nexus Medical, LLC*

SO ORDERED this _____ day of _____, 2007.

_____

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-57 (***) |
| | ) | |
| NEXUS MEDICAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND SUPPLEMENTAL COMPLAINT

Plaintiff Venetec International, Inc. (hereinafter "Plaintiff" or "Venetec"), for its Complaint against defendant Nexus Medical, LLC (hereinafter "Defendant" or "Nexus"), alleges as follows:

### Parties

1.     Plaintiff Venetec is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 12555 High Bluff Drive, San Diego, California 92130.

2.     On information and belief, Defendant Nexus is a limited liability company organized and existing under the laws of the State of Delaware, having a principal place of business at 11315 Strang Line Road, Lenexa, Kansas 66215.

### Jurisdiction and Venue

3.     This is a complaint for patent infringement arising under 35 U.S.C. § 271. This Court has exclusive subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

4.     Venue is proper in this district under 28 U.S.C. § 1400(b) because Nexus is subject to personal jurisdiction in this district and therefore "resides" in this district under 28

U.S.C. §§ 1391(c) and 1400(b).  On information and belief, Nexus sells various products and does business throughout the United States, including within this judicial district.

## COUNT I
### Patent Infringement – U.S. Patent No. 6,213,979

5.    Venetec incorporates each of the preceding paragraphs 1 to 4 as if fully set forth herein.

6.    United States Patent No. 6,213,979 ("the '979 Patent"), entitled "Medical Line Anchoring System," was duly and legally issued on April 10, 2001, to Venetec International, Inc., the assignee of named inventor Steven F. Bierman.  Plaintiff Venetec is the owner of the '979 Patent.  A true and correct copy of the '979 Patent is attached as Exhibit A.

7.    Nexus has infringed and continues to infringe the '979 Patent by making, using, selling or offer to sell, and by inducing and contributing to others' sales, offers for same and use of certain infringing securement devices for catheters, including "The Bone."

8.    On information and belief, Nexus has continued its infringement despite having notice of the '979 Patent.  Nexus has committed and is committing willful patent infringement.

9.    Nexus' infringement has caused monetary damage and irreparable injury to Venetec.  Unless and until Nexus' infringement is enjoined by this Court, it will continue to cause monetary damage and irreparable injury to Venetec.

## COUNT II
### Patent Infringement – U.S. Patent No. 6,447,485

10.    Venetec incorporates each of the preceding paragraphs 1 to 9 as if fully set forth herein.

2

11.     United States Patent No. 6,447,485 ("the '485 Patent"), entitled "Medical Line Anchoring System," was duly and legally issued on September 10, 2002, to Venetec International, Inc., the assignee of named inventor Steven F. Bierman.  Plaintiff Venetec is the owner of the '485 Patent.  A true and correct copy of the '485 Patent is attached as Exhibit B.

12.     Nexus has infringed and continues to infringe the '485 Patent by making, using, selling or offer to sell, and by inducing and contributing to others' sales, offers for same and use of certain infringing securement devices for catheters, including "The Bone."

13.     On information and belief, Nexus has continued its infringement despite having notice of the '485 Patent.  Nexus has committed and is committing willful patent infringement.

14.     Nexus' infringement has caused monetary damage and irreparable injury to Venetec.  Unless and until Nexus' infringement is enjoined by this Court, it will continue to cause monetary damage and irreparable injury to Venetec.

## COUNT III
### Patent Infringement - U.S. Patent No. 7,247,150

15.     Venetec incorporates each of the preceding paragraphs 1 to 14 as if fully set forth herein.

16.     United States Patent No. 7,247,150 ("the '150 Patent"), entitled "Medical Line Anchoring System," was duly and legally issued on July 24, 2007, to Venetec International, Inc., the assignee of named inventor Steven F. Bierman.  Plaintiff Venetec is the owner of the '150 Patent.  A true and correct copy of the '150 Patent is attached as Exhibit C.

17.     Nexus has infringed and continues to infringe the '150 Patent by making, using, selling or offer to sell, and by inducing and contributing to others' sales, offers for same and use of certain infringing securement devices for catheters, including "The Bone."

18.     On information and belief, Nexus has continued its infringement despite having notice of the '150 Patent.  Nexus has committed and is committing willful patent infringement.

19.     Nexus' infringement has caused monetary damage and irreparable injury to Venetec.  Unless and until Nexus' infringement is enjoined by this Court, it will continue to cause monetary damage and irreparable injury to Venetec.

## COUNT IV
### False Marking As To The '396 Patent

20.     Venetec incorporates each of the preceding paragraphs 1 to 19 as if fully set forth herein.

21.     35 U.S.C. § 292 prohibits, *inter alia*, marking upon, or affixing to, or using in advertising in connection with any unpatented article, the word "patent" or any word or number importing that the unpatented article is patented, for the purpose of deceiving the public.

22.     Nexus marks the packaging of "The Bone" with the words "U.S. Patent #: 5,356,396; 5,360,413; 5,501,426; 5,533,708; 5,632,735; 6,991,215".  A true and correct image of the packaging of "The Bone" is attached as Exhibit D.

23.     United States Patent No. 5,356,396 ("the '396 Patent"), entitled "Infusion Apparatus," states on its face that it was issued on October 18, 1994, to Medical Associates Network, Inc., the assignee of named inventors Philip Wyatt, Gary Schaeffer and Freddy Zinger.  A true and correct copy of the '396 Patent is attached as Exhibit E.

24.     Nexus' "The Bone" catheter securement device is not encompassed by the claims of the '396 Patent.

25.   On information and belief, Nexus knowingly, willfully and with intent to deceive the public, marked and continues to mark the packaging of "The Bone" product with words that import that "The Bone" is covered by the claims of the '396 Patent.

## COUNT V
## False Marking As To The '413 Patent

26.   Venetec incorporates each of the preceding paragraphs 1 to 25 as if fully set forth herein.

27.   35 U.S.C. § 292 prohibits, *inter alia*, marking upon, or affixing to, or using in advertising in connection with any unpatented article, the word "patent" or any word or number importing that the unpatented article is patented, for the purpose of deceiving the public.

28.   Nexus marks the packaging of "The Bone" with the words "U.S. Patent #: 5,356,396; 5,360,413; 5,501,426; 5,533,708; 5,632,735; 6,991,215". A true and correct image of the packaging of "The Bone" is attached as Exhibit D.

29.   United States Patent No. 5,360,413 ("the '413 Patent"), entitled "Needleless Access Device," states on its face that it was issued on November 1, 1994, to Filtertek, Inc., the assignee of named inventors Michael H. Leason, Rick R. Ruschke and Ralph L. Davis. A true and correct copy of the '413 Patent is attached as Exhibit F.

30.   Nexus' "The Bone" catheter securement device is not encompassed by the claims of the '413 Patent.

31.   On information and belief, Nexus knowingly, willfully and with intent to deceive the public, marked and continues to mark the packaging of "The Bone" product with words that import that "The Bone" is covered by the claims of the '413 Patent.

5

## COUNT VI
### False Marking As To The '426 Patent

32.     Venetec incorporates each of the preceding paragraphs 1 to 31 as if fully set forth herein.

33.     35 U.S.C. § 292 prohibits, *inter alia*, marking upon, or affixing to, or using in advertising in connection with any unpatented article, the word "patent" or any word or number importing that the unpatented article is patented, for the purpose of deceiving the public.

34.     Nexus marks the packaging of "The Bone" with the words "U.S. Patent #: 5,356,396; 5,360,413; 5,501,426; 5,533,708; 5,632,735; 6,991,215".  A true and correct image of the packaging of "The Bone" is attached as Exhibit D.

35.     United States Patent No. 5,501,426 ("the '426 Patent"), entitled "Medical Coupling Site Valve Body," states on its face that it was issued on March 26, 1996, to Vernay Laboratories, Inc., the assignee of named inventors Gordon E. Atkinson and Dennis A. Boehmer. A true and correct copy of the '426 Patent is attached as Exhibit G.

36.     Nexus' "The Bone" catheter securement device is not encompassed by the claims of the '426 Patent.

37.     On information and belief, Nexus knowingly, willfully and with intent to deceive the public, marked and continues to mark the packaging of "The Bone" product with words that import that "The Bone" is covered by the claims of the '426 Patent.

## COUNT VII
### False Marking As To The '708 Patent

38.     Venetec incorporates each of the preceding paragraphs 1 to 37 as if fully set forth herein.

6

39.    35 U.S.C. § 292 prohibits, *inter alia*, marking upon, or affixing to, or using in advertising in connection with any unpatented article, the word "patent" or any word or number importing that the unpatented article is patented, for the purpose of deceiving the public.

40.    Nexus marks the packaging of "The Bone" with the words "U.S. Patent #: 5,356,396; 5,360,413; 5,501,426; 5,533,708; 5,632,735; 6,991,215". A true and correct image of the packaging of "The Bone" is attached as Exhibit D.

41.    United States Patent No. 5,533,708 ("the '708 Patent"), entitled "Medical Coupling Site Valve Body," states on its face that it was issued on July 9, 1996, to Vernay Laboratories, Inc., the assignee of named inventors Gordon E. Atkinson and Thomas J. Solomon. A true and correct copy of the '708 Patent is attached as Exhibit H.

42.    Nexus' "The Bone" catheter securement device is not encompassed by the claims of the '708 Patent.

43.    On information and belief, Nexus knowingly, willfully and with intent to deceive the public, marked and continues to mark the packaging of "The Bone" product with words that import that "The Bone" is covered by the claims of the '708 Patent.

**COUNT VIII**
**False Marking As To The '735 Patent**

44.    Venetec incorporates each of the preceding paragraphs 1 to 43 as if fully set forth herein.

45.    35 U.S.C. § 292 prohibits, *inter alia*, marking upon, or affixing to, or using in advertising in connection with any unpatented article, the word "patent" or any word or number importing that the unpatented article is patented, for the purpose of deceiving the public.

7

46.    Nexus marks the packaging of "The Bone" with the words "U.S. Patent #: 5,356,396; 5,360,413; 5,501,426; 5,533,708; 5,632,735; 6,991,215".  A true and correct image of the packaging of "The Bone" is attached as Exhibit D.

47.    United States Patent No. 5,632,735 ("the '735 Patent"), entitled "Infusion Apparatus," states on its face that it was issued on May 27, 1997, to named inventors Philip Wyatt and Gary Schaeffer.  A true and correct copy of the '735 Patent is attached as Exhibit I.

48.    Nexus' "The Bone" catheter securement device is not encompassed by the claims of the '735 Patent.

49.    On information and belief, Nexus knowingly, willfully and with intent to deceive the public, marked and continues to mark the packaging of "The Bone" product with words that import that "The Bone" is covered by the claims of the '735 Patent.

## COUNT IX
## False Marking As To The '215 Patent

50.    Venetec incorporates each of the preceding paragraphs 1 to 49 as if fully set forth herein.

51.    35 U.S.C. § 292 prohibits, *inter alia*, marking upon, or affixing to, or using in advertising in connection with any unpatented article, the word "patent" or any word or number importing that the unpatented article is patented, for the purpose of deceiving the public.

52.    Nexus marks the packaging of "The Bone" with the words "U.S. Patent #: 5,356,396; 5,360,413; 5,501,426; 5,533,708; 5,632,735; 6,991,215".  A true and correct image of the packaging of "The Bone" is attached as Exhibit D.

53.    United States Patent No. 6,991,215 ("the '215 Patent"), entitled "Valve For Use With A Syringe And Which Prevents Backflow," states on its face that it was issued on

January 31, 2006, to Occupational & Medical Innovations, Ltd., the assignee of named inventor Bruce Leigh Kiehne. A true and correct copy of the '215 Patent is attached as Exhibit J.

54.    Nexus' "The Bone" catheter securement device is not encompassed by the claims of the '215 Patent.

55.    On information and belief, Nexus knowingly, willfully and with intent to deceive the public, marked and continues to mark the packaging of "The Bone" product with words that import that "The Bone" is covered by the claims of the '215 Patent.

### Prayer for Relief

WHEREFORE, Plaintiff Venetec respectfully requests that this Court enter judgment against Defendant Nexus, granting the following relief:

A.    Judgment of infringement of the '979 Patent against Defendant Nexus;

B.    Judgment of infringement of the '485 Patent against Defendant Nexus;

C.    Judgment of infringement of the '150 Patent against Defendant Nexus;

D.    An award of damages adequate to compensate Venetec for the infringement that has occurred, including prejudgment and post-judgment interest;

E.    An award of treble damages for willful infringement pursuant to 35 U.S.C. § 284;

F.    An award of attorneys' fees based on this being an exceptional case pursuant to 35 U.S.C. § 285;

G.    Permanently and preliminarily enjoining defendant Nexus, its officers, agents, servants, employees and attorneys, and all those persons acting in concert or participation with them from further acts of infringement of the '979, '485 and '150 Patents;

H.    Judgment of false marking against Defendant Nexus for each of the counts in this Second Supplemental Complaint alleging violation of 35 U.S.C. § 292;

I.    A fine of $500 against Defendant Nexus for every offense of false marking, with one half of the levied penalty awarded to Venetec and the other half going to the use of the United States, pursuant to 35 U.S.C. § 292;

J.    Costs and expenses in this action; and

K.    An award of such other and further relief as the Court deems just and proper.

### Jury Trial Demanded

Venetec respectfully demands a trial by jury on all issues triable to a jury.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*
*Venetec International, Inc.*

*Of Counsel:*

Steven C. Cherny
Clement J. Naples
LATHAM & WATKINS LLP
885 Third Avenue
Suite 1000
New York, NY 10022-4834
(212) 906-1200

Maximilian A. Grant
Michael A. David
LATHAM & WATKINS LLP
555 Eleventh Street
Suite 1000
Washington, DC 20004
(202) 637-2200

# EXHIBIT A



US006213979B1

## (12) United States Patent
### Bierman

(10) **Patent No.:** US 6,213,979 B1
(45) **Date of Patent:** *Apr. 10, 2001

(54) **MEDICAL LINE ANCHORING SYSTEM**

(75) Inventor: **Steven F. Bierman**, Del Mar, CA (US)

(73) Assignee: **Venetec International, Inc.**, San Diego, CA (US)

(*) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/865,231**

(22) Filed: **May 29, 1997**

(51) Int. Cl.[7] ............................................. **A61M 5/00**

(52) U.S. Cl. ..................... **604/174; 604/177; 604/180; 128/DIG. 26**

(58) Field of Search ..................... 604/174, 177, 604/180; 128/DIG. 26

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 364,922 | | 12/1995 | Bierman . |
| D. 375,355 | | 11/1996 | Bierman . |
| 2,525,398 | * | 10/1950 | Collins . |
| 2,533,961 | * | 12/1950 | Rouseau et al. . |
| 2,707,953 | * | 5/1955 | Ryan . |
| 3,059,645 | * | 10/1962 | Hasbrouck et al. . |
| 3,064,648 | * | 11/1962 | Bujan . |
| 3,167,072 | * | 1/1965 | Stone et al. . |
| 3,482,569 | * | 12/1969 | Raffaelli . |
| 3,529,597 | * | 9/1970 | Fuzak . |
| 3,602,227 | * | 8/1971 | Andrew . |
| 3,630,195 | * | 12/1971 | Santomieri . |
| 3,677,250 | * | 7/1972 | Thomas . |
| 3,766,915 | * | 10/1973 | Rychlik . |

(List continued on next page.)

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 2341297 | 8/1973 | (DE) . |
| 0247590 A2 | 12/1987 | (EP) . |
| 356683 | 7/1989 | (EP) . |
| 2063679 | 6/1981 | (GB) . |
| 2086466 | 5/1982 | (GB) . |
| WO 80/01458 | 7/1980 | (WO) . |
| WO 85/02774 | 7/1985 | (WO) . |
| WO 91/16939 | 11/1991 | (WO) . |
| WO 92/19309 | 11/1992 | (WO) . |
| WO 96/10435 | 4/1996 | (WO) . |

### OTHER PUBLICATIONS

Multiple–Lumen Central Venous Catheerization Product with ARROW+gard™ Antiseptic Surface (Arrow International brochure) (4/94).

Photographs (4) of Catheter Clamp and Rigid Fastener sold by Arrow International, Inc.

*Primary Examiner*—John D. Yasuo
(74) *Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear, LLP

(57) **ABSTRACT**

An anchoring system includes a simply-structured device which permits a portion of a catheter tube or similar medical article to be easily anchored, desirably without the use of tape or needles and suturing. A unitary retainer desirably includes a base connected to a cover by way of a flexible hinge. The retainer is attached to a flexible anchor pad including an adhesive bottom surface, which can be attached to the patient's skin. A catheter is secured to a fitting, which in turn mounts to the retainer. Mounting the fitting to the retainer can be accomplished by inserting posts of the retainer through holes of the fitting, or by mounting the fitting within a channel defined by mounting structures integral to the retainer. The cover is then positioned over the base, by bending the flexible hinge, and latched to the base. Several embodiments of the latching mechanism are disclosed. In one form, the latching mechanism includes one or more posts on the cover which can be releasably locked into corresponding slotted holes in the cover.

**74 Claims, 6 Drawing Sheets**



## US 6,213,979 B1
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,834,380 | | 9/1974 | Boyd . |
| 3,847,370 | * | 11/1974 | Engelsher . |
| 3,856,020 | * | 12/1974 | Kovac . |
| 3,900,026 | * | 8/1975 | Wagner . |
| 3,906,946 | * | 9/1975 | Nordstrom . |
| 3,942,228 | * | 3/1976 | Buckman et al. . |
| 3,973,565 | * | 8/1976 | Steer . |
| 4,020,835 | * | 5/1977 | Norstrom et al. . |
| 4,057,066 | * | 11/1977 | Taylor . |
| 4,059,105 | * | 11/1977 | Cutruzzula et al. . |
| 4,082,094 | * | 4/1978 | Dailey . |
| 4,114,618 | * | 9/1978 | Vargas . |
| 4,129,128 | * | 12/1978 | McFarlane . |
| 4,133,307 | * | 1/1979 | Ness . |
| 4,142,527 | * | 3/1979 | Garcia . |
| 4,161,177 | * | 7/1979 | Fuchs . |
| 4,193,174 | | 3/1980 | Stephens . |
| 4,224,937 | * | 9/1980 | Gordon . |
| 4,248,229 | * | 2/1981 | Miller . |
| 4,250,880 | * | 2/1981 | Gordon . |
| 4,316,461 | * | 2/1982 | Marais et al. . |
| 4,324,236 | * | 4/1982 | Gordon et al. . |
| 4,326,519 | * | 4/1982 | D'Alo et al. . |
| 4,362,156 | * | 12/1982 | Feller, Jr. et al. . |
| 4,392,853 | * | 7/1983 | Muto . |
| 4,397,647 | | 8/1983 | Gordon . |
| 4,449,975 | * | 5/1984 | Perry . |
| 4,453,933 | * | 6/1984 | Speaker . |
| 4,474,559 | * | 10/1984 | Steiger . |
| 4,480,639 | * | 11/1984 | Peterson et al. . |
| 4,516,968 | * | 5/1985 | Marshall et al. . |
| 4,563,177 | * | 1/1986 | Kamen . |
| 4,633,863 | * | 1/1987 | Filips et al. . |
| 4,650,473 | * | 3/1987 | Bartholomew et al. . |
| 4,660,555 | * | 4/1987 | Payton . |
| 4,711,636 | * | 12/1987 | Bierman . |
| 4,742,824 | * | 5/1988 | Payton et al. . |
| 4,808,162 | * | 2/1989 | Oliver . |
| 4,823,789 | * | 4/1989 | Beisang, III . |
| 4,826,486 | * | 5/1989 | Palsrok et al. . |
| 4,852,844 | * | 8/1989 | Villaveces . |
| 4,857,058 | * | 8/1989 | Payton . |
| 4,863,432 | * | 9/1989 | Kvalo . |
| 4,880,412 | * | 11/1989 | Weiss . |
| 4,896,465 | | 1/1990 | Rhodes et al. . |
| 4,897,082 | * | 1/1990 | Erskine . |
| 4,898,587 | * | 2/1990 | Mera . |
| 4,919,654 | * | 4/1990 | Kalt . |
| 4,932,943 | * | 6/1990 | Nowak . |
| 4,955,864 | * | 9/1990 | Hajduch . |
| 4,976,700 | * | 12/1990 | Tollini . |
| 4,997,421 | * | 3/1991 | Palsrok et al. . |
| 5,000,741 | * | 3/1991 | Kalt . |
| 5,037,397 | * | 8/1991 | Kalt et al. . |
| 5,073,170 | * | 12/1991 | Schneider . |
| 5,084,026 | * | 1/1992 | Shapiro . |
| 5,098,399 | * | 3/1992 | Tollini . |
| 5,147,322 | * | 9/1992 | Bowen et al. . |
| 5,156,641 | | 10/1992 | White . |
| 5,192,273 | * | 3/1993 | Bierman et al. . |
| 5,192,274 | * | 3/1993 | Bierman . |
| 5,195,981 | | 3/1993 | Johnson . |
| 5,266,401 | | 11/1993 | Tollini . |
| 5,267,967 | | 12/1993 | Schneider . |
| 5,282,463 | | 2/1994 | Hammersley . |
| 5,292,312 | | 3/1994 | Delk et al. . |
| 5,304,146 | | 4/1994 | Johnson et al. . |
| 5,306,243 | | 4/1994 | Bonaldo . |
| 5,314,411 | | 5/1994 | Bierman . |
| 5,322,514 | | 6/1994 | Steube et al. . |
| 5,330,438 | | 7/1994 | Gollobin et al. . |
| 5,338,308 | | 8/1994 | Wilk . |
| 5,342,317 | | 8/1994 | Claywell . |
| 5,344,406 | | 9/1994 | Spooner . |
| 5,344,414 | | 9/1994 | Lopez et al. . |
| 5,346,479 | | 9/1994 | Schneider . |
| 5,352,211 | | 10/1994 | Merskelly . |
| 5,354,282 | | 10/1994 | Bierman . |
| 5,354,283 | | 10/1994 | Bark et al. . |
| 5,380,293 | | 1/1995 | Grant . |
| 5,380,294 | | 1/1995 | Persson . |
| 5,380,301 | | 1/1995 | Prichard et al. . |
| 5,382,239 | | 1/1995 | Orr et al. . |
| 5,382,240 | | 1/1995 | Lam . |
| 5,395,344 | | 3/1995 | Beisang, III et al. . |
| 5,403,285 | | 4/1995 | Roberts . |
| 5,413,562 | | 5/1995 | Swauger . |
| 5,443,460 | | 8/1995 | Milusek . |
| 5,449,349 | | 9/1995 | Sallee et al. . |
| 5,456,671 | | 10/1995 | Bierman . |
| 5,468,228 | | 11/1995 | Gebert . |
| 5,468,230 | | 11/1995 | Corn . |
| 5,468,231 | | 11/1995 | Newman et al. . |
| 5,470,321 | | 11/1995 | Forster et al. . |
| 5,484,420 | | 1/1996 | Russo . |
| 5,496,282 | | 3/1996 | Militzer et al. . |
| 5,496,283 | | 3/1996 | Alexander . |
| 5,499,976 | | 3/1996 | Dalton . |
| 5,520,656 | | 5/1996 | Byrd . |
| 5,522,803 | | 6/1996 | Teissen-Simony . |
| 5,527,293 | | 6/1996 | Zamierowski . |
| B1 5,147,322 | * | 1/1996 | Bowen et al. . |

* cited by examiner



*FIG. 1B*

*FIG. 1A*



*FIG.3*



*FIG.2*







FIG. 10A

FIG. 10B



US 6,213,979 B1

1

# MEDICAL LINE ANCHORING SYSTEM

## Background of the Invention

### 1. Field of the Invention

The present invention relates to anchoring systems for anchoring medical lines to patients.

### 2. Description of Related Art

It is very common in the treatment of patients to utilize intravenous (IV) catheters to introduce fluids and medications directly into the bloodstream. In many cases, and particularly with respect to cardiac therapy, the IV catheter is introduced into a central or larger vein located close to the patient's heart. A typical catheter utilized in connection with a central vein is referred to as a "central venous catheter" ("CVC"). A venous catheter peripherally inserted into the central circulation through a vein in the arm is commonly referred to as a "peripherally inserted central catheter" ("PICC").

In these cases, long-term IV infusion typically requires that the catheter remain in place for many days. In order to secure such an IV catheter in position at the insertion site, the catheter often is provided with an integrated or a movable flexible clamp with winged extensions which are sutured to the patient's skin. In other applications, the flexible clamp is covered by a rigid box clamp, which receives the catheter/clamp combination in a friction-fit manner. The rigid box clamp and the flexible clamp have lateral, aligned holes in them, which allow the combination to be sutured to the patient's skin. Although this technique securely attaches the central venous catheter to the patient, it obviously is painful and uncomfortable for the patient. This prior retention procedure is also time consuming and inconvenient, poses the risk of needle-stick to the health care provider, and risks suture-site infection to the patient. In addition, suture material tends to exhibit poor gripping on medical tubes and can cut through the winged extension of the flexible clamp.

## SUMMARY OF THE INVENTION

A need therefore exists for a simply-structured anchoring system that affixes a medical line in a fixed position, but releases the medical line for dressing changes or other servicing.

On aspect of the present invention thus involves an anchoring system for securing a medical line to the body of a patient. The system comprises a retainer including a base that defines a receiving area for receiving a portion of the medical line. A cover is permanently coupled to the base. The cover is movable between a closed position, in which at least a portion of the cover extends over at least a portion of the receiving area, and an open position, in which the receiving area is at least partially open. A latching mechanism operates between the base and the cover to releasably latch the cover to the base with the cover in the closed position. Interacting structure is located generally beneath the cover with the cover in the closed position. The interacting structure is adapted to limit movement of the medical line through to the retainer when the catheter is placed within the receiving area.

Another aspect of the present invention involves an anchoring system for securing a medical line to the body of a patient. The system includes a fitting adapted to engage with the medical line and having at least one opening. A retainer comprises a base including a platform and at least one post extending from the platform and arranged to

2

interact with the hole of the fitting. A cover is movably coupled to the base so as to be moved between an open position and a closed position. A latching mechanism operates between the cover and the base to releasably latch the cover to the base in the closed position.

In accordance with an additional aspect of the present invention, an anchoring system for securing a medical line to the body of a patient is provided. The anchoring system comprises an adaptor having an adaptor body with a longitudinal axis defined between first and second ends. A first connector is located at the first end of the adaptor for connection to a first medical line, and a second connector is located at the second end for connection to a second medical line. A retainer includes a base and a cover permanently coupled to the base. The cover is movable between an open position and a closed position. A latching mechanism releasably latches the cover to the base in the closed position. And a channel ia arranged to lie between the base and the cover in the closed position. The channel is shaped to retain the adaptor between the cover and the base with the cover in the closed position to inhibit movement of the adapter in a direction generally parallel to the adapter's longitudinal axis. An adhesive layer is attached to the retainer and is adapted to adhesively secure the retainer to the body of a patient.

A preferred method of anchoring a medical line to a patient involves providing a retainer including a base having a plurality of posts, and a cover attached to the base by a flexible leash. The provided cover also includes a corresponding plurality of openings with each opening comprising a slot. The retainer is coupled to an adhesive layer. The anchoring system is positioned on the body of the patient, and the adhesive layer is attached to the body of the patient. A medical device is arranged between the posts of the base. The cover is positioned over the base to bring the openings of the cover in proximity with the posts of the base. The cover is shifted relative to the base to engage the posts with the slots of the openings.

Further aspects, features, and advantages of the present invention will become apparent from the detailed description of the preferred embodiments that follow.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above-mentioned and other features of the invention will now be described with reference to the drawings of several preferred embodiments of the present anchoring system. The illustrated embodiments of the anchoring system are intended to illustrate, but not to limit the invention. The drawings contain the following figures:

FIG. 1A is a perspective view of an anchoring system in accordance with a preferred embodiment of the present invention and illustrates a retainer of the anchoring system in an open position together with an exemplary catheter wing clamp fitting (the components of which are illustrated as exploded above the retainer);

FIG. 1B is a bottom plan view of a cover of the retainer of FIG. 1A;

FIG. 2 is a perspective view of the anchoring system of FIG. 1A with the cover of the retainer shown in a partially closed position;

FIG. 3 is a cross-sectional view of the anchoring system of FIG. 2, with the retainer shown in a completely closed position and the catheter wing clamp fitting assembled and anchored therein;

FIG. 4A is a perspective view of a retainer in accordance with another preferred embodiment of the present invention, shown in an open position;

US 6,213,979 B1

3                                                                4

FIG. 4B is a bottom plan view of a cover portion of the retainer of FIG. 4A;

FIG. 5 is a perspective view of the retainer of FIG. 4A, shown in a partially closed position;

FIG. 6 is a perspective view of a retainer in accordance with another preferred embodiment of the present invention, shown in an open position;

FIG. 7 is a perspective view of the retainer of FIG. 6, shown in a closed position;

FIG. 8 is a cross-sectional view of the retainer of FIG. 7, taken along the line 8—8;

FIG. 9 is a cross-sectional view of the retainer according to FIG. 8, but with a tang shown in a release position;

FIG. 10A is a prospective view of an anchoring system in accordance with an additional preferred embodiment of the present invention and illustrates a retainer of the anchoring system in an open position and together with an exemplary catheter adaptor;

FIG. 10B is a bottom plan view of a cover portion of the retainer of FIG. 10A;

FIG. 11 is a prospective view of the retainer of FIG. 10A, shown in a partially closed position with the cover interacting with the catheter adapter; and

FIG. 12 is a cross-sectional view of the retainer according to FIG. 11, shown in a completely closed position, with the catheter adaptor anchored therein.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present embodiments of the medical line anchoring system are disclosed in the context of an exemplary central line catheter. The principles of the present invention, however, are not limited to PICCs or CVCs. Instead, it will be appreciated by one of skill in this art, in light of the present disclosure, that the anchoring systems and retainers disclosed herein also can be successfully utilized in connection with other types of medical lines, including tubes for fluid communication and electrical wires. For example, but without limitation, the retainers disclosed herein can retain CVCs, PICCs, Foley catheters, and hemodialysis catheters, surgical drainage tubes, feeding tubes, chest tubes, nasogastric tubes, scopes, as well as with electrical wires or cables connected to external or implanted electronic devices or sensors. One skilled in the art may also find additional applications for the devices and systems disclosed herein. Thus, the illustration and description of the anchoring system 8 in connection with a catheter is mainly exemplary of one possible application of the system.

Each of the embodiments described herein employ the same basic concepts characteristic of the improved anchoring system, namely releasable attachment of a medical line to a patient. The anchoring systems also all include interacting structure that operates between a retainer of the anchoring system and a fitting which in some applications is releasably attached to the medical line and in other applications is integrally formed with the medical line. The interacting structure between the retainer and the fitting generally inhibits relative movement between the medical line and the anchoring system in at least one degree of freedom.

To assist in the description of the components of the anchoring systems and retainers disclosed herein, the following coordinate terms are used. A longitudinal axis is generally parallel to a section of the medical line to be retained by the anchoring system, generally in the plane of

a retainer base (discussed below). A lateral axis is generally perpendicular to the longitudinal axis within the plane of the base. A transverse axis extends transverse to both the longitudinal and lateral axes. A number of the figures illustrate this coordinate system to the side of the anchoring system. In addition, as used herein, the "longitudinal direction" refers to a direction substantially parallel to the longitudinal axis. "The lateral direction" refers to a direction substantially parallel to the lateral axis. And, "the transverse direction" refer to a direction substantially parallel to the transverse axis. These coordinates are used to describe structures and movement of the anchoring system of each embodiment. A detailed description of each embodiment, and its associated method of use, now follows.

FIGS. 1 to 3 illustrate an anchoring system 8 constructed in accordance with a preferred embodiment of the present invention. The system 8 includes a retainer 10 which is configured to retain a catheter, either directly or by way of a fitting 11. In the illustrated embodiment, the fitting 11 comprises a catheter box clamp 12 and a soft wing clamp 13 for use with a central line catheter 15.

The retainer 10 includes a base 14. The base 14 of the retainer 10 is attached to an anchor pad 16, which forms a part of the anchoring system 8. The base 14 desirably is secured to the anchor pad 16 by a solvent bond adhesive, such as cyanoacrylate or other bonding material. One such adhesive is available commercially as Part No. 4693 from the Minnesota Mining and Manufacturing Company (3M).

The anchor pad 16 comprises a flexible structural layer for securing the retainer 10 to a patient's skin. The pad desirably comprises a laminate structure with an upper cellulose foam layer (e.g., closed-cell polyethylene foam), and a bottom adhesive layer. The adhesive desirably is a medical-grade adhesive and can be either diaphoretic or nondiaphoretic, depending upon the particular application. Such foam with an adhesive layer is available commercially from New Dimensions in Medicine of Columbus, Ohio. Although not illustrated, it will be understood that the retainer and/or anchor pad can include suture holes in addition to the adhesive layer to further secure the anchor pad to the patient's skin.

An upper surface of the foam layer is roughened by corona-treating the foam with a low electric charge. The roughened or porous upper surface of the anchor pad 16 improves the quality of the adhesive joint formed by the cyanoacrylate (or by another type of adhesive or bonding material) between the base 14 to the anchor pad 16. In the alternative, the flexible anchor pad 16 can comprise a medical-grade adhesive bottom layer, an inner cellulose foam layer and an upper paper or other woven or nonwoven cloth layer.

A removable paper or plastic backing 17 desirably covers the bottom adhesive surface before use. The backing 17 preferably resists tearing and is divided into a plurality of pieces to ease attachment of the pad to a patient's skin. Desirably, the backing 17 is split along a center line 18 of the flexible anchor pad 16 in order to expose only half of the adhesive bottom surface at one time. The backing 17 also advantageously extends beyond at least one edge of the anchor pad 16, as illustrated, to facilitate removal of the backing 17 from the adhesive layer.

In the illustrated embodiment, the anchor pad 16 also desirably includes a pair of opposing concave sections that narrows the center of the anchor pad proximate to the base 14. As a result, the peripheral ends of the anchor pad 16 have more contact area to provide greater stability and adhesion

US 6,213,979 B1

5                                                                6

to a patient's skin, while allowing the retainer 10, which is located at center section of the anchor pad 16, to be placed adjacent to an insertion site of the catheter 15.

Although the anchor pad 16 has not been shown in the other drawings that illustrates this embodiment, nor in some of the drawings illustrating the other embodiments, it will be understood that a similar flexible anchor pad is included to secure the retainer to the patent's skin with each embodiment.

The base 14 and the catheter 15 desirably include interacting structure to couple the catheter 15 to the base 14. As will be clear from the disclosure below, the interacting structure mounts the medical line either directly or by way of a fitting (e.g., the box clamp 12 and soft wing clamp 13) to the base 14. In the latter case, a portion of the interacting structure desirable is formed on the fitting and another portion of the interacting structure is formed on the retainer. The term "mount," when used with reference to the relation between the catheter or fitting and the retainer, does not necessarily imply that the catheter 15 or fitting 11 is immobilized or fixed. Rather, this term is meant to describe the condition in which the interacting structure inhibits movement of the catheter 15 relative to the retainer 10 in at least one degree of freedom (e.g., rotational, lateral, longitudinal or transverse). In the illustrated embodiment, as well as in those later described, the interacting structure inhibits movement of the catheter 15 at least in the longitudinal direction.

In the illustrated embodiment, a portion of the interacting structure on the base 14 comprises at least one post 20 which extends upwardly from a relatively rigid platform 21. The base 14 desirably includes a pair of posts 20. The base can also include additional posts to suit a specific application. For example, where the retainer is designed to secure a relatively large fitting, the base can include four posts arranged at the corners of a rectangle, for greater stability. And, three posts can be used to firmly anchor a Y-site fitting.

Each post 20 includes a shank or shaft 25, attached to and extending upwardly from the platform 21. The posts 20 can have a variety of lengths and a variety of distances between them, depending upon the particular application and the particular fitting 11 with which they are to interact to mount the catheter 11. For anchoring catheters and medical tubing, each post 20 desirably has a length of about 4 mm to 20 mm, and more particularly a length of about 6 mm; however, longer or shorter lengths also are possible. The posts 20 are laterally spaced at least wide enough to accommodate the medical line to be anchored, and in the illustrated embodiments, the posts 20 are spaced to accommodate the fitting 11 which secures the medical line. Desirably, the posts 20 are spaced apart by a distance between 5 mm and 40 mm, and more particularly by a distance equal to about 15 mm. The shaft 25 of each post 20 has a diameter sufficient to perform its structural function, as described in more detail below, and depends upon the material chosen for the base 14 and shafts 25. The illustrated posts 20 comprise a polymer plastic material, with a diameter between 0.5 mm and 3 mm and particularly about 1.7 mm.

At least one protrusion extends radially from the shaft. In the illustrated embodiment, the protrusion comprises an enlarged tip or head 26 at the end distal from the platform 21. As seen in FIG. 1, at least a portion of the head 26 of each post 20 is larger than the diameter of the shaft 25, desirably having a maximum diameter of about 1.1 to 1.5 times the diameter of the shaft 25. In the illustrated embodiment, the head 26 has a generally hemispherical shape with a smooth surface

and a maximum diameter at an overhanging lower surface or underside 30. It will be understood, however, that the head 26 can take a variety of other shapes, such as for example, solid or hollow conicals, arrowheads, barbs, spheres, mushroom heads, and other types of radially projecting structures. A relatively blunt end of the head 26 is preferred to avoid snagging on materials such as a health care provider's latex gloves or sheets on the patient's bed.

A cover 22 is flexibly coupled to the base 14 by way of a flexible coupling. In the illustrated embodiment, the coupling comprises a flexible leash 24. The leash 24 can take any number of forms to mechanically connect the base 14 to the cover 22 while permitting movement of the cover 22 relative to the base 14 so as to enable engagement or disengagement of these parts, as described below. In the illustrated embodiment, the leash 24 comprises a band of flexible material. The leash 24 desirably is integrally molded with the base 14 and the cover 22. The illustrated leash 24 has a longitudinal width of about 0.5 mm to 5 mm, desirably about 1 mm, and a similar depth or transverse dimension. The length of the leash 24 depends in part upon the height of the post 20. Desirably, the leash 24 is longer than the height of the post 20, to allow some leeway in engaging or disengaging the base 14 with the cover 22, as will be understood by one of skill in the art in light of the disclosure herein. While the leash 24 desirably is generally oblong in cross-section, as illustrated, and fixes an orientation of the cover 22 relative to the base 14, it will be understood that the leash can also have a string-like (e.g., rounded) configuration and allow rotation about the lateral axis.

The cover 22 comprises an elongate member which can be formed of the same polymer or plastic material as the base 14, and desirably is integrally molded with the base 14. The cover 22 desirably has a shape that is generally coextensive with the platform 21 of the base 14. The cover 22 can be smaller; however, the cover should have a length in the lateral direction at least large enough to extend over the space between the posts 20 and a width in the longitudinal direction that is wider than the posts 20. The width of the cover 22 desirably is sufficient to stabilize a section of the catheter 15 within the retainer 10. In particular, the width of the cover 22 preferably generally matches the longitudinal length of the fitting 11. The corners of the cover are also desirably rounded to avoid snagging on materials such as the latex gloves worn by the health care provider, bed sheets, etc. In the illustrated embodiment, the cover 22 generally has an elliptical shape for this purpose.

As shown in FIG. 2, the illustrated cover 22 also desirably includes a textured portion 48, such as that formed by longitudinal ridges 50 in the cover surface at an end of cover 22 opposite of the leach 24. It will be understood that any well known form of texturing such as, for example, a roughened surface can be used in place of ridges. The textured portion 48 improves the health care provider's grip on the cover 22.

The base 14 and cover 22 are further releasably connected by a latching mechanism. The latching mechanism permits the cover 22 to be engage with the base 14 in a closed position, as illustrated in FIG. 3. The cover 22 also can be disengaged from the base 14 and moved to an open position, as shown in FIG. 1A.

The latching mechanism includes interengaging structures formed on the base 14 and on the cover 22. In the illustrated embodiment, the portion of the latching mechanism on the base 14 is formed by at least one of the posts 20 with it enlarged head 26. Desirably, the latching mechanism

US 6,213,979 B1

7

involves the posts 20 that lie on opposite sides of the catheter 15 when the catheter 15 is properly positioned on the retainer 10.

A cover portion of the latching mechanism includes at least one opening 32 formed in the cover 22, and desirably includes the same number of openings 32 as there are posts 20 on the base 14. The illustrated cover 22 thus includes two openings 32 with corresponding points of the openings 32 being spaced by approximately the same distance as the two posts 20 on the base 14, desirably by between about 5 mm and 40 mm, and particularly about 15 mm. Each opening 32 is arranged in the cover 22 to cooperate with the corresponding post 20. It will be understood that, in other arrangements of the latching mechanism are possible where the posts are on the cover, the openings are formed in the base, as described in more detail below.

Each opening 32 shown in FIGS. 1–3 is defined by a central hole 34 with at least one slot 36 extending to one side, desirably laterally adjacent to and intersecting with the central hole 34 at a narrow waist opening 37. The central hole 34 is sized and shaped to accommodate the largest diameter of the post head 26. The illustrated slot 36 extends in the lateral direction from the central hole 34 with the lateral axis of the slot 36 being substantially collinear with a center line of the cover 22 extending in the lateral direction. It will be understood that the slots 36 on the cover 22 can extend from the central hole 34 in any direction, though both slots 36 desirably extend in the same general direction. In other arrangements, more than one slot can extend from each central hole.

The width of the illustrated slot 36 in the longitudinal direction is smaller than the central hole 34 and is smaller than the largest diameter of the head 26. The slot width desirably ranges from slightly smaller to slightly larger than the diameter of the shaft 25.

The interengagement between the posts 20 and the openings 32 on the cover 22 thus form the latching mechanism that releasably secures the cover 22 to the base 14. When the post shaft 25 is positioned in the slot 36, the cover 22 can not be lifted from the retainer base 14 in the transverse direction, as described in more detail below.

As best seen from the plan view of FIG. 1B, the cover 22 desirably includes a post retention mechanism to inhibit unintentional retraction of a post 20 from the slot 36. In the embodiment of FIGS. 2–3, the retention mechanism includes a lip 38 of cover material that forms a depression 40 (FIG. 3). The depression 40 is sized slightly smaller than the lower surface 30 of the post head 26. The retention mechanism of the illustrated slotted hole 36 further comprises the waist opening 37 (FIG. 1B), which has a slightly smaller diameter than the shaft 25. The longitudinal dimension of the slot 36 widens to slightly larger than the diameter of the shaft 25 between the lip 38 of the cover 22. While not illustrated, the retention mechanism can also be formed by arranging the slots at a slight deviation from parallel to one another to increase the friction between the cover 22 and the posts 20.

The retainer 10 also desirably includes a locator device to locate the cover 22 at a desired distance from the platform 21. In the illustrated embodiment, each post 20 includes an annular ring 28 positioned between the platform 21 and the head 26 for this purpose; however, other types of protuberances (e.g., small bumps or ribs) can also serve this purpose. The annular ring 28 is spaced below the head 26 along the shaft 25 by a distance sufficient to accommodate the thickness of the cover 22 when latched together. The ring 28

8

desirably is located between about 1 mm and 4 mm below the lower surface 30 of the head 26. Like the head 26, the annual ring 28 is larger in diameter than the shaft 25, desirably 1.1 to 2.0 times the diameter of the shaft 25. Most desirably, the ring 28 is slightly larger than the maximum diameter of the head 26.

As mentioned above, the base 14, leash 24 and cover 22 desirably are integrally formed to make a unitary retainer 10. This can be accomplished in any of a variety of ways well known to one of skill in the art. For instance, the entire retainer can be injection molded, in order to reduce fabrication costs. Additionally, features such as the leash 24 are desirably flexible. Suitable plastics which account for these considerations include polypropylene, polyethylene, and the like. Desirably, the illustrated retainer 10 comprises injection molded polyethylene or polypropylene.

The anchoring system 8 can also include the fitting 11 for mounting a medical line (e.g., catheter) to the retainer 10. In the exemplary application illustrated in FIGS. 1–3, the fitting 11 takes the form of the box clamp 12 and the soft wing clamp 13. Mounting of the fitting 11 (or catheter directly) to the retainer 10 is achieved by way of the interacting structures, a portion of which comprises surfaces or structures of the retainer 10 and another portion of which comprises surfaces or structures of the fitting 11 (or catheter, if directly coupled).

The box clamp 12, best seen from the view of FIG. 1, is a relatively small, rigid wing-shaped device having a configuration similar to that of conventional box clamps in common usage today in suturing attachment systems. The box clamp 12 includes a central elongate body 60 having a longitudinal groove 62 formed on the underside and a box-shaped upper surface 64. The longitudinal groove 62 is generally U-shaped and is sized to receive the body of a catheter and/or associated fluid line, and more desirably is sized to receive the wing clamp 13. At least one end, and preferably at both ends of the longitudinal groove 62, the body 60 of the box clamp 12 narrows the opening of the longitudinal groove 62. That is, the longitudinal groove 62 at either end extends through an arc which is greater than 180° about an axis of the longitudinal groove 62. The groove also can have a uniform cross section along its length so that the wall of the entire groove extends through an arc greater than 180°. The box clamp 12 desirably is formed of a relatively rigid material, such as polycarbonate.

A pair of lateral wings 66 extend roughly perpendicularly from the body 60 of the box clamp 12, each including a hole 67 therethrough. Each hole 67 is sized and shaped to receive the head 26 and the collar 28 of one of the posts 20.

The soft wing clamp 13 has a configuration similar to that of the box clamp 14, including a central elongate body 70 defining an inner cavity 72 and an outer surface 74. The inner cavity 72 is sized to surround a portion of a catheter. The wing clamp 13 is constructed from a soft, pliable or flexible material such as, for example, latex or the like. The central elongate body 70 includes a longitudinal slit 75 along its underside. The slit 75 can be expanded due to the pliable nature of the wing clamp 13. Thus, the wing clamp 13 is capable of being placed on and surrounding and longitudinally contacting in a frictional manner a portion of the catheter. This frictional contact between the soft wing claim 13 and the catheter generally prevents relative movement between these articles.

Lateral wings 76 extend roughly perpendicularly from the body 70 of the soft wing clamp 13, each including a through-hole 77. Each hole 77 is sized and shaped to receive

US 6,213,979 B1

9

10

the head 26 of one of the posts 20. As the material surrounding the wing hole 67 is pliable in the illustrated embodiment, the hole 67 can be smaller than the corresponding box clamp hole 67 and even smaller than the post head 26, yet still be stretched to receive the post head 26; the through-hole 77, however, desirably is larger than the post head 26 and generally equal in size to the corresponding hole 67 in the box clamp 12.

The illustrated box clamp 12 and soft wing clamp 13 are commercially available from Arrow® for use with its CVC. Other clamps with suture wing extensions are currently in commercial use with Quinton® Hemodialysis catheters, Cook® PICC's, Baxter® CVCs and B. Braun CVCs. The skilled artisan will find application for the present invention with any of these and many other clamp configurations. As will be clear from a discussion of the embodiment of FIGS. 10–12, the fitting 11 (box clamp/soft wing clamp combination) can also be replaced with an inter-line connector or adaptor, such as those used to connect the catheter to a supply, delivery or drainage line.

FIG. 3 illustrates the interengagement of the components of the anchoring system 8, in accordance with the present embodiment. The box clamp 12 and soft wing claim 13 are shown engaged with the posts 20 and retained between the base 14 and cover 22 of the retainer 10.

As noted, the groove 62 of the box clamp 12 is configured to receive the soft wing clamp 13. In particular, the groove 62 is sized and shaped to receive the outer surface 74 of the elongate body 74 on the soft wing clamp 13. The wings 66 of the box clamp 12 have approximately the same size and shape as the wings 76 of the soft wing clamp 13. When the wings 66, 76 are aligned, the box clamp holes 67 are correspondingly aligned with the soft wing clamp holes 77.

Together, the box clamp 12 and the soft wing clamp 13 form the fitting 11 for mounting in the retainer 10. In the illustrated embodiment, the retainer 10 has been sized for retention of the conventional box clamp 12 and soft wing clamp 13. Accordingly, the holes 67, 77 of the fitting 11 are spaced by approximately the same distance as the posts 20 on the retainer base 14. The box-like upper surface 64 of the box clamp 12 is sized and shaped to fit between the posts 20. Accordingly, a lateral dimension of the elongate body 60 is smaller than the spacing between the posts 20 (i.e., the elongate body 60 is located between and spaced from holes 67 on the box clamp wings 66), while the height of the fitting 11 (formed by the height of the box clamp 12 plus the thickness of the soft wing clamp wings 76) is smaller than the height of the posts. Desirably, the height of the fitting is smaller than the height of the shaft 25 up to the underside 30 of the post head.

The interaction between the posts 20 and the openings 67, 77 of the fitting 11 mount the fitting 11 on the base 14. Accordingly, this interacting structure between the retainer 10 and the fitting 11 inhibits movement of the catheter 15 relative to the retainer 11 in at least the longitudinal and lateral directions. It is understood that the posts need not to extend entire through the holes for this purpose, though.

As noted above, the spacing between the posts 20 on the base 14 also dictates the spacing between the openings 32 in the cover 22. Desirably, the slots 36 each extend from the same side, and desirably laterally, from the central holes 34. Thus, the spacing between the central holes 34 is approximately equal to the spacing between the slots 36, which is in turn approximately equal to the spacing between the posts 20 on the base.

As also noted above, the leash 24 flexibly connects the platform 21 of the base 14 to the cover 22. Desirably, the

leash 24 connects lateral ends of the base 14 and cover 22, so as not to interfere with the mounting of the fitting 11 and catheter along the longitudinal axis. The leash 24 is long enough to permit a desired parallel spacing of the base 14 from the cover 22 when the retainer is in a closed position, as illustrated.

In operation, a catheter (or other medical tube or wire) is inserted into the patient, and the fitting 11 is secured to the catheter. The fitting 11 is then retained within the retainer 10, and the retainer 10 is then secured to the patient. These steps are described in more detail below. While this sequence is advantageous, it will be understood that, in other arrangements, the fitting can be secured to a catheter before or after securing the fitting to the retainer, depending upon the form of the fitting. Similarly, and especially for reapplication of a catheter to the retainer 10, the catheter and fitting 11 can be mounted to the retainer 10 after the retainer 10 has already been secured to the patient.

In the illustrated embodiment, desirably after catheter insertion, the wing clamp 13 is stretched open at the slit 75 and fit over the catheter, as in standard practice. The groove 62 of the box clamp 12 is fitted over the elongate body 70 of the soft wing clamp 13, providing a tight "snap fit." Some flexibility in the wing clamp body 70 facilitates this fitting. The relatively more rigid box clamp body 60, however, exerts relatively more inward pressure on the catheter than the relatively more flexible wing clamp 13, such that a better frictional grip holds the catheter within the fitting 11. It will be understood by one of skill in this art, however, that the fitting 11 of the present embodiment can comprise the soft wing clamp 13 alone.

As shown in FIG. 2, the catheter and fitting 11 are then removably mounted to the retainer 10. In the illustrated embodiment, the holes 77, 67 are fitted over the posts 20 of the retainer base 14. Desirably, each slightly smaller wing clamp hole 77 stretches to accommodate the larger diameter head 26 and ring 28 of the post 20. Each box clamp hole 67, on the other hand, desirably is large enough to receive the head 26 and ring 28 without interference. The fitting 11 is thereby fitted onto the base 14 with the posts 20 extending through the fitting holes 67, 77 and the bottom surface of the soft wing clamp 13 resting on the platform 21.

As illustrated in FIGS. 2 and 3, the cover 22 is latched to the base 14, with the fitting 11 interposed between the cover and the base. FIG. 2 shows the cover 22 in a partially closed position, with the flexible leash 24 bent to position the cover 22 over the base 14. The openings 32 of the cover 22 are aligned with the posts 20 of the base 14 and the cover 22 is then moved toward the base such that the head 26 of each post passes through the central hole 34 of one of the openings 32. The size and spacing of the openings 32 and the posts 22 should result in an easy engagement so that only a light downward force is necessary, thereby avoiding pain or discomfort to the patient. In this position, the portion of the cover 22 between the holes 34 can firmly contact a portion of the fitting 11 in some applications.

The rings 28 can also support, at least in part, the cover 22, or at least limit the travel of the cover 22 over the posts 20 so as to properly position the cover 22 on the posts 22 generally beneath the flared heads 26. Once the heads 26 of the posts 20 have cleared the central holes 34 in the cover 22, the cover 22 contacts the ring 28.

The cover 22 is then slid laterally (to the right, in the views of FIGS. 2 and 3) so that the shaft 25 of each post 20 slides past the narrow waist opening 37 into the corresponding slot 36. The cover material at the waist 37 and/or the

US 6,213,979 B1

11

12

shaft 25 slightly compresses as the cover 22 is shifted under force provided by the health care provider. Desirably, the retainer is arranged such that, when the posts 20 are engaged with the slots 36, the cover 22 is centered with respect to the base.

The resulting engagement, shown in FIG. 3, serves to retain the fitting 11 securely in place within the retainer 10. As the waist openings 37 are desirably slightly more narrow than the post shafts 25, the slots 36 provide a friction or snap fit engagement with the posts 20. The slots 36 are longitudinally more narrow than the post heads 26, such that the cover 22 cannot be transversely lifted away from the base 14 in this position. Surfaces of the post 20 abut against surfaces of the cover 22 formed by the lip 38 and walls 46 of the opening 32. The posts 20 of the base 14 and the slotted holes 67, 77 of the cover 22 thereby form a latching structure. The latching structure allows the posts 20 to be easily inserted into the openings 32 in one position but inhibits unintentional retraction of the posts 20 from the openings 32 in a second position.

Additionally, the underside 30 of the post head 26 seats against the cover 22 with the periphery of the head 26 at the edge of the depression 40, as shown. A slight deformation of the head 26 and/or edge of the depression 40 creates increased interference between the cover 22 and the post heads 26 which aids in maintaining the cover 22 in place, relative to the posts 20.

It will be understood that, in other arrangements, the openings can instead be formed in the base, rather than the cover, and the posts formed on the cover. In such a case, each opening would comprise a partial central hole in the base, below which a hollow space is formed for receiving the heads of downward extending posts of the cover. The space would also accommodate the lateral movement of the cover (and consequent lateral movement of the posts) to provide engagement between the shaft of each post and a narrow slot extending from the opening. In this manner, the head of one of the posts would be captured within the hollow space below each slot. The post could not be pulled out of the hollow space because the rear side of the post head would contact the portions of the base which define the slot. Such a latching mechanism is disclosed in copending application Ser. No. 08/587,092, entitled "Catheter Anchoring System", filed on Jan. 15, 1996, in the name of Steven F. Bierman and assigned to the assignee hereof, which stands allowed as of the filing date of this application and which is hereby incorporated by reference.

In initial application, the illustrated retainer 10, with the fitting 11 and the catheter retained in it as described above, is secured to the patient by way of the self-adhesive anchor pad 16. The health care provider selects a skin site on which the retainer 10 will be attached. For use with CVCs and PICCs, the retainer 10 desirably is applied to the skin of the patient in the vicinity of the catheter insertion site. The health care provider then cleanses and prepares the anticipated dressing site according to well known methods, usually swabbing with alcohol and allowing the site to dry thoroughly. The health care provider peels away half of the backing layer 17 from the adhesive surface of the anchor pad 16, properly locates the pad 16 on the patient, and presses the exposed adhesive against the patient's skin to secure the anchor pad 16 to the patient. The second half of the backing layer 17 is then removed, and the second half of the anchor pad 17 adhered to the patient's skin. The anchor pad 16 should be mounted on the patient so that catheter overlies the retainer 10 along the retainer's longitudinal axis.

When removal of the catheter becomes necessary, the cover 22 simply is slid horizontally in the opposite direction,

desirably with force sufficient to compress cover material at the waists 37, so that the heads 26 of the posts 20 are once again aligned with the central holes 34. The cover 22 can then be easily lifted transversely from the base 14. With the retainer 10 thus unlatched, the fitting 11 can also be removed. The catheter secured by the fitting 11 can then be changed or cleaned and replaced in the retainer 10, without requiring a new retainer.

It should be noted that a deliberate effort is generally required to disengage the post shafts 25 from the slots 36, due to the retention mechanism formed by the narrow neck 37 and/or depression 40. The retainer 10 thus releasably mounts a catheter (or other medical line) and can be reused without requiring reattachment to the patient, while at the same time inhibiting accidental release of the catheter.

Significantly, the removed cover 22 remains leashed to the retainer base 14, which remains attached to the patient. Thus, the health care provider need not take care to place the cover 22 in a safe hygienic place, nor keep track of its whereabouts. The cover 22 can simply hang from the base 14 by the leash 24, where it is easily found and relatched to the base 14 when a new catheter is engaged. Furthermore, each time the cover is relatched, the cover 22 is automatically correctly oriented, such that the health care provider need not take care to ensure that the depression 40 is facing the correct direction, nor to ensure that the slots 36 are on the correct side.

Of course, if the medical treatment is completed and there is no need to reuse the retainer 10, the health care provider can release the cover from the base in the manner described above. The medical article then can be lifted from the base. To remove the anchor pad 16, the health care provider lifts an edge of the pad 16 and gently strokes the undersurface with an alcohol swab while slowly but continuously lifting the edge. The anchor pad 16 can be peeled from the patient's skin in this manner. The health care provider then cleanses and prepares skin using well known hospital or agency protocols.

A retainer 10a in accordance with another embodiment of the invention is illustrated in FIGS. 4A to 5, with FIG. 4A showing a completely open position of the retainer 10a and FIG. 5 showing the partially closed position, similar to FIGS. 1–2 above. Though not illustrated, this retainer 10a also desirably includes a flexible anchor pad, as illustrated in FIG. 1, for adhesive attachment to the body of a patient. Only the cover 22a of this embodiment differs from the above-described embodiment. Accordingly, the above description applies equally to the embodiment of FIGS. 4–5, unless otherwise indicated. In addition, like reference numerals are used to indicate like features of the two embodiments, with the letter "a" added as a suffix to refer to features of the present embodiment.

The cover 22a of this retention mechanism 14a includes a pair of openings 32a. In contrast to the embodiment discussed above, each opening 32a comprises a single slot 80 extending from a longitudinal outer edge 82 of the cover 22a to a terminus 84. The pair of slots 80 can extend from either of the two outer edges 82, but both slots 80 desirably extend from the same edge.

The slots 80 advantageously extend obliquely from the outer edge 82 of the cover 22a to the slot terminus 84, such that one side of each slot 80 defines an obtuse angle α (FIG. 4B) with the outer edge 82 from which the slot extends, as shown in FIG. 4B. The termini 84 of the slots 80 desirably are centered on or close to a lateral line that bisects the cover 22a into longitudinal halves. Thus, the length of each slot 80

US 6,213,979 B1

13

depends upon the obtuse angle cc between the outer edge 82 and the slot 80. The angle cc should be small enough and the slot 80 short enough that the structural integrity of the cover 22a is not compromised. While illustrated as parallel, the slots 80 can also be arranged at a slight angle to one another. The width of each slot 80 desirably is slightly larger than the diameter of the post shaft 25a, and smaller than the largest dimension of the post head 26a.

As best seen in the plan view of FIG. 4B, the opening 32a desirably includes a retention mechanism, such as to inhibit retraction of the post 20a from the slot 80. As visible from the views of FIGS. 4B and 5, each slot 80 is partially defined at the terminus 84 by a lip 38a of cover material, forming a depression 40a in the cover 22a, similar to the lip 38 and depression 40 shown in FIGS. 1–3. The depression 40a is sized slightly smaller than the lower surface 30a of the post head 26a.

In the illustrated embodiment, the retention mechanism further comprises one or more protuberances 86 extending at certain positions from interior walls of the slot 80. As illustrated, the protuberances 86 desirably are positioned within the slot 80 just outside the depression 40a. At the protuberances 86, the slot 36a most desirably has a slightly smaller diameter than the shaft 25a, while widening to slightly larger than the shaft 25a at the lip 38a. These protuberances 86 define the waist 37a of the opening 32a for the present embodiment.

FIG. 5 illustrates the retainer 10a in a partially closed position. The flexible leash 24a has been bent to swing the cover 22a counterclockwise (in the view of FIG. 5), bringing the openings 32a in proximity to the posts 20a. The cover 22a continues in a downward arc from the position of FIG. 5 and is shifted slightly out of alignment with the base 14a until the edge openings of the openings 32a at the longitudinal edge 82 are adjacent to the section of the posts 20a between the head 26a and the ring 28a.

While not illustrated in FIGS. 4A to 5, a catheter fitting can first be mounted to the retainer 10a prior to latching. For example, the fitting 11a illustrated in FIGS. 1–3 can be first secured to the retainer. For such a case, the posts 20a serve as a portion of an interacting structure and the holes 67a, 77a of the fitting 11a serve as another portion of the interacting structure. The interacting structure thus mounts the fitting to the retainer to inhibit at least one degree of movement of the fitting relative to the retainer. Alternatively, a portion of the interacting structure can directly mount a catheter, without the intermediate fitting.

The shaft 25a of each post 20a (between the head 26a and the ring 28a) can be easily inserted into the edge opening of the openings 32a at the outer edge 82. The cover 22a is then shifted obliquely such that the shafts 25a slide along the slots 80. The shafts 25a and/or the protuberances 86 are compressed or the protuberances are deflected as the shafts 25a slide past the protuberances 86. After the shafts 25a have passed the protuberances 86, the shafts and/or the protuberances can regain their original shape such that the shafts snap into the position adjacent to the protuberances 86 and engage with the terminus 84 of the slots 80. When the head 26a is seated at the edge of the depression 40a, the surfaces of the cover 22a formed by the lip 38a and the protuberances 86 of the slot 80 abut against the shaft 25a of the post 20a. The cover 22a is thus latched in a closed position.

In order to remove the cover 22a from the base 14a, the sliding motion of the cover 22a over the posts 20a is simply reversed until the post shafts 25a exit the openings 32a at the

14

outer edge 82 of the cover 22a. Note that some deliberate force is generally required to overcome the retention mechanism. Namely, the cover 22a is slightly depressed to disengage the underside of the head 26a from the edge of the depression 40a, and the cover 22a is slid with sufficient force to deflect or compress the protuberances 86. Any fitting secured therein can then be disengaged from the opened retainer 10a.

Where the slots are arranged at a slight angle to one another, the friction fit of the posts within the slots will improve, relative to an exactly parallel arrangement. It will be understood that, in other arrangements, a similar slot can extend perpendicularly from the longitudinal edge. Alternatively, slots of each opening can extend from opposite longitudinal edges of the cover. In the latter arrangement, the cover would be aligned longitudinally between the posts and the cover twisted to a lateral alignment, such that the posts each engage the slots on each side. As will be understood by one of skill in this art, such slots would desirably extend along the circumference of a circle centered between the termini.

In either of the above illustrated embodiments, or in inverted arrangements with the posts on the cover, the posts serve both as an interacting structure (for mounting a medical line or fitting) and as a part of the latching structure (for latching the cover to the base). It will be understood, however, from the description of the following two embodiments, that the posts can serve only as part of the latching structure, or only as part of the interacting structure. It will further be understood by one of ordinary skill in this art that the posts can be absent altogether in other arrangements.

FIGS. 6–9 illustrate a retainer 10b in accordance with another embodiment of the present invention. The retainer 10b is shown in an open position in FIG. 6 and in a fully closed and latched position in FIG. 7. Other components of the anchoring system 8b (e.g., anchor pad, catheter adapter) can be the same as described above with respect to FIGS. 1–3. Accordingly, the above description applies equally to the embodiment of FIGS. 6–9, unless otherwise indicated. In addition, like reference numerals are used to indicate like features among the embodiments, with the letter "b" added as a suffix to refer to features of the present embodiment.

The base 14b includes a pair of posts 20b; however, the base can include more or less posts depending upon the application of the anchoring system. Each post 20b has a relatively smooth, continuous surface up to a tip 90 which need not protrude radially from the post 20b, unlike the head 26, 26a of the previously described embodiments. The tip 90 of the post 20b can be a flat surface or can taper into a hemispherical shape (as shown), a conical shape or other well known shapes. In the illustrated embodiment, the posts 20b each consist only of a simple shaft tapered hemispherically at the tip 90. The posts 20b otherwise desirably have the same diameter, spacing, and height of the posts 20, 20a of the previous embodiments. The posts 20b are illustrated as connected to a platform 21b of the base 14a, although it will be appreciated by those skilled in the art, in light of the above disclosure, that the posts could be connected to the cover 22b.

The flexible hinge 24b of this embodiment comprises a relatively rigid support arm 92 that is integrally joined to the platform 21b at a base end 94. As shown in FIG. 6, the support arm 92 extends upwardly from the base end 94 to join with the cover 22b at a thin bridge 96 of cover material. The bridge 96 is formed along a common exterior surface 98

US 6,213,979 B1

15

(see FIG. 7) of the cover 22b and the support arm 92. The bridge 96 is defined along the apex of a notch 100 in the material that forms the cover 22b and support arm 92. The notch 100 can be thought of as the structure formed by a bevelled edge sloping away from an interior surface 102 of the cover 22b, conjoined at the bridge 96 with a bevelled edge sloping away from an inside surface 104 of the support arm 92. The hinge 24b flexibly connecting the base 14b to the cover 22b thus comprises the support arm 92, the bridge 96, and the surfaces forming the notch 100. In other arrangements, however, the hinge of an embodiment resembling that of FIGS. 6–9 can comprise a structure similar to a conventional hinge pin-bracket arrangement.

Desirably, the support arm 92, which terminates at an upper end at the bridge 96, has the same height as the posts 20b. It will be understood, however, that the support arm 92 can be higher than the posts 20b in other arrangements.

The thickness of the bridge 96 depends upon the material chosen, and is thick enough to provide the desired strength to connect the support arm 92 to the cover 22b, but thin enough to provide flexibility for opening and closing the retainer 10b. Desirably, the retainer 10b is integrally injection molded of a resilient polymer material, such as polypropylene or polyethylene. For such materials, the bridge 96 has a thickness between about 0.5 mm and 2.5 mm, and desirably about 1.5 mm.

The flexibility of the hinge 24b also depends in part upon the angle formed by surfaces of the notch 100 when the retainer 10b is in the open position shown in FIG. 6. Desirably, the notch 100 defines an angle of at least about 90°, and particularly about 115°. Such an arrangement allows the cover 22b to lie parallel to the platform 21b when the retainer 10b is in the closed position shown in FIG. 7. It will be understood, however, that in other arrangements the closed cover need not lie parallel to the platform 14b (and may take a curvilinear path as described below).

As seen in FIG. 7A, the latching mechanism 110b of the illustrated retainer 10b comprising a fastening pin 112 and a latch having a receptacle 114. The receptacle 114 is configured to receive the fastening pin 112. As shown in FIGS. 6–9, the illustrated fastening pin 112 is integrally connected to the cover 22b and the receptacle 114 is integrally connected to the base 14b. It will be understood, however, that the pin can instead be positioned on the base, while the receptacle is positioned on the cover.

The fastening pin 112 includes a bar 116 extending from the cover 22b (or the base 14b, depending on the position of the element). At the distal front of the connection to the cover 22b, the bar 116 connects to an expanded portion or barb 118 which tapers to a terminus 120 of the pin 112. Like the post head 26, 26a of the previous embodiments, the barb 118 of the fastening pin 112 can be formed in any of a variety of shapes such as an arrowhead (as shown), hemispherical, conical or flexible ribs extending outward from the bar 116. Desirably, the terminus 120 of the fastening pin 112 is relatively blunt and smooth to prevent it from puncturing the gloves of a health care provider or catching on other materials. The barb 118 also desirably includes a sloping or curved surface 121 leading from the terminus 120 to the maximum diameter of the barb 118. At least one shoulder is formed behind the barb 118. In the illustrated embodiment, shoulders are defined on either side of the bar 116.

The receptacle 114 of the latch 110b comprises a pair of opposing tangs 122 that extend to a stem 124 connected to the base 14b (or cover 22b, depending on the position of this element of the latch). Each tang 122 extends outwardly to a

16

lug 126 that can be depressed by finger pressure. Desirably, each tang 122 includes an inner bevelled surface 127. These bevelled surfaces define an aperture 128 therebetween which tapers from a wider dimension at the top to a narrower dimension at the bottom, where it communicates with a slot 130 located between the opposing stems 124. Each tang defines a downward facing shoulder that cooperates with one of the shoulders of the fastening barb 118, as described below.

In operation, a fitting, such as the fitting 11 of FIGS. 1–3, can be first engaged with the posts 20b while the retainer 10b is open (see FIG. 6). Accordingly, the posts 20b of the illustrated embodiment form a portion of the interacting structure for inhibiting movement of a medical line fitting relative to the retainer 10b.

The cover 22b can then swing to a closed position as shown in FIG. 7. The relatively thin strip of material forming the bridge 96 allows the hinge 24b to bend when finger pressure is exerted on the cover 22b to lower it. The angle of the notch 100 further allows the cover 22 to be closed without compressing material between the interior surface 102 of the cover and the inner surface of the support arm 92. While the rigid support arm 92 and the thin bridge 96 permit only rotational and not lateral movement of the cover 22b relative to the base 14b, such lateral movement is not necessary for the illustrated latching mechanism.

The fastening pin 112 can be inserted into the receptacle 114 by positioning the pin 112 into the aperture 128 and pressing on the cover 22b. The sloped surfaces 121 of the fastening pin 112 slide over the bevelled inner surfaces 127 of the tangs 122. The interaction of these sloped and bevelled surfaces tends to distend the tangs 122 slightly, thereby allowing the barb 118 to enter the slot 130. The tangs 122 then snap back into their original position and engage with the barb 118 of the pin 112 with the corresponding shoulders abutting, thereby releasably securing the cover 22b to the base 14b. FIG. 8 illustrates the closed latch 110b.

When the latch 110b is closed, as shown in FIG. 7, the inner surface 102 of the cover 22b sits atop the top 90 of the posts 20b, since the posts of the illustrated retainer 10b have the same height as the support arm 92. It will be understood that, in arrangements where the posts are attached to the cover, the tips would abut the base when the cover is in the closed position and latched. Where such contact takes place, a fitting secured between the cover 22b and the base 14b could not slip off the posts 20b when the retainer 10b is closed and latched. Furthermore, the posts 20b provide added support for the cover 22b in the closed position to prevent overextension of the hinge 24b.

To release the cover 22b from the base 14b, the health care provider can press down on the lugs 126, thereby gaining access to the fitting and/or catheter secured therein. When a lug 126 is depressed, the attached stem 124 bends outward slightly, causing the tang 122 to moved outwardly and the slot 130 to expand, as shown in FIG. 9. To provide friction between the health care provider's finger and the top of the lug 124, ridges or other types of roughened surface can be included.

When only a single lug 124 is depressed, however, the attached tang 122 is elevated until it contacts the surface of the element (e.g., the cover) to which the fastening pin 112 is connected. This degree of elevation of a single tang 122 does not expand the aperture 128 sufficiently to release the barb 118 of the fastening pin 112. In contrast, when both lugs 124 are depressed (not shown), the aperture 128 is sufficiently widened to allow the fastening pin 112 to be readily

US 6,213,979 B1

17

extracted from the receptacle 114. This design prevents inadvertent release of the fastening pin 112 (e.g., when a lug is bumped), but permits easy opening of the retainer 10b when a health care provider seeks to move the catheter or other fitting held within the retainer 10b.

FIGS. 10–12 illustrate an anchoring system 8c in accordance with another embodiment of the present invention. Like the anchoring systems described above, the illustrated embodiment includes a retainer 10c, a fitting or adaptor 11c and an anchor pad 16c. The anchor pad 16c desirably is similar to the anchor pad 16 described with respect to FIG. 1. The retainer 10c and the fitting 11c differ somewhat from the above-described embodiments, though certain features are the same. Accordingly, the above description applies equally to the embodiment of FIGS. 10–12, unless otherwise indicated. In addition, like reference numerals are used for like features among the embodiments, with the letter "c" added as a suffix to refer to features of the present embodiment.

The illustrated posts 20c do not include a locator ring of material below the head 26c. The illustrated base 14c, including dimensions of the posts 20c, is otherwise identical to the base 14 described with respect to FIGS. 1–3. Unlike the openings 32, 32a of the previous embodiments, the illustrated opening 32c is shown without a lip or depression in the slot 36c. It will be understood, however, that the slot can also include a depression over which the post head would seat without departing from the principles of the present embodiment.

Like the previous embodiments, the present embodiment includes interengaging structure to mount the medical line to the retainer 10c. In the illustrated embodiment, the interacting structure comprises a channel defined by a mounting structure 140. The channel is sized and shaped to mount a medical line, such as a catheter, either directly or indirectly by way of a fitting. Desirably, the channel defined by the mounting structure 140 is configured to mate with and mount the adaptor 11c which, in turn, engages with the medical line. In the illustrated embodiment, the mounting structure 140 is integrally formed with the cover 22c, such as by injection molding. It will be understood, however, that the mounting structure 140 can equally well be formed as part of the base 14c without materially affecting the function of the retainer 10c.

The illustrated mounting structure 140 comprises two substantially rectangular box-like extensions 141 that extends from the cover 22c between the two openings 32c. The extensions 141 are spaced by a distance sufficient to receive the adaptor 11c and include inner faces 142 configured to mate with surfaces of the adaptor 11c. The inner faces 142 are more particularly shaped to inhibit at least one degree of freedom, desirably to inhibit longitudinal movement of the adaptor 11c when the adaptor is mounted within the channel (see FIG. 11). The illustrated inner faces 142 are convex in shape. The channel defined between the extensions 141, thus, has a minimal width at a central point and widens toward either longitudinal end. In other arrangements, the skilled artisan will recognize that a maximum channel width at a central point will inhibit longitudinal movement of a different fitting. Where, as illustrated, the mounting structure 140 is integral with the cover 22c, the extensions 141 desirably are spaced closely enough to provide a snug or slight interference fit for the adaptor 11c within the channel.

The mounting structure 140 (and the channel defined by it) has a height less than or equal to the height of the post

18

shafts 25c of the base 14c. In the illustrated embodiment, the structure 140 is equal to the height of the shafts 25c, less the thickness of the cover 22c. An outer surface 144 (FIG. 10) of each of the illustrated extensions 141 is accordingly configured to mate with the platform 21c of the base 14c, and is flat in this case.

The cover 22c is illustrated with a slight hourglass shape, such as to provide a slight indentation 146 along an edge 148 of the cover 22c. Desirably, the indentation 146 comprises transverse ridges 150. This shape facilitates an interengagement between the fitting 11c and the mounting structure 140 to inhibit movement of the adaptor 11c at least in the longitudinal direction, as described below.

The fitting 11c of the present embodiment is an in-line adaptor 11c. This adaptor 11c comprises an elongate structure defining a fluid pathway, and means for connecting the adaptor to lines at either end. The illustrated adaptor 11c comprises a medical connector such as those commonly used to connect a supply line to a catheter.

Desirably, the adaptor 11c is of a type similar to that disclosed with respect to FIGS. 11 and 12 of U.S. Pat. No. 5,306,243 ("the '243 patent"), the disclosure of which is hereby incorporated herein by reference. The adaptor 11c includes a male connector 160 for connection to a catheter and a female connector 162 for connection to a medical supply or delivery tube (e.g., leading to an IV drip or a suction pump). The illustrated male connector 160 includes a Luer-type fitting 164 with internal threads and a tapered nose extending outwardly, with an internal passageway for fluid communication with a catheter.

The female connector 162 comprises external threads 166 and a membrane 168 for sealing the internal passageway. The membrane 168 can comprise a closed septum, through which a sharp needle is inserted to provide communication between the supply or delivery tube and the internal passageway. The membrane 168 can also comprise a pre-slit membrane, through which a blunt needle provides communication between the supply or delivery tube and the internal passageway. Desirably, however, the female connector 162 of the adaptor 11c comprises an internal needle integral with the internal passageway, as disclosed in the '243 patent. The membrane 168 comprises a resilient, self-sealing material which is outwardly biased.

An adaptor body 170, between the male connector 160 and the female connector 162, comprises mounting surfaces 172 which form a portion of the interacting structure of the anchoring system 8c. The illustrated mounting surfaces 172 comprise opposed concave surfaces, desirably including ridges (not shown) to facilitate finger gripping during connection of the adaptor 11c to catheters or other medical tubes. In this manner, the adaptor body 170 has a minimal width at a central point and widens toward both the female connector 162 and the male connector 160. In particular, the widest points of the illustrated adaptor 11c are wider than the most narrow portion of the channel between the extensions 141 of the retainer 10c.

The mounting surfaces 172 are joined by a top surface 174 and a bottom surface (not shown). The top and bottom surfaces desirably are flat to mate with the illustrated cover 22c and platform 21c of the retainer 10c, such that these surfaces also form a portion of the interacting structure.

In operation, the adaptor 11c can first be connected to medical tubes. For example, a catheter can be fitted with a female connector with external threading, similar to the female connector 162 of the adaptor 11c. Such a connector can be quickly and easily threaded into the male connector

US 6,213,979 B1

19

160 of the adaptor without any external needles, thus reducing the likelihood of needle sticks to the health care provider. While the female connector is threaded into the Luer-type fitting of the male connector 160, the nose of the male connector 160 forces the membrane 168 backwards over the internal needle, thus providing fluid communication between the catheter and the internal passage of the adaptor 11c. Similarly, a medical delivery/supply line can be fitted with a male connector similar to the male connector 160 of the adaptor 11c. Such a connector would then connect with the female connector 162 of the adaptor 11c, thereby completing fluid communication through the adaptor 11c between the delivery/supply line and the catheter.

The adaptor 11c then mounts within the channel defined by the mounting structure 140 of the retainer 10c. In the illustrated embodiment, wherein the mounting structure 140 is formed integrally with the cover 22c, the inner faces 142 of the extensions 141 desirably snugly receive and grip the mounting surfaces 172 of the adaptor 11c.

It will be understood by one of skill in the art, however, that the fit need not be tight enough to inhibit transverse movement of the fitting or adaptor, particularly where the mounting structure is integral to the base, rather than integral to the cover. Desirably, however, the interaction between the mounting structure inner faces 142 and the adaptor mounting surfaces 172 is such as to inhibit significant longitudinal movement (e.g., more than 1–2 mm) of the adaptor 11c. In the illustrated embodiment, the minimal width of the channel is more narrow than the widest portions on either end of the adaptor body 170.

With the adaptor 11c thus mounted to the retainer 10c, the retainer 10c is then closed and latched, as described with respect to the previous embodiments. Where, as illustrated, the mounting structure 140 is located on the cover 22c, if the mounting structure 140 is not configured for firm engagement, the health care provider can hold the adaptor 11c within the channel until the retainer 10c is latched. FIG. 11 illustrates the retainer 10c in a partially closed condition.

FIG. 12 illustrates the retainer 10c latched closed with the adaptor 11c retained therein. As will be understood by one of skill in the art, the cover 22c and the base 14c interposed the adaptor 11c between them, preventing transverse movement of the adaptor 11c relative to the retainer 14c. The channel defined by the mounting structure 140 inhibits lateral or longitudinal movement of the adaptor 11c relative to the retainer 14c by the cooperating shape of the channel and the adaptor 11c (which form the interengaging structure in this embodiment). Accordingly, the adaptor 11c is sufficiently restrained to secure a catheter extending therefrom to the patient. If the catheter had not been secured to the adaptor prior to engagement of the adaptor to the retainer, the catheter can be secured after engagement.

The skilled artisan will appreciate that the retainers disclosed herein demonstrate versatility in securing a great variety of medical articles to a patient. Retainers similar to those of FIGS. 1–9 can be utilized to secure any device which is provided with holes spaced apart to engage with the posts. The cover is secured to the base to interpose the device between them. Many medical devices are already provided with suture holes which can be fitted over the retainer posts disclosed herein. Other devices can be modified to include such holes. Other arrangements to secure a medical article to the posts, either between the posts or adjacent to a single post, will be readily apparent to those skilled in the art in light of the disclosure herein.

Medical devices can be also provided with surfaces similar to the mounting surfaces 172 of the illustrated

20

adaptor 11c, for mounting within the integral channel of the retainer 10c illustrated in FIGS. 10–12. Y-joint adapters, for example, can be adapted to mount within the channel of the retainer 10c shown in FIGS. 10–12.

Alternatively, one of skill in the art will readily appreciate that the disclosed retainers can be modified, without departing from the spirit of the invention, to mount and retain existing medical devices. For example, the integral mounting structure illustrated in FIGS. 10–12 can be adapted to clamp existing Y-joint adapters, or to directly mount a catheter or other medical line without the need for an intermediate fitting. In addition, the channel can have a semi-tubular shape and include at least one lateral slot that receives a radially extending member of the adaptor (e.g., an annular collar). Desirably, any such modified mounting structure would inhibit longitudinal and lateral movement of the device or medical line. Transverse movement is inhibited by closure of the retainer with the device or line sandwiched between the base and the cover.

Furthermore, the skilled artisan will recognize the interchangeability of various features from different embodiments. For example, the integral mounting structure 140 of FIGS. 10–12 can be adapted for mounting an adaptor in a retainer having the latch 70 of FIGS. 6–9, thus requiring no posts. Similarly, the various posts, slotted holes, hinges, anchor pads and fittings disclosed herein, as well as other known equivalents for each such feature, can be mixed and matched by one of ordinary skill in this art to construct anchoring systems in accordance with principles of the present invention.

Although not illustrated, each of the illustrated retainers can be adapted for use in an anchoring system which includes a safety loop. An anchor pad larger than the pad 16 illustrated in FIG. 1 can mount both a retainer, in accordance with one of the preferred embodiments, and a separate tube clip. The medical line mounted by the retainer can also be secured less tightly to the tube clip, with an adequate amount of slack in the line between the retainer and the clip. The clip and the resultant slack are desirably located between the retainer and the catheter insertion site, for example.

If movement by the patient causes a sudden pull upon catheter, the catheter slips within the tube clip and the slack length or "safety loop" of the tube is pulled through the clip. Friction between the clip and the sliding tube absorbs some of the force and some of the force causes a slight pull on the adhesive pad, functioning as a warning to the patient to cease the undesirable movement.

Similarly, the retainer itself can be arranged to only slightly inhibit longitudinal movement of a catheter, such as to allow some amount of slip in response to large forces. For example, the fitting of FIGS. 1–3 can comprise a soft wing clamp without the box clamp. In any of these arrangements, a jerk upon the medical line can be largely absorbed by allowing some slip, without either disconnecting the line from the fitting or painfully pulling the anchor pad from the patient's skin.

Using a retainer in accordance with the above disclosure, no painful, invasive or time-consuming sutures or other extensive procedures involving medical sharps (e.g., suture needles) are necessary to anchor an elongate medical article to a patient's skin. In addition, the flexible anchor pad absorbs much of the force incurred in the installation or removal of the retainer and the medical device, thereby providing greater comfort for the patient.

As common to each of the above-described retainers and anchoring systems, the present invention provides a sterile,

US 6,213,979 B1

**21**

tight-gripping, needle-free way to anchor medical articles to a patient. The retainers thus eliminate accidental needle sticks, suture wound site infections and scarring because sutures are not required. In addition, the retainers can be used with any of a wide variety of catheters, tubes, wires, and other medical articles to provide universal securement using one style of retainer. Also, patient comfort is enhanced and application time is decreased with the use of the present retainer.

The releasable engagement of the cover and the base allow the same retainer to be used more than once on the same patient at the application location. That is, a first medical device can be mounted in the retainer. When the function of the first medical device is accomplished, the retainer can be unlatched, the first device removed, and a second medical device can be retained in the same retainer. Furthermore, the leash or hinge connecting the cover to the base ensures that the cover will not be lost or misplaced during a catheter change. The health care provider wastes no time in searching for a cover, nor in orienting the cover prior to latching.

Although this invention has been described in terms of certain preferred embodiments and suggested possible modifications thereto, other embodiments and modifications apparent to those of ordinary skill in the art are also within the scope of this invention. Accordingly, the scope of the invention is intended to be defined only by the claims which follow.

What is claimed is:

1. An anchoring system for securing a medical line to the body of a patient, comprising a retainer, the retainer including a base that defines a receiving area for receiving a portion of the medical line, a cover permanently coupled to the base, the cover being movable between a closed position, in which at least a portion of the cover extends over at least a portion of the receiving area, and an open position, in which the receiving area is at least partially open, a latching mechanism operating between the base and the cover to releasably latch the cover to the base with the cover in the closed position, and interacting structure which is adapted to engage the medical line in a non-occlusive manner and to limit longitudinal movement of the medical line through the retainer when the medical line is placed within the receiving area, the interacting structure being located at least partially beneath the cover with the cover in the closed position.

2. The anchoring system of claim 1, wherein the cover is coupled to the base by a flexible hinge.

3. The anchoring system of claim 2, wherein the flexible hinge comprises an elongate leash extending between and permanently connected to the cover and the base.

4. The anchoring system of claim 2, wherein the flexible hinge comprises a rigid support arm fixed to the base and a flexible bridge extending between the support arm and the cover.

5. The anchoring system of claim 2, wherein the base, cover and hinge are integrally formed.

6. The anchoring system of claim 1, wherein the latching mechanism comprises barb member and a latch having a receptacle that releasably receives the barb member.

7. The anchoring system of claim 6, wherein said barb member comprises a shank and a barbed end, and said latch includes at least one tang that projects into the receptacle and cooperates with the barbed end to inhibit unintentional retraction of the barb member from the receptacle.

8. The anchoring system as in claim 7, wherein said tang is formed as a flexible stem.

9. The anchoring system of claim 1, wherein the latching mechanism comprises at least one post extending between

**22**

the base and the cover and at least one opening sized to receive a portion of the post with the cover in the closed position, and the post includes at least one radial extension.

10. The anchoring system of claim 9, wherein the opening comprises a central hole with a more narrow slot extending from the central hole.

11. The anchoring system of claim 9, wherein the opening comprises a slot extending into either the base or the cover from a respective edge.

12. The anchoring system of claim 9, additionally comprising a keeper mechanism operating between the post and the opening to inhibit movement of the post within the opening with the cover in the closed position.

13. The anchoring system of claim 9, wherein the post extends from the base and the opening is formed in the cover.

14. The anchoring system of claim 13, wherein post comprises a shaft and the radial extension comprises a flared head atop the shaft, the flared head engaging with a cover surface in the closed position.

15. The anchoring system of claim 14 additionally comprising a locator extending radially from the post and spaced along the post from the flared head.

16. The anchoring system of claim 14, wherein the cover comprises a keeper mechanism operating between the post and the cover to inhibit unintentional disengagement of the post from the opening.

17. The anchoring system of claim 16, wherein the keeper mechanism comprises a narrowing waist at a juncture between a slot and a remaining portion of the opening.

18. The anchoring system of claim 16, wherein the keeper mechanism comprises a lip forming a depression within the cover surface and next to a portion of the opening, the depression having a dimension slightly more narrow than the flared head.

19. The anchoring system of claim 1 additionally comprising a fitting adapted to attach to the medical line, and the interacting structure being formed between the fitting and the retainer.

20. The anchoring system of claim 19, wherein the fitting comprises a rigid box clamp engaged with a wing clamp, and the interacting structure comprises at least one hole that extends through corresponding wings of the box clamp and the wing clamp.

21. The anchoring system of claim 19, wherein the fitting comprises an adaptor including an adaptor body, a first connector at a distal end for connection to a first medical line, and a second connector at a proximal end for connection to a second medical line.

22. The anchoring system of claim 21, wherein the interacting structure comprises a channel formed on the retainer and arranged to lie between the base and the cover with the cover in the closed position, the channel being configured to receive a portion of this adapter.

23. The anchoring system of claim 22, wherein the channel has a shape that generally corresponds to the shape of the portion of the fitting to be received.

24. The anchoring system of claim 19, wherein the interacting structure comprises at least one post extending at least partially between the cover and the base with the cover in the closed position.

25. The anchoring system of claim 23, wherein the post is integrally formed with the base.

26. The anchoring system of claim 23, wherein the latching mechanism comprises the post and at least one opening sized to receive at least a portion of the post with the cover in the closed position, and the post includes at least one radial extension.

US 6,213,979 B1

23

**27**. The anchoring system of claim **26**, wherein the post comprises a shaft, and the radial extension comprises a flared head atop the shaft.

**28**. The anchoring system of claim **27** additionally comprising a locator ring defining the maximum radial dimension of the post, and the fitting comprises a hole that is larger than the locator ring.

**29**. The anchoring system of claim **1**, wherein at least a portion of the latching mechanism is integrated with the interacting structure.

**30**. The anchoring system of claim **29**, wherein the latching mechanism comprises a post shank supporting a projection that extends in a direction radial to an axis of the post shank, and the post shank is arranged to form at least a portion of the interacting structure.

**31**. The anchoring system of claim **1** additionally comprising an adhesive layer coupled to the retainer and adapted to adhesively secure the retainer to the body of a patient.

**32**. The anchoring system of claim **31** additionally comprising a flexible anchor pad interposed between the retainer and the adhesive layer.

**33**. The anchoring system of claim **32**, wherein the base of the retainer is bonded to the adhesive pad.

**34**. An anchoring system for securing a medical line to the body of a patient, said anchoring system comprising a fitting adapted to engage with the medical line, the fitting having at least one hole, and a retainer releasably receiving the fitting and comprising a base having a platform and at least one post extending from the platform and arranged to interact with the hole of the fitting, a cover movably coupled to the base so as to be moved between an open position and a closed position, and a latching mechanism operating between the cover and the base to releasably latch the cover to the base in the closed position.

**35**. The anchoring system of claim **34**, wherein the fitting includes a plurality of holes and the base includes a plurality of posts.

**36**. The anchoring system as in claim **34**, wherein the latching mechanism is formed at least between the post and a hole on the retainer.

**37**. The anchoring system of claim **36**, wherein the hole is formed on the cover and includes a central aperture and a slot, the aperture being sized and shaped to receive the protrusion of the post, and the slot extending from the central aperture.

**38**. The anchoring system of claim **36**, wherein the hole is formed on the cover and includes an edge hole at an edge of the cover and a slot extending into the cover from the edge hole.

**39**. The anchoring system of claim **36**, wherein each hole further comprises a retention mechanism to inhibit movement of the post through the hole.

**40**. The anchoring system of claim **36**, wherein the post includes a radial protrusion.

**41**. An anchoring system for securing a medical line to the body of a patient, comprising:

an adaptor having an adaptor body with a longitudinal axis defined between first and second ends, a first connector at the first end for connection to a first medical line, and a second connector at the second end for connection to a second medical line;

a retainer attachable to the adaptor, including a base, a cover permanently coupled to the base, the cover movable between an open position and a closed position, a latching mechanism for releasably latching the cover to the base in the closed position, and a channel arranged to lie between the base and the cover

24

in the closed position, the channel shaped to retain the adaptor between the cover and the base with the cover in the closed position to inhibit movement of the adapter in a direction generally parallel to the adapter's longitudinal axis; and

an adhesive layer attached to the retainer and adapted to adhesively secure the retainer to the body of a patient.

**42**. The anchor system of claim **41**, wherein the latching mechanism comprises a plurality of posts extending from the base and a corresponding plurality of openings in the cover.

**43**. The anchor system of claim **41**, wherein the channel is defined by opposed inner faces of a pair of extensions positioned between the base and the cover with the cover in the closed position.

**44**. The anchor system of claim **43**, wherein the extensions extend from the cover.

**45**. The anchor system of claim **43**, wherein the inner faces are each convex.

**46**. The anchoring system of claim **41**, wherein the cover is permanently attached to the base.

**47**. The anchoring system of claim **46**, wherein a flexible leash couples the cover to the base.

**48**. The anchoring system of claim **46**, wherein a flexible hinge couples the cover to the base, and the flexible hinge comprises a rigid support area fixed to the base and a flexible bridge that extends between the support arm and the cover.

**49**. An anchoring system for securing a medical line to the body of a patient, comprising a retainer, the retainer including a base that defines a receiving area for receiving a portion of the medical line and a cover coupled to the base, means for releaseably latching the cover to the base, and means for limiting longitudinal movement of the medical line relative to the retainer, said movement limiting means located at least partially beneath the cover when the cover is latched to the base.

**50**. An anchoring system as in claim **49** additionally comprising an flexible anchor pad having an adhesive layer on one side, and the retainer is attached to the flexible anchor pad on an opposite side.

**51**. An anchoring system as in claim **49**, wherein the retainer comprises a movable clamp.

**52**. An anchoring system as in claim **49**, wherein the retainer comprises an in-line adapter.

**53**. An anchoring system as in claim **49**, wherein the cover is permanently linked to the base.

**54**. An anchoring system as in claim **53**, wherein the cover and the base are integrally formed such that the retainer has a unitary construction.

**55**. The anchoring system of claim **1**, wherein the cover is smaller than the base.

**56**. The anchoring system of claim **1**, wherein the interacting structure is a pair of posts arranged on the base.

**57**. The anchoring system of claim **56**, wherein the cover has length in a lateral direction sufficient to extend between the pair of posts arranged on the base.

**58**. The anchoring system of claim **1**, wherein the cover has width in a longitudinal direction that is wider than a width of a post formed on the base.

**59**. The anchoring system of claim **58**, wherein the cover has a width sufficient to stabilize a section of the medical line located within the retainer.

**60**. The anchoring system of claim **41**, wherein the cover is permanently coupled to the base.

**61**. The anchoring system of claim **41**, additionally comprising an adhesive layer coupled to the retainer and adapted to adhesively secure the retainer to the body of a patient.

US 6,213,979 B1

25

**62.** The anchoring system of claim **61**, additionally comprising a flexible anchor pad interposed between the anchor pad and the adhesive layer.

**63.** The anchoring system of claim **61**, wherein the base of the retainer is bonded to the adhesive pad.

**64.** An anchoring system for securing a fitting, having at least one opening, on a medical line to a body of a patient, the anchoring system comprising a base having a platform and at least one post extending from the platform and arranged to interact with the opening of the fitting, a cover movably coupled to the base so as to be moved between an open position and a closed position, and a latching mechanism operating between the cover and the base to releasably latch the cover to the base in the closed position, the post being disposed at least partially beneath the cover with the cover in the closed position.

**65.** The anchoring system of claim **64**, wherein the cover is coupled to the base by a flexible hinge.

**66.** The anchoring system of claim **65**, wherein the flexible hinge comprises an elongate leash extending between and permanently connected to the cover and the base.

**67.** The anchoring system of claim **65**, wherein the flexible hinge comprises a rigid support arm fixed to the base and a flexible bridge extending between the support arm and the cover.

26

**68.** The anchoring system of claim **65**, wherein the base, cover and hinge are integrally formed.

**69.** The anchoring system of claim **64**, wherein the latching mechanism comprises a barb member and a latch having a receptacle that releaseably receives the barb member.

**70.** The anchoring system of claim **69**, wherein said barb member comprises a shank and a barbed end, and said latch includes at least one tang that projects into the receptacle and cooperates with the barbed end to inhibit unintentional retraction of the barb member from the receptacle.

**71.** The anchoring system as in claim **70**, wherein said tang is formed as a flexible stem.

**72.** The anchoring system of claim **64** additionally comprising a adhesive layer coupled to the base and adapted to adhesively secure the base to the body of a patient.

**73.** The anchoring system of claim **69** additionally comprising a flexible anchor pad interposed between the base and the adhesive layer.

**74.** The anchoring system of claim **73**, wherein the base is bonded to the adhesive pad.

*  *  *  *  *

# EXHIBIT B

US006447485B2

(12) **United States Patent**　　　　(10) **Patent No.:**　　**US 6,447,485 B2**
Bierman　　　　　　　　　　　　　　　(45) **Date of Patent:**　　　**Sep. 10, 2002**

---

(54) **MEDICAL LINE ANCHORING SYSTEM**

(75) Inventor: **Steven F. Bierman**, Del Mar, CA (US)

(73) Assignee: **Venetec International, Inc.**, San Diego, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/797,341**

(22) Filed: **Mar. 1, 2001**

**Related U.S. Application Data**

(62) Division of application No. 08/865,231, filed on May 29, 1997, now Pat. No. 6,213,979.

(51) Int. Cl.[7] ................................................. **A61M 5/32**
(52) U.S. Cl. ....................... **604/174**; 604/177; 604/180; 128/DIG. 26
(58) Field of Search ................................. 604/174, 175, 604/177, 176, 180, 179; 128/DIG. 26

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,525,398 A | 10/1950 | Collins |
| 2,533,961 A | 12/1950 | Rouseau et al. |
| 2,707,953 A | 5/1955 | Ryan |
| 3,059,645 A | 10/1962 | Hasbrouck et al. |
| 3,064,648 A | 11/1962 | Bujan |
| 3,167,072 A | 1/1965 | Stone et al. |
| 3,482,569 A | 12/1969 | Raffaelli |
| 3,529,597 A | 9/1970 | Fuzak |
| 3,602,227 A | 8/1971 | Andrew |
| 3,630,195 A | 12/1971 | Santomieri |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 2341297 | 4/1975 |
| EP | 0064284 A2 | 4/1982 |

| | | |
|---|---|---|
| EP | 0247590 A2 | 12/1987 |
| EP | 356683 A | 7/1989 |
| FR | 1184139 | 7/1959 |
| FR | 2381529 | 9/1978 |
| GB | 2063679 | 6/1981 |
| GB | 2086466 A | 5/1982 |
| WO | WO 80/01458 | 7/1980 |
| WO | WO 85/02774 | 7/1985 |
| WO | WO 91/16939 | 11/1991 |
| WO | WO 92/19309 | 11/1992 |
| WO | WO 96/10435 | 4/1996 |

OTHER PUBLICATIONS

Multiple–Lumen Central Venous Cathecerization Product with Arrow+gàrd™ Antiseptic Surface (Arrow International brochure) (Apr. 1994).
Photographs (4) of Catheter Clamp and Rigid Fastener sold by Arrow International, Inc.

*Primary Examiner*—Manuel Mendez
(74) *Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear, LLP

(57) **ABSTRACT**

An anchoring system includes a simply-structured device which permits a portion of a catheter tube or similar medical article to be easily anchored to a patient, desirably without the use of tape or needles and suturing. A unitary retainer desirably includes a base connected to a cover by way of a flexible hinge. The retainer is attached to a flexible anchor pad including an adhesive bottom surface, which can be attached to the patient's skin. A catheter is secured to a fitting, which in turn mounts to the retainer. Mounting the fitting to the retainer can be accomplished by inserting posts of the retainer through holes of the fitting, or by mounting the fitting within a channel defined by mounting structures integral to the retainer. The cover is then positioned over the base, by bending the flexible hinge, and latched to the base. Several embodiments of the latching mechanism are disclosed. In one form, the latching mechanism includes one or more posts on the base which can be releasably locked into corresponding slotted holes in the cover.

**22 Claims, 6 Drawing Sheets**



# US 6,447,485 B2
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,677,250 | A | 7/1972 | Thomas |
| 3,766,915 | A | 10/1973 | Rychlik |
| 3,834,380 | A | 9/1974 | Boyd |
| 3,847,370 | A | 11/1974 | Engelsher |
| 3,856,020 | A | 12/1974 | Kovac |
| 3,896,527 | A | 7/1975 | Miller, et al. |
| 3,900,026 | A | 8/1975 | Wagner |
| 3,906,946 | A | 9/1975 | Nordstrom |
| 3,942,228 | A | 3/1976 | Buckman et al. |
| 3,973,565 | A | 8/1976 | Steer |
| 4,020,835 | A | 5/1977 | Nordstrom et al. |
| 4,057,066 | A | 11/1977 | Taylor |
| 4,059,105 | A | 11/1977 | Cutruzzula et al. |
| 4,082,094 | A | 4/1978 | Dailey |
| 4,114,618 | A | 9/1978 | Vargas |
| 4,129,128 | A | 12/1978 | McFarlane |
| 4,133,307 | A | 1/1979 | Ness |
| 4,142,527 | A | 3/1979 | Garcia |
| 4,161,177 | A | 7/1979 | Fuchs |
| 4,193,174 | A | 3/1980 | Stephens |
| 4,224,937 | A | 9/1980 | Gordon |
| 4,248,229 | A | 2/1981 | Miller |
| 4,250,880 | A | 2/1981 | Gordon |
| 4,316,461 | A | 2/1982 | Marais et al. |
| 4,324,236 | A | 4/1982 | Gordon et al. |
| 4,326,519 | A | 4/1982 | D'Alo et al. |
| 4,362,156 | A | 12/1982 | Feller, Jr. et al. |
| 4,392,853 | A | 7/1983 | Muto |
| 4,397,647 | A | 8/1983 | Gordon |
| 4,449,975 | A | 5/1984 | Perry |
| 4,453,933 | A | 6/1984 | Speaker |
| 4,474,559 | A | 10/1984 | Steiger |
| 4,480,639 | A | 11/1984 | Peterson et al. |
| 4,516,968 | A | 5/1985 | Marshall et al. |
| 4,563,177 | A | 1/1986 | Kamen |
| 4,633,863 | A | 1/1987 | Filips et al. |
| 4,650,473 | A | 3/1987 | Bartholomew et al. |
| 4,660,555 | A | 4/1987 | Payton |
| 4,711,636 | A | 12/1987 | Bierman |
| 4,742,824 | A | 5/1988 | Payton et al. |
| 4,808,162 | A | 2/1989 | Oliver |
| 4,823,789 | A | 4/1989 | Beisang III |
| 4,826,486 | A | 5/1989 | Palsrok et al. |
| 4,852,844 | A | 8/1989 | Villaveces |
| 4,857,058 | A | 8/1989 | Payton |
| 4,863,432 | A | 9/1989 | Kvalo |
| 4,880,412 | A | 11/1989 | Weiss |
| 4,896,465 | A | 1/1990 | Rhodes et al. |
| 4,897,082 | A | 1/1990 | Erskine |
| 4,898,587 | A | 2/1990 | Mera |
| 4,919,654 | A | 4/1990 | Kalt |
| 4,932,943 | A | 6/1990 | Nowak |
| 4,955,864 | A | 9/1990 | Hajduch |
| 4,976,700 | A | 12/1990 | Tollini |
| 4,997,421 | A | 3/1991 | Palsrok et al. |
| 5,000,741 | A | 3/1991 | Kalt |
| 5,037,397 | A | 8/1991 | Kalt et al. |
| 5,073,170 | A | 12/1991 | Schneider |
| 5,084,026 | A | 1/1992 | Shapiro |
| 5,098,399 | A | 3/1992 | Tollini |
| 5,147,322 | A | 9/1992 | Bowen et al. |
| 5,156,641 | A | 10/1992 | White |
| 5,192,273 | A | 3/1993 | Bierman et al. |
| 5,192,274 | A | 3/1993 | Bierman |
| 5,195,981 | A | 3/1993 | Johnson |
| 5,266,401 | A | 11/1993 | Tollini |
| 5,267,967 | A | 12/1993 | Schneider |
| 5,282,463 | A | 2/1994 | Hammersley |
| 5,292,312 | A | 3/1994 | Delk et al. |
| 5,304,146 | A | 4/1994 | Johnson et al. |
| 5,306,243 | A | 4/1994 | Bonaldo |
| 5,314,411 | A | 5/1994 | Bierman |
| 5,322,514 | A | 6/1994 | Steube et al. |
| 5,330,438 | A | 7/1994 | Gollobin et al. |
| 5,338,308 | A | 8/1994 | Wilk |
| 5,342,317 | A | 8/1994 | Claywell |
| 5,344,406 | A | 9/1994 | Spooner |
| 5,344,414 | A | 9/1994 | Lopez et al. |
| 5,346,479 | A | 9/1994 | Schneider |
| 5,352,211 | A | 10/1994 | Merskelly |
| 5,354,282 | A | 10/1994 | Bieman |
| 5,354,283 | A | 10/1994 | Bark et al. |
| 5,380,293 | A | 1/1995 | Grant |
| 5,380,294 | A | 1/1995 | Persson |
| 5,380,301 | A | 1/1995 | Prichard et al. |
| 5,382,239 | A | 1/1995 | Orr et al. |
| 5,382,240 | A | 1/1995 | Lam |
| 5,389,082 | A | 2/1995 | Baugues, et al. |
| 5,395,344 | A | 3/1995 | Beisang, III et al. |
| 5,403,285 | A | 4/1995 | Roberts |
| 5,413,562 | A | 5/1995 | Swauger |
| 5,443,460 | A | 8/1995 | Miusek |
| 5,449,349 | A | 9/1995 | Sallee et al. |
| 5,456,671 | A | 10/1995 | Bierman |
| 5,468,228 | A | 11/1995 | Gebert |
| 5,468,230 | A | 11/1995 | Corn |
| 5,468,231 | A | 11/1995 | Newman et al. |
| 5,470,321 | A | 11/1995 | Forster et al. |
| D364,922 | S | 12/1995 | Bierman |
| 5,484,420 | A | 1/1996 | Russo |
| 5,496,282 | A | 3/1996 | Militzer et al. |
| 5,496,283 | A | 3/1996 | Alexander |
| 5,499,976 | A | 3/1996 | Dalton |
| 5,520,656 | A | 5/1996 | Byrd |
| 5,522,803 | A | 6/1996 | Teissen-Simony |
| 5,527,293 | A | 6/1996 | Zamierowski |
| D375,355 | S | 11/1996 | Bierman |





*FIG.3*



*FIG.2*







*FIG. 10A*

*FIG. 10B*



*FIG. 12*

*FIG. 11*

US 6,447,485 B2

1

# MEDICAL LINE ANCHORING SYSTEM

## RELATED CASES

The present application is a divisional of application Ser. No. 08/865,231, filed on May 29, 1997 now U.S. Pat. No. 6,213,979.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to anchoring systems for anchoring medical lines to patients.

### 2. Description of Related Art

It is very common in the treatment of patients to utilize intravenous (IV) catheters to introduce fluids and medications directly into the bloodstream. In many cases, and particularly with respect to cardiac therapy, the IV catheter is introduced into a central or larger vein located close to the patient's heart. A typical catheter utilized in connection with a central vein is referred to as a "central venous catheter" ("CVC"). A venous catheter peripherally inserted into the central circulation through a vein in the arm is commonly referred to as a "peripherally inserted central catheter" ("PICC").

In these cases, long-term IV infusion typically requires that the catheter remain in place for many days. In order to secure such an IV catheter in position at the insertion site, the catheter often is provided with an integrated or a movable flexible clamp with winged extensions which are sutured to the patient's skin. In other applications, the flexible clamp is covered by a rigid box clamp, which receives the catheter/clamp combination in a friction-fit manner. The rigid box clamp and the flexible clamp have lateral, aligned holes in them, which allow the combination to be sutured to the patient's skin. Although this technique securely attaches the central venous catheter to the patient, it obviously is painful and uncomfortable for the patient. This prior retention procedure is also time consuming and inconvenient, poses the risk of needle-stick to the health care provider, and risks suture-site infection to the patient. In addition, suture material tends to exhibit poor gripping on medical tubes and can cut through the winged extension of the flexible clamp.

## SUMMARY OF THE INVENTION

A need therefore exists for a simply-structured anchoring system that affixes a medical line in a fixed position, but releases the medical line for dressing changes or other servicing.

On aspect of the present invention thus involves an anchoring system for securing a medical line to the body of a patient. The system comprises a retainer including a base that defines a receiving area for receiving a portion of the medical line. A cover is permanently coupled to the base. The cover is movable between a closed position, in which at least a portion of the cover extends over at least a portion of the receiving area, and an open position, in which the receiving area is at least partially open. A latching mechanism operates between the base and the cover to releasably latch the cover to the base with the cover in the closed position. Interacting structure is located generally beneath the cover with the cover in the closed position. The interacting structure is adapted to limit movement of the medical line through to the retainer when the catheter is placed within the receiving area.

Another aspect of the present invention involves an anchoring system for securing a medical line to the body of

2

a patient. The system includes a fitting adapted to engage with the medical line and having at least one opening. A retainer comprises a base including a platform and at least one post extending from the platform and arranged to interact with the hole of the fitting. A cover is movably coupled to the base so as to be moved between an open position and a closed position. A latching mechanism operates between the cover and the base to releasably latch the cover to the base in the closed position.

In accordance with an additional aspect of the present invention, an anchoring system for securing a medical line to the body of a patient is provided. The anchoring system comprises an adaptor having an adaptor body with a longitudinal axis defined between first and second ends. A first connector is located at the first end of the adaptor for connection to a first medical line, and a second connector is located at the second end for connection to a second medical line. A retainer includes a base and a cover permanently coupled to the base. The cover is movable between an open position and a closed position. A latching mechanism releasably latches the cover to the base in the closed position. And a channel is arranged to lie between the base and the cover in the closed position. The channel is shaped to retain the adaptor between the cover and the base with the cover in the closed position to inhibit movement of the adapter in a direction generally parallel to the adapter's longitudinal axis. An adhesive layer is attached to the retainer and is adapted to adhesively secure the retainer to the body of a patient.

A preferred method of anchoring a medical line to a patient involves providing a retainer including a base having a plurality of posts, and a cover attached to the base by a flexible leash. The provided cover also includes a corresponding plurality of openings with each opening comprising a slot. The retainer is coupled to an adhesive layer. The anchoring system is positioned on the body of the patient, and the adhesive layer is attached to the body of the patient. A medical device is arranged between the posts of the base. The cover is positioned over the base to bring the openings of the cover in proximity with the posts of the base. The cover is shifted relative to the base to engage the posts with the slots of the openings.

Further aspects, features, and advantages of the present invention will become apparent from the detailed description of the preferred embodiments that follow.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above-mentioned and other features of the invention will now be described with reference to the drawings of several preferred embodiments of the present anchoring system. The illustrated embodiments of the anchoring system are intended to illustrate, but not to limit the invention. The drawings contain the following figures:

FIG. 1A is a perspective view of an anchoring system in accordance with a preferred embodiment of the present invention and illustrates a retainer of the anchoring system in an open position together with an exemplary catheter wing clamp fitting (the components of which are illustrated as exploded above the retainer);

FIG. 1B is a bottom plan view of a cover of the retainer of FIG. 1A;

FIG. 2 is a perspective view of the anchoring system of FIG. 1A with the cover of the retainer shown in a partially closed position;

FIG. 3 is a cross-sectional view of the anchoring system of FIG. 2, with the retainer shown in a completely closed

US 6,447,485 B2

3

position and the catheter wing clamp fitting assembled and anchored therein;

FIG. 4A is a perspective view of a retainer in accordance with another preferred embodiment of the present invention, shown in an open position;

FIG. 4B is a bottom plan view of a cover portion of the retainer of FIG. 4A;

FIG. 5 is a perspective view of the retainer of FIG. 4A, shown in a partially closed position;

FIG. 6 is a perspective view of a retainer in accordance with another preferred embodiment of the present invention, shown in an open position;

FIG. 7 is a perspective view of the retainer of FIG. 6, shown in a closed position;

FIG. 8 is a cross-sectional view of the retainer of FIG. 7, taken along the line 8—8;

FIG. 9 is a cross-sectional view of the retainer according to FIG. 8, but with a tang shown in a release position;

FIG. 10A is a prospective view of an anchoring system in accordance with an additional preferred embodiment of the present invention and illustrates a retainer of the anchoring system in an open position and together with an exemplary catheter adaptor;

FIG. 10B is a bottom plan view of a cover portion of the retainer of FIG. 10A;

FIG. 11 is a prospective view of the retainer of FIG. 10A, shown in a partially closed position with the cover interacting with the catheter adapter; and

FIG. 12 is a cross-sectional view of the retainer according to FIG. 11, shown in a completely closed position, with the catheter adaptor anchored therein.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present embodiments of the medical line anchoring system are disclosed in the context of an exemplary central line catheter. The principles of the present invention, however, are not limited to PICCs or CVCs. Instead, it will be understood by one of skill in this art, in light of the present disclosure, that the anchoring systems and retainers disclosed herein can also be successfully utilized in connection with other types of medical lines, including tubes for fluid communication and electrical wires. For example, but without limitation, the retainers disclosed herein can retain CVCs, PICCs, Foley catheters, and hemodialysis catheters, surgical drainage tubes, feeding tubes, chest tubes, nasogastric tubes, scopes, as well as with electrical wires or cables connected to external or implanted electronic devices or sensors. One skilled in the art may also find additional applications for the devices and systems disclosed herein. Thus, the illustration and description of the anchoring system 8 in connection with a catheter is mainly exemplary of one possible application of the system.

Each of the embodiments described herein employ the same basic concepts characteristic of the improved anchoring system, namely releasable attachment of a medical line to a patient. The anchoring systems also all include interacting structure that operates between a retainer of the anchoring system and a fitting which in some applications is releasably attached to the medical line and in other applications is integrally formed with the medical line. The interacting structure between the retainer and the fitting generally inhibits relative movement between the medical line and the anchoring system in at least one degree of freedom.

4

To assist in the description of the components of the anchoring systems and retainers disclosed herein, the following coordinate terms are used. A longitudinal axis is generally parallel to a section of the medical line to be retained by the anchoring system, generally in the plane of a retainer base (discussed below). A lateral axis is generally perpendicular to the longitudinal axis within the plane of the base. A transverse axis extends transverse to both the longitudinal and lateral axes. A number of the figures illustrate this coordinate system to the side of the anchoring system. In addition, as used herein, the "longitudinal direction" refers to a direction substantially parallel to the longitudinal axis. "The lateral direction" refers to a direction substantially parallel to the lateral axis. And, "the transverse direction" refer to a direction substantially parallel to the transverse axis. These coordinates are used to describe structures and movement of the anchoring system of each embodiment. A detailed description of each embodiment, and its associated method of use, now follows.

FIGS. 1 to 3 illustrate an anchoring system 8 constructed in accordance with a preferred embodiment of the present invention. The system 8 includes a retainer 10 which is configured to retain a catheter, either directly or by way of a fitting 11. In the illustrated embodiment, the fitting 11 comprises a catheter box clamp 12 and a soft wing clamp 13 for use with a central line catheter 15.

The retainer 10 includes a base 14. The base 14 of the retainer 10 is attached to an anchor pad 16, which forms a part of the anchoring system 8. The base 14 desirably is secured to the anchor pad 16 by a solvent bond adhesive, such as cyanoacrylate or other bonding material. One such adhesive is available commercially as Part No. 4693 from the Minnesota Mining and Manufacturing Company (3M).

The anchor pad 16 comprises a flexible structural layer for securing the retainer 10 to a patient's skin. The pad desirably comprises a laminate structure with an upper cellulose foam layer (e.g., closed-cell polyethylene foam), and a bottom adhesive layer. The adhesive desirably is a medical-grade adhesive and can be either diaphoretic or nondiaphoretic, depending upon the particular application. Such foam with an adhesive layer is available commercially from New Dimensions in Medicine of Columbus, Ohio. Although not illustrated, it will be understood that the retainer and/or anchor pad can include suture holes in addition to the adhesive layer to further secure the anchor pad to the patient's skin.

An upper surface of the foam layer is roughened by corona-treating the foam with a low electric charge. The roughened or porous upper surface of the anchor pad 16 improves the quality of the adhesive joint formed by the cyanoacrylate (or by another type of adhesive or bonding material) between the base 14 to the anchor pad 16. In the alternative, the flexible anchor pad 16 can comprise a medical-grade adhesive bottom layer, an inner cellulose foam layer and an upper paper or other woven or non-woven cloth layer.

A removable paper or plastic backing 17 desirably covers the bottom adhesive surface before use. The backing 17 preferably resists tearing and is divided into a plurality of pieces to ease attachment of the pad to a patient's skin. Desirably, the backing 17 is split along a center line 18 of the flexible anchor pad 16 in order to expose only half of the adhesive bottom surface at one time. The backing 17 also advantageously extends beyond at least one edge of the anchor pad 16, as illustrated, to facilitate removal of the backing 17 from the adhesive layer.

US 6,447,485 B2

5

In the illustrated embodiment, the anchor pad 16 also desirably includes a pair of opposing concave sections that narrows the center of the anchor pad proximate to the base 14. As a result, the peripheral ends of the anchor pad 16 have more contact area to provide greater stability and adhesion to a patient's skin, while allowing the retainer 10, which is located at center section of the anchor pad 16, to be placed adjacent to an insertion site of the catheter 15.

Although the anchor pad 16 has not been shown in the other drawings that illustrates this embodiment, nor in some of the drawings illustrating the other embodiments, it will be understood that a similar flexible anchor pad is included to secure the retainer to the patent's skin with each embodiment.

The base 14 and the catheter 15 desirably include inter-acting structure to couple the catheter 15 to the base 14. As will be clear from the disclosure below, the interacting structure mounts the medical line either directly or by way of a fitting (e.g., the box clamp 12 and soft wing clamp 13) to the base 14. In the latter case, a portion of the interacting structure desirable is formed on the fitting and another portion of the interacting structure is formed on the retainer. The term "mount", when used with reference to the relation between the catheter or fitting and the retainer, does not necessarily imply that the catheter 15 or fitting 11 are immobilized or fixed. Rather, this term is meant to describe the condition in which the interacting structure inhibits movement of the catheter 15 relative to the retainer 10 in at least one degree of freedom (e.g., rotational, lateral, longi-tudinal or transverse). In the illustrated embodiment, as well as in those later described, the interacting structure inhibits movement of the catheter 15 at least in the longitudinal direction.

In the illustrated embodiment, a portion of the interacting structure on the base 14 comprises at least one post 20 which extends upwardly from a relatively rigid platform 21. The base 14 desirably includes a pair of posts 20. The base can also include additional posts to suit a specific application. For example, where the retainer is designed to secure a relatively large fitting, the base can include four posts arranged at the corners of a rectangle, for greater stability. And, three posts can be used to firmly anchor a Y-site fitting.

Each post 20 includes a shank or shaft 25, attached to and extending upwardly from the platform 21. The posts 20 can have a variety of lengths and a variety of distances between them, depending upon the particular application and the particular fitting 11 with which they are to interact to mount the catheter 11. For anchoring catheters and medical tubing, each post 20 desirably has a length of about 4 mm to 20 mm, and more particularly a length of about 6 mm; however, longer or shorter lengths also are possible. The posts 20 are laterally spaced at least wide enough to accommodate the medical line to be anchored, and in the illustrated embodiments, the posts 20 are spaced to accommodate the fitting 11 which secures the medical line. Desirably, the posts 20 are spaced apart by a distance between 5 mm and 40 mm, and more particularly by a distance equal to about 15 mm. The shaft 25 of each post 20 has a diameter sufficient to perform its structural function, as described in more detail below, and depends upon the material chosen for the base 14 and shafts 25. The illustrated posts 20 comprise a polymer plastic material, with a diameter between 0.5 mm and 3 mm and particularly about 1.7 mm.

At least one protrusion extends radially from the shaft. In the illustrated embodiment, the protrusion comprises an enlarged tip or head 26 at the end distal from the platform

6

21. As seen in FIG. 1, at least a portion of the head 26 of each post 20 is larger than the diameter of the shaft 25, desirably having a maximum diameter of 1.1 to 1.5 times the diameter of the shaft 25. In the illustrated embodiment, the head 26 has a generally hemispherical shape with a smooth surface and a maximum diameter at an overhanging lower surface or underside 30. It will be understood, however, that the head 26 can take a variety of other shapes, such as for example, solid or hollow conicals, arrowheads, barbs, spheres, mush-room heads, and other types of radially projecting structures. A relatively blunt end of the head 26 is preferred to avoid snagging on materials such as a health care provider's latex gloves or sheets on the patient's bed.

A cover 22 is flexibly coupled to the base 14 by way of a flexible coupling. In the illustrated embodiment, the cou-pling comprises a flexible leash 24. The leash 24 can take any number of forms to mechanically connect the base 14 to the cover 22 while permitting movement of the cover 22 relative to the base 14 so as to enable engagement or disengagement of these parts, as described below. In the illustrated embodiment, the leash 24 comprises a band of flexible material. The leash 24 desirably is integrally molded with the base 14 and the cover 22. The illustrated leash 24 has a longitudinal width of about 0.5 mm to 5 mm, desirably about 1 mm, and a similar depth or transverse dimension. The length of the leash 24 depends in part upon the height of the post 20. Desirably, the leash 24 is longer than the height of the post 20, to allow some leeway in engaging or disengaging the base 14 with the cover 22, as will be understood by one of skill in the art in light of the disclosure herein. While the leash 24 desirably is generally oblong in cross-section, as illustrated, and fixes an orientation of the cover 22 relative to the base 14, it will be understood that the leash can also have a string-like (e.g., rounded) configura-tion and allow rotation about the lateral axis.

The cover 22 comprises an elongate member which can be formed of the same polymer or plastic material as the base 14, and desirably is integrally molded with the base 14. The cover 22 desirably has a shape that is generally coex-tensive with the platform 21 of the base 14. The cover 22 can be smaller; however, the cover should have a length in the lateral direction at least large enough to extend over the space between the posts 20 and a width in the longitudinal direction that is wider than the posts 20. The width of the cover 22 desirably is sufficient to stabilize a section of the catheter 15 within the retainer 10. In particular, the width of the cover 22 preferably generally matches the longitudinal length of the fitting 11. The corners of the cover are also desirably rounded to avoid snagging on materials such as the latex gloves worn by the health care provider, bed sheets, etc. In the illustrated embodiment, the cover 22 generally has an elliptical shape for this purpose.

As shown in FIG. 2, the illustrated cover 22 also desirably includes a textured portion 48, such as that formed by longitudinal ridges 50 in the cover surface at an end of cover 22 opposite the leach 24. It will be understood that any well known form of texturing such as, for example, a roughened surface can be used in place of ridges. The textured portion 48 improves the health care provider's grip on the cover 22.

The base 14 and cover 22 are further releasably connected by a latching mechanism. The latching mechanism permits the cover 22 to be engage with the base 14 in a closed position, as illustrated in FIG. 3. The cover 22 also can be disengaged from the base 14 and moved to an open position, as shown in FIG. 1A.

The latching mechanism includes interengaging struc-tures formed on the base 14 and on the cover 22. In the

US 6,447,485 B2

7

illustrated embodiment, the portion of the latching mechanism on the base 14 is formed by at least one of the posts 20 with it enlarged head 26. Desirably, the latching mechanism involves the posts 20 that lie on opposite sides of the catheter 15 when the catheter 15 is properly positioned on the retainer 10.

A cover portion of the latching mechanism includes at least one opening 32 formed in the cover 22, and desirably includes the same number of openings 32 as there are posts 20 on the base 14. The illustrated cover 22 thus includes two openings 32 with corresponding points of the openings 32 being spaced by approximately the same distance as the two posts 20 on the base 14, desirably by between about 5 mm and 40 mm, and particularly about 15 mm. Each opening 32 is arranged in the cover 22 to cooperate with the corresponding post 20. It will be understood that, in other arrangements of the latching mechanism are possible where the posts are on the cover, the openings are formed in the base, as described in more detail below.

Each opening 32 shown in FIGS. 1–3 is defined by a central hole 34 with at least one slot 36 extending to one side, desirably laterally adjacent to and intersecting with the central hole 34 at a narrow waist opening 37. The central hole 34 is sized and shaped to accommodate the largest diameter of the post head 26. The illustrated slot 36 extends in the lateral direction from the central hole 34 with the lateral axis of the slot 36 being substantially collinear with a center line of the cover 22 extending in the lateral direction. It will be understood that the slots 36 on the cover 22 can extend from the central hole 34 in any direction, though both slots 36 desirably extend in the same general direction. In other arrangements, more than one slot can extend from each central hole.

The width of the illustrated slot 36 in the longitudinal direction is smaller than the central hole 34 and is smaller than the largest diameter of the head 26. The slot width desirably ranges from slightly smaller to slightly larger than the diameter of the shaft 25.

The interengagement between the posts 20 and the openings 32 on the cover 22 thus form the latching mechanism that releasably secures the cover 22 to the base 14. When the post shaft 25 is positioned in the slot 36, the cover 22 can not be lifted from the retainer base 14 in the transverse direction, as described in more detail below.

As best seen from the plan view of FIG. 1B, the cover 22 desirably includes a post retention mechanism to inhibit unintentional retraction of a post 20 from the slot 36. In the embodiment of FIGS. 2–3, the retention mechanism includes a lip 38 of cover material that forms a depression 40 (FIG. 3). The depression 40 is sized slightly smaller than the lower surface 30 of the post head 26. The retention mechanism of the illustrated slotted hole 36 further comprises the waist opening 37 (FIG. 1B), which has a slightly smaller diameter than the shaft 25. The longitudinal dimension of the slot 36 widens to slightly larger than the diameter of the shaft 25 between the lip 38 of the cover 22. While not illustrated, the retention mechanism can also be formed by arranging the slots at a slight deviation from parallel to one another to increase the friction between the cover 22 and the posts 20.

The retainer 10 also desirably includes a locator device to locate the cover 22 at a desired distance from the platform 21. In the illustrated embodiment, each post 20 includes an annular ring 28 positioned between the platform 21 and the head 26 for this purpose; however, other types of protuberances (e.g., small bumps or ribs) can also serve this purpose.

8

The annular ring 28 is spaced below the head 26 along the shaft 25 by a distance sufficient to accommodate the thickness of the cover 22 when latched together. The ring 28 desirably is located between about1 mm and 4 mm below the lower surface 30 of the head 26. Like the head 26, the annual ring 28 is larger in diameter than the shaft 25, desirably 1.1 to 2.0 times the diameter of the shaft 25. Most desirably, the ring 28 is slightly larger than the maximum diameter of the head 26.

As mentioned above, the base 22, leash 24 and cover 22 desirably are integrally formed to make a unitary retainer 10. This can be accomplished in any of a variety of ways well known to one of skill in the art. For instance, the entire retainer can be injection molded, in order to reduce fabrication costs. Additionally, features such as the leash 24 are desirably flexible. Suitable plastics which account for these considerations include polypropylene, polyethylene, and the like. Desirably, the illustrated retainer 10 comprises injection molded polyethylene or polypropylene.

The anchoring system 8 can also include the fitting 11 for mounting a medical device (e.g., catheter) to the retainer 10. In the exemplary application illustrated in FIGS. 1–3, the fitting 11 takes the form of the box clamp 12 and the soft wing clamp 13. Mounting of the fitting 11 (or catheter directly) to the retainer 10 is achieved by way of the interacting structures, a portion of which comprises surfaces or structures of the retainer 10 and another portion of which comprises surfaces or structures of the fitting 11 (or catheter, if directly coupled).

The box clamp 12, best seen from the view of FIG. 1, is a relatively small, rigid wing-shaped device having a configuration similar to that of conventional box clamps in common usage today in suturing attachment systems. The box clamp 12 includes a central elongate body 60 having a longitudinal groove 62 formed on the underside and a box-shaped upper surface 64. The longitudinal groove 62 is generally U-shaped and is sized to receive the body of a catheter and/or associated fluid line, and more desirably is sized to receive the wing clamp 13. At least one end, and preferably at both ends of the longitudinal groove 62, the body 60 of the box clamp 12 narrows the opening of the longitudinal groove 62. That is, the longitudinal groove 62 at either end extends through an arc which is greater than 180E about an axis of the longitudinal groove 62. The groove also can have a uniform cross section along its length so that the wall of the entire groove extends through an arc greater than 180E. The box clamp 12 desirably is formed of a relatively rigid material, such as polycarbonate.

A pair of lateral wings 66 extend roughly perpendicularly from the body 60 of the box clamp 12, each including a hole 67 therethrough. Each hole 67 is sized and shaped to receive the head 26 and the collar 28 of one of the posts 20.

The soft wing clamp 13 has a configuration similar to that of the box clamp 14, including a central elongate body 70 defining an inner cavity 72 and an outer surface 74. The inner cavity 72 is sized to surround a portion of a catheter. The wing clamp 13 is constructed from a soft, pliable or flexible material such as, for example, latex or the like. The central elongate body 70 includes a longitudinal slit 75 along its underside. The slit 75 can be expanded due to the pliable nature of the wing clamp 13. Thus, the wing clamp 13 is capable of being placed on and surrounding and longitudinally contacting in a frictional manner a portion of the catheter. This frictional contact between the soft wing claim 13 and the catheter generally prevents relative movement between these articles.

US 6,447,485 B2

9

Lateral wings 76 extend roughly perpendicularly from the body 70 of the soft wing clamp 13, each including a through-hole 77. Each hole 77 is sized and shaped to receive the head 26 of one of the posts 20. As the material surrounding the wing hole 67 is pliable in the illustrated embodiment, the hole 67 can be smaller than the corresponding box clamp hole 67 and even smaller than the post head 26, yet still be stretched to receive the post head 26; the through-hole 77, however, desirably is larger than the post head 26 and generally equal in size to the corresponding hole 67 in the box clamp 12.

The illustrated box clamp 12 and soft wing clamp 13 are commercially available from Arrow® for use with its CVC. Other clamps with suture wing extensions are currently in commercial use with Quinton® Hemodialysis catheters, Cook® PICC's, Baxter® CVCs and B. Braun CVCs. The skilled artisan will find application for the present invention with any of these and many other clamp configurations. As will be clear from a discussion of the embodiment of FIGS. 10–12, the fitting 11 (box clamp/soft wing clamp combination) can also be replaced with an inter-line connector or adaptor, such as those used to connect the catheter to a supply, delivery or drainage line.

FIG. 3 illustrates the interengagement of the components of the anchoring system 8, in accordance with the present embodiment. The box clamp 12 and soft wing claim 13 are shown engaged with the posts 20 and retained between the base 14 and cover 22 of the retainer 10.

As noted, the groove 62 of the box clamp 12 is configured to receive the soft wing clamp 13. In particular, the groove 62 is sized and shaped to receive the outer surface 74 of the elongate body 74 on the soft wing clamp 13. The wings 66 of the box clamp 12 have approximately the same size and shape as the wings 76 of the soft wing clamp 13. When the wings 66, 76 are aligned, the box clamp holes 67 are correspondingly aligned with the soft wing clamp holes 77.

Together, the box clamp 12 and the soft wing clamp 13 form the fitting 11 for mounting in the retainer 10. In the illustrated embodiment, the retainer 10 has been sized for retention of the conventional box clamp 12 and soft wing clamp 13. Accordingly, the holes 67, 77 of the fitting 11 are spaced by approximately the same distance as the posts 20 on the retainer base 14. The box-like upper surface 64 of the box clamp 12 is sized and shaped to fit between the posts 20. Accordingly, a lateral dimension of the elongate body 60 is smaller than the spacing between the posts 20 (i.e., the elongate body 60 is located between and spaced from holes 67 on the box clamp wings 66), while the height of the fitting 11 (formed by the height of the box clamp 12 plus the thickness of the soft wing clamp wings 76) is smaller than the height of the posts. Desirably, the height of the fitting is smaller than the height of the shaft 25 up to the underside 30 of the post head.

The interaction between the posts 20 and the openings 67, 77 of the fitting 11 mount the fitting 11 on the base 14. Accordingly, this interacting structure between the retainer 10 and the fitting 11 inhibits movement of the catheter 15 relative to the retainer 11 in at least the longitudinal and lateral directions. It is understood that the posts need not to extend entire through the holes for this purpose, though.

As noted above, the spacing between the posts 20 on the base 14 also dictates the spacing between the openings 32 in the cover 22. Desirably, the slots 36 each extend from the same side, and desirably laterally, from the central holes 34. Thus, the spacing between the central holes 34 is approximately equal to the spacing between the slots 36, which is

10

in turn approximately equal to the spacing between the posts 20 on the base.

As also noted above, the leash 24 flexibly connects the platform 21 of the base 14 to the cover 22. Desirably, the leash 24 connects lateral ends of the base 14 and cover 22, so as not to interfere with the mounting of the fitting 11 and catheter along the longitudinal axis. The leash 24 is long enough to permit a desired parallel spacing of the base 14 from the cover 22 when the retainer is in a closed position, as illustrated.

In operation, a catheter (or other medical tube or wire) is inserted into the patient, and the fitting 11 is secured to the catheter. The fitting 11 is then retained within the retainer 10, and the retainer 10 is then secured to the patient. These steps are described in more detail below. While this sequence is advantageous, it will be understood that, in other arrangements, the fitting can be secured to a catheter before or after securing the fitting to the retainer, depending upon the form of the fitting. Similarly, and especially for reapplication of a catheter to the retainer 10, the catheter and fitting 11 can be mounted to the retainer 10 after the retainer 10 has already been secured to the patient.

In the illustrated embodiment, desirably after catheter insertion, the wing clamp 13 is stretched open at the slit 75 and fit over the catheter, as in standard practice. The groove 62 of the box clamp 12 is fitted over the elongate body 70 of the soft wing clamp 13, providing a tight "snap fit." Some flexibility in the wing clamp body 70 facilitates this fitting. The relatively more rigid box clamp body 60, however, exerts relatively more inward pressure on the catheter than the relatively more flexible wing clamp 13, such that a better frictional grip holds the catheter within the fitting 11. It will be understood by one of skill in this art, however, that the fitting 11 of the present embodiment can comprise the soft wing clamp 13 alone.

As shown in FIG. 2, the catheter and fitting 11 are then removably mounted to the retainer 10. In the illustrated embodiment, the holes 77, 67 are fitted over the posts 20 of the retainer base 14. Desirably, each slightly smaller wing clamp hole 77 stretches to accommodate the larger diameter head 26 and ring 28 of the post 20. Each box clamp hole 67, on the other hand, desirably is large enough to receive the head 26 and ring 28 without interference. The fitting 11 is thereby fitted onto the base 14 with the posts 20 extending through the fitting holes 67, 77 and the bottom surface of the soft wing clamp 13 resting on the platform 21.

As illustrated in FIGS. 2 and 3, the cover 22 is latched to the base 14, with the fitting 11 interposed between the cover and the base. FIG. 2 shows the cover 22 in a partially closed position, with the flexible leash 24 bent to position the cover 22 over the base 14. The openings 32 of the cover 22 are aligned with the posts 20 of the base 14 and the cover 22 is then moved toward the base such that the head 26 of each post passes through the central hole 34 of one of the openings 32. The size and spacing of the openings 32 and the posts 22 should result in an easy engagement so that only a light downward force is necessary, thereby avoiding pain or discomfort to the patient. In this position, the portion of the cover 22 between the holes 34 can firmly contact a portion of the fitting 11 in some applications.

The rings 28 can also support, at least in part, the cover 22, or at least limit the travel of the cover 22 over the posts 20 so as to properly position the cover 22 on the posts 22 generally beneath the flared heads 26. Once the heads 26 of the posts 20 have cleared the central holes 34 in the cover 22, the cover 22 contacts the ring 28.

US 6,447,485 B2

11

The cover 22 is then slid laterally (to the right, in the views of FIGS. 2 and 3) so that the shaft 25 of each post 20 slides past the narrow waist opening 37 into the corresponding slot 36. The cover material at the waist 37 and/or the shaft 25 slightly compresses as the cover 22 is shifted under force provided by the health care provider. Desirably, the retainer is arranged such that, when the posts 20 are engaged with the slots 36, the cover 22 is centered with respect to the base.

The resulting engagement, shown in FIG. 3, serves to retain the fitting 11 securely in place within the retainer 10. As the waist openings 37 are desirably slightly more narrow than the post shafts 25, the slots 36 provide a friction or snap fit engagement with the posts 20. The slots 36 are longitudinally more narrow than the post heads 26, such that the cover 22 cannot be transversely lifted away from the base 14 in this position. Surfaces of the post 20 abut against surfaces of the cover 22 formed by the lip 38 and walls 46 of the opening 32. The posts 20 of the base 14 and the slotted holes 67, 77 of the cover 22 thereby form a latching structure. The latching structure allows the posts 20 to be easily inserted into the openings 32 in one position but inhibits unintentional retraction of the posts 20 from the openings 32 in a second position.

Additionally, the underside 30 of the post head 26 seats against the cover 22 with the periphery of the head 26 at the edge of the depression 40, as shown. A slight deformation of the head 26 and/or edge of the depression 40 creates increased interference between the cover 22 and the post heads 26 which aids in maintaining the cover 22 in place, relative to the posts 20.

It will be understood that, in other arrangements, the openings can instead be formed in the base, rather than the cover, and the posts formed on the cover. In such a case, each opening would comprise a partial central hole in the base, below which a hollow space is formed for receiving the heads of downward extending posts of the cover. The space would also accommodate the lateral movement of the cover (and consequent lateral movement of the posts) in order to provide engagement between the shaft of each post and a narrow slot extending from the opening. In this manner, the head of one of the posts would be captured within the hollow space below each slot. The post could not be pulled out of the hollow space because the rear side of the post head would contact the portions of the base which define the slot. Such a latching mechanism is disclosed in copending application Ser. No. 08/587,092, entitled "Catheter Anchoring System", filed on Jan. 15, 1996, in the name of Steven F. Bierman and assigned to the assignee hereof, which stands allowed as of the filing date of this application and which is hereby incorporated by reference.

In initial application, the illustrated retainer 10, with the fitting 11 and the catheter retained in it as described above, is secured to the patient by way of the self-adhesive anchor pad 16. The health care provider selects a skin site on which the retainer 10 will be attached. For use with CVCs and PICCs, the retainer 10 desirably is applied to the skin of the patient in the vicinity of the catheter insertion site. The health care provider then cleanses and prepares the anticipated dressing site according to well known methods, usually swabbing with alcohol and allowing the site to dry thoroughly. The health care provider peels away half of the backing layer 17 from the adhesive surface of the anchor pad 16, properly locates the pad 16 on the patient, and presses the exposed adhesive against the patient's skin to secure the anchor pad 16 to the patient. The second half of the backing layer 17 is then removed, and the second half of the anchor

12

pad 17 adhered to the patient's skin. The anchor pad 16 should be mounted on the patient so that catheter overlies the retainer 10 along the retainer's longitudinal axis.

When removal of the catheter becomes necessary, the cover 22 simply is slid horizontally in the opposite direction, desirably with force sufficient to compress cover material at the waists 37, so that the heads 26 of the posts 20 are once again aligned with the central holes 34. The cover 22 can then be easily lifted transversely from the base 14. With the retainer 10 thus unlatched, the fitting 11 can also be removed. The catheter secured by the fitting 11 can then be changed or cleaned and replaced in the retainer 10, without requiring a new retainer.

It should be noted that a deliberate effort is generally required to disengage the post shafts 25 from the slots 36, due to the retention mechanism formed by the narrow neck 37 and/or depression 40. The retainer 10 thus releasably mounts a catheter (or other medical line) and can be reused without requiring reattachment to the patient, while at the same time inhibiting accidental release of the catheter.

Significantly, the removed cover 22 remains leashed to the retainer base 14, which remains attached to the patient. Thus, the health care provider need not take care to place the cover 22 in a safe hygienic place, nor keep track of its whereabouts. The cover 22 can simply hang from the base 14 by the leash 24, where it is easily found and relatched to the base 14 when a new catheter is engaged. Furthermore, each time the cover is relatched, the cover 22 is automatically correctly oriented, such that the health care provider need not take care to ensure that the depression 40 is facing the correct direction, nor to ensure that the slots 36 are on the correct side.

Of course, if the medical treatment is completed and there is no need to reuse the retainer 10, the health care provider can release the cover from the base in the manner described above. The medical article then can be lifted from the base. To remove the anchor pad 16, the health care provider lifts an edge of the pad 16 and gently strokes the undersurface with an alcohol swab while slowly but continuously lifting the edge. The anchor pad 16 can be peeled from the patient's skin in this manner. The health care provider then cleanses and prepares skin using well known hospital or agency protocols.

A retainer 10a in accordance with another embodiment of the invention is illustrated in FIGS. 4A to 5, with FIG. 4A showing a completely open position of the retainer 10a and FIG. 5 showing the partially closed position, similar to FIGS. 1–2 above. Though not illustrated, this retainer 10a also desirably includes a flexible anchor pad, as illustrated in FIG. 1, for adhesive attachment to the body of a patient. Only the cover 22a of this embodiment differs from the above-described embodiment. Accordingly, the above description applies equally to the embodiment of FIGS. 4–5, unless otherwise indicated. In addition, like reference numerals are used to indicate like features of the two embodiments, with the letter "a" added as a suffix to refer to features of the present embodiment.

The cover 22a of this retention mechanism 14a includes a pair of openings 32a. In contrast to the embodiment discussed above, each opening 32a comprises a single slot 80 extending from a longitudinal outer edge 82 of the cover 22a to a terminus 84. The pair of slots 80 can extend from either of the two outer edges 82, but both slots 80 desirably extend from the same edge.

The slots 80 advantageously extend obliquely from the outer edge 82 of the cover 22a to the slot terminus 84, such

US 6,447,485 B2

13

that one side of each slot 80 defines an obtuse angle a (FIG. 4B) with the outer edge 82 from which the slot extends, as shown in FIG. 4B. The termini 84 of the slots 80 desirably are centered on or close to a lateral line that bisects the cover 22a into longitudinal halves. Thus, the length of each slot 80 depends upon the obtuse angle a between the outer edge 82 and the slot 80. The angle α should be small enough and the slot 80 short enough that the structural integrity of the cover 22a is not compromised. While illustrated as parallel, the slots 80 can also be arranged at a slight angle to one another. The width of each slot 80 desirably is slightly larger than the diameter of the post shaft 25a, and smaller than the largest dimension of the post head 26a.

As best seen from the plan view of FIG. 4B, the opening 32a desirably includes a retention mechanism, such as to inhibit retraction of the post 20a from the slot 80. As visible from the views of FIGS. 4B and 5, each slot 80 is partially defined at the terminus 84 by a lip 38a of cover material, forming a depression 40a in the cover 22a, similar to the lip 38 and depression 40 shown in FIGS. 1–3. The depression 40a is sized slightly smaller than the lower surface 30a of the post head 26a.

In the illustrated embodiment, the retention mechanism further comprises one or more protuberances 86 extending at certain positions from interior walls of the slot 80. As illustrated, the protuberances 86 desirably are positioned within the slot 80 just outside the depression 40a. At the protuberances 86, the slot 36a most desirably has a slightly smaller diameter than the shaft 25a, while widening to slightly larger than the shaft 25a at the lip 38a. These protuberances 86 define the waist 37a of the opening 32a for the present embodiment.

FIG. 5 illustrates the retainer 10a in a partially closed position. The flexible leash 24a has been bent to swing the cover 22a counterclockwise (in the view of FIG. 5), bringing the openings 32a in proximity to the posts 20a. The cover 22a continues in a downward arc from the position of FIG. 5 and is shifted slightly out of alignment with the base 14a until the edge openings of the openings 32a at the longitudinal edge 82 are adjacent to the section of the posts 20a between the head 26a and the ring 28a.

While not illustrated in FIGS. 4A to 5, a catheter fitting can first be mounted to the retainer 10a prior to latching. For example, the fitting 11a illustrated in FIGS. 1–3 can be first secured to the retainer. For such a case, the posts 20a serve as a portion of an interacting structure and the holes 67a, 77a of the fitting 11a serve as another portion of the interacting structure. The interacting structure thus mounts the fitting to the retainer to inhibit at least one degree of movement of the fitting relative to the retainer. Alternatively, a portion of the interacting structure can directly mount a catheter, without the intermediate fitting.

The shaft 25a of each post 20a (between the head 26a and the ring 28a) can be easily inserted into the edge opening of the openings 32a at the outer edge 82. The cover 22a is then shifted obliquely such that the shafts 25a slide along the slots 80. The shafts 25a and/or the protuberances 86 are compressed or the protuberances are deflected as the shafts 25a slide past the protuberances 86. After the shafts 25a have passed the protuberances 86, the shafts and/or the protuberances can regain their original shape such that the shafts snap into the position adjacent to the terminus 84 and engage with the terminus 84 of the slots 80. When the head 26a is seated at the edge of the depression 40a, the surfaces of the cover 22a formed by the lip 38a and the protuberances 86 of the slot 80 abut against the shaft 25a of the post 20a. The cover 22a is thus latched in a closed position.

14

In order to remove the cover 22a from the base 14a, the sliding motion of the cover 22a over al the posts 20a is simply reversed until the post shafts 25a exit the openings 32a at the outer edge 82 of the cover 22a. Note that some deliberate force is generally required to overcome the retention mechanism. Namely, the cover 22a is slightly depressed to disengage the underside of the head 26a from the edge of the depression 40a, and the cover 22a is slid with sufficient force to deflect or compress the protuberances 86. Any fitting secured therein can then be disengaged from the opened retainer 10a.

Where the slots are arranged at a slight angle to one another, the friction fit of the posts within the slots will improve, relative to an exactly parallel arrangement. It will be understood that, in other arrangements, a similar slot can extend perpendicularly from the longitudinal edge. Alternatively, slots of each opening can extend from opposite longitudinal edges of the cover. In the latter arrangement, the cover would be aligned longitudinally between the posts and the cover twisted to a lateral alignment, such that the posts each engage the slots on each side. As will be understood by one of skill in this art, such slots would desirably extend along the circumference of a circle centered between the termini.

In either of the above illustrated embodiments, or in inverted arrangements with the posts on the cover, the posts serve both as an interacting structure (for mounting a medical line or fitting) and as a part of the latching structure (for latching the cover to the base). It will be understood, however, from the description of the following two embodiments, that the posts can serve only as part of the latching structure, or only as part of the interacting structure. It will further be understood by one of ordinary skill in this art that the posts can be absent altogether in other arrangements.

FIGS. 6–9 illustrate a retainer 10b in accordance with another embodiment of the present invention. The retainer 10b is shown in an open position in FIG. 6 and in a fully closed and latched position in FIG. 7. Other components of the anchoring system 8b (e.g., anchor pad, catheter adapter) can be the same as described above with respect to FIGS. 1–3. Accordingly, the above description applies equally to the embodiment of FIGS. 6–9, unless otherwise indicated. In addition, like reference numerals are used to indicate like features among the embodiments, with the letter "b" added as a suffix to refer to features of the present embodiment.

The base 14b includes a pair of posts 20b; however, the base can include more or less posts depending upon the application of the anchoring system. Each post 20b has a relatively smooth, continuous surface up to a tip 90 which need not protrude radially from the post 20b, unlike the head 26, 26a of the previously described embodiments. The tip 90 of the post 20b can be a flat surface or can taper into a hemispherical shape (as shown), a conical shape or other well known shapes. In the illustrated embodiment, the posts 20b each consist only of a simple shaft tapered hemispherically at the tip 90. The posts 20b otherwise desirably have the same diameter, spacing, and height of the posts 20, 20a of the previous embodiments. The posts 20b are illustrated as connected to a platform 21b of the base 14a, although it will be appreciated by those skilled in the art, in light of the above disclosure, that the posts could be connected to the cover 22b.

The flexible hinge 24b of this embodiment comprises a relatively rigid support arm 92 that is integrally joined to the platform 21b at a base end 94. As shown in FIG. 6, the

US 6,447,485 B2

15       16

support arm 92 extends upwardly from the base end 94 to join with the cover 22b at a thin bridge 96 of cover material. The bridge 96 is formed along a common exterior surface 98 (see FIG. 7) of the cover 22b and the support arm 92. The bridge 96 is defined along the apex of a notch

in the material that forms the cover 22b and support arm 92. The notch 100 can be thought of as the structure formed by a beveled edge sloping away from an interior surface 102 of the cover 22b, conjoined at the bridge 96 with a beveled edge sloping away from an inside surface 104 of the support arm 92.

The hinge 24b flexibly connecting the base 14b to the cover 22b thus comprises the support arm 92, the bridge 96, and the surfaces forming the notch 100. In other arrangements, however, the hinge of an embodiment resembling that of FIGS. 6–9 can comprise a structure similar to a conventional hinge pin-bracket arrangement.

Desirably, the support arm 92, which terminates at an upper end at the bridge 96, has the same height as the posts 20b. It will be understood, however, that the support arm 92 can be higher than the posts 20b in other arrangements.

The thickness of the bridge 96 depends upon the material chosen, and is thick enough to provide the desired strength to connect the support arm 92 to the cover 22b, but thin enough to provide flexibility for opening and closing the retainer 10b. Desirably, the retainer 10b is integrally injection molded of a resilient polymer material, such as polypropylene or polyethylene. For such materials, the bridge 96 has a thickness between about 0.5 mm and 2.5 mm, and desirably about 1.5 mm.

The flexibility of the hinge 24b also depends in part upon the angle formed by surfaces of the notch 100 when the retainer 10b is in the open position shown in FIG. 6. Desirably, the notch 100 defines an angle of at least about 90E, and particularly about 115E. Such an arrangement allows the cover 22b to lie parallel to the platform 21b when the retainer 10b is in the closed position shown in FIG. 7. It will be understood, however, that in other arrangements the closed cover need not lie parallel to the platform 14b (and may take a curvilinear path as described below).

As seen in FIG. 7A, the latching mechanism 110b of the illustrated retainer 10b comprising a fastening pin 112 and a latch having a receptacle 114. The receptacle 114 is configured to receive the fastening pin 112. As shown in FIGS. 6–9, the illustrated fastening pin 112 is integrally connected to the cover 22b and the receptacle 114 is integrally connected to the base 14b. It will be understood, however, that the pin can instead be positioned on the base, while the receptacle is positioned on the cover.

The fastening pin 112 includes a bar 116 extending from the cover 22b (or the base 14b, depending on the position of the element). At the end distal from the connection to the cover 22b, the bar 116 connects to an expanded portion or barb 118 which tapers to a terminus 120 of the pin 112. Like the post head 26, 26a of the previous embodiments, the barb 118 of the fastening pin 112 can be formed in any of a variety of shapes such as an arrowhead (as shown), hemispherical, conical or flexible ribs extending outward from the bar 116. Desirably, the terminus 120 of the fastening pin 112 is relatively blunt and smooth to prevent it from puncturing the gloves of a health care provider or catching on other materials. The barb 118 also desirably includes a sloping or curved surface 121 leading from the terminus 120 to the maximum diameter of the barb 118. At least one shoulder is formed behind the barb 118. In the illustrated embodiment, shoulders are defined on either side of the bar 116.

The receptacle 114 of the latch 110b comprises a pair of opposing tangs 122 that extend to a stem 124 connected to the base 14b (or cover 22b, depending on the position of this element of the latch). Each tang 122 extends outwardly to a lug 126 that can be depressed by finger pressure. Desirably, each tang 122 includes an inner beveled surface 127. These beveled surfaces define an aperture 128 therebetween which tapers from a wider dimension at the top to a narrower dimension at the bottom, where it communicates with a slot 130 located between the opposing stems 124. Each tang defines a downward facing shoulder that cooperates with one of the shoulders of the fastening pin barb 118, as described below.

In operation, a fitting, such as the fitting 11 of FIGS. 1–3, can be first engaged with the posts 20b while the retainer 10b is open (see FIG. 6). Accordingly, the posts 20b of the illustrated embodiment form a portion of the interacting structure for inhibiting movement of a medical line fitting relative to the retainer 10b.

The cover 22b can then swing to a closed position as shown in FIG. 7. The relatively thin strip of material forming the bridge 96 allows the hinge 24b to bend when finger pressure is exerted on the cover 22b to lower it. The angle of the notch 100 further allows the cover 22 to be closed without compressing material between the interior surface 102 of the cover and the inner surface of the support arm 92. While the rigid support arm 92 and the thin bridge 96 permit only rotational and not lateral movement of the cover 22b relative to the base 14b, such lateral movement is not necessary for the illustrated latching mechanism.

The fastening pin 112 can be inserted into the receptacle 114 by positioning the pin 112 into the aperture 128 and pressing on the cover 22b. The sloped surfaces 121 of the fastening pin 112 slide over the beveled inner surfaces 127 of the tangs 122. The interaction of these sloped and beveled surfaces tends to distend the tangs 122 slightly, thereby allowing the barb 118 to enter the slot 130. The tangs 122 then snap back into their original position and engage with the barb 118 of the pin 112 with the corresponding shoulders abutting, thereby releasably securing the cover 22b to the base 14b. FIG. 8 illustrates the closed latch 110b.

When the latch 110b is closed, as shown in FIG. 7, the inner surface 102 of the cover 22b sits atop the tip 90 of the posts 20b, since the posts of the illustrated retainer 10b have the same height as the support arm 92. It will be understood that, in arrangements where the posts are attached to the cover, the tips would abut the base when the cover is in the closed position and latched. Where such contact takes place, a fitting secured between the cover 22b and the base 14b could not slip off the posts 20b when the retainer 10b is closed and latched. Furthermore, the posts 20b provide added support for the cover 22b in the closed position to prevent over-extension of the hinge 24b.

To release the cover 22b from the base 14b, the health care provider can press down on the lugs 126, thereby gaining access to the fitting and/or catheter secured therein. When a lug 126 is depressed, the attached stem 124 bends outward slightly, causing the tang 122 to moved outwardly and the slot 128 to expand, as shown in FIG. 9. To provide friction between the health care provider's finger and the top of the lug 124, ridges or other types of roughened surface can be included.

When only a single lug 124 is depressed, however, the attached tang 122 is elevated until it contacts the surface of the element (e.g., the cover) to which the fastening pin 112 is connected. This degree of elevation of a single tang 122

US 6,447,485 B2

17

does not expand the aperture 128 sufficiently to release the barb 118 of the fastening pin 112. In contrast, when both lugs 124 are depressed (not shown), the aperture 128 is sufficiently widened to allow the fastening pin 112 to be readily extracted from the receptacle 114. This design prevents inadvertent release of the fastening pin 112 (e.g., when a lug is bumped), but permits easy opening of the retainer 10b when a health care provider seeks to move the catheter or other fitting held within the retainer 10b.

FIGS. 10–12 illustrate an anchoring system 8c in accordance with another embodiment of the present invention. Like the anchoring systems described above, the illustrated embodiment includes a retainer 10c, a fitting or adaptor 11c and an anchor pad 16c. The anchor pad 16c desirably is similar to the anchor pad 16 described with respect to FIG. 1. The retainer 10c and the fitting 11c differ somewhat from the above-described embodiments, though certain features are the same. Accordingly, the above description applies equally to the embodiment of FIGS. 10–12, unless otherwise indicated. In addition, like reference numerals are used for like features among the embodiments, with the letter "c" added as a suffix to refer to features of the present embodiment.

The illustrated posts 20c do not include a locator ring of material below the head 26c. The illustrated base 14c, including dimensions of the posts 20c, is otherwise identical to the base 14 described with respect to FIGS. 1–3. Unlike the openings 32, 32a of the previous embodiments, the illustrated opening 32c is shown without a lip or depression in the slot 36c. It will be understood, however, that the slot can also include a depression over which the post head would seat without departing from the principles of the present embodiment.

Like the previous embodiments, the present embodiment includes interengaging structure to mount the medical line to the retainer 10c. In the illustrated embodiment, the interacting structure comprises a channel defined by a mounting structure 140. The channel is sized and shaped to mount a medical line, such as a catheter, either directly or indirectly by way of a fitting. Desirably, the channel defined by the mounting structure 140 is configured to mate with and mount the adaptor 11c which, in turn, engages with the medical line. In the illustrated embodiment, the mounting structure 140 is integrally formed with the cover 22c, such as by injection molding. It will be understood, however, that the mounting structure 140 can equally well be formed as part of the base 14c without materially affecting the function of the retainer 10c.

The illustrated mounting structure 140 comprises two substantially rectangular box-like extensions 141 that extends from the cover 22c between the two openings 32c. The extensions 141 are spaced by a distance sufficient to receive the adaptor 11c and include inner faces 142 configured to mate with surfaces of the adaptor 11c. The inner faces 142 are more particularly shaped to inhibit at least one degree of freedom, desirably to inhibit longitudinal movement of the adaptor 11c when the adaptor is mounted within the channel (see FIG. 11). The illustrated inner faces 142 are convex in shape. The channel defined between the extensions 141, thus, has a minimal width at a central point and widens toward either longitudinal end. In other arrangements, the skilled artisan will recognize that a maximum channel width at a central point will inhibit longitudinal movement of a different fitting. Where, as illustrated, the mounting structure 140 is integral with the cover 22c, the extensions 141 desirably are spaced closely enough to provide a snug or slight interference fit for the adaptor 11c within the channel.

18

The mounting structure 140 (and the channel defined by it) has a height less than or equal to the height of the post shafts 25c of the base 14c. In the illustrated embodiment, the structure 140 is equal to the height of the shafts 25c, less the thickness of the cover 22c. An outer surface 144 (FIG. 10) of each of the illustrated extensions 141 is accordingly configured to mate with the platform 21c of the base 14c, and is flat in this case.

The cover 22c is illustrated with a slight hourglass shape, such as to provide a slight indentation 146 along an edge 148 of the cover 22c. Desirably, the indentation 146 comprises transverse ridges 150. This shape facilitates an interengagement between the fitting 11c and the mounting structure 140 to inhibit movement of the adaptor 11c at least in the longitudinal direction, as described below.

The fitting 11c of the present embodiment is an in-line adaptor 11c. This adaptor 11c comprises an elongate structure defining a fluid pathway, and means for connecting the adaptor to lines at either end. The illustrated adaptor 11c comprises a medical connector such as those commonly used to connect a supply line to a catheter.

Desirably, the adaptor 11c is of a type similar to that disclosed with respect to FIGS. 11 and 12 of U.S. Pat. No. 5,306,243 ("the '243 patent"), the disclosure of which is hereby incorporated herein by reference. The adaptor 11c includes a male connector 160 for connection to a catheter and a female connector 162 for connection to a medical supply or delivery tube (e.g., leading to an IV drip or a suction pump). The illustrated male connector 160 includes a Luer-type fitting 164 with internal threads and a tapered nose extending outwardly, with an internal passageway for fluid communication with a catheter.

The female connector 162 comprises external threads 166 and a membrane 168 for sealing the internal passageway. The membrane 168 can comprise a closed septum, through which a sharp needle is inserted to provide communication between the supply or delivery tube and the internal passageway. The membrane 168 can also comprise a pre-slit membrane, through which a blunt needle provides communication between the supply or delivery tube and the internal passageway. Desirably, however, the female connector 162 of the adaptor 11c comprises an internal needle integral with the internal passageway, as disclosed in the '243 patent. The membrane 168 comprises a resilient, self-sealing material which is outwardly biased.

An adaptor body 170, between the male connector 160 and the female connector 162, comprises mounting surfaces 172 which form a portion of the interacting structure of the anchoring system 8c. The illustrated mounting surfaces 172 comprise opposed concave surfaces, desirably including ridges (not shown) to facilitate finger gripping during connection of the adaptor 11c to catheters or other medical tubes. In this manner, the adaptor body 170 has a minimal width at a central point and widens toward both the female connector 162 and the male connector 160. In particular, the widest points of the illustrated adaptor 11c are wider than the most narrow portion of the channel between the extensions 141 of the retainer 10c.

The mounting surfaces 172 are joined by a top surface 174 and a bottom surface (not shown). The top and bottom surfaces desirably are flat to mate with the illustrated cover 22c and platform 21c of the retainer 10c, such that these surfaces also form a portion of the interacting structure.

In operation, the adaptor 11c can first be connected to medical tubes. For example, a catheter can be fitted with a female connector with external threading, similar to the

US 6,447,485 B2

19                                                                    20

female connector 162 of the adaptor 11c. Such a connector can be quickly and easily threaded into the male connector 160 of the adaptor without any external needles, thus reducing the likelihood of needle sticks to the health care provider. While the female connector is threaded into the Luer-type fitting of the male connector 160, the nose of the male connector 160 forces the membrane 168 backwards over the internal needle, thus providing fluid communication between the catheter and the internal passage of the adaptor 11c. Similarly, a medical delivery/supply line can be fitted with a male connector similar to the male connector 160 of the adaptor 11c. Such a connector would then connect with the female connector 162 of the adaptor 11c, thereby completing fluid communication through the adaptor 11c between the delivery/supply line and the catheter.

The adaptor 11c then mounts within the channel defined by the mounting structure 140 of the retainer 10c. In the illustrated embodiment, wherein the mounting structure 140 is formed integrally with the cover 22c, the inner faces 142 of the extensions 141 desirably snugly receive and grip the mounting surfaces 172 of the adaptor 11c.

It will be understood by one of skill in the art, however, that the fit need not be tight enough to inhibit transverse movement of the fitting or adaptor, particularly where the mounting structure is integral to the base, rather than integral to the cover. Desirably, however, the interaction between the mounting structure inner faces 142 and the adaptor mounting surfaces 172 is such as to inhibit significant longitudinal movement (e.g., more than 1–2 mm) of the adaptor 11c. In the illustrated embodiment, the minimal width of the channel is more narrow than the widest portions on either end of the adaptor body 170.

With the adaptor 11c thus mounted to the retainer 10c, the retainer 10c is then closed and latched, as described with respect to the previous embodiments. Where, as illustrated, the mounting structure 140 is located on the cover 22c, if the mounting structure 140 is not configured for firm engagement, the health care provider can hold the adaptor 11c within the channel until the retainer 10c is latched. FIG. 11 illustrates the retainer 10c in a partially closed condition.

FIG. 12 illustrates the retainer 10c latched closed with the adaptor 11c retained therein. As will be understood by one of skill in the art, the cover 22c and the base 14c interposed the adaptor 11c between them, preventing transverse movement of the adaptor 11c relative to the retainer 14c. The channel defined by the mounting structure 140 inhibits lateral or longitudinal movement of the adaptor 11c relative to the retainer 14c by the cooperating shape of the channel and the adaptor 11c (which form the interengaging structure in this embodiment). Accordingly, the adaptor 11c is sufficiently restrained to secure a catheter extending therefrom to the patient. If the catheter had not been secured to the adaptor prior to engagement of the adaptor to the retainer, the catheter can be secured after engagement.

The skilled artisan will appreciate that the retainers disclosed herein demonstrate versatility in securing a great variety of medical articles to a patient. Retainers similar to those of FIGS. 1–9 can be utilized to secure any device which is provided with holes spaced apart to engage with the posts. The cover is secured to the base to interpose the device between them. Many medical devices are already provided with suture holes which can be fitted over the retainer posts disclosed herein. Other devices can be modified to include such holes. Other arrangements to secure a medical article to the posts, either between the posts or adjacent to a single post, will be readily apparent to those skilled in the art in light of the disclosure herein.

Medical devices can be also be provided with surfaces similar to the mounting surfaces 172 of the illustrated adaptor 11c, for mounting within the integral channel of the retainer 10c illustrated in FIGS. 10–12. Y-joint adapters, for example, can be adapted to mount within the channel of the retainer 10c shown in FIGS. 10–12.

Alternatively, one of skill in the art will readily appreciate that the disclosed retainers can be modified, without departing from the spirit of the invention, to mount and retain existing medical devices. For example, the integral mounting structure illustrated in FIGS. 10–12 can be adapted to clamp existing Y-joint adapters, or to directly mount a catheter or other medical line without the need for an intermediate fitting. In addition, the channel can have a semi-tubular shape and include at least one lateral slot that receives a radially extending member of the adaptor (e.g., an annular collar). Desirably, any such modified mounting structure would inhibit longitudinal and lateral movement of the device or medical line. Transverse movement is inhibited by closure of the retainer with the device or line sandwiched between the base and the cover.

Furthermore, the skilled artisan will recognize the interchangeability of various features from different embodiments. For example, the integral mounting structure 140 of FIGS. 10–12 can be adapted for mounting an adaptor in a retainer having the latch 70 of FIGS. 6–9, thus requiring no posts. Similarly, the various posts, slotted holes, hinges, anchor pads and fittings disclosed herein, as well as other known equivalents for each such feature, can be mixed and matched by one of ordinary skill in this art to construct anchoring systems in accordance with principles of the present invention.

Although not illustrated, each of the illustrated retainers can be adapted for use in an anchoring system which includes a safety loop. An anchor pad larger than the pad 16 illustrated in FIG. 1 can mount both a retainer, in accordance with one of the preferred embodiments, and a separate tube clip. The medical line mounted by the retainer can also be secured less tightly to the tube clip, with an adequate amount of slack in the line between the retainer and the clip. The clip and the resultant slack are desirably located between the retainer and the catheter insertion site, for example.

If movement by the patient causes a sudden pull upon catheter, the catheter slips within the tube clip and the slack length or "safety loop" of the tube is pulled through the clip. Friction between the clip and the sliding tube absorbs some of the force and some of the force causes a slight pull on the adhesive pad, functioning as a warning to the patient to cease the undesirable movement.

Similarly, the retainer itself can be arranged to only slightly inhibit longitudinal movement of a catheter, such as to allow some amount of slip in response to large forces. For example, the fitting of FIGS. 1–3 can comprise a soft wing clamp without the box clamp. In any of these arrangements, a jerk upon the medical line can be largely absorbed by allowing some slip, without either disconnecting the line from the fitting or painfully pulling the anchor pad from the patient's skin.

Using a retainer in accordance with the above disclosure, no painful, invasive or time-consuming sutures or other extensive procedures involving medical sharps (e.g., suture needles) are necessary to anchor an elongate medical article to a patient's skin. In addition, the flexible anchor pad absorbs much of the force incurred in the installation or removal of the retainer and the medical device, thereby providing greater comfort for the patient.

US 6,447,485 B2

21

22

As common to each of the above-described retainers and anchoring systems, the present invention provides a sterile, tight-gripping, needle-free way to anchor medical articles to a patient. The retainers thus eliminate accidental needle sticks, suture wound site infections and scanning because sutures are not required. In addition, the retainers can be used with any of a wide variety of catheters, tubes, wires, and other medical articles to provide universal securement using one style of retainer. Also, patient comfort is enhanced and application time is decreased with the use of the present retainer.

The releasable engagement of the cover and the base allow the same retainer to be used more than once on the same patient at the application location. That is, a first medical device can be mounted in the retainer. When the function of the first medical device is accomplished, the retainer can be unlatched, the first device removed, and a second medical device can be retained in the same retainer. Furthermore, the leash or hinge connecting the cover to the base ensures that the cover will not be lost or misplaced during a catheter change. The health care provider wastes no time in searching for a cover, nor in orienting the cover prior to latching.

Although this invention has been described in terms of certain preferred embodiments and suggested possible modifications thereto, other embodiments and modifications apparent to those of ordinary skill in the art are also within the scope of this invention. Accordingly, the scope of the invention is intended to be defined only by the claims which follow.

What is claimed is:

1. A method of securing a medical device to the body of a patient, the method comprising the steps of:

providing a retainer including a base that defines a receiving area for receiving a portion of the medical device, a cover permanently coupled to the base, the cover being movable between a closed position, in which at least a portion of the cover extends over at least a portion of the receiving area, and an open position, in which the receiving area is at least partially open, a latching mechanism operating between the base and the cover to releasably latch the cover to the base with the cover in the closed position, and interacting structure which is adapted to engage the medical device in a non-occlusive manner and to limit longitudinal movement of the medical device through the retainer when the medical device is placed within the receiving area;

positioning the retainer on the body of the patient;

attaching the retainer to the body of the patient with an adhesive layer;

securing a portion of the medical device in the receiving area of the base;

moving the cover over the base so that the cover is located over at least a portion of the interacting structure; and

securing the cover in position upon the base using the latching mechanism.

2. The method of claim 1 wherein the step of providing a retainer further comprises providing a retainer having a channel which lies between the base and the cover of the retainer when the cover is in the closed position.

3. The method of claim 2 wherein the step of providing a retainer further comprises providing a retainer having the interacting structure of the retainer comprise a post which extends at least partially into the channel of the retainer.

4. The method of claim 3 wherein the step of securing a portion of the medical device comprises inserting the post of the retainer through a hole in the medical device.

5. The method of claim 2 wherein the step of providing a retainer further comprises providing a retainer having a channel that has a variable cross section along its length.

6. The method of claim 2 wherein the step of securing a portion of the medical device comprises placing a portion of the medical device within the channel of the retainer.

7. The method of claim 2 wherein the step of providing a retainer further comprises providing a retainer in which the cross section of the channel tapers along its length.

8. The method of claim 1 wherein the step of providing a retainer further comprises providing a retainer having the cover of the retainer coupled to the base of the retainer by a flexible hinge.

9. The method of claim 8 wherein the step of providing a retainer further comprises providing a retainer having the flexible hinge comprise an elongate leash extending between the cover and the base.

10. The method of claim 8 wherein the step of providing a retainer further comprises providing a retainer having the flexible hinge comprise a rigid support arm fixed to the base and a flexible bridge extending between the support arm and the cover.

11. The method of claim 8 wherein the step of providing a retainer further comprises providing a retainer in which the base, cover and hinge are integrally formed.

12. A method of securing a medical line to the body of a patient, the method comprising the steps of:

providing a retainer attachable to a medical line, including a base, a cover permanently coupled to the base, a latching mechanism, a channel, and an adhesive layer attached to the retainer, the cover being movable between an open position and a closed position, the latching mechanism releasably latching the cover to the base in the closed position, the channel being disposed between the base and the cover when the cover is in the closed position, the channel being shaped to retain the medical line between the cover and the base with the cover in the closed position in order to inhibit movement of the medical line in a direction generally parallel to the medical line's longitudinal axis;

positioning the retainer on the body of the patient;

attaching the adhesive layer to the body of the patient;

placing a portion of the medical line into the channel;

moving the cover over the base so that the medical line is retained within the channel; and

securing the cover in position upon the base using the latching mechanism.

13. The method of claim 12 wherein the step of providing a retainer further comprises providing a retainer having a post which extends at least partially into the channel of the retainer.

14. The method of claim 13 wherein the step of securing a portion of the medical device comprises inserting the post of the retainer through a hole in the medical device.

15. the method of claim 12 wherein the step the step of providing a retainer further comprises providing a retainer in which the channel has a variable cross section along its length.

16. The method of claim 12 wherein the step of securing a portion of the medical device comprises placing a portion of the medical device within the channel of the retainer.

17. The method of claim 12 wherein the step of providing a retainer further comprises providing a retainer in which the cross section of the channel tapers along its length.

18. The method of claim 12 wherein the step of providing a retainer further comprises providing a retainer in which the

US 6,447,485 B2

23

24

cover of the retainer is coupled to the base of the retainer by a flexible hinge.

**19.** The method of claim **18** wherein the step of providing a retainer further comprises providing a retainer in which the flexible hinge comprises an elongate leash extending between the cover and the base.

**20.** The method of claim **18** wherein the step of providing a retainer further comprises providing a retainer having a flexible hinge that comprises a rigid support arm fixed to the base and a flexible bridge extending between the support arm and the cover.

**21.** The method of claim **18** wherein the step of providing a retainer further comprises providing a retainer in which the base, cover and hinge are integrally formed.

**22.** A method of securing a medical line to the body of a patient, the method comprising the steps of:

providing a retainer, the retainer including a base that defines a receiving area for receiving a portion of the medical line and a cover coupled to the base, means for releasably latching the cover to the base, and means for limiting longitudinal movement of the medical line relative to the retainer;

positioning the retainer on the body of the patient;

attaching the adhesive layer to the body of the patient;

placing a portion of the medical line into the receiving area;

moving the cover over the base so that the cover lies at least partially over the movement limiting means; and

securing the cover in position upon the base using the latching mechanism.

\*    \*    \*    \*    \*

Exhibit C

(12) **United States Patent**
Bierman

(10) Patent No.: **US 7,247,150 B2**
(45) Date of Patent: **Jul. 24, 2007**

(54) **MEDICAL LINE ANCHORING SYSTEM**

(75) Inventor: **Steven F. Bierman**, Del Mar, CA (US)

(73) Assignee: **Venetec International, Inc.**, San Diego, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/204,586**

(22) Filed: **Aug. 16, 2005**

(65) **Prior Publication Data**

US 2005/0273058 A1    Dec. 8, 2005

**Related U.S. Application Data**

(60) Continuation of application No. 10/209,209, filed on Jul. 30, 2002, now Pat. No. 6,929,625, which is a continuation of application No. 09/797,341, filed on Mar. 1, 2001, now Pat. No. 6,447,485, which is a division of application No. 08/865,231, filed on May 29, 1997, now Pat. No. 6,213,979.

(51) Int. Cl.
*A61M 5/00* (2006.01)

(52) **U.S. Cl.** ..................................................... **604/174**

(58) **Field of Classification Search** ................ 604/174, 604/177, 180, 175, 176, 179; 128/DIG. 26
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,525,398 A | 10/1950 | Collins |
| 2,533,961 A | 12/1950 | Rouseau et al. |

2,707,953 A    5/1955    Ryan

(Continued)

FOREIGN PATENT DOCUMENTS

DE        2341297    8/1973
(Continued)

OTHER PUBLICATIONS

Multiple-Lumen Central Venous Catheterization Product With ARROW+gard™ Antiseptic Surface (Arrow International brochure) (Apr. 1994).

(Continued)

*Primary Examiner*—Manuel Mendez
(74) *Attorney, Agent, or Firm*—Knobbe Martens Olson & Bear, LLP

(57)        **ABSTRACT**

An anchoring system includes a simply-structured device which permits a portion of a catheter tube or similar medical article to be easily anchored to a patient, desirably without the use of tape or needles and suturing. A unitary retainer desirably includes a base connected to a cover by way of a flexible hinge. The retainer is attached to a flexible anchor pad including an adhesive bottom surface, which can be attached to the patient's skin. A catheter is secured to a fitting, which in turn mounts to the retainer. Mounting the fitting to the retainer can be accomplished by inserting posts of the retainer through holes of the fitting, or by mounting the fitting within a channel defined by mounting structures integral to the retainer. The cover is then positioned over the base, by bending the flexible hinge, and latched to the base. Several embodiments of the latching mechanism are disclosed. In one form, the latching mechanism includes one or more posts on the base which can be releasably locked into corresponding slotted holes in the cover.

**35 Claims, 6 Drawing Sheets**



**US 7,247,150 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,059,645 A | 10/1962 | Hasbrouck et al. |
| 3,064,648 A | 11/1962 | Bujan |
| 3,167,072 A | 1/1965 | Stone et al. |
| 3,482,569 A | 12/1969 | Raffaelli |
| 3,529,597 A | 9/1970 | Fuzak |
| 3,602,227 A | 8/1971 | Andrew |
| 3,630,195 A | 12/1971 | Santomieri |
| 3,677,250 A | 7/1972 | Thomas |
| 3,766,915 A | 10/1973 | Rychlik |
| 3,834,380 A | 9/1974 | Boyd |
| 3,847,370 A | 11/1974 | Engelsher |
| 3,856,020 A | 12/1974 | Kovac |
| 3,896,527 A | 7/1975 | Miller et al. |
| 3,900,026 A | 8/1975 | Wagner |
| 3,906,946 A | 9/1975 | Nordstrom |
| 3,942,228 A | 3/1976 | Buckman et al. |
| 3,973,565 A | 8/1976 | Steer |
| 4,020,835 A | 5/1977 | Nordstrom et al. |
| 4,057,066 A | 11/1977 | Taylor |
| 4,059,105 A | 11/1977 | Cutruzzula et al. |
| 4,082,094 A | 4/1978 | Dailey |
| 4,114,618 A | 9/1978 | Vargas |
| 4,129,128 A | 12/1978 | McFarlane |
| 4,133,307 A | 1/1979 | Ness |
| 4,142,527 A | 3/1979 | Garcia |
| 4,161,177 A | 7/1979 | Fuchs |
| 4,193,174 A | 3/1980 | Stephens |
| 4,224,937 A | 9/1980 | Gordon |
| 4,248,229 A | 2/1981 | Miller |
| 4,250,880 A | 2/1981 | Gordon |
| 4,316,461 A | 2/1982 | Marais et al. |
| 4,324,236 A | 4/1982 | Gordon et al. |
| 4,326,519 A | 4/1982 | D'Alo et al. |
| 4,362,156 A | 12/1982 | Feller, Jr. et al. |
| 4,392,853 A | 7/1983 | Muto |
| 4,397,647 A | 8/1983 | Gordon |
| 4,449,975 A | 5/1984 | Perry |
| 4,453,933 A | 6/1984 | Speaker |
| 4,474,559 A | 10/1984 | Steiger |
| 4,480,639 A | 11/1984 | Peterson et al. |
| 4,516,968 A | 5/1985 | Marshall et al. |
| 4,517,971 A | 5/1985 | Sorbonne |
| 4,563,177 A | 1/1986 | Kamen |
| 4,633,863 A | 1/1987 | Filips et al. |
| 4,650,473 A | 3/1987 | Bartholomew et al. |
| 4,660,555 A | 4/1987 | Payton |
| 4,711,636 A | 12/1987 | Bierman |
| 4,742,824 A | 5/1988 | Payton et al. |
| 4,808,162 A | 2/1989 | Oliver |
| 4,823,789 A | 4/1989 | Beisang, III |
| 4,826,486 A | 5/1989 | Palsrok et al. |
| 4,852,844 A | 8/1989 | Villaveces |
| 4,857,058 A | 8/1989 | Payton |
| 4,863,432 A | 9/1989 | Kvalo |
| 4,880,412 A | 11/1989 | Weiss |
| 4,896,465 A | 1/1990 | Rhodes et al. |
| 4,897,082 A | 1/1990 | Erskine |
| 4,898,587 A | 2/1990 | Mera |
| 4,919,654 A | 4/1990 | Kalt |
| 4,932,943 A | 6/1990 | Nowak |
| 4,955,864 A | 9/1990 | Hajduch |
| 4,976,700 A | 12/1990 | Tollini |
| 4,997,421 A | 3/1991 | Palsrok et al. |
| 5,000,741 A | 3/1991 | Kalt |
| 5,037,397 A | 8/1991 | Kalt et al. |
| 5,073,170 A | 12/1991 | Schneider |
| 5,084,026 A | 1/1992 | Shapiro |
| 5,098,399 A | 3/1992 | Tollini |
| 5,147,322 A | 9/1992 | Bowen et al. |
| 5,156,641 A | 10/1992 | White |
| 5,192,273 A | 3/1993 | Bierman et al. |
| 5,192,274 A | 3/1993 | Bierman |
| 5,195,981 A | 3/1993 | Johnson |
| 5,266,401 A | 11/1993 | Tollini |
| 5,267,967 A | 12/1993 | Schneider |
| 5,282,463 A | 2/1994 | Hammersley |
| 5,292,312 A | 3/1994 | Delk et al. |
| 5,304,146 A | 4/1994 | Johnson et al. |
| 5,306,243 A | 4/1994 | Bonaldo |
| 5,314,411 A | 5/1994 | Bierman |
| 5,322,514 A | 6/1994 | Steube et al. |
| 5,330,438 A | 7/1994 | Gollobin et al. |
| 5,338,308 A | 8/1994 | Wilk |
| 5,342,317 A | 8/1994 | Claywell |
| 5,344,406 A | 9/1994 | Spooner |
| 5,344,414 A | 9/1994 | Lopez et al. |
| 5,346,479 A | 9/1994 | Schneider |
| 5,352,211 A | 10/1994 | Merskelly |
| 5,354,282 A | 10/1994 | Bierman |
| 5,354,283 A | 10/1994 | Bark et al. |
| 5,380,293 A | 1/1995 | Grant |
| 5,380,294 A | 1/1995 | Persson |
| 5,380,301 A | 1/1995 | Prichard et al. |
| 5,382,239 A | 1/1995 | Orr et al. |
| 5,382,240 A | 1/1995 | Lam |
| 5,389,082 A | 2/1995 | Baugues et al. |
| 5,395,344 A | 3/1995 | Beisang, III et al. |
| 5,403,285 A | 4/1995 | Roberts |
| 5,413,562 A | 5/1995 | Swauger |
| 5,443,460 A | 8/1995 | Milusek |
| 5,449,349 A | 9/1995 | Sallee et al. |
| 5,456,671 A | 10/1995 | Bierman |
| 5,468,228 A | 11/1995 | Gebert |
| 5,468,230 A | 11/1995 | Corn |
| 5,468,231 A | 11/1995 | Newman et al. |
| 5,470,321 A | 11/1995 | Forster et al. |
| D364,922 S | 12/1995 | Bierman |
| 5,147,322 A | 1/1996 | Bowen et al. |
| 5,484,420 A | 1/1996 | Russo |
| 5,496,282 A | 3/1996 | Militzer et al. |
| 5,496,283 A | 3/1996 | Alexander |
| 5,499,976 A | 3/1996 | Dalton |
| 5,520,656 A | 5/1996 | Byrd |
| 5,522,803 A | 6/1996 | Teissen-Simony |
| 5,527,293 A | 6/1996 | Zamierowski |
| 5,549,567 A | 8/1996 | Wolman |
| D375,355 S | 11/1996 | Bierman |
| 6,001,081 A | 12/1999 | Collen |
| 6,213,979 B1 * | 4/2001 | Bierman ..................... 604/174 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0064284 A2 | 4/1982 |
| EP | 0247590 A2 | 12/1987 |
| EP | 356683 A | 7/1989 |
| FR | 1184139 | 7/1959 |
| FR | 2381529 | 9/1978 |
| GB | 2063679 | 6/1981 |
| GB | 2086466 A | 5/1982 |
| WO | WO 80/01458 | 7/1980 |
| WO | WO 85/02774 | 7/1985 |
| WO | WO 91/16939 | 11/1991 |
| WO | WO 92/19309 | 11/1992 |
| WO | WO 96/10435 | 4/1996 |

### OTHER PUBLICATIONS

Photographs (4) of Catheter Clamp and Rigid Fastener sold by Arrow International. Inc.

* cited by examiner





*FIG. 3*



*FIG. 2*







FIG. 10B

FIG. 10A



US 7,247,150 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# MEDICAL LINE ANCHORING SYSTEM

## RELATED CASES

This application is a continuation of U.S. application Ser. No. 10/209,209, filed 30 Jul. 2002 now U.S. Pat. No. 6,929,625, which is a continuation of U.S. application Ser. No. 09/797,341, filed 1 Mar. 2001, now U.S. Pat. No. 6,447,485, which is a divisional of U.S. application Ser. No. 08/865,231, filed 29 May 1997, now U.S. Pat. No. 6,213,979, each of which is hereby incorporated by reference in its entirety.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to anchoring systems for anchoring medical lines to patients.

### 2. Description of Related Art

It is very common in the treatment of patients to utilize intravenous (IV) catheters to introduce fluids and medications directly into the bloodstream. In many cases, and particularly with respect to cardiac therapy, the IV catheter is introduced into a central or larger vein located close to the patient's heart. A typical catheter utilized in connection with a central vein is referred to as a "central venous catheter" ("CVC"). A venous catheter peripherally inserted into the central circulation through a vein in the arm is commonly referred to as a "peripherally inserted central catheter" ("PICC").

In these cases, long-term IV infusion typically requires that the catheter remain in place for many days. In order to secure such an IV catheter in position at the insertion site, the catheter often is provided with an integrated or a movable flexible clamp with winged extensions which are sutured to the patient's skin. In other applications, the flexible clamp is covered by a rigid box clamp, which receives the catheter/clamp combination in a friction-fit manner. The rigid box clamp and the flexible clamp have lateral, aligned holes in them, which allow the combination to be sutured to the patient's skin. Although this technique securely attaches the central venous catheter to the patient, it obviously is painful and uncomfortable for the patient. This prior retention procedure is also time consuming and inconvenient, poses the risk of needle-stick to the health care provider, and risks suture-site infection to the patient. In addition, suture material tends to exhibit poor gripping on medical tubes and can cut through the winged extension of the flexible clamp.

## SUMMARY OF THE INVENTION

A need therefore exists for a simply-structured anchoring system that affixes a medical line in a fixed position, but releases the medical line for dressing changes or other servicing.

On aspect of the present invention thus involves an anchoring system for securing a medical line to the body of a patient. The system comprises a retainer including a base that defines a receiving area for receiving a portion of the medical line. A cover is permanently coupled to the base. The cover is movable between a closed position, in which at least a portion of the cover extends over at least a portion of the receiving area, and an open position, in which the receiving area is at least partially open. A mechanism operates between the base and the cover to releasably secure the cover to the base with the cover in the closed position.

Interacting structure is located generally beneath the cover with the cover in the closed position. The interacting structure is adapted to limit movement of the medical line through to the retainer when the catheter is placed within the receiving area.

Another aspect of the present invention involves an anchoring system for securing a medical line to the body of a patient. The system includes a fitting adapted to engage with the medical line and having at least one opening. A retainer comprises a base including a platform and at least one post extending from the platform and arranged to interact with the hole of the fitting. A cover is movably coupled to the base so as to be moved between an open position and a closed position. A latching mechanism operates between the cover and the base to releasably latch the cover to the base in the closed position.

In accordance with an additional aspect of the present invention, an anchoring system for securing a medical line to the body of a patient is provided. The anchoring system comprises an adaptor having an adaptor body with a longitudinal axis defined between first and second ends. A first connector is located at the first end of the adaptor for connection to a first medical line, and a second connector is located at the second end for connection to a second medical line. A retainer includes a base and a cover permanently coupled to the base. The cover is movable between an open position and a closed position. A latching mechanism releasably latches the cover to the base in the closed position. And a channel is arranged to lie between the base and the cover in the closed position. The channel is shaped to retain the adaptor between the base and the cover with the cover in the closed position to inhibit movement of the adapter in a direction generally parallel to the adapter's longitudinal axis. An adhesive layer is attached to the retainer and is adapted to adhesively secure the retainer to the body of a patient.

A preferred method of anchoring a medical line to a patient involves providing a retainer including a base having a plurality of posts, and a cover attached to the base by a flexible leash. The provided cover also includes a corresponding plurality of openings with each opening comprising a slot. The retainer is coupled to an adhesive layer. The anchoring system is positioned on the body of the patient, and the adhesive layer is attached to the body of the patient. A medical device is arranged between the posts of the base. The cover is positioned over the base to bring the openings of the cover in proximity with the posts of the base. The cover is shifted relative to the base to engage the posts with the slots of the openings.

Further aspects, features, and advantages of the present invention will become apparent from the detailed description of the preferred embodiments that follow.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above-mentioned and other features of the invention will now be described with reference to the drawings of several preferred embodiments of the present anchoring system. The illustrated embodiments of the anchoring system are intended to illustrate, but not to limit the invention. The drawings contain the following figures:

FIG. 1A is a perspective view of an anchoring system in accordance with a preferred embodiment of the present invention and illustrates a retainer of the anchoring system in an open position together with an exemplary catheter wing clamp fitting (the components of which are illustrated as exploded above the retainer);

US 7,247,150 B2

3

FIG. 1B is a bottom plan view of a cover of the retainer of FIG. 1A;

FIG. 2 is a perspective view of the anchoring system of FIG. 1A with the cover of the retainer shown in a partially closed position;

FIG. 3 is a cross-sectional view of the anchoring system of FIG. 2, with the retainer shown in a completely closed position and the catheter wing clamp fitting assembled and anchored therein;

FIG. 4A is a perspective view of a retainer in accordance with another preferred embodiment of the present invention, shown in an open position;

FIG. 4B is a bottom plan view of a cover portion of the retainer of FIG. 4A;

FIG. 5 is a perspective view of the retainer of FIG. 4A, shown in a partially closed position;

FIG. 6 is a perspective view of a retainer in accordance with another preferred embodiment of the present invention, shown in an open position;

FIG. 7 is a perspective view of the retainer of FIG. 6, shown in a closed position;

FIG. 8 is a cross-sectional view of the retainer of FIG. 7, taken along the line 8—8;

FIG. 9 is a cross-sectional view of the retainer according to FIG. 8, but with a tang shown in a release position;

FIG. 10A is a prospective view of an anchoring system in accordance with an additional preferred embodiment of the present invention and illustrates a retainer of the anchoring system in an open position and together with an exemplary catheter adaptor;

FIG. 10B is a bottom plan view of a cover portion of the retainer of FIG. 10A;

FIG. 11 is a prospective view of the retainer of FIG. 10A, shown in a partially closed position with the cover interacting with the catheter adapter; and

FIG. 12 is a cross-sectional view of the retainer according to FIG. 11, shown in a completely closed position, with the catheter adaptor anchored therein.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present embodiments of the medical line anchoring system are disclosed in the context of an exemplary central line catheter. The principles of the present invention, however, are not limited to PICCs or CVCs. Instead, it will be understood by one of skill in this art, in light of the present disclosure, that the anchoring systems and retainers disclosed herein also can be successfully utilized in connection with other types of medical lines, including tubes for fluid communication and electrical wires. For example, but without limitation, the retainers disclosed herein can retain CVCs, PICCs, Foley catheters, and hemodialysis catheters, surgical drainage tubes, feeding tubes, chest tubes, nasogastric tubes, scopes, as well as with electrical wires or cables connected to external or implanted electronic devices or sensors. One skilled in the art may also find additional applications for the devices and systems disclosed herein. Thus, the illustration and description of the anchoring system 8 in connection with a catheter is mainly exemplary of one possible application of the system.

Each of the embodiments described herein employ the same basic concepts characteristic of the improved anchoring system, namely releasable attachment of a medical line to a patient. The anchoring systems also all include interacting structure that operates between a retainer of the anchoring system and a fitting which in some applications is

4

releasably attached to the medical line and in other applications is integrally formed with the medical line. The interacting structure between the retainer and the fitting generally inhibits relative movement between the medical line and the anchoring system in at least one degree of freedom.

To assist in the description of the components of the anchoring systems and retainers disclosed herein, the following coordinate terms are used. A longitudinal axis is generally parallel to a section of the medical line to be retained by the anchoring system, generally in the plane of a retainer base (discussed below). A lateral axis is generally perpendicular to the longitudinal axis within the plane of the base. A transverse axis extends transverse to both the longitudinal and lateral axes. A number of the figures illustrate this coordinate system to the side of the anchoring system. In addition, as used herein, the "longitudinal direction" refers to a direction substantially parallel to the longitudinal axis. "The lateral direction" refers to a direction substantially parallel to the lateral axis. And, "the transverse direction" refer to a direction substantially parallel to the transverse axis. These coordinates are used to describe structures and movement of the anchoring system of each embodiment. A detailed description of each embodiment, and its associated method of use, now follows.

FIGS. 1 to 3 illustrate an anchoring system 8 constructed in accordance with a preferred embodiment of the present invention. The system 8 includes a retainer 10 which is configured to retain a catheter, either directly or by way of a fitting 11. In the illustrated embodiment, the fitting 11 comprises a catheter box clamp 12 and a soft wing clamp 13 for use with a central line catheter 15.

The retainer 10 includes a base 14. The base 14 of the retainer 10 is attached to an anchor pad 16, which forms a part of the anchoring system 8. The base 14 desirably is secured to the anchor pad 16 by a solvent bond adhesive, such as cyanoacrylate or other bonding material. One such adhesive is available commercially as Part No. 4693 from the Minnesota Mining and Manufacturing Company (3M).

The anchor pad 16 comprises a flexible structural layer for securing the retainer 10 to a patient's skin. The pad desirably comprises a laminate structure with an upper cellulose foam layer (e.g., closed-cell polyethylene foam), and a bottom adhesive layer. The adhesive desirably is a medical-grade adhesive and can be either diaphoretic or nondiaphoretic, depending upon the particular application. Such foam with an adhesive layer is available commercially from New Dimensions in Medicine of Columbus, Ohio. Although not illustrated, it will be understood that the retainer and/or anchor pad can include suture holes in addition to the adhesive layer to further secure the anchor pad to the patient's skin.

An upper surface of the foam layer is roughened by corona-treating the foam with a low electric charge. The roughened or porous upper surface of the anchor pad 16 improves the quality of the adhesive joint formed by the cyanoacrylate (or by another type of adhesive or bonding material) between the base 14 to the anchor pad 16. In the alternative, the flexible anchor pad 16 can comprise a medical-grade adhesive bottom layer, an inner cellulose foam layer and an upper paper or other woven or non-woven cloth layer.

A removable paper or plastic backing 17 desirably covers the bottom adhesive surface before use. The backing 17 preferably resists tearing and is divided into a plurality of pieces to ease attachment of the pad to a patient's skin. Desirably, the backing 17 is split along a center line 18 of the

US 7,247,150 B2

5

flexible anchor pad 16 in order to expose only half of the adhesive bottom surface at one time. The backing 17 also advantageously extends beyond at least one edge of the anchor pad 16, as illustrated, to facilitate removal of the backing 17 from the adhesive layer.

In the illustrated embodiment, the anchor pad 16 also desirably includes a pair of opposing concave sections that narrows the center of the anchor pad proximate to the base 14. As a result, the peripheral ends of the anchor pad 16 have more contact area to provide greater stability and adhesion to a patient's skin, while allowing the retainer 10, which is located at center section of the anchor pad 16, to be placed adjacent to an insertion site of the catheter 15.

Although the anchor pad 16 has not been shown in the other drawings that illustrates this embodiment, nor in some of the drawings illustrating the other embodiments, it will be understood that a similar flexible anchor pad is included to secure the retainer to the patent's skin with each embodiment.

The base 14 and the catheter 15 desirably include interacting structure to couple the catheter 15 to the base 14. As will be clear from the disclosure below, the interacting structure mounts the medical line either directly or by way of a fitting (e.g., the box clamp 12 and soft wing clamp 13) to the base 14. In the latter case, a portion of the interacting structure desirable is formed on the fitting and another portion of the interacting structure is formed on the retainer. The term "mount," when used with reference to the relation between the catheter or fitting and the retainer, does not necessarily imply that the catheter 15 or fitting 11 are immobilized or fixed. Rather, this term is meant to describe the condition in which the interacting structure inhibits movement of the catheter 15 relative to the retainer 10 in at least one degree of freedom (e.g., rotational, lateral, longitudinal or transverse). In the illustrated embodiment, as well as in those later described, the interacting structure inhibits movement of the catheter 15 at least in the longitudinal direction.

In the illustrated embodiment, a portion of the interacting structure on the base 14 comprises at least one post 20 which extends upwardly from a relatively rigid platform 21. The base 14 desirably includes a pair of posts 20. The base can also include additional posts to suit a specific application. For example, where the retainer is designed to secure a relatively large fitting, the base can include four posts arranged at the corners of a rectangle, for greater stability. And, three posts can be used to firmly anchor a Y-site fitting.

Each post 20 includes a shank or shaft 25, attached to and extending upwardly from the platform 21. The posts 20 can have a variety of lengths and a variety of distances between them, depending upon the particular application and the particular fitting 11 with which they are to interact to mount the catheter 11. For anchoring catheters and medical tubing, each post 20 desirably has a length of about 4 mm to 20 mm, and more particularly a length of about 6 mm; however, longer or shorter lengths also are possible. The posts 20 are laterally spaced at least wide enough to accommodate the medical line to be anchored, and in the illustrated embodiments, the posts 20 are spaced to accommodate the fitting 11 which secures the medical line. Desirably, the posts 20 are spaced apart by a distance between 5 mm and 40 mm, and more particularly by a distance equal to about 15 mm. The shaft 25 of each post 20 has a diameter sufficient to perform its structural function, as described in more detail below, and depends upon the material chosen for the base 14 and shafts

6

25. The illustrated posts 20 comprise a polymer plastic material, with a diameter between 0.5 mm and 3 mm and particularly about 1.7 mm.

At least one protrusion extends radially from the shaft. In the illustrated embodiment, the protrusion comprises an enlarged tip or head 26 at the end distal from the platform 21. As seen in FIG. 1, at least a portion of the head 26 of each post 20 is larger than the diameter of the shaft 25, desirably having a maximum diameter of 1.1 to 1.5 times the diameter of the shaft 25. In the illustrated embodiment, the head 26 has a generally hemispherical shape with a smooth surface and a maximum diameter at an overhanging lower surface or underside 30. It will be understood, however, that the head 26 can take a variety of other shapes, such as for example, solid or hollow conicals, arrowheads, barbs, spheres, mushroom heads, and other types of radially projecting structures. A relatively blunt end of the head 26 is preferred to avoid snagging on materials such as a health care provider's latex gloves or sheets on the patient's bed.

A cover 22 is flexibly coupled to the base 14 by way of a flexible coupling. In the illustrated embodiment, the coupling comprises a flexible leash 24. The leash 24 can take any number of forms to mechanically connect the base 14 to the cover 22 while permitting movement of the cover 22 relative to the base 14 so as to enable engagement or disengagement of these parts, as described below. In the illustrated embodiment, the leash 24 comprises a band of flexible material. The leash 24 desirably is integrally molded with the base 14 and the cover 22. The illustrated leash 24 has a longitudinal width of about 0.5 mm to 5 mm, desirably about 1 mm, and a similar depth or transverse dimension. The length of the leash 24 depends in part upon the height of the post 20. Desirably, the leash 24 is longer than the height of the post 20, to allow some leeway in engaging or disengaging the base 14 with the cover 22, as will be understood by one of skill in the art in light of the disclosure herein. While the leash 24 desirably is generally oblong in cross-section, as illustrated, and fixes an orientation of the cover 22 relative to the base 14, it will be understood that the leash can also have a string-like (e.g., rounded) configuration and allow rotation about the lateral axis.

The cover 22 comprises an elongate member which can be formed of the same polymer or plastic material as the base 14, and desirably is integrally molded with the base 14. The cover 22 desirably has a shape that is generally coextensive with the platform 21 of the base 14. The cover 22 can be smaller; however, the cover should have a length in the lateral direction at least large enough to extend over the space between the posts 20 and a width in the longitudinal direction that is wider than the posts 20. The width of the cover 22 desirably is sufficient to stabilize a section of the catheter 15 within the retainer 10. In particular, the width of the cover 22 preferably generally matches the longitudinal length of the fitting 11. The corners of the cover are also desirably rounded to avoid snagging on materials such as the latex gloves worn by the health care provider, bed sheets, etc. In the illustrated embodiment, the cover 22 generally has an elliptical shape for this purpose.

As shown in FIG. 2, the illustrated cover 22 also desirably includes a textured portion 48, such as that formed by longitudinal ridges 50 in the cover surface at an end of cover 22 opposite of the leash 24. It will be understood that any well known form of texturing such as, for example, a roughened surface can be used in place of ridges. The textured portion 48 improves the health care provider's grip on the cover 22.

US 7,247,150 B2

7

The base 14 and cover 22 are further releasably connected by a latching mechanism. The latching mechanism permits the cover 22 to be engage with the base 14 in a closed position, as illustrated in FIG. 3. The cover 22 also can be disengaged from the base 14 and moved to an open position, as shown in FIG. 1A.

The latching mechanism includes interengaging structures formed on the base 14 and on the cover 22. In the illustrated embodiment, the portion of the latching mechanism on the base 14 is formed by at least one of the posts 20 with it enlarged head 26. Desirably, the latching mechanism involves the posts 20 that lie on opposite sides of the catheter 15 when the catheter 15 is properly positioned on the retainer 10.

A cover portion of the latching mechanism includes at least one opening 32 formed in the cover 22, and desirably includes the same number of openings 32 as there are posts 20 on the base 14. The illustrated cover 22 thus includes two openings 32 with corresponding points of the openings 32 being spaced by approximately the same distance as the two posts 20 on the base 14, desirably by between about 5 mm and 40 mm, and particularly about 15 mm. Each opening 32 is arranged in the cover 22 to cooperate with the corresponding post 20. It will be understood that, in other arrangements of the latching mechanism are possible where the posts are on the cover, the openings are formed in the base, as described in more detail below.

Each opening 32 shown in FIGS. 1–3 is defined by a central hole 34 with at least one slot 36 extending to one side, desirably laterally adjacent to and intersecting with the central hole 34 at a narrow waist opening 37. The central hole 34 is sized and shaped to accommodate the largest diameter of the post head 26. The illustrated slot 36 extends in the lateral direction from the central hole 34 with the lateral axis of the slot 36 being substantially collinear with a center line of the cover 22 extending in the lateral direction. It will be understood that the slots 36 on the cover 22 can extend from the central hole 34 in any direction, though both slots 36 desirably extend in the same general direction. In other arrangements, more than one slot can extend from each central hole.

The width of the illustrated slot 36 in the longitudinal direction is smaller than the central hole 34 and is smaller than the largest diameter of the head 26. The slot width desirably ranges from slightly smaller to slightly larger than the diameter of the shaft 25.

The interengagement between the posts 20 and the openings 32 on the cover 22 thus form the latching mechanism that releasably secures the cover 22 to the base 14. When the post shaft 25 is positioned in the slot 36, the cover 22 can not be lifted from the retainer base 14 in the transverse direction, as described in more detail below.

As best seen from the plan view of FIG. 1B, the cover 22 desirably includes a post retention mechanism to inhibit unintentional retraction of a post 20 from the slot 36. In the embodiment of FIGS. 2–3, the retention mechanism includes a lip 38 of cover material that forms a depression 40 (FIG. 3). The depression 40 is sized slightly smaller than the lower surface 30 of the post head 26. The retention mechanism of the illustrated slotted hole 36 further comprises the waist opening 37 (FIG. 18), which has a slightly smaller diameter than the shaft 25. The longitudinal dimension of the slot 36 widens to slightly larger than the diameter of the shaft 25 between the lip 38 of the cover 22. While not illustrated, the retention mechanism can also be formed by

8

arranging the slots at a slight deviation from parallel to one another to increase the friction between the cover 22 and the posts 20.

The retainer 10 also desirably includes a locator device to locate the cover 22 at a desired distance from the platform 21. In the illustrated embodiment, each post 20 includes an annular ring 28 positioned between the platform 21 and the head 26 for this purpose; however, other types of protuberances (e.g., small bumps or ribs) can also serve this purpose. The annular ring 28 is spaced below the head 26 along the shaft 25 by a distance sufficient to accommodate the thickness of the cover 22 when latched together. The ring 28 desirably is located between about 1 mm and 4 mm below the lower surface 30 of the head 26. Like the head 26, the annual ring 28 is larger in diameter than the shaft 25, desirably 1.1 to 2.0 times the diameter of the shaft 25. Most desirably, the ring 28 is slightly larger than the maximum diameter of the head 26.

As mentioned above, the base 22, leash 24 and cover 22 desirably are integrally formed to make a unitary retainer 10. This can be accomplished in any of a variety of ways well known to one of skill in the art. For instance, the entire retainer can be injection molded, in order to reduce fabrication costs. Additionally, features such as the leash 24 are desirably flexible. Suitable plastics which account for these considerations include polypropylene, polyethylene, and the like. Desirably, the illustrated retainer 10 comprises injection molded polyethylene or polypropylene.

The anchoring system 8 can also include the fitting 11 for mounting a medical line (e.g., catheter) to the retainer 10. In the exemplary application illustrated in FIGS. 1–3, the fitting 11 takes the form of the box clamp 12 and the soft wing clamp 13. Mounting of the fitting 11 (or catheter directly) to the retainer 10 is achieved by way of the interacting structures, a portion of which comprises surfaces or structures of the retainer 10 and another portion of which comprises surfaces or structures of the fitting 11 (or catheter, if directly coupled).

The box clamp 12, best seen from the view of FIG. 1, is a relatively small, rigid wing-shaped device having a configuration similar to that of conventional box clamps in common usage today in suturing attachment systems. The box clamp 12 includes a central elongate body 60 having a longitudinal groove 62 formed on the underside and a box-shaped upper surface 64. The longitudinal groove 62 is generally U-shaped and is sized to receive the body of a catheter and/or associated fluid line, and more desirably is sized to receive the wing clamp 13. At least one end, and preferably at both ends of the longitudinal groove 62, the body 60 of the box clamp 12 narrows the opening of the longitudinal groove 62. That is, the longitudinal groove 62 at either end extends through an arc which is greater than 180 E about an axis of the longitudinal groove 62. The groove also can have a uniform cross section along its length so that the wall of the entire groove extends through an arc greater than 180 E. The box clamp 12 desirably is formed of a relatively rigid material, such as polycarbonate.

A pair of lateral wings 66 extend roughly perpendicularly from the body 60 of the box clamp 12, each including a hole 67 therethrough. Each hole 67 is sized and shaped to receive the head 26 and the collar 28 of one of the posts 20.

The soft wing clamp 13 has a configuration similar to that of the box clamp 14, including a central elongate body 70 defining an inner cavity 72 and an outer surface 74. The inner cavity 72 is sized to surround a portion of a catheter. The wing clamp 13 is constructed from a soft, pliable or flexible material such as, for example, latex or the like. The

US 7,247,150 B2

9

central elongate body 70 includes a longitudinal slit 75 along its underside. The slit 75 can be expanded due to the pliable nature of the wing clamp 13. Thus, the wing clamp 13 is capable of being placed on and surrounding and longitudinally contacting in a frictional manner a portion of the catheter. This frictional contact between the soft wing claim 13 and the catheter generally prevents relative movement between these articles.

Lateral wings 76 extend roughly perpendicularly from the body 70 of the soft wing clamp 13, each including a through-hole 77. Each hole 77 is sized and shaped to receive the head 26 of one of the posts 20. As the material surrounding the wing hole 67 is pliable in the illustrated embodiment, the hole 67 can be smaller than the corresponding box clamp hole 67 and even smaller than the post head 26, yet still be stretched to receive the post head 26; the through-hole, 77, however, desirably is larger than the post head 26 and generally equal in size to the corresponding hole 67 in the box clamp 12.

The illustrated box clamp 12 and soft wing clamp 13 are commercially available from Arrow® for use with its CVC. Other clamps with suture wing extensions are currently in commercial use with Quinton® Hemodialysis catheters, Cook® PICC's, Baxter® CVCs and B. Braun CVCs. The skilled artisan will find application for the present invention with any of these and many other clamp configurations. As will be clear from a discussion of the embodiment of FIGS. 10–12, the fitting 11 (box clamp/soft wing clamp combination) can also be replaced with an inter-line connector or adaptor, such as those used to connect the catheter to a supply, delivery or drainage line.

FIG. 3 illustrates the interengagement of the components of the anchoring system 8, in accordance with the present embodiment. The box clamp 12 and soft wing clamp 13 are shown engaged with the posts 20 and retained between the base 14 and cover 22 of the retainer 10.

As noted, the groove 62 of the box clamp 12 is configured to receive the soft wing clamp 13. In particular, the groove 62 is sized and shaped to receive the outer surface 74 of the elongate body 74 on the soft wing clamp 13. The wings 66 of the box clamp 12 have approximately the same size and shape as the wings 76 of the soft wing clamp 13. When the wings 66, 76 are aligned, the box clamp holes 67 are correspondingly aligned with the soft wing clamp holes 77.

Together, the box clamp 12 and the soft wing clamp 13 form the fitting 11 for mounting in the retainer 10. In the illustrated embodiment, the retainer 10 has been sized for retention of the conventional box clamp 12 and soft wing clamp 13. Accordingly, the holes 67, 77 of the fitting 11 are spaced by approximately the same distance as the posts 20 on the retainer base 14. The box-like upper surface 64 of the box clamp 12 is sized and shaped to fit between the posts 20. Accordingly, a lateral dimension of the elongate body 60 is smaller than the spacing between the posts 20 (i.e., the elongate body 60 is located between and spaced from holes 67 on the box clamp wings 66), while the height of the fitting 11 (formed by the height of the box clamp 12 plus the thickness of the soft wing clamp wings 76) is smaller than the height of the posts. Desirably, the height of the fitting is smaller than the height of the shaft 25 up to the underside 30 of the post head.

The interaction between the posts 20 and the openings 67, 77 of the fitting 11 mount the fitting 11 on the base 14. Accordingly, this interacting structure between the retainer 10 and the fitting 11 inhibits movement of the catheter 15 relative to the retainer 11 in at least the longitudinal and

10

lateral directions. It is understood that the posts need not to extend entire through the holes for this purpose, though.

As noted above, the spacing between the posts 20 on the base 14 also dictates the spacing between the openings 32 in the cover 22. Desirably, the slots 36 each extend from the same side, and desirably laterally, from the central holes 34. Thus, the spacing between the central holes 34 is approximately equal to the spacing between the slots 36, which is in turn approximately equal to the spacing between the posts 20 on the base.

As also noted above, the leash 24 flexibly connects the platform 21 of the base 14 to the cover 22. Desirably, the leash 24 connects lateral ends of the base 14 and cover 22, so as not to interfere with the mounting of the fitting 11 and catheter along the longitudinal axis. The leash 24 is long enough to permit a desired parallel spacing of the base 14 from the cover 22 when the retainer is in a closed position, as illustrated.

In operation, a catheter (or other medical tube or wire) is inserted into the patient, and the fitting 11 is secured to the catheter. The fitting 11 is then retained within the retainer 10, and the retainer 10 is then secured to the patient. These steps are described in more detail below. While this sequence is advantageous, it will be understood that, in other arrangements, the fitting can be secured to a catheter before or after securing the fitting to the retainer, depending upon the form of the fitting. Similarly, and especially for reapplication of a catheter to the retainer 10, the catheter and fitting 11 can be mounted to the retainer 10 after the retainer 10 has already been secured to the patient.

In the illustrated embodiment, desirably after catheter insertion, the wing clamp 13 is stretched open at the slit 75 and fit over the catheter, as in standard practice. The groove 62 of the box clamp 12 is fitted over the elongate body 70 of the soft wing clamp 13, providing a tight "snap fit." Some flexibility in the wing clamp body 70 facilitates this fitting. The relatively more rigid box clamp body 60, however, exerts relatively more inward pressure on the catheter than the relatively more flexible wing clamp 13, such that a better frictional grip holds the catheter within the fitting 11. It will be understood by one of skill in this art, however, that the fitting 11 of the present embodiment can comprise the soft wing clamp 13 alone.

As shown in FIG. 2, the catheter and fitting 11 are then removably mounted to the retainer 10. In the illustrated embodiment, the holes 77, 67 are fitted over the posts 20 of the retainer base 14. Desirably, each slightly smaller wing clamp hole 77 stretches to accommodate the larger diameter head 26 and ring 28 of the post 20. Each box clamp hole 67, on the other hand, desirably is large enough to receive the head 26 and ring 28 without interference. The fitting 11 is thereby fitted onto the base 14 with the posts 20 extending through the fitting holes 67, 77 and the bottom surface of the soft wing clamp 13 resting on the platform 21.

As illustrated in FIGS. 2 and 3, the cover 22 is latched to the base 14, with the fitting 11 interposed between the cover and the base. FIG. 2 shows the cover 22 in a partially closed position, with the flexible leash 24 bent to position the cover 22 over the base 14. The openings 32 of the cover 22 are aligned with the posts 20 of the base 14 and the cover 22 is then moved toward the base such that the head 26 of each post passes through the central hole 34 of one of the openings 32. The size and spacing of the openings 32 and the posts 22 should result in an easy engagement so that only a light downward force is necessary, thereby avoiding pain or discomfort to the patient. In this position, the portion of the

US 7,247,150 B2

11

12

cover 22 between the holes 34 can firmly contact a portion of the fitting 11 in some applications.

The rings 28 can also support, at least in part, the cover 22, or at least limit the travel of the cover 22 over the posts 20 so as to properly position the cover 22 on the posts 22 generally beneath the flared heads 26. Once the heads 26 of the posts 20 have cleared the central holes 34 in the cover 22, the cover 22 contacts the ring 28.

The cover 22 is then slid laterally (to the right, in the views of FIGS. 2 and 3) so that the shaft 25 of each post 20 slides past the narrow waist opening 37 into the corresponding slot 36. The cover material at the waist 37 and/or the shaft 25 slightly compresses as the cover 22 is shifted under force provided by the health care provider. Desirably, the retainer is arranged such that, when the posts 20 are engaged with the slots 36, the cover 22 is centered with respect to the base.

The resulting engagement, shown in FIG. 3, serves to retain the fitting 11 securely in place within the retainer 10. As the waist openings 37 are desirably slightly more narrow than the post shafts 25, the slots 36 provide a friction or snap fit engagement with the posts 20. The slots 36 are longitudinally more narrow than the post heads 26, such that the cover 22 cannot be transversely lifted away from the base 14 in this position. Surfaces of the post 20 abut against surfaces of the cover 22 formed by the lip 38 and walls 46 of the opening 32. The posts 20 of the base 14 and the slotted holes 67, 77 of the cover 22 thereby form a latching structure. The latching structure allows the posts 20 to be easily inserted into the openings 32 in one position but inhibits unintentional retraction of the posts 20 from the openings 32 in a second position.

Additionally, the underside 30 of the post head 26 seats against the cover 22 with the periphery of the head 26 at the edge of the depression 40, as shown. A slight deformation of the head 26 and/or edge of the depression 40 creates increased interference between the cover 22 and the post heads 26 which aids in maintaining the cover 22 in place, relative to the posts 20.

It will be understood that, in other arrangements, the openings can instead be formed in the base, rather than the cover, and the posts formed on the cover. In such a case, each opening would comprise a partial central hole in the base, below which a hollow space is formed for receiving the heads of downward extending posts of the cover. The space would also accommodate the lateral movement of the cover (and consequent lateral movement of the posts) in order to provide engagement between the shaft of each post and a narrow slot extending from the opening. In this manner, the head of one of the posts would be captured within the hollow space below each slot. The post could not be pulled out of the hollow space because the rear side of the post head would contact the portions of the base which define the slot. Such a latching mechanism is disclosed in copending application Ser. No. 08/587,092, entitled "Catheter Anchoring System", filed on Jan. 15, 1996, in the name of Steven F. Bierman and assigned to the assignee hereof, which stands allowed as of the filing date of this application and which is hereby incorporated by reference.

In initial application, the illustrated retainer 10, with the fitting 11 and the catheter retained in it as described above, is secured to the patient by way of the self-adhesive anchor pad 16. The health care provider selects a skin site on which the retainer 10 will be attached. For use with CVCs and PICCs, the retainer 10 desirably is applied to the skin of the patient in the vicinity of the catheter insertion site. The health care provider then cleanses and prepares the antici-pated dressing site according to well known methods, usually swabbing with alcohol and allowing the site to dry thoroughly. The health care provider peels away half of the backing layer 17 from the adhesive surface of the anchor pad 16, properly locates the pad 16 on the patient, and presses the exposed adhesive against the patient's skin to secure the anchor pad 16 to the patient. The second half of the backing layer 17 is then removed, and the second half of the anchor pad 17 adhered to the patient's skin. The anchor pad 16 should be mounted on the patient so that catheter overlies the retainer 10 along the retainer's longitudinal axis.

When removal of the catheter becomes necessary, the cover 22 simply is slid horizontally in the opposite direction, desirably with force sufficient to compress cover material at the waists 37, so that the heads 26 of the posts 20 are once again aligned with the central holes 34. The cover 22 can then be easily lifted transversely from the base 14. With the retainer 10 thus unlatched, the fitting 11 can also be removed. The catheter secured by the fitting 11 can then be changed or cleaned and replaced in the retainer 10, without requiring a new retainer.

It should be noted that a deliberate effort is generally required to disengage the post shafts 25 from the slots 36, due to the retention mechanism formed by the narrow neck 37 and/or depression 40. The retainer 10 thus releasably mounts a catheter (or other medical line) and can be reused without requiring reattachment to the patient, while at the same time inhibiting accidental release of the catheter.

Significantly, the removed cover 22 remains leashed to the retainer base 14, which remains attached to the patient. Thus, the health care provider need not take care to place the cover 22 in a safe hygienic place, nor keep track of its whereabouts. The cover 22 can simply hang from the base 14 by the leash 24, where it is easily found and relatched to the base 14 when a new catheter is engaged. Furthermore, each time the cover is relatched, the cover 22 is automatically correctly oriented, such that the health care provider need not take care to ensure that the depression 40 is facing the correct direction, nor to ensure that the slots 36 are on the correct side.

Of course, if the medical treatment is completed and there is no need to reuse the retainer 10, the health care provider can release the cover from the base in the manner described above. The medical article then can be lifted from the base. To remove the anchor pad 16, the health care provider lifts an edge of the pad 16 and gently strokes the undersurface with an alcohol swab while slowly but continuously lifting the edge. The anchor pad 16 can be peeled from the patient's skin in this manner. The health care provider then cleanses and prepares skin using well known hospital or agency protocols.

A retainer 10a in accordance with another embodiment of the invention is illustrated in FIGS. 4A to 5, with FIG. 4A showing a completely open position of the retainer 10a and FIG. 5 showing the partially closed position, similar to FIGS. 1–2 above. Though not illustrated, the retainer 10a also desirably includes a flexible anchor pad, as illustrated in FIG. 1, for adhesive attachment to the body of a patient. Only the cover 22a of this embodiment differs from the above-described embodiment. Accordingly, the above description applies equally to the embodiment of FIGS. 4–5, unless otherwise indicated. In addition, like reference numerals are used to indicate like features of the two embodiments, with the letter "a" added as a suffix to refer to features of the present embodiment.

The cover 22a of this retention mechanism 14a includes a pair of openings 32a. In contrast to the embodiment

13

discussed above, each opening 32a comprises a single slot 80 extending from a longitudinal outer edge 82 of the cover 22a to a terminus 84. The pair of slots 80 can extend from either of the two outer edges 82, but both slots 80 desirably extend from the same edge.

The slots 80 advantageously extend obliquely from the outer edge 82 of the cover 22a to the slot terminus 84, such that one side of each slot 80 defines an obtuse angle α (FIG. 4B) with the outer edge 82 from which the slot extends, as shown in FIG. 4B. The termini 84 of the slots 80 desirably are centered on or close to a lateral line that bisects the cover 22a into longitudinal halves. Thus, the length of each slot 80 depends upon the obtuse angle α between the outer edge 82 and the slot 80. The angle α should be small enough and the slot 80 short enough that the structural integrity of the cover 22a is not compromised. While illustrated as parallel, the slots 80 can also be arranged at a slight angle to one another. The width of each slot 80 desirably is slightly larger than the diameter of the post shaft 25a, and smaller than the largest dimension of the post head 26a.

As best seen from the plan view of FIG. 4B, the opening 32a desirably includes a retention mechanism, such as to inhibit retraction of the post 20a from the slot 80. As visible from the views of FIGS. 4B and 5, each slot 80 is partially defined at the terminus 84 by a lip 38a of cover material, forming a depression 40a in the cover 22a, similar to the lip 38 and depression 40 shown in FIGS. 1–3. The depression 40a is sized slightly smaller than the lower surface 30a of the post head 26a.

In the illustrated embodiment, the retention mechanism further comprises one or more protuberances 86 extending at certain positions from interior walls of the slot 80. As illustrated, the protuberances 86 desirably are positioned within the slot 80 just outside the depression 40a. At the protuberances 86, the slot 36a most desirably has a slightly smaller diameter than the shaft 25a, widening to slightly larger than the shaft 25a at the lip 38a. These protuberances 86 define the waist 37a of the opening 32a for the present embodiment.

FIG. 5 illustrates the retainer 10a in a partially closed position. The flexible leash 24a has been bent to swing the cover 22a counterclockwise (in the view of FIG. 5), bringing the openings 32a in proximity to the posts 20a. The cover 22a continues in a downward arc from the position of FIG. 5 and is shifted slightly out of alignment with the base 14a until the edge openings of the openings 32a at the longitudinal edge 82 are adjacent to the section of the posts 20a between the head 26a and the ring 28a.

While not illustrated in FIGS. 4A to 5, a catheter fitting can first be mounted to the retainer 10a prior to latching. For example, the fitting 11a illustrated in FIGS. 1–3 can be first secured to the retainer. For such a case, the posts 20a serve as a portion of an interacting structure and the holes 67a, 77a of the fitting 11a serve as another portion of the interacting structure. The interacting structure thus mounts the fitting to the retainer to inhibit at least one degree of movement of the fitting relative to the retainer. Alternatively, a portion of the interacting structure can directly mount a catheter, without the intermediate fitting.

The shaft 25a of each post 20a (between the head 26a and the ring 28a) can be easily inserted into the edge opening of the openings 32a at the outer edge 82. The cover 22a is then shifted obliquely such that the shafts 25a slide along the slots 80. The shafts 25a and/or the protuberances 86 are compressed or the protuberances are deflected as the shafts 25a slide past the protuberances 86. After the shafts 25a have passed the protuberances 86, the shafts and/or the

14

protuberances can regain their original shape such that the shafts snap into the position adjacent to the protuberances 86 and engage with the terminus 84 of the slots 80. When the head 26a is seated at the edge of the depression 40a, the surfaces of the cover 22a formed by the lip 38a and the protuberances 86 of the slot 80 abut against the shaft 25a of the post 20a. The cover 22a is thus latched in a closed position.

In order to remove the cover 22a from the base 14a, the sliding motion of the cover 22a over the posts 20a is simply reversed until the post shafts 25a exit the openings 32a at the outer edge 82 of the cover 22a. Note that some deliberate force is generally required to overcome the retention mechanism. Namely, the cover 22a is slightly depressed to disengage the underside of the head 26a from the edge of the depression 40a, and the cover 22a is slid with sufficient force to deflect or compress the protuberances 86. Any fitting secured therein can then be disengaged from the opened retainer 10a.

Where the slots are arranged at a slight angle to one another, the friction fit of the posts within the slots will improve, relative to an exactly parallel arrangement. It will be understood that, in other arrangements, a similar slot can extend perpendicularly from the longitudinal edge. Alternatively, slots of each opening can extend from opposite longitudinal edges of the cover. In the latter arrangement, the cover would be aligned longitudinally between the posts and the cover twisted to a lateral alignment, such that the posts each engage the slots on each side. As will be understood by one of skill in this art, such slots would desirably extend along the circumference of a circle centered between the termini.

In either of the above illustrated embodiments, or in inverted arrangements with the posts on the cover, the posts serve both as an interacting structure (for mounting a medical line or fitting) and as a part of the latching structure (for latching the cover to the base). It will be understood, however, from the description of the following two embodiments, that the posts can serve only as part of the latching structure, or only as part of the interacting structure. It will further be understood by one of ordinary skill in this art that the posts can be absent altogether in other arrangements.

FIGS. 6–9 illustrate a retainer 10b in accordance with another embodiment of the present invention. The retainer 10b is shown in an open position in FIG. 6 and in a fully closed and latched position in FIG. 7. Other components of the anchoring system 8b (e.g., anchor pad, catheter adapter) can be the same as described above with respect to FIGS. 1–3. Accordingly, the above description applies equally to the embodiment of FIGS. 6–9, unless otherwise indicated. In addition, like reference numerals are used to indicate like features among the embodiments, with the letter "b" added as a suffix to refer to features of the present embodiment.

The base 14b includes a pair of posts 20b; however, the base can include more or less posts depending upon the application of the anchoring system. Each post 20b has a relatively smooth, continuous surface up to a tip 90 which need not protrude radially from the post 20b, unlike the head 26, 26a of the previously described embodiments. The tip 90 of the post 20b can be a flat surface or can taper into a hemispherical shape (as shown), a conical shape or other well known shapes. In the illustrated embodiment, the posts 20b each consist only of a simple shaft tapered hemispherically at the tip 90. The posts 20b otherwise desirably have the same diameter, spacing, and height of the posts 20, 20a of the previous embodiments. The posts 20b are illustrated as connected to a platform 21b of the base 14a, although it

US 7,247,150 B2

15 16

will be appreciated by those skilled in the art, in light of the above disclosure, that the posts could be connected to the cover 22b.

The flexible hinge 24b of this embodiment comprises a relatively rigid support arm 92 that is integrally joined to the platform 21b at a base end 94. As shown in FIG. 6, the support arm 92 extends upwardly from the base end 94 to join with the cover 22b at a thin bridge 96 of cover material. The bridge 96 is formed along a common exterior surface 98 (see FIG. 7) of the cover 22b and the support arm 92. The bridge 96 is defined along the apex of a notch 100 in the material that forms the cover 22b and support arm 92. The notch 100 can be thought of as the structure formed by a beveled edge sloping away from an interior surface 102 of the cover 22b, conjoined at the bridge 96 with a beveled edge sloping away from an inside surface 104 of the support arm 92. The hinge 24b flexibly connecting the base 14b to the cover 22b thus comprises the support arm 92, the bridge 96, and the surfaces forming the notch 100. In other arrangements, however, the hinge of an embodiment resembling that of FIGS. 6–9 can comprise a structure similar to a conventional hinge pin-bracket arrangement.

Desirably, the support arm 92, which terminates at an upper end at the bridge 96, has the same height as the posts 20b. It will be understood, however, that the support arm 92 can be higher than the posts 20b in other arrangements.

The thickness of the bridge 96 depends upon the material chosen, and is thick enough to provide the desired strength to connect the support arm 92 to the cover 22b, but thin enough to provide flexibility for opening and closing the retainer 10b. Desirably, the retainer 10b is integrally injection molded of a resilient polymer material, such as polypropylene or polyethylene. For such materials, the bridge 96 has a thickness between about 0.5 mm and 2.5 mm, and desirably about 1.5 mm.

The flexibility of the hinge 24b also depends in part upon the angle formed by surfaces of the notch 100 when the retainer 10b is in the open position shown in FIG. 6. Desirably, the notch 100 defines an angle of at least about 90E, and particularly about 115E. Such an arrangement allows the cover 22b to lie parallel to the platform 21b when the retainer 10b is in the closed position shown in FIG. 7. It will be understood, however, that in other arrangements the closed cover need not lie parallel to the platform 14b (and may take a curvilinear path as described below).

As seen in FIG. 7A, the latching mechanism 110b of the illustrated retainer 10b comprising a fastening pin 112 and a latch having a receptacle 114. The receptacle 114 is configured to receive the fastening pin 112. As shown in FIGS. 6–9, the illustrated fastening pin 112 is integrally connected to the cover 22b and the receptacle 114 is integrally connected to the base 14b. It will be understood, however, that the pin can instead be positioned on the base, while the receptacle is positioned on the cover.

The fastening pin 112 includes a bar 116 extending from the cover 22b (or the base 14b, depending on the position of the element). At the end distal from the connection to the cover 22b, the bar 116 connects to an expanded portion or barb 118 which tapers to a terminus 120 of the pin 112. Like the post head 26, 26a of the previous embodiments, the barb 118 of the fastening pin 112 can be formed in any of a variety of shapes such as an arrowhead (as shown), hemispherical, conical or flexible ribs extending outward from the bar 116. Desirably, the terminus 120 of the fastening pin 112 is relatively blunt and smooth to prevent it from puncturing the gloves of a health care provider or catching on other materials. The barb 118 also desirably includes a sloping or

curved surface 121 leading from the terminus 120 to the maximum diameter of the barb 118. At least one shoulder is formed behind the barb 118. In the illustrated embodiment, shoulders are defined on either side of the bar 116.

The receptacle 114 of the latch 110b comprises a pair of opposing tangs 122 that extend to a stem 124 connected to the base 14b (or cover 22b, depending on the position of this element of the latch). Each tang 122 extends outwardly to a lug 126 that can be depressed by finger pressure. Desirably, each tang 122 includes an inner beveled surface 127. These beveled surfaces define an aperture 128 therebetween which tapers from a wider dimension at the top to a narrower dimension at the bottom, where it communicates with a slot 130 located between the opposing stems 124. Each tang defines a downward facing shoulder that cooperates with one of the shoulders of the fastening pin barb 118, as described below.

In operation, a fitting, such as the fitting 11 of FIGS. 1–3, can be first engaged with the posts 20b while the retainer 10b is open (see FIG. 6). Accordingly, the posts 20b of the illustrated embodiment form a portion of the interacting structure for inhibiting movement of a medical line fitting relative to the retainer 10b.

The cover 22b can then swing to a closed position as shown in FIG. 7. The relatively thin strip of material forming the bridge 96 allows the hinge 24b to bend when finger pressure is exerted on the cover 22b to lower it. The angle of the notch 100 further allows the cover 22 to be closed without compressing material between the interior surface 102 of the cover and the inner surface of the support arm 92. While the rigid support arm 92 and the thin bridge 96 permit only rotational and not lateral movement of the cover 22b relative to the base 14b, such lateral movement is not necessary for the illustrated latching mechanism.

The fastening pin 112 can be inserted into the receptacle 114 by positioning the pin 112 into the aperture 128 and pressing on the cover 22b. The sloped surfaces 121 of the fastening pin 112 slide over the beveled inner surfaces 127 of the tangs 122. The interaction of these sloped and beveled surfaces tends to distend the tangs 122 slightly, thereby allowing the barb 118 to enter the slot 130. The tangs 122 then snap back into their original position and engage with the barb 118 of the pin 112 with the corresponding shoulders abutting, thereby releasably securing the cover 22b to the base 14b. FIG. 8 illustrates the closed latch 10b.

When the latch 110b is closed, as shown in FIG. 7, the inner surface 102 of the cover 22b sits atop the tip 90 of the posts 20b, since the posts of the illustrated retainer 10b have the same height as the support arm 92. It will be understood that, in arrangements where the posts are attached to the cover, the tips would abut the base when the cover is in the closed position and latched. Where such contact takes place, a fitting secured between the cover 22b and the base 14b could not slip off the posts 20b when the retainer 10b is closed and latched. Furthermore, the posts 20b provide added support for the cover 22b in the closed position to prevent over-extension of the hinge 24b.

To release the cover 22b from the base 14b, the health care provider can press down on the lugs 126, thereby gaining access to the fitting and/or catheter secured therein. When a lug 126 is depressed, the attached stem 124 bends outward slightly, causing the tang 122 to moved outwardly and the slot 128 to expand, as shown in FIG. 9. To provide friction between the health care provider's finger and the top of the lug 124, ridges or other types of roughened surface can be included.

US 7,247,150 B2

17

When only a single lug 124 is depressed, however, the attached tang 122 is elevated until it contacts the surface of the element (e.g., the cover) to which the fastening pin 112 is connected. This degree of elevation of a single tang 122 does not expand the aperture 128 sufficiently to release the barb 118 of the fastening pin 112. In contrast, when both lugs 124 are depressed (not shown), the aperture 128 is sufficiently widened to allow the fastening pin 112 to be readily extracted from the receptacle 114. This design prevents inadvertent release of the fastening pin 112 (e.g., when a lug is bumped), but permits easy opening of the retainer 10b when a health care provider seeks to move the catheter or other fitting held within the retainer 10b.

FIGS. 10–12 illustrate an anchoring system 8c in accordance with another embodiment of the present invention. Like the anchoring systems described above, the illustrated embodiment includes a retainer 10c, a fitting or adaptor 11c and an anchor pad 16c. The anchor pad 16c desirably is similar to the anchor pad 16 described with respect to FIG. 1. The retainer 10c and the fitting 11c differ somewhat from the above-described embodiments, though certain features are the same. Accordingly, the above description applies equally to the embodiment of FIGS. 10–12, unless otherwise indicated. In addition, like reference numerals are used for like features among the embodiments, with the letter "c" added as a suffix to refer to features of the present embodiment.

The illustrated posts 20c do not include a locator ring of material below the head 26c. The illustrated base 14c, including dimensions of the posts 20c, is otherwise identical to the base 14 described with respect to FIGS. 1–3. Unlike the openings 32, 32a of the previous embodiments, the illustrated opening 32c is shown without a lip or depression in the slot 36c. It will be understood, however, that the slot can also include a depression over which the post head would seat without departing from the principles of the present embodiment.

Like the previous embodiments, the present embodiment includes interengaging structure to mount the medical line to the retainer 10c. In the illustrated embodiment, the interacting structure comprises a channel defined by a mounting structure 140. The channel is sized and shaped to mount a medical line, such as a catheter, either directly or indirectly by way of a fitting. Desirably, the channel defined by the mounting structure 140 is configured to mate with and mount the adaptor 11c which, in turn, engages with the medical line. In the illustrated embodiment, the mounting structure 140 is integrally formed with the cover 22c, such as by injection molding. It will be understood, however, that the mounting structure 140 can equally well be formed as part of the base 14c without materially affecting the function of the retainer 10c.

The illustrated mounting structure 140 comprises two substantially rectangular box-like extensions 141 that extends from the cover 22c between the two openings 32c. The extensions 141 are spaced by a distance sufficient to receive the adaptor 11c and include inner faces 142 configured to mate with surfaces of the adaptor 11c. The inner faces 142 are more particularly shaped to inhibit at least one degree of freedom, desirably to inhibit longitudinal movement of the adaptor 11c when the adaptor is mounted within the channel (see FIG. 11). The illustrated inner faces 142 are convex in shape. The channel defined between the extensions 141, thus, has a minimal width at a central point and widens toward either longitudinal end. In other arrangements, the skilled artisan will recognize that a maximum channel width at a central point will inhibit longitudinal

18

movement of a different fitting. Where, as illustrated, the mounting structure 140 is integral with the cover 22c, the extensions 141 desirably are spaced closely enough to provide a snug or slight interference fit for the adaptor 11c within the channel.

The mounting structure 140 (and the channel defined by it) has a height less than or equal to the height of the post shafts 25c of the base 14c. In the illustrated embodiment, the structure 140 is equal to the height of the shafts 25c, less the thickness of the cover 22c. An outer surface 144 (FIG. 10) of each of the illustrated extensions 141 is accordingly configured to mate with the platform 21c of the base 14c, and is flat in this case.

The cover 22c is illustrated with a slight hourglass shape, such as to provide a slight indentation 146 along an edge 148 of the cover 22c. Desirably, the indentation 146 comprises transverse ridges 150. This shape facilitates an interengagement between the fitting 11c and the mounting structure 140 to inhibit movement of the adaptor 11c at least in the longitudinal direction, as described below.

The fitting 11c of the present embodiment is an in-line adaptor 11c. This adaptor 11c comprises an elongate structure defining a fluid pathway, and means for connecting the adaptor to lines at either end. The illustrated adaptor 11c comprises a medical connector such as those commonly used to connect a supply line to a catheter.

Desirably, the adaptor 11c is of a type similar to that disclosed with respect to FIGS. 11 and 12 of U.S. Pat. No. 5,306,243 ("the '243 patent"), the disclosure of which is hereby incorporated herein by reference. The adaptor 11c includes a male connector 160 for connection to a catheter and a female connector 162 for connection to a medical supply or delivery tube (e.g., leading to an IV drip or a suction pump). The illustrated male connector 160 includes a Luer-type fitting 164 with internal threads and a tapered nose extending outwardly, with an internal passageway for fluid communication with a catheter.

The female connector 162 comprises external threads 166 and a membrane 168 for sealing the internal passageway. The membrane 168 can comprise a closed septum, through which a sharp needle is inserted to provide communication between the supply or delivery tube and the internal passageway. The membrane 168 can also comprise a pre-slit membrane, through which a blunt needle provides communication between the supply or delivery tube and the internal passageway. Desirably, however, the female connector 162 of the adaptor 11c comprises an internal needle integral with the internal passageway, as disclosed in the '243 patent. The membrane 168 comprises a resilient, self-sealing material which is outwardly biased.

An adaptor body 170, between the male connector 160 and the female connector 162, comprises mounting surfaces 172 which form a portion of the interacting structure of the anchoring system 8c. The illustrated mounting surfaces 172 comprise opposed concave surfaces, desirably including ridges (not shown) to facilitate finger gripping during connection of the adaptor 11c to catheters or other medical tubes. In this manner, the adaptor body 170 has a minimal width at a central point and widens toward both the female connector 162 and the male connector 160. In particular, the widest points of the illustrated adaptor 11c are wider than the most narrow portion of the channel between the extensions 141 of the retainer 10c.

The mounting surfaces 172 are joined by a top surface 174 and a bottom surface (not shown). The top and bottom surfaces desirably are flat to mate with the illustrated cover

US 7,247,150 B2

<table>
<tr><td>19</td><td>20</td></tr>
</table>

22c and platform 21c of the retainer 10c, such that these surfaces also form a portion of the interacting structure.

In operation, the adaptor 11c can first be connected to medical tubes. For example, a catheter can be fitted with a female connector with external threading, similar to the female connector 162 of the adaptor 11c. Such a connector can be quickly and easily threaded into the male connector 160 of the adaptor without any external needles, thus reducing the likelihood of needle sticks to the health care provider. While the female connector is threaded into the Luer-type fitting of the male connector 160, the nose of the male connector 160 forces the membrane 168 backwards over the internal needle, thus providing fluid communication between the catheter and the internal passage of the adaptor 11c. Similarly, a medical delivery/supply line can be fitted with a male connector similar to the male connector 160 of the adaptor 11c. Such a connector would then connect with the female connector 162 of the adaptor 11c, thereby completing fluid communication through the adaptor 11c between the delivery/supply line and the catheter.

The adaptor 11c then mounts within the channel defined by the mounting structure 140 of the retainer 10c. In the illustrated embodiment, wherein the mounting structure 140 is formed integrally with the cover 22c, the inner faces 142 of the extensions 141 desirably snugly receive and grip the mounting surfaces 172 of the adaptor 11c.

It will be understood by one of skill in the art, however, that the fit need not be tight enough to inhibit transverse movement of the fitting or adaptor, particularly where the mounting structure is integral to the base, rather than integral to the cover. Desirably, however, the interaction between the mounting structure inner faces 142 and the adaptor mounting surfaces 172 is such as to inhibit significant longitudinal movement (e.g., more than 1–2 mm) of the adaptor 11c. In the illustrated embodiment, the minimal width of the channel is more narrow than the widest portions on either end of the adaptor body 170.

With the adaptor 11c thus mounted to the retainer 10c, the retainer 10c is then be closed and latched, as described with respect to the previous embodiments. Where, as illustrated, the mounting structure 140 is located on the cover 22c, if the mounting structure 140 is not configured for firm engagement, the health care provider can hold the adaptor 11c within the channel until the retainer 10c is latched. FIG. 11 illustrates the retainer 10c in a partially closed condition.

FIG. 12 illustrates the retainer 10c latched closed with the adaptor 11c retained therein. As will be understood by one of skill in the art, the cover 22c and the base 14c interposed the adaptor 11c between them, preventing transverse movement of the adaptor 11c relative to the retainer 14c. The channel defined by the mounting structure 140 inhibits lateral or longitudinal movement of the adaptor 11c relative to the retainer 14c by the cooperating shape of the channel and the adaptor 11c (which form the interengaging structure in this embodiment). Accordingly, the adaptor 11c is sufficiently restrained to secure a catheter extending therefrom to the patient. If the catheter had not been secured to the adaptor prior to engagement of the adaptor to the retainer, the catheter can be secured after engagement.

The skilled artisan will appreciate that the retainers disclosed herein demonstrate versatility in securing a great variety of medical articles to a patient. Retainers similar to those of FIGS. 1–9 can be utilized to secure any device which is provided with holes spaced apart to engage with the posts. The cover is secured to the base to interpose the device between them. Many medical devices are already provided with suture holes which can be fitted over the

retainer posts disclosed herein. Other devices can be modified to include such holes. Other arrangements to secure a medical article to the posts, either between the posts or adjacent to a single post, will be readily apparent to those skilled in the art in light of the disclosure herein.

Medical devices can be also be provided with surfaces similar to the mounting surfaces 172 of the illustrated adaptor 11c, for mounting within the integral channel of the retainer 10c illustrated in FIGS. 10–12. Y-joint adapters, for example, can be adapted to mount within the channel of the retainer 10c shown in FIGS. 10–12.

Alternatively, one of skill in the art will readily appreciate that the disclosed retainers can be modified, without departing from the spirit of the invention, to mount and retain existing medical devices. For example, the integral mounting structure illustrated in FIGS. 10–12 can be adapted to clamp existing Y-joint adapters, or to directly mount a catheter or other medical line without the need for an intermediate fitting. In addition, the channel can have a semi-tubular shape and include at least one lateral slot that receives a radially extending member of the adaptor (e.g., an annular collar). Desirably, any such modified mounting structure would inhibit longitudinal and lateral movement of the device or medical line. Transverse movement is inhibited by closure of the retainer with the device or line sandwiched between the base and the cover.

Furthermore, the skilled artisan will recognize the interchangeability of various features from different embodiments. For example, the integral mounting structure 140 of FIGS. 10–12 can be adapted for mounting an adaptor in a retainer having the latch 70 of FIGS. 6–9, thus requiring no posts. Similarly, the various posts, slotted holes, hinges, anchor pads and fittings disclosed herein, as well as other known equivalents for each such feature, can be mixed and matched by one of ordinary skill in this art to construct anchoring systems in accordance with principles of the present invention.

Although not illustrated, each of the illustrated retainers can be adapted for use in an anchoring system which includes a safety loop. An anchor pad larger than the pad 16 illustrated in FIG. 1 can mount both a retainer, in accordance with one of the preferred embodiments, and a separate tube clip. The medical line mounted by the retainer can also be secured less tightly to the tube clip, with an adequate amount of slack in the line between the retainer and the clip. The clip and the resultant slack are desirably located between the retainer and the catheter insertion site, for example.

If movement by the patient causes a sudden pull upon catheter, the catheter slips within the tube clip and the slack length or "safety loop" of the tube is pulled through the clip. Friction between the clip and the sliding tube absorbs some of the force and some of the force causes a slight pull on the adhesive pad, functioning as a warning to the patient to cease the undesirable movement.

Similarly, the retainer itself can be arranged to only slightly inhibit longitudinal movement of a catheter, such as to allow some amount of slip in response to large forces. For example, the fitting of FIGS. 1–3 can comprise a soft wing clamp without the box clamp. In any of these arrangements, a jerk upon the medical line can be largely absorbed by allowing some slip, without either disconnecting the line from the fitting or painfully pulling the anchor pad from the patient's skin.

Using a retainer in accordance with the above disclosure, no painful, invasive or time-consuming sutures or other extensive procedures involving medical sharps (e.g., suture needles) are necessary to anchor an elongate medical article

US 7,247,150 B2

21

to a patient's skin. In addition, the flexible anchor pad absorbs much of the force incurred in the installation or removal of the retainer and the medical device, thereby providing greater comfort for the patient.

As common to each of the above-described retainers and anchoring systems, the present invention provides a sterile, tight-gripping, needle-free way to anchor medical articles to a patient. The retainers thus eliminate accidental needle sticks, suture wound site infections and scarring because sutures are not required. In addition, the retainers can be used with any of a wide variety of catheters, tubes, wires, and other medical articles to provide universal securement using one style of retainer. Also, patient comfort is enhanced and application time is decreased with the use of the present retainer.

The releasable engagement of the cover and the base allow the same retainer to be used more than once on the same patient at the application location. That is, a first medical device can be mounted in the retainer. When the function of the first medical device is accomplished, the retainer can be unlatched, the first device removed, and a second medical device can be retained in the same retainer. Furthermore, the leash or loop connecting the cover to the base ensures that the cover will not be lost or misplaced during a catheter change. The health care provider wastes no time in searching for a cover, nor in orienting the cover prior to latching.

Although this invention has been described in terms of certain preferred embodiments and suggested possible modifications thereto, other embodiments and modifications apparent to those of ordinary skill in the art are also within the scope of this invention. Accordingly, the scope of the invention is intended to be defined only by the claims which follow.

What is claimed is:

1. An anchoring system for securing a medical line to the body of a patient, the medical line including a fitting, the system comprising:

a retainer including a base that defines a receiving area for receiving a portion of the fitting of the medical line, a cover coupled to the base, the cover being movable between a closed position, in which at least a portion of the cover extends over at least a portion of the receiving area, and an open position, in which the receiving area is at least partially open, a coupling operating between the base and the cover to releasably connect a portion of the cover to the base with the cover in the closed position, and interacting structure which is adapted to engage at least a portion of the fitting and to inhibit longitudinal movement of the fitting through the retainer when the fitting is placed within the receiving area, the interacting structure being located at least partially beneath the cover with the cover in the closed position.

2. The anchoring system of claim 1, wherein the fitting comprises a wing clamp and a rigid box clamp engaged with the wing clamp, and at least one hole extends through corresponding wings of the box clamp and the wing clamp.

3. The anchoring system of claim 2, wherein a first portion of the at least one hole in the wing of the rigid box clamp is greater in size than a second portion of the at least hole in the corresponding wing of the wing clamp.

4. The anchoring system of claim 2, wherein the rigid box clamp includes an elongated body having a longitudinal groove sized to receive the wing clamp, and wherein the

22

wing clamp includes an elongated body defining an inner cavity sized to surround the medical line in a frictional manner.

5. The anchoring system of claim 1, wherein the fitting comprises a rigid clamp having a longitudinal groove sized to receive the medical line.

6. The anchoring system of claim 1, wherein the cover is smaller than the base.

7. The anchoring system of claim 1, wherein the cover has a width sufficient to stabilize a section of the fitting located within the retainer.

8. The anchoring system of claim 1, wherein the interacting structure comprises at least one post extending at least partially between the cover and the base with the cover in the closed position.

9. The anchoring system of claim 1, wherein the interacting structure comprises at least one post disposed on the base and configured to extend into at least one hole of the fitting.

10. The anchoring system of claim 9, wherein the post comprises a shaft and a radial extension, the shaft engaging with the fitting and the radial extension engaging with a cover surface with the cover in the closed position.

11. The anchoring system of claim 9, wherein the cover has width in a longitudinal direction that is wider than a width of the at least one post.

12. The anchoring system of claim 9, wherein the coupling comprises the at least one post and at least one opening sized to receive at least a portion of the post with the cover in the closed position.

13. The anchoring system of claim 1, wherein the interacting structure includes at least two posts disposed on the base.

14. The anchoring system of claim 13, wherein the cover has length in a lateral direction sufficient to extend at least between the posts.

15. The anchoring system of claim 1 additionally comprising an adhesive layer coupled to the retainer and adapted to adhesively secure the retainer to the body of a patient.

16. The anchoring system of claim 15 additionally comprising a flexible anchor pad interposed between the retainer and the adhesive layer.

17. An anchoring system for securing a medical line to the body of a patient, said anchoring system comprising a fitting on a medical line, the fitting having at least one hole, and a retainer being configured to receive at least a portion of the fitting and comprising a base and at least one post extending from the base and arranged to interact with the hole of the fitting, a cover movably coupled to the base so as to be moved between an open position and a closed position, and a latching mechanism operating between the cover and the base to releasably latch the cover to the base in the closed position.

18. The anchoring system of claim 17, wherein the fitting includes a plurality of holes and the base includes a plurality of posts.

19. The anchoring system of claim 17, wherein the latching mechanism comprises the at least one post and at least one opening sized to receive at least a portion of the post with the cover in the closed position.

20. The anchoring system of claim 19, wherein the at least one opening is formed on the cover and includes a central aperture and a slot, the aperture being sized and shaped to receive the at least one post, and the slot extending from the central aperture.

21. The anchoring system of claim 19, wherein the at least one opening is formed on the cover and aligns generally with

US 7,247,150 B2

23

24

the at least hole in the fitting, the cover and the fitting each receiving at least a portion of the at least one post when the cover is in the closed position.

**22.** The anchoring system of claim **19,** wherein the fitting comprises a rigid box clamp engaged with a wing clamp, and the at least one hole extends through corresponding wings of the box clamp and the wing clamp.

**23.** An anchoring system for securing a medical line to the body of a patient, comprising:

an adaptor having an adaptor body with a longitudinal axis defined between first and second ends, a first connector at the first end for connection to a first medical line, and a second connector at the second end for connection to a second medical line; and

a retainer anachable to the adaptor, including a base, a cover coupled to the base, the cover movable between an open position and a closed position, a coupling for releasably connecting a portion of the cover to the base in the closed position, and a receiving space arranged to lie between the base and the cover in the closed position, the receiving space shaped to retain the adaptor between the cover and the base with the cover in the closed position to inhibit movement of the adapter in a direction generally parallel to the longitudinal axis of the adaptor.

**24.** The anchor system of claim **23,** further comprising an adhesive layer anached to the retainer and adapted to adhesively secure the retainer to the body of a patient.

**25.** The anchor system of claim **23,** wherein the coupling comprises a plurality of posts extending from the base and a corresponding plurality of openings in the cover.

**26.** The anchor system of claim **23,** wherein the receiving space is defined by opposed inner faces of a pair of extensions positioned between the base and the cover with the cover in the closed position.

**27.** The anchoring system of claim **23,** wherein the first medical line is a catheter and the second medical line is a medical tube.

**28.** An anchoring system for securing a medical line to the body of a patient, the system comprising:

a fitting on a medical line, the fitting having a pair of wings; and

a retainer including a base that defines a receiving area for receiving a portion of the fitting, a cover, and first and second pairs of posts, the cover being movable between a closed position in which at least a portion of the cover extends over at least a portion of the receiving area and an open position in which the receiving area is at least partially open, the first and second pairs of posts extending between the base and the cover at least when

the cover is in the closed position, at least two of the posts of the first and second pairs of posts being disposed on the receiving area and spaced apart so as to receive at least a portion of one of the wings there between, and at least two other posts of the first and second pairs of posts being disposed on the receiving area and spaced apart so as to receive at least a portion of the other one of the wings there between, at least a portion of each of the first and second pairs of posts being located at least partially beneath the cover when the cover is in the closed position.

**29.** An anchoring system according to claim **28,** wherein the first and second pairs of posts are arranged at the corners of a rectangle.

**30.** An anchoring system according to claim **28,** wherein the first and second pairs of posts extend in an upward direction from the base.

**31.** An anchoring system for securing a medical article to the body of a patient, the medical article having an irregularly shaped fitting, the anchoring system comprising:

an anchor pad having an upper surface and a lower surface; and

a retainer comprising,

a base being coupled to the anchor pad;

a plurality of walls extending generally perpendicular to the base and being arranged relative to each other so as to secure between at least portion of the walls the irregularly shaped fining of the medical article at least a portion of the secured irregularly shaped medical article having a lateral width greater than a distance between said irregularly shaped walls; and

a cover movable coupled to the base so as to move between a first position and a second position, the cover lying above at least part of the base when in the first position.

**32.** An anchoring system according to claim **31,** wherein the cover is coupled to the base by a flexible coupling.

**33.** An anchoring system according to claim **31** further comprising at least one post arranged between the base and the cover when the cover is in the first position, wherein the post extends generally upward from the base.

**34.** An anchoring system according to claim **33,** wherein the cover includes a receptacle for receiving at least a portion of the post when the cover is in the first position.

**35.** The anchoring system of claim **1,** wherein the coupling comprises a post extending from the base and a corresponding opening in the cover.

* * * * *

EXHIBIT D



Catheter Securement Device

Reorder #: B8100  LOT #: 7204

Exp: 11/08

N-PI-B8100

 STERILE   CONTENTS IN UNOPENED,
UNDAMAGED PACKAGE

Single Use Only See Directions Latex-Free

To Order: 866-336-3987
www.the-bone.com

Made in USA
Nexus Medical LLC
Lenexa, Kansas 66215

U.S. Patent #: 6,356,396; 5,360,413; 5,501,426; 5,533,708; 5,632,735; 6,991,215
Licensing Agreements and Other U. S. Patents Pending;
Licensing Agreements, Foreign Patents & Patents Pending in:
Australia; Canada; PTO; EPO; France; Germany; Israel; Italy; Japan; United Kingdom;
The Bone®, Productive Flush®, and NexusTKO® are all registered trademarks of Nexus Medical LLC.

# EXHIBIT E



US005356396A

# United States Patent [19]

## Wyatt et al.

[11] **Patent Number:** 5,356,396

[45] **Date of Patent:** Oct. 18, 1994

[54] **INFUSION APPARATUS**

[75] Inventors: **Philip Wyatt**, Glendale; **Gary Schaeffer**, Valencia, both of Calif.; **Freddy Zinger**, Raanana, Israel

[73] Assignee: **Medical Associates Network Inc.**, Glendale, Calif.

[21] Appl. No.: **954,528**

[22] Filed: **Sep. 29, 1992**

[51] Int. Cl.$^5$ ............................................. A61M 37/00

[52] U.S. Cl. ................................... 604/283; 604/905

[58] Field of Search ................ 604/283, 905; 285/319

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,511,359 | 4/1985 | Vaillancourt | 604/411 |
| 4,673,400 | 6/1987 | Martin | 604/283 |
| 4,752,292 | 6/1988 | Lopez | 604/244 |
| 4,834,716 | 5/1989 | Ogle, II | 604/192 |
| 4,946,445 | 8/1990 | Lynn | 604/192 |
| 4,964,855 | 10/1990 | Todd et al. | 604/283 |
| 4,998,713 | 3/1991 | Vaillancourt | 604/283 |
| 5,139,483 | 8/1992 | Ryan | 604/905 |
| 5,188,620 | 2/1993 | Jepson et al. | 604/283 |
| 5,199,947 | 4/1993 | Lopez et al. | 604/283 |

*Primary Examiner*—Jerome L. Kruter
*Attorney, Agent, or Firm*—J. E. Brunton

[57] **ABSTRACT**

A family of variously configured, new, improved and universally compatible infusion sites and medical connectors that employ a recessed cannula and which function to interconnect uniquely configured T sites, Y sites, heparin locks and the like with a liquid source, such as an I.V. source.

**18 Claims, 13 Drawing Sheets**





*FIG. 1*

*FIG. 2*

*FIG. 4*

*FIG. 3*



Case 1:07-cv-00057-MPT    Document 84-5    Filed 08/31/2007    Page 5 of 25



FIG.8

FIG.9

FIG.10

FIG.11



*FIG. 12*

*FIG. 13*

*FIG. 14*

*FIG. 15*

*FIG. 16*











_FIG. 32_

_FIG. 48_

_FIG. 33_

_FIG. 34_

_FIG. 49_

_FIG. 50_



*FIG. 35*

*FIG. 36*

*FIG. 37*



FIG. 38

FIG. 39

FIG. 40

FIG. 41

Case 1:07-cv-00057-MPT    Document 84-5    Filed 08/31/2007    Page 14 of 25



*FIG. 42*

*FIG. 43*

*FIG. 44*



*FIG. 45*

*FIG. 46*

*FIG. 47*

5,356,396

1

## INFUSION APPARATUS

### BACKGROUND OF THE INVENTION
#### FIELD OF THE INVENTION

The present invention relates generally to infusion systems, including medical connectors. More particularly, the invention concerns a family of new and improved entry port structures and cooperating medical connectors which employ a recessed needle. The medical connectors function to interconnect both standard and specially designed entry port structures such as T sites, Y sites heparin locks and the like with a liquid source, such as an I.V. source.

### DISCUSSION OF THE INVENTION

The use of the intravenous or giving sets for the administration of parenteral fluids to a patient is a common practice. In its simplest form, the intravenous set comprises a length of tubing, one end of which is provided with a fitting for making a connection with a source of parenteral fluid such as a bottle or an elevated flexible bag. The other end of the tubing is typically provided with a needle which may be inserted into the vein of the patient. Frequently it is desirable to interconnect a secondary conduit with the length of tubing to enable infusion of a second parenteral fluid. This is generally accomplished through the use of an intermediate entry port structures, such as a "Y" site or "T" site unit. Both Y site and T site connector are units generally made with a straight tubular body portion and a hollow arm which extends laterally from the body portion. Typically at least one end of the body portion, as well as the open end of the arm portion, is provided with a port of some type such as penetrable self-sealing septum adapted to accept a cannula such as the needle of a syringe or needle connector.

In use, the needle connector is mounted over the end of the Y or T site connector with the needle piercing through the self-sealing septum. In the past, substantial difficulties have been encountered in designing a needle connector which can be appropriately secured in place with respect to the Y or T site connector. In some instances, in order to ensure an appropriate connection, the needle connector has been designed to envelope the entire Y or T site connector. In other instances elaborate multi-part connectors have been designed to positively lock the needle connector to the Y or T site connector. Exemplary of this latter class of devices are those described in U.S. Pat. No. 4,998,713 issued to Vaillancourt. Many of the prior art devices, including the Vaillancourt devices, also include a protective shield of some type within which the needle is mounted. Another connector, which also provides a protected cannula, is disclosed in U.S. Pat. No. 4,834,716 issued to Ogle, II. Still another type of prior art connector is described in U.S. Pat. No. 4,964,855 issued to Todd, et al. A connector shown in U.S. Pat. No. 4,752,292 issued to Lopez, et al. discloses various types of locking mechanisms for use with non-standard, specially configured Y sites and other specially configured sealed port structures.

A principal drawback of many of the prior art connector devices is the fact that frequently the devices cannot be used with Y sites, T sites and heparin locks of standard construction. Further many of the prior art connectors cannot be securely attached even to Y or T sites of specially non-standard construction, and there-

2

fore can become relatively easily separated therefrom. If the connector separates from the entry port structure, the flow of parenteral liquids to the patient will, of course, interrupted. The result can be catastrophic, particularly if the patient is in intensive care. To avoid such separation, tape is sometimes used in an to attempt to more securely interconnect the needle connector with the standard or specially configured Y or T site. However, this approach is quite cumbersome, inconvenient and generally undesirable since the tape can also easily work loose thereby permitting the needle connector to separate from the Y or T site.

To avoid undesirable separation of the needle connector from the Y site, T site, or other entry port structure several complex, multi-port connector devices have been suggested. Typically, these devices are often difficult to use and are quite expensive to manufacture. Additionally, many of the devices do not have universal applicability and are usable only with particular types of Y or T sites thereby further limiting their practicability.

The thrust of the present invention is to overcome the drawbacks of the prior art by providing an easy to use, elegantly simple family of infusion devices, including low dead space infusion sites and universal connectors which provide a positive and secure connection to all commonly used Y sites, T sites and heparin locks. The devices are user friendly, highly reliable and can be inexpensively manufactured. They will accept commercially available Y sites and T sites of varying sizes and configurations and advantageously provide both tactile and audio locking features. Further, the devices provide uniquely configured needle shrouds which effectively protect against needle stick.

### SUMMARY OF THE INVENTION

It is an object of the present invention to provide a family of low dead space entry port structures, such as heparin locks and Y and T sites, which can be aseptically interconnected with a source of fluids, such as an I.V. source, using connectors, or couplers of unique design. The connectors uniquely mate with the entry port structures in a manner which positively prevents accidental separation of the connectors from the entry port structure. In this way, the accidental interruption of the flow of parenteral liquids to the patient is effectively prevented.

Another object of the invention is to provide an infusion system in which the connectors can be mated with a number of different types of commercially available, entry port structures of both standard and special construction and include extended length shrouds which function to positively prevent accidental needle stick. The connectors will accept large and small diameter Y and T sites as well as heparin locks and will accommodate Y sites having both high and low Y locations.

Another object of the invention is to provide an infusion system of the aforementioned character in which the connectors embody both tactile and audio locking features to ensure positive interconnection with the mating infusion site. The locking elements are advantageously disposed within a cylindrical boundary generally defined by the boundary of the shroud portion of the connector and extensions thereof.

Another object of the invention is to provide an infusion system as described in the preceding paragraphs in which the connector's positively resist disengagement and embody dual locking mechanisms to guard against

5,356,396

| 3 | 4 |

accidental separation. Further, the connectors include specially configured mounting surfaces to enable easy interconnection of the device with the patient.

Still another object of the invention is to provide connectors of the character described having easy-to-use and release locking mechanisms including textured release arms, grips, rotating locking collars and pen snaps.

Another object of the invention is to provide connectors of the type described in the preceding paragraphs which effectively eliminate wobbling and pistoning (and the possible contamination resulting therefrom) of the needle within the septum and which can embody both metal and plastic cannulas.

Yet another object of the invention is to provide an infusion system which includes entry port structures embodying septums of unique design that will sealably accommodate cannulas of various types and will permit repeated puncture without leaking.

Another object of the invention is to provide a family of mating infusion components of the character described which are safe and easy to use, are constructed of yieldably deformable, clear plastic materials that are compatible with most drugs and parenteral liquids and are inexpensive to manufacture in large volume.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a top plan view partly in section of one form of the medical connector of the apparatus of the invention.

FIG. 2 is a cross-sectional view taken along lines 2—2 of FIG. 1.

FIG. 3 is a cross-sectional view taken along lines 3—3 of FIG. 2.

FIG. 4 is a cross-sectional view taken along lines 4—4 of FIG. 2.

FIG. 5 is a cross-sectional view similar to FIG. 2 but showing an alternate form of medical connector of the invention which embodies a metal needle rather than a blunt plastic cannula.

FIG. 6 is a side, cross-sectional view of the connector of FIGS. 1 and 2 interconnected with a low dead space Y site unit which forms a novel component of the apparatus of the present invention.

FIG. 7 is a cross-sectional view taken along lines 7—7 of FIG. 6.

FIG. 8 is a top view of a low dead space Y site unit of the present invention.

FIG. 9 is a cross-sectional view taken along lines 9—9 of FIG. 8.

FIG. 10 is a view taken along lines 10—10 of FIG. 9.

FIG. 11 is a cross-sectional view taken along lines 11—11 of FIG. 9.

FIG. 12 is a side elevational view of the Y site construction.

FIG. 13 is an enlarged, fragmentary, cross-sectional view taken along lines 13—13 of FIG. 12.

FIG. 14 is a fragmentary end view of the slit septum portion of the Y site heparin lock unit.

FIG. 15 is a side elevational view of a cutting tool of the character used to cut the uniquely shaped slit in the septum.

FIG. 16 is an enlarged, fragmentary, cross-sectional view of an alternate form of septum of the Y site unit.

FIG. 17 is a side elevational view of yet another embodiment of the connector of the apparatus of the invention shown in position around a Y site unit.

FIG. 18 is a fragmentary, perspective view partly in section illustrating the construction of the connector of this latest form of the invention.

FIG. 19 is a view taken along lines 19—19 of FIG. 17.

FIG. 20 is an enlarged cross-sectional view taken along lines 20—20 of FIG. 19.

FIG. 21 is a cross-sectional view taken along lines 21—21 of FIG. 20.

FIG. 22 is a side elevational, cross-sectional view similar to FIG. 20 but showing the connector of this form of the apparatus in a locked position.

FIG. 23 is a cross-sectional view taken along lines 23-23 of FIG. 22.

FIG. 24 is a fragmentary, cross-sectional view taken along lines 24—24 of FIG. 20.

FIG. 25 is a generally perspective view of yet another form of connector of the apparatus of the present invention.

FIG. 26 is a side elevational view of the connector shown in FIG. 25.

FIG. 27 is a bottom view of the connector and showing, in fragmentary form, a Y site interconnected with the connector, the drawing being partly broken away to show internal construction.

FIG. 28 is a view taken along lines 28—28 of FIG. 26.

FIG. 29 is a view taken along lines 29—29 of FIG. 26.

FIG. 30 is a cross-sectional view taken along lines 30—30 of FIG. 27.

FIG. 31 is a cross-sectional view taken along lines 31—31 of FIG. 30.

FIG. 32 is a generally perspective view of a heparin type lock of the apparatus of the present invention and a fragmentary portion of a connector unit for interconnection with the heparin lock.

FIG. 33 is a cross-sectional view illustrating the heparin lock of FIG. 32 interconnected with a connector unit of the character shown in FIG. 5.

FIG. 34 is a cross-sectional view taken along lines 34-34 of FIG. 33.

FIG. 35 is a generally perspective, exploded view of an alternate form of Y site unit and a connector therefor. FIG. 36 is a side elevational view of the Y site of FIG. 35 partially interconnected with the connector of FIG. 35.

FIG. 37 is a cross-sectional view taken along lines 37—37 of FIG. 36.

FIG. 38 is a cross-sectional view similar to FIG. 37 but showing the components moving toward a locked position.

FIG. 39 is a side elevational view of the Y site unit of this form of the invention interconnected with the connector unit of this form of the invention.

FIG. 40 is a cross-sectional view taken along lines 40—40 of FIG. 39.

FIG 41 is a cross-sectional view taken along lines 41—41 of FIG. 39.

FIG. 42 is a generally perspective, exploded view of yet another form of Y site unit and connector of the apparatus of the invention.

FIG. 43 is a side elevational view partly in section of the Y site unit and connector of FIG. 42 shown in a partially connected configuration.

FIG. 44 is a view similar to FIG. 43 but showing the component parts fully interconnected.

FIG. 45 is a cross-sectional view taken along lines 45—45 of FIG. 43.

FIG. 46 is a cross-sectional view taken along lines 46—46 of FIG. 44.

5
5,356,396
6

FIG. 47 is a cross-sectional view taken along lines 47—47 of FIG. 46.

FIG. 48 is a side elevational view of another form of heparin lock of the present invention.

FIG. 49 is a top view of the alternate form of heparin lock.

FIG. 50 is an end view of the heparin lock of FIGS. 48 and 49.

## DESCRIPTION OF THE INVENTION

Referring to the drawings and particularly to FIGS. 1 and 2, one form of medical connector of the apparatus of the invention is there shown and generally designated by the numeral 12. The connector of this form of the invention is adapted for use with a variety of different types of entry port structures, including Y sites of the character having a cylindrical body portion and an arm portion extending laterally therefrom. The connector here comprises a sheath assembly including a generally cylindrical sheath portion defined by an elongated cylindrical wall 14 having an elongated slot 16 for receiving the arm portion of the Y site unit. Cylindrical wall 14 includes an open first end 18 defined by an upper curved wall 18a (FIG. 1) and a second end 20 which, as best seen in FIG. 2, is closed by an end wall 22. End wall 22 functions as a cannula support for supporting either a metal or plastic cannula.

The cannula shown in FIGS. 1 and 2 comprises a plastic cannula 24 which is connected to cannula support wall 22 and extends inwardly a substantial distance into the interior of sheath portion 14 in the manner best seen in FIG. 2. Cannula 24 comprises a tapered wall 26 one end of which interconnects with cannula support wall 22 in the manner shown in FIG. 2. The opposite end of wall 26 terminates in a septum penetrating extremity 26a which includes rounded tip portion adapted to readily penetrate a slitted septum of the character presently to be described. Cannula 26 may be integrally formed with support wall 22 or, in some instances, may comprise a separate element which is either fixedly or removably interconnected with wall 22.

Extending rearwardly of wall 22 is a connecting portion 28 having a fluid passageway 30 which communicates with a fluid passageway 32 defined by cannula wall 26. Portion 28 can be suitably interconnected with a source of liquid such a parenteral fluid 60 by means of a luer connector, a length of plastic tubing 62 (FIG. 6) or in a manner well known to those skilled in the art. As best seen in FIG. 1, cylindrical wall 14 comprises first and second wall portions 14a and 14b which are divided by a circumferentially extending slot 34 the purpose of which will presently be described.

Forming an important aspect of the connector of the present form of the invention is locking means for releasably locking the Y site in position within the connector. These locking means here comprise a pair of spaced-apart, oppositely disposed barb-like locking segments 38 which are located proximate open end 18 of wall 14. As indicated in FIG. 1, the transversely extending inboard edges 38a of the locking segments are adapted to lockably engage an upstanding locking protuberance 40 provided on the Y site which is shown in FIG. 1 by dotted lines (see also FIG. 7). Forwardly of locking segments 38 are inwardly sweeping curved surfaces 38b which guide entrance of protuberance 40 of the Y site into slot 16 after the protuberance passes by edges 38a. The cylindrical wall 14 of the sheath assembly is constructed of a relatively thin plastic material

which is yieldably deformable so that as protuberance 40 is urged between curved surfaces 38b, the locking segments 38 will spread apart a sufficient distance to permit protuberance 40 to pass by and to snap into a locked position within slot 16. The wall of the Y site arm is provided with grooves 41 to guide passage of wall 14. Once the protuberance 40 passes elements 38, they will return to their at-rest position and will be locked against removal by edges 38a. It is important to note that the sheath assembly, including the locking means, is substantially disposed within a cylindrically shaped boundary which roughly corresponds to the cylindrical boundary of cylindrical wall 14 and extensions thereto.

The apparatus of this form of the invention also includes release means for moving the locking means from a locked position to an unlocked position. The release means here functions to spread apart barb-like segments 38 a sufficient distance to permit withdrawal of protuberance 40 of the Y site from slot 16. More specifically, the release here means comprises a pair of spaced-apart, wing-like gripping members 44 which, as best seen in FIG. 4, extend tangentially from first wall portion 14a of cylindrical wall 14. Gripping members 44 are provided with rounded, non-snag corners, and with gripping striations 46 which provide a textured surface to facilitate gripping the members in a manner to urge them toward one another. Due to the resilient character of the plastic as the gripping members are urged toward one another, elements 38 will move from the first at-rest or locked position to a second unlocked or open position wherein the space between the elements is sufficient to permit passage of protuberance 40 of the Y site unit. With the gripping members urged toward one another, the protuberance 40 on the Y site will clear locking edges 38 permitting smooth and easy disconnection of the Y site unit from the connector 12. The configuration of the wing-like gripping members is such that they provide a flat patient-engaging surface or base to permit the device to be positively and securely taped to the patient in a stable manner.

In the form of the invention shown in the drawings, second locking means are also provided for releasably locking the connector to the Y site. This second locking means is here provided in the form of a pen snap type lock which comprises a circumferentially extending bead 48 located on the inner circumference of cylindrical wall 14. As the head portion of the Y site enters the connector it will frictionally engage bead 48. However, upon the continued exertion of an inward force on the Y site the head portion 49 (see also FIGS. 8 and 9) will slip by bead 48 and protuberance 40 of the Y site will move into locking engagement with the first locking means, namely elements 38.

Connector 12 is preferably constructed from a durable, springy clear plastic material that can be injection molded and one that is fully compatible with commonly used drugs and parenteral fluids.

Turning now to FIGS. 6 and 7, the medical connector 14 of the character described in the preceding paragraphs is shown interconnected with a low dead space Y site unit of the present invention. As best seen in FIG. 6, the low dead space Y site unit there shown comprises a tubular body portion 50 and an arm portion 52 which extends laterally therefrom. The Y site also includes first and second end portions defining ports 54 and 56, the first port 54 being closed by a uniquely constructed penetrable seal 58, the nature of which will presently be

5,356,396

7

described. An important feature of the Y site of this form of the invention, is the previously identified locking protuberance 40 which functions to lockably engage barb-like segments 38 provided on sheath 14 of the connector unit. The configuration of protuberance 40 is best seen by referring to FIGS. 6 and 7 where it is to be noted that the protuberance includes an upper plate-like portion 40a which is connected to a body portion 40b which, in turn, is interconnected with tubular body portion 50.

In using the apparatus of the invention, the medical connector 14 is interconnected with a suitable source of liquid to be infused in the patient such as a parenteral liquid contained within a suitable source 60 (FIG. 6) such as a bottle or elevated flexible bag. The source of liquid can be interconnected with the medical connector 14 by means of a length of plastic tubing 62 which is suitably interconnected with connecting portion 28 of the connector. The Y site unit is then inserted into the open mouth 18 of shroud portion 14 and urged inwardly with sufficient force to cause cannula 24 to penetrate septum 58. As the Y site is introduced into the connector unit, protuberance 40 of the Y site will ride along curved surfaces 38b of the shroud urging them to separate. Because the shroud is provided with the previously identified, strategically located, circumferentially extending slot 34, the locking elements 38 will be permitted to resiliently deform outwardly a sufficient distance to allow the protuberance to snap into position within slot 16. As the protuberance snaps into the slot, both an audible sound will result and a tactile sensation will be experienced by the technician interconnecting the components. A further tactile signal is given to the technician by the previously described, second locking means of the invention which comprises circumferential extending protuberance 48. As the Y site connector is moved into locking engagement with the connector 12, the enlarged diameter head portion 64 of the Y site will engage the protuberance 48 and, upon the continued exertion of an inward mating force, will cause wall 14 to yieldably deform permitting the head portion to slide past the protuberance into the locking position shown in FIG. 7.

With the connector 12 and the Y site interconnected in the manner thus described and as shown in FIG. 6, the Y site unit will be securely and stably maintained in position within the connector without any appreciable wobbling or without any pistoning of the cannula within the septum 58. When it is desired to disconnect the components, an inward force exerted on gripping members 44 will cause elements 38 to separate a sufficient distance to permit passage thereby of upper portion 40a of protuberance 40 so that the Y site unit can be smoothly and easily disconnected form the connector 12.

Turning to FIG. 5, an alternate embodiment of the medical connector of the apparatus of the invention is there illustrated and generally designated by the numeral 66. This connector is similar in many respects to the previously described connector and like components are identified by like numerals. The primary difference between connector 66 and connector 12 resides in the fact that the plastic cannula has been replaced by a metal needle 68 which is securely held in position by an end wall 70 which closes the second end 72 of the cylindrically shaped sheath portion 74 of the connector. Sheath portion 74 is provided with a slot 16 and with locking elements 38 of the character previously de-

8

scribed in connection with the connector 12. Similarly, connector 66 is provided with a circumferentially extending slot 34 which is disposed intermediate first and second portions 74a and 74b of shroud 74. Connector 66 is mated with the Y site unit of the character shown in FIG. 6 in the same manner as previously described with metal cannula or needle 68 penetrating septum 58 as the components are moved into locking engagement.

Turning now to FIGS. 8 through 12, another form of low dead space Y site unit of the present invention is there illustrated. This unit is similar in many respects to the Y site unit previously described and like numerals are used to identify like elements. The Y site unit of this embodiment of the invention comprises a tubular body portion 80 and an arm portion 82 which extends laterally therefrom. The Y site also includes first and second ports 84 and 86, port 84 being closed by a uniquely constructed penetrable seal 58 (see also FIG. 13). The Y site of this form of the invention also includes a locking protuberance 88 which includes an upper plate-like portion 88a which is connected to a stem-like portion 88b. Portion 88b is provided with a slit 99 and, in turn, interconnected with tubular body portion 80. Extending outwardly from body portion 80, on the opposite side of the body from protuberance 88, is a thinlike protuberance 90 which is adapted to engage the interior wall of sheath portion 14 of connector 12. This protuberance engages the interior wall of sheath portion 14 in a manner to assist in stabilizing the connection and to positively prevent any wobbling of the Y site relative to the medical connector when the two parts are mateably interconnected.

A study of FIG. 9 shows that the opening 84 in the unit is specially constructed so as to accept the uniquely configured septum 58, the character of which is best seen in FIG. 13. More particularly, opening 84 is provided with a circumferentially extending groove 84a which accepts a circumferentially extending flange-like portion 58a provided on septum 58. Septum 58 also includes a reduced diameter portion 58b which is closely received within the central bore of body portion 80 of the Y site. With this construction, dead space within the Y site unit is virtually eliminated thereby preventing entrapment of fluids within the Y site in the manner which is common in commercially available Y sites of traditional design.

As best seen by referring to FIG. 10, head portion 49 of the Y site of this form of the invention is provided with a plurality of circumferentially spaced grooves 92 which cooperate to define a plurality of circumferentially spaced lands 94. Lands 94 function to engage the inner wall of shroud 14 of the connector in the manner indicated in FIG. 6 and thereby function to guide the connector over the Y site and further prevent wobbling of the connector relative to the Y site.

Turning particularly to FIGS. 13, 14 and 15, a highly novel feature of the embodiment of the Y site of the present invention resides in the fact that the septum 58 is provided with a uniquely configured slit 95. Septum 58 is preferably constructed from a resiliently deformable material such as soft rubber or synthetic rubber, or the like and is provided with the slit 95 by means a cutting tool 97 of the configuration illustrated in FIG. 15. More particularly, tool 97 and slit or cut 95 comprise a forwardly extending knife-like portion 97a which terminates at its forward end at a cutting point 97b. The opposite end of the tool 97 flares out to define oppositely disposed, angularly-outwardly extending arms

5,356,396

9

97c. When the tool 97 is inserted into the specimen, the cut 95 will be made and will conform to the shape of the tool 97 and provide the novel longitudinally extending radically inwardly tapering slip 95.

The opening 84 which accepts septum 58 is specially sized so as to uniquely control the compressive forces that seal the rubber body of the septum around the cannula. Compression of the rubber helps maintain leak-free contact with the entire circumference of the cannula and wipe the surface of the cannula clean, so that it does not introduce foreign matter into fluids for intravenous administration. With the construction thus described, when the blunt cannula 24 is inserted into the septum, the cut will expedite entry and withdrawal of the septum which at the same time causing a continuous, uniform, inward radial force to be exerted on the septum tending to positively seal against leakage around the cannula.

Turning to FIG. 16, an alternate form of septum 98 is there illustrated. Septum 98 is also constructed from a resiliently deformable material such as soft rubber and has the exterior configuration of septum 58. However, septum 98 is adapted for use with a metal cannula or needle of the character identified in FIG. 16 by the numeral 99. Septum 98 is provided with an inboard cavity 98a which functions to permit easier entry of cannula 99 into and through the septum 98. Cavity 98a is generally cylindrical in shape and extends inwardly from the inboard end of the septum 98, a distance of approximately one-third of the length of the septum 98. Because of the overall length of the septum 98, a sufficient needle engaging area remains to ensure sealable interconnection of the cannula 99 with the septum 98.

Turning now to FIGS. 17 through 24, another form of medical connector of the apparatus of the invention is there shown and generally designated by the numeral 102. The connector of this form of the invention is also adapted for use with a Y site of the character having a cylindrical body portion and an arm portion extending laterally therefrom. The connector comprises a generally cylindrical wall 104 having an elongated slot 106 for receiving the arm portion of the Y site unit (FIG. 21). Wall 104 includes an open first end 108 and a second end 110 which, as best seen in FIG. 20, is closed by an end wall 112. End wall 112 functions as a cannula support for supporting either a metal or plastic cannula.

The cannula shown in FIGS. 17 through 24 comprises a plastic cannula 114 which is connected to cannula support wall 112 and extends inwardly a substantial distance into the interior of sheath portion 104 in the manner best seen in FIG. 20. Cannula 114 comprises a tapered wall 116 one end of which interconnects with cannula support wall 112 in the manner shown in FIG. 20. As before, cannula wall 116 may be integrally formed with wall 112 or, in some instances, may comprise a separate element which is either fixedly or removably interconnected with wall 22.

Extending rearwardly of wall 112 is a connecting portion 118 having a fluid passageway 120 which communicates with a fluid passageway 122 defined by cannula wall 116. Portion 118 can be suitably interconnected with a source of liquid such as a parenteral fluid 60 by means of a luer connector, a length of plastic tubing or in any other suitable manner well known to those skilled in the art.

Forming an important aspect of the connector of this alternate form of the connector of the invention is another type of locking means for releasably locking a Y

10

site, such as that shown in FIGS. 8 through 13, in position within the connector. These locking means also comprise first and second locking means. More particularly, the locking means include a novel first locking means of a character presently to be described and a second locking means provided in the form of a circumferentially extending bead 126 which is located on the inner circumference of wall 104 of the sheath assembly. As the head portion of the Y site enters the connector, it will frictionally engage bead 126. However, upon the continued exertion of an inward force on the Y site the head portion 49 (see also FIGS. 8 and 9) will slip by bead 126 giving a tactile sensation. The Y site will then move forwardly into the locking position shown in FIG. 20 where cannula 114 has penetrated the septum 58 of the Y site. It is to be noted that when the Y site is in the locking position, the cannula tip is uniquely located proximate the intersection of the axial fluid passageway of the Y site and the fluid passageway of the arm of the Y site.

The second locking means of this alternate form of connector of the invention comprises a locking ring 130 which is rotatably connected to sheath 104 proximate its open end 108. Ring 130 is disposed within the cylindrical boundary of the sheath assembly and is provided with a slot 132 as well as circumferentially spaced, inwardly extending ribs 134 which are receivable within grooves 136 formed in sheath 104 (FIG. 18). With this construction ring 130 can be rotated from the first unlocked configuration shown in FIG. 21 wherein slot 132 is indexed with slot 106 formed in wall 104 to the second locked configuration shown in FIG. 23. To facilitate rotation of ring 130, longitudinally extending striations 135 are provided on the exterior surface of the ring.

As best seen in FIGS. 17 and 20, wall 104 includes an outwardly tapering portion 104a which is provided with a circumferentially extending groove 104b. Groove 104b closely receives a tongue 130a provided on ring 130 and functions to guide smooth rotation of the ring relative to the sheath. Tongue 130a prevents undesirable, diametrical deformation of the open end of wall 104 while tapering portion 104a provides a smooth transition between the cylindrical wall and the ring so as to prevent snagging of the connector assembly on tubing, clothing or other articles.

In using the apparatus of this latest form of the invention, ring 130 is rotated to the position shown in FIG. 21. In this position, slot 106 in wall 104 is indexed with the slot 132 provided in ring 130 so that the Y site unit can be readily inserted into the interior of the sheath with the arm portion 52 of the Y site being freely movable within slots 106 and 132. It is to be noted that slot 132 in ring 135 has rounded edges so as to facilitate entry of the arm portion 52 of the Y site unit. As the Y site unit is moved inwardly of the ring and cylindrical wall 104, the head portion of the Y site will engage circumferential protuberance 126 and will create a first locking which is tactilely observable by the operator. At the same time that the Y site unit is urged into the connector assembly, cannula 116 will pierce the slit septum 58 in the manner previously described.

Once the Y site is in the position shown in FIG. 20, ring 135 can be rotated from the unlocked position shown in FIG. 21 into the locked position shown in FIG. 23. In this position, the arm portion 52 of the Y site blocks retraction of the Y site from the connector assembly.

5,356,396

11

An important feature of the locking means of this latest form of the invention resides in the configuration of the mating protuberances 134 provided on ring 130 and the interrupted groove 136 provided on sheath 104. More particularly, it is to be noted that protuberances 134 are spaced apart and are provided with tapered edges 134a which will ride over interruptions 136a provided in groove 136 (FIG. 18). With this construction as the ring 130 moves into a locking position with respect to sheath 104, the operator will experience a tactile sensation of locking as interruptions 136a come to rest intermediate protuberances 134a. In this way, the operator is assured that the ring has moved into the desired locking position preventing withdrawal of the Y site unit from the connector. Protuberances 134 when received within groove 136 prevent accidental separation of the ring from the sheath body.

For certain applications, ring 130 may also be constructed of a plastic material having a color different from the plastic material used in the construction of the sheath body. With this arrangement, when the ring is in a locking position, the fact that the slot 106 is covered by the ring is readily observable at a considerable distance from the patient.

When it is desired to remove the Y site from the connector unit, ring 130 is, of course, rotated once again to the unlocked position shown in FIG. 21. A withdrawal force exerted on the Y site will then cause the head of the Y site to pass over protuberance 126 and will permit the arm 52 of the Y site to freely pass through the indexed slots 106 and 132.

Referring to FIGS. 25 through 31, another form of medical connector of the apparatus of the invention is there shown and generally designated by the numeral 142. The connector of this form of the invention is also adapted for use with a Y site of the character having a cylindrical body portion and an arm portion extending laterally therefrom. The connector comprises a generally cylindrical wall or skirt 144 having an elongated slot 146 for receiving the arm portion of the Y site unit (FIG. 30). Cylindrical wall 144 protects the septum from contamination and is preferably constructed from a thin plastic and includes an open first end 148 and a second end 150 which, as best seen in FIG. 30, is closed by an end wall 152. End wall 152 functions as a cannula support for supporting either a metal or plastic cannula.

The cannula shown in FIGS. 27 through 31 comprises metal cannula or needle 154 which is connected to end wall 152 and extends inwardly a substantial distance into the interior of sheath portion 144 in the manner best seen in FIG. 26.

Extending rearwardly of wall 152 is a connecting portion 158 having a fluid passageway 160 which communicates with a fluid passageway 162 provided in needle 154. Portion 158 can be suitably interconnected with a source of liquid such as a parenteral fluid by means of a luer connector, a length of plastic tubing or in any other suitable manner well known to those skilled in the art. As best seen in FIG. 30, portion 158 has a solid section 158a which assists in rigidly supporting needle 154.

Forming an important aspect of the connector of this latest form of the connector of the invention is locking and release means for releasably locking a Y site of the character shown in FIGS. 30 and 31 in position within the connector. These locking and release means here comprise a clothes-pin like locking mechanism which includes a pair of actuating arms 166 connected to

12

sheath portion 144 and extending rearwardly from wall 152 in a direction toward connector portion 158. The locking means here includes a circumferentially extending bead 168 which is provided on the inner wall of each of a pair of oppositely-disposed, resiliently-deformable locking members 170 which comprise the locking means of the connector. Locking members 170 are defined by circumferentially-spaced, longitudinally-extending slits 172 (FIG. 126) provided in cylindrical wall 144 of the sheath assembly. Once again locking members 170 are contained within a cylindrically shaped boundary of the character previously defined.

In using the apparatus of this form of the invention, as the head portion of the Y site enters the connector, it will frictionally engage bead 168. However, upon the continued exertion of an inward force on the Y site, locking arms 170 will spring outwardly in the manner shown in FIG. 31 permitting the head portion 49 to slip by beads 168 and to move forwardly into the locking position shown in FIG. 31 where cannula 154 has penetrated the septum 58 of the Y site. In the locked position, the Y site arm is received within slot 146 and protuberances 94 prevent the Y site from wobbling within the connector.

Once the Y site is in the locked position, it can be removed from the connector only by operation of the release means, that is by squeezing arms 166 inwardly in the direction of the arrow 167 in FIG. 31. This force causes one or both of the locking arms to resiliently move outwardly in the direction of the arrow 169 so that the head portion of the Y site will clear beads 168 permitting easy retraction of the Y site from the connector.

Turning now to FIGS. 32, 33 and 34, the use of the previously described medical connector 66 with a low dead space heparin lock of the present invention is there illustrated. As best seen in FIG. 32, one form of the low dead space heparin lock of the invention comprises a tubular body portion 180 having an enlarged diameter head portion 182. The heparin lock also includes first and second ports 184 and 186, the first port 184 being closed by a uniquely constructed penetrable seal 58 of the character previously described. An important feature of the heparin lock of this form of the invention, is the locking protuberance 188 which functions to lockably engage barb-like segments 38 provided on the cylindrical wall of the sheath of the connector unit. The configuration of protuberance 188 is best seen by referring to FIG. 34 where it is to be noted that the protuberance includes a plate-like portion 188a which is connected to a body portion 188b which, in turn, is interconnected with tubular body portion 180. In addition to performing the locking function, protuberance 188 uniquely functions as an anti-roll means for preventing the heparin lock from rolling on a flat surface such as a table top and the like.

The heparin lock of the invention also includes an enlarged diameter portion 190 disposed at the opposite end of the tubular body portion 180 from head 182. Portion 190 surrounds the inwardly tapering end portion 180a of portion 180 and includes a plurality of circumferentially extending beads 180b (FIG. 33). Lockably receivable within portion 190 is a connector member 192 of standard construction.

In using the apparatus of the invention, the medical connector 66 is interconnected with a suitable source of liquid to be infused in the patient such as a parenteral liquid contained within a suitable source such as a bottle

5,356,396

13

or elevated flexible bag. The heparin lock is then inserted into the open mouth of cylindrical wall 14 and urged inwardly with sufficient force to cause cannula 68 to penetrate septum 58. As the heparin lock is introduced into the connector unit, protuberance 188 of the device will ride along curved surfaces 38b of the shroud urging them to separate. Because the shroud is provided with the previously identified, strategically located, circumferentially extending slot 34, the locking elements 38 will be permitted to resiliently deform outwardly a sufficient distance to allow the protuberance to snap into position within slot 16. As the protuberance snaps into the slot, both an audible sound will result and a tactile sensation will be experienced by the technician interconnecting the components. A further tactile signal is given to the technician by the previously described, second locking means of the invention which comprises circumferential extending protuberance. As the heparin lock is moved into locking engagement with the connector 66, the enlarged diameter head portion 182 will engage the protuberance 48 and, upon the continued exertion of an inward mating force, will slide past the protuberance into the locking position shown in FIG. 33.

With the connector 12 and the heparin lock interconnected in the manner thus described, the heparin lock will be securely and stably maintained in position within the connector without any appreciable wobbling or without any pistoning of the cannula within the septum 58. When it is desired to disconnect the components, an inward force exerted on gripping members 44 will cause elements 38 to separate a sufficient distance to permit passage thereby of upper portion 188a of protuberance 188 so that the heparin lock can be smoothly and easily disconnected form the connector 66.

Turning to FIGS. 48, 49 and 50, another form of low dead space heparin lock of the present invention is there illustrated. This form of the heparin lock comprises a tubular body portion 195 having an octagonal head portion 195a. The heparin lock includes first and second ports one of which is closed by a penetrable seal 58 of the character previously described. An important feature of this second form of heparin lock is the differently configured locking protuberance 197 which functions to lockably engage barb-like segments 38 provided on the cylindrical wall of the sheath of the connector unit. The configuration of protuberance 197 is best seen by referring to FIG. 49 where it is to be noted that the protuberance includes a generally triangularly shaped, plate-like portion 197a which is connected to a body portion 195.

In using the apparatus of the invention, the medical connector 66 is interconnected with a suitable source of liquid to be infused in the patient such as a parenteral liquid contained within a suitable source such as a bottle or elevated flexible bag. The second form of heparin lock is then inserted into the mouth of cylindrical wall 14 and urged inwardly with sufficient force to cause cannula 68 to penetrate the septum. As the heparin lock is introduced into the connector unit, protuberance 197 of the device will ride along curved surfaces 38b of the shroud urging them to separate and deform in the same manner as previously described. As before, exertion of an inward mating force will cause protuberance 197 to slide past the curved surfaces and lock in place providing both an audio and a tactile signal.

Referring to FIGS. 35 through 37, still another embodiment of a Y site and medical connector combination of the apparatus of the invention is there illustrated. This connector 199 is similar in many respects to the previously described connector and includes a generally cylindrical wall 200 having a pair of oppositely disposed, resiliently deformable locking members 201 defined by longitudinally extending slits 202 (FIG. 35). Each locking member has a tapered extremity 201a and is provided with a locking groove 203 which is adapted to lockably receive the outer end portions 204 of a lock means shown here as a locking collar 205 provided on the Y site unit which is generally designated in the drawings by the numeral 206. Locking members 201 and the lock means or locking collar 205, which comprise the principal components of the locking means of this form of the invention are substantially contained within the cylindrical boundary of the sheath assembly.

The low dead space Y site unit 206 of this embodiment is similar in many respects to the Y site unit previously described and includes a tubular body portion 206a and an arm portion 206b which extends laterally therefrom. The Y site also includes first and second ports 207 and 208, port 207 being closed by a uniquely constructed penetrable seal 58 (see also FIG. 13). The Y site of this form of the invention includes, in addition to locking collar 205, an enlarged diameter frustoconically shaped portion 209 which functions as a stop for connector 199.

As best seen in FIG. 37, sheath portion 200 includes an open first end 200a and a second end 200b which is closed by an end wall 200c. End wall 200c functions as a cannula support for supporting either a metal or plastic cannula. The cannula 210 shown in FIG. 37 is connected to cannula support wall 200a' and extends inwardly a substantial distance into the interior of sheath or wall portion 200.

Extending rearwardly of wall 200c is a connecting portion 211 having a fluid passageway 211a which communicates with a fluid passageway 210a defined by the cannula wall. Portion 211 can be suitable interconnected with a source of liquid such as a parenteral fluid by means of a luer connector, a length of plastic tubing or in any other suitable manner well known to those skilled in the art.

In using the apparatus of this latest form of the invention, the connector is rotated to the position shown in FIGS. 36 and 37. In this position, members 201 of the sheath portion are indexed with slots 205a provided in collar 205. In this position, the Y site unit can be readily inserted into the interior of the sheath with the arm portion 206b of the Y site being receivable within the arm receiving slot of the connector. As the Y site unit is moved inwardly of the sheath, the cannula will pierce the slit septum 58 in the manner previously described in connection with the earlier described embodiments of the Y site unit. Continued movement of the Y site moves into the position shown in FIG. 37, will cause members 201 to be urged inwardly into slots or openings 205a and portions 204 will snap into grooves 203. In this position, the locking members 201 prevent retraction of the Y site from the connector assembly. To remove the Y-site an inward squeezing pressure is exerted proximate the mid-points of members 201. This inward pressure permits end portions 201 to slip under portions 204 of the collar 205.

Turning to FIGS. 38 through 41, still another embodiment of a Y site and medical connector combination of the apparatus of the invention is there illustrated. This connector 212 is similar in many respects to the

5,356,396

15

previously described connector and includes a generally cylindrical wall 213 having a pair of oppositely disposed, resiliently deformable locking members 214 defined by longitudinally extending slits 215 (FIG. 39). Each locking member has a tapered extremity 214b and is provided with a locking groove 214c which is adapted to lockably receive the outer end portions 216a of a lock means shown here as a locking collar 216 provided on the Y site unit which is generally designated in the drawings by the numeral 218. Locking members 214 and locking collar 202, which comprise the principal components of the locking means of this form of the invention are substantially contained within the cylindrical boundary of the sheath assembly.

The low dead space Y site unit 218 of this embodiment is similar in many respects to the Y site unit previously described and includes a tubular body portion 218a and an arm portion 218b which extends laterally therefrom. The Y site also includes first and second ports 219 and 220, port 220 being closed by a uniquely constructed penetrable seal 58 (see also FIG. 13). The Y site of this form of the invention includes, in addition to the ring like locking collar 216, an enlarged diameter frustoconically shaped portion 221 which functions as a stop for connector 193.

As best seen in FIG. 41, sheath portion 213 includes an open first end 222 and a second end 223 which is closed by an end wall 224. End wall 224 functions as a cannula support for supporting either a metal or plastic cannula. The cannula 225 shown in FIGS. 38 and 41 is connected to cannula support wall 224 and extends inwardly a substantial distance into the interior of sheath portion 213.

Extending rearwardly of wall 224 is a connecting portion 224a having a fluid passageway 224b which communicates with a fluid passageway 226 defined by the cannula wall. Portion 224a can be suitably interconnected with a source of liquid such as a parenteral fluid by means of a luer connector, a length of plastic tubing or in any other suitable manner well known to those skilled in the art.

In using the apparatus of this latest form of the invention, the connector is rotated to the position shown in FIGS. 38 and 39. In this position, the Y site arm receiving slot 227 is aligned with the Y site arm and members 214 of the sheath portion are indexed with the slots 216b provided in collar 216 (FIG. 40). In this position, the Y site unit can be readily inserted into the interior of the sheath with the arm portion 218b of the Y site being receivable within the arm receiving slot of the connector. As the Y site unit is moved inwardly of the sheath, the cannula will pierce the slit septum 58 in the manner previously described in connection with the earlier described embodiments of the Y site unit. Continued movement of the Y site moves into the position shown in FIG. 38, will cause members 214 to be urged inwardly into slots or openings 216b and portions 216a will snap into grooves 214c. In this position, the locking members 214 prevent retraction of the Y site from the connector assembly.

Referring next to FIGS. 42 through 47, yet another embodiment of a Y site and medical connector combination of the apparatus of the invention is there illustrated. The connector shown in FIG. 42, which is currently designated by the numeral 230, is similar in many respects to the previously described connector 193 and includes a generally cylindrical wall 232 having a pair of oppositely disposed, resiliently deformable locking

16

members 234 defined by longitudinally extending slits 236 (FIG. 43). Each locking member has a hook-like extremity 234a and is provided with longitudinally spaced grooves 238 (FIG. 43). Locking member 234 and an enlarged diameter locking protuberance 240 formed on the Y site unit are substantially contained within the cylindrical boundary of the shroud assembly and comprise the principal components of the locking means of this form of the invention.

As best seen in FIG. 42, the low dead space Y site unit 242 of this embodiment of the invention is similar in many respects to the Y site unit previously described and includes a tubular body portion 244 and an arm portion 246 which extends laterally therefrom. The Y site also includes first and second ports 248 and 250, port 248 being closed by a uniquely constructed penetrable seal 58 (see also FIG. 13). The Y site of this form of the invention includes, in addition to the locking protuberance 240, an enlarged diameter frustoconically shaped portion 252 which functions as a stop for connector 230.

As best seen in FIG. 46, sheath portion 232 includes an open first end 254 and a second end 256 which is closed by an end wall 258. End wall 258 functions as a cannula support for supporting either a metal or plastic cannula.

The cannula 260 shown in FIGS. 45 and 46 is connected to cannula support wall 258 and extends inwardly a substantial distance into the interior of sheath portion 232.

Extending rearwardly of wall 258 is a connecting portion 260 having a fluid passageway 262 which communicates with a fluid passageway 264 defined by the cannula wall. Portion 264 can be suitably interconnected with a source of liquid such as a parenteral fluid by means of a luer connector, a length of plastic tubing or in any other suitable manner well known to those skilled in the art.

In using the apparatus of this latest form of the invention, the connector is rotated to the position shown in FIGS. 43 and 44. In this position, arm receiving slot 265 of the sheath portion is aligned with arm 246 of the Y site. In this position, the Y site unit can be readily inserted into the interior of the sheath with the arm portion of the Y site being receivable within the arm receiving slot of the connector. As the Y site unit is moved inwardly of the sheath, the cannula will pierce the slitted septum 58 in the manner previously described in connection with the earlier described embodiments of the Y site unit.

As the Y site moves into the position shown in FIG. 47, members 234 will be urged outwardly in the manner shown by the phantom lines and ends 234a will slide over protuberance 240 and will snap with an accompanying audio signal into locking engagement with shoulders 240a provided in protuberance 240. In this position, shoulders 240a prevent disengagement of the connector from the Y site unit

Having now described the invention in detail in accordance with the requirements of the patent statutes, those skilled in this art will have no difficulty in making changes and modifications in the individual parts or their relative assembly in order to meet specific requirements or conditions. Such changes and modifications may be made without departing from the scope and spirit of the invention, as set forth in the following claims.

We claim:

5,356,396

17

1. An apparatus for infusing liquids into a patient comprising:

(a) a Y site having a tubular body portion and an arm portion extending laterally therefrom, said tubular portion having a locking member and first and second ports, said first port being closed by a penetrable seal; and

(b) a connector for releasable interconnection with said Y site, said connector comprising:

    (i) a cannula; and

    (ii) a sheath assembly including a body having a longitudinally extending central axis and comprising a cylindrical wall surrounding said cannula over its length, said wall having a slot for receiving said arm portion of said Y site and including first locking means for locking engagement with said locking member of said Y site to lockably interconnect said connector with said Y site, said locking means being movable from a first locked position to a second unlocked position and comprising a pair of longitudinally extending locking members defined by spaced apart longitudinally extending slits provided in said cylindrical wall of said body, said locking members being yieldably deformable from a first position substantially parallel with said central axis to a second, non-parallel position.

2. An apparatus for infusing liquids into a patient comprising:

(a) a Y site having a tubular body portion and an arm portion extending laterally therefrom, said tubular portion having a locking member and first and second ports, said first port being closed by a penetrable seal, said locking member comprising a locking protuberance extending radially outwardly from said body portion and including a stem portion and an enlarged plate-like portion; and

(b) a connector for releasable interconnection with said Y site, said connector comprising:

    (i) a cannula; and

    (ii) a sheath assembly including a body comprising a cylindrical wall surrounding said cannula over its length, said wall having a slot for receiving said arm portion of said Y site and including first locking means for locking engagement with said locking protuberance of said Y site to lockably interconnect said connector with said Y site, said locking means being movable from a first locked position to a second unlocked position and being receivable between said tubular body portion of said Y site and said plate-like portion.

3. An apparatus as defined in claim 2 in which said connector provides an audible sound upon interconnection with said Y site.

4. An apparatus ad defined in claim 2 in which said connector provides a tactile sensation upon interconnection with said Y site.

5. A connector for releasable interconnection with an entry port structure having a body portion and first and second ports, said first port being closed by a penetrable seal, said connector comprising:

(a) a generally cylindrical sheath portion for receiving the body portion of the entry port structure and having first and second ends, said first end being open to receive a portion of said entry port structure and a second end having cannula support and including first and second locking means for lockably engaging said entry port structure, said first

18

locking means comprising a pair of longitudinally extending locking members defined by spaced-apart longitudinally extending slits formed in said sheath portion;

(b) a cannula connected to said cannula support and extending into said sheath portion;

(c) release means connected to said sheath portion for releasing said locking means to permit disconnecting of said sheath portion from said entry port structure.

6. A connector as defined in claim 5 in which said second locking means comprises a circumferential bead provided on said cylindrical sheath portion.

7. An apparatus for infusing liquids from a liquid source into a patient comprising:

(a) a Y site having a tubular body portion and an arm portion extending laterally therefrom, said tubular portion having a locking member and first and second ports, said first port being closed by a penetrable seal, said locking member comprising a locking protuberance extending radially outwardly from said body portion and including side portions, a top portion and an end wall; and

(b) a connector for releasable interconnection with said Y site, said connector comprising:

    (i) a cannula in communication with the liquid source; and

    (ii) a sheath assembly including a body comprising a cylindrical wall surrounding said cannula over its length, said wall having a slot for receiving said arm portion of said Y site and including first locking means for locking engagement with said locking protuberance of said Y site to lockably interconnect said connector with said Y site, said locking means being movable from a first locked position to a second unlocked position and being receivable between said tubular body portion of said Y site and said top portion of said protuberance.

8. An apparatus as defined in claim 7 in which said first locking means comprises a pair of spaced-apart, oppositely disposed locking ears, said locking ears being movable between first and second positions.

9. An apparatus as defined in claim 7 in which said connector further includes release means for releasing said locking means, said release means comprising spaced-apart gripping members extending from said sheath assembly.

10. An apparatus as defined in claim 7 in which said cylindrical wall of said body is provided with a circumferentially extending slot and in which said apparatus further includes release means for releasing said locking means to prevent disconnection of said connector with said Y site, said release means comprising a pair of spaced-apart gripping members extending tangentially from said wall of said body.

11. An apparatus as defined in claim 7 in which said connector provides an audible sound upon interconnection with said Y site.

12. An apparatus as defined in claim 7 in which said connector provides a tactile sensation upon interconnection with said Y site.

13. An apparatus as defined in claim 7 in which said puncturable seal comprises a septum having a cylindrical body constructed from a resiliently deformable material said body having an inwardly tapering slit.

14. A connector for releasable interconnection with an entry port structure having a body portion, including

5,356,396

19

a locking protuberance extending therefrom and first and second ports, said first port being closed by a penetrable seal, said connector comprising:

(a) a generally cylindrical sheath portion for receiving the body portion of the entry port structure and having first and second ends, said first end being open to receive a portion of said entry port structure and a second end having cannula support and including locking means for lockably engaging the locking protuberance of the entry port structure, said locking means comprising a pair of spaced-apart, oppositely disposed locking ears movable from a first position in locking engagement with the locking protuberance to a second disengagement position;

(b) a cannula connected to said cannula support and extending into said sheath portion; and

(c) release means connected to said sheath portion for releasing said locking means to permit disconnecting of said sheath portion from said entry port structure, said release means comprising a pair of

20

spaced-apart gripping members extending tangentially from said sheath portion.

**15.** A connector as defined in claim **14** in which said connector provides both an audible sound and a tactile sensation upon interconnection with the entry port structure.

**16.** A connector as defined in claim **14** in which said sheath portion includes first and second wall portions and is provided with a circumferentially extending slot disposed intermediate said first and second wall portions.

**17.** A connector as defined in claim **16** in which said locking means further comprises a circumferential bead provided on said cylindrical wall of said body of said sheath assembly.

**18.** An apparatus as defined in claim **16** in which the locking protuberance of the entry port structure includes an end wall and in which said locking ears engage the end wall when said locking ears are in said first position.

* * * * *

EXHIBIT F



US005360413A

# United States Patent [19]

## Leason et al.

[11] **Patent Number:** **5,360,413**

[45] **Date of Patent:** **Nov. 1, 1994**

[54] **NEEDLELESS ACCESS DEVICE**

[75] Inventors: **Michael H. Leason**, Lake Geneva, Wis.; **Rick R. Ruschke**, McHenry, Ill.; **Ralph L. Davis**, Genoa City, Wis.

[73] Assignee: **Filtertek, Inc.**, Hebron, Ill.

[21] Appl. No.: **65,234**

[22] Filed: **May 19, 1993**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 803,164, Dec. 6, 1991, abandoned.

[51] Int. Cl.⁵ ............................................... A61M 5/00
[52] U.S. Cl. ..................................... 604/249; 604/256; 137/843
[58] Field of Search ................... 604/30, 33, 246–247, 604/249, 256; 137/843, 851–852, 854

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,999,499 | 9/1961 | Willet . |
| 3,192,949 | 7/1965 | DeSee . |
| 3,385,301 | 5/1968 | Harautuneian . |
| 3,416,567 | 12/1968 | Von Dardel et al. . |
| 3,570,484 | 3/1971 | Steer et al. . |
| 3,726,282 | 4/1973 | Patel . |
| 3,831,629 | 8/1974 | Mackal et al. . |
| 3,994,293 | 11/1976 | Ferro . |
| 4,063,555 | 12/1977 | Ulinder . |
| 4,121,585 | 10/1978 | Becker, Jr. . |
| 4,300,571 | 11/1981 | Waldbillig . |
| 4,324,239 | 4/1982 | Gordon et al. . |
| 4,333,455 | 6/1982 | Bodicky . |
| 4,344,435 | 8/1982 | Aubin . |
| 4,421,296 | 12/1983 | Stephens . |
| 4,496,348 | 1/1985 | Genese et al. . |
| 4,498,658 | 2/1985 | Mikiya . |
| 4,535,820 | 8/1985 | Raines . |
| 4,551,136 | 11/1985 | Mandl . |
| 4,585,435 | 4/1986 | Vaillancourt . |
| 4,596,557 | 6/1986 | Pexa . |
| 4,617,015 | 10/1986 | Foltz . |
| 4,661,110 | 4/1987 | Fortier et al. . |
| 4,675,003 | 6/1987 | Hooven . |
| 4,681,132 | 7/1987 | Lardner . |
| 4,683,905 | 8/1987 | Vigneau et al. . |

| | | |
|---|---|---|
| 4,683,916 | 8/1987 | Raines . |
| 4,698,061 | 10/1987 | Makaryk et al. . |
| 4,743,235 | 5/1988 | Waldbillig et al. . |
| 4,749,003 | 6/1988 | Leason . |
| 4,752,287 | 6/1988 | Kurtz et al. . |
| 4,752,292 | 6/1988 | Lopez et al. . |
| 4,776,369 | 10/1988 | Lardner et al. . |
| 4,816,020 | 3/1989 | Brownell . |
| 4,850,978 | 7/1989 | Dudar et al. . |
| 4,874,377 | 10/1989 | Newgard et al. . |
| 4,915,687 | 4/1990 | Sivert . |
| 4,917,668 | 4/1990 | Haindl . |
| 4,935,010 | 6/1990 | Cox et al. . |
| 5,006,114 | 4/1991 | Rogers et al. . |
| 5,048,537 | 9/1991 | Messinger . |
| 5,049,128 | 9/1991 | Duquette . |
| 5,147,333 | 9/1992 | Raines ................................... 604/249 |
| 5,171,230 | 12/1992 | Eland et al. . |
| 5,199,947 | 4/1993 | Lopez et al. . |
| 5,201,715 | 4/1993 | Kling . |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

WO89/06553 7/1989 WIPO .

#### OTHER PUBLICATIONS

Cutter OEM Product Catalog, published by Cutter, 20 pages, dated 1990.

(List continued on next page.)

*Primary Examiner*—C. Fred Rosenbaum
*Assistant Examiner*—Corrine Maglione
*Attorney, Agent, or Firm*—Willian Brinks Hofer Gilson & Lione

[57]    **ABSTRACT**

A needleless access device and method of using the device is disclosed. The needleless access device has a housing having an inlet opening and an outlet opening and a channel formed therethrough. Movably friction fitted in the channel adjacent the inlet opening is a piston. The piston is biased upwardly by a stretchable element. The stretchable element allows the top of the piston to be depressed by a syringe to a level adjacent internal flow channels to permit injection and aspiration of fluids through the device.

**39 Claims, 5 Drawing Sheets**



**5,360,413**

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,203,775 | 4/1993 | Frank et al. . |
| 5,215,538 | 6/1993 | Larkin . |
| 5,221,271 | 6/1993 | Nicholson et al. . |
| 5,230,706 | 7/1993 | Duquette . |
| 5,242,432 | 9/1993 | DeFrank . |

### OTHER PUBLICATIONS

Fluid & Drug Administration Catalog, published by MEDEX Inc., 16 pages, dated 1993.

Advertising entitled "Protect your patients and yourself . . . with SECURE TM ," published by MEDEX Inc., 4 pages, dated 1992.

Article entitled, "Caring Alternatives for People With AIDS," 3 pages, undated.

Advertising brochure on Luer Syringe Check Valves, published by Halkey–Roberts, 2 pages, dated 1992.

Advertising for Interlink TM IV, by Baxter, 2 pages, undated.

Advertising for "Quality Check Valves from Burron," 1 page, undated.

Advertising for "Centurion ®–Kleen–Needle/Heplock and All Catheter Connections," published by Tri–State Hospital Supply Corporation, 1 page, undated.

Advertising for BEECH VERSA–LOK TM , 1 page, undated.

Advertising for IMED's Needleless System, 1 page, dated 1993.

Advertising for CLAVE TM –A One Piece Needleless Connector, published by ICU Medical Inc., 1 page, dated 1993. (Three photocopies showing a Clave Needleless Connector are also provided).

Advertising for Click Lock TM Positive Locking IV/-Catheter Connecting Device, and Piggy Lock TM Positive Locking Piggy Back IV Connecting Device, published by ICU Medical, Inc., 1 page, undated.

**U.S. Patent**    Nov. 1, 1994    Sheet 1 of 5    **5,360,413**



FIG.1

FIG.2

FIG.3

FIG.3A

FIG.7

Case 1:07-cv-00057-MPT    Document 84-6    Filed 08/31/2007    Page 5 of 14



FIG.4

FIG.5

FIG.6

FIG.9

FIG.12

FIG.8

Case 1:07-cv-00057-MPT    Document 84-6    Filed 08/31/2007    Page 6 of 14



FIG. 10

FIG. 11

FIG. 13

## FIG.14



## FIG.15



Case 1:07-cv-00057-MPT     Document 84-6     Filed 08/31/2007     Page 8 of 14



FIG. 16

FIG.18

FIG. 19

FIG. 17

FIG. 20

5,360,413

1

# NEEDLESS ACCESS DEVICE

## CROSS REFERENCE TO RELATED APPLICATION

The present application is a continuation-in-part of application Ser. No. 07/803,164 filed Dec. 6, 1991 now abandoned, which is hereby incorporated by reference.

## BACKGROUND OF THE INVENTION

This invention relates to a needleless access device for use with liquid flow and administrative apparatus for medical purposes.

The use of hypodermic needles to inject or withdraw fluids in medical application has been standard practice for a number of years. Even where a patient already has an IV tubing set connected to a vein, hypodermic needles are frequently used to inject fluids into the IV tubing. Often a "Y connector" with a septum is provided in the tubing set for this very purpose. The needle is used to puncture the septum to administer the drug or other fluid, and then sufficiently seals the opening to prevent airborne bacteria from entering the system. Septums are also common on drug vials, where the needle is inserted to withdraw a quantity of the drug.

The widespread use of hypodermic needles leads to numerous needle-stick accidents. These are not only painful, but if the needle is contaminated, could cause serious disease or complications in the needle-stick victim. There is thus a desire for needleless medical systems, where a fluid can be injected or aspirated without the use of a needle, but while maintaining an aseptic system.

U.S. Pat. No. 4,683,916 to Rainer discloses a normally closed reflux valve that allows for the injection and aspiration of fluids when the valve is attached to a syringe. However, the valve has an open inlet area, thus allowing bacterial contamination inside the inlet and on the valve components, which would be swept into the system when a fluid is injected. In addition, this valve is not designed to allow easy aseptic cleaning treatment of the valve's syringe contact surface.

## SUMMARY OF THE INVENTION

The present invention includes a needleless access device and a method of using the device.

The needleless access device of the present invention is provided with a piston that, in its normally closed position, seals the inlet opening of the device to prevent bacterial contamination and maintain sterility. The design is conducive to standard septic cleaning of the piston surface which interfaces with the syringe.

Other aspects of the preferred embodiment of the invention include forming the device with a cap having an inlet opening and a body with an outlet opening. A stretchable member provides a biasing force to hold the piston in a closed position. The cap and body are sealed together with a sonic weld with flash traps to prevent particles from contaminating the fluid path. The edge of the stretchable member may be captured between the cap and the body. These and other advantages, and the invention itself, will best be understood in reference to the attached drawings, a brief description of which follows:

2

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a needleless access device of a first embodiment of the present invention.

FIG. 2 is a top plan view of the device of FIG. 1.

FIG. 3 is a cross-sectional view taken along the 3—3 of FIG. 2.

FIG. 3A is a partial cross-sectional view taken along line 3A—3A of FIG. 3.

FIG. 4 is a top plan view of the internal piston and stretchable member of the device of FIG. 1.

FIG. 5 is a cross-sectional view taken along line 5—5 of FIG. 4.

FIG. 6 is a cross-sectional view taken along line 6—6 of FIG. 4.

FIG. 7 is a cross-sectional view like FIG. 3 showing the device of FIG. 1 in its actuated position.

FIG. 8 is a side elevational view of a second embodiment of a needleless access device of the present invention.

FIG. 9 is a top plan view of the device of FIG. 8.

FIG. 10 is a cross-sectional view taken along line 10—10 of FIG. 9.

FIG. 11 is a cross-sectional view taken along line 11—11 of FIG. 9.

FIG. 12 is a top plan view of the piston and stretchable member of the device of FIG. 8.

FIG. 13 is a cross-sectional view of a third embodiment of a needleless access device of the present invention.

FIG. 14 is a cross-sectional view of a fourth embodiment of a needleless access device of the present invention.

FIG. 15 is a cross-sectional view of a fifth embodiment of a needleless device of the present invention.

FIG. 16 is a cross-sectional view of a sixth embodiment, which is an improved version of the embodiment of FIGS. 1–7.

FIG. 17 is a top plan view of the embodiment of FIG. 16.

FIG. 18 is a bottom plan view of the stretchable member of the device of FIG. 16.

FIG. 19 is a cross-sectional view of a seventh embodiment of a needleless access device, using a metal spring to provide the biasing force.

FIG. 20 is a representation of a modified center-core pin useable in the devices of FIGS. 1–7, 8–12, 13, 14, 15, 16–18 and 19.

## DETAILED DESCRIPTION OF THE DRAWINGS AND OF THE PREFERRED EMBODIMENTS OF THE INVENTION

A first preferred embodiment of the needleless access device 10 of the present invention is shown in FIGS. 1–7. The needleless access device 10 comprises a housing 12 made of a cap 14 and a body 16. The housing 12 has an inlet opening 6 and outlet 8. Inside the top portion of cap 14, beginning at inlet opening 6, is a channel 15 forming a fluid passageway through the cap. The channel 15 is tapered so that the channel 15 and inlet 6 form a standard female luer. The outlet 8 is a standard male luer.

A piston 18 is biased upwardly by a stretchable element 20 to fill the channel 15. As best seen in FIGS. 4 and 6, the stretchable element 20 is generally round with several holes 22 formed therethrough. In the preferred embodiment, the stretchable element 20 and piston 18 are formed together as a unitary molded item.

5,360,413

3

The outside edge of the stretchable element 20 comprises an enlarged area or rib 23 which is used to retain the edge of the stretchable element 20 in the housing 12. As shown in FIGS. 3, 5 and 6, the rib 23 is circular in cross section, and is captured in concave areas formed in the mating surface of the cap 14 and body 16.

The piston 18 of the preferred embodiment has a hole in its central portion which is filled by a pin 24, bonded to adhere the soft piston material to the pin 24. The pin 24 is used to provide rigidity to the piston 18, and transfer forces applied at the top of the pin 24 to the bottom of the piston 18 and the connected stretchable element 20. The top 26 of pin 24 is shaped to prevent occlusion of the end of a syringe or other device used to inject fluid through the housing 12. A wiper seal 25 is provided on the perimeter of piston 18 near its top. The wiper seal 25 acts to seal the top of channel 15 and inlet 6 when the piston 18 is in its normal position. The cap 14 includes three flow channels 28 near the bottom of channel 15, formed longitudinally in the sides of the cap 14 wall forming channel 15.

As best seen in FIG. 7, when a syringe 5 is inserted into inlet opening 6, the tip of the syringe 5 contacts the top 26 of pin 24. As the tip of the syringe 5 is forced into channel 15, the stretchable element 20 thins out as the piston 18 is forced into a cavity 19 formed in body 16. Piston 18 is depressed to a level such that the wiper seal 25 is just below the tops of flow channels 28. Fluid injected by the syringe 5 then flows out the tip, over the top 26 of pin 24, through flow channels 28, through holes 22 in stretchable element 20, into cavity 19 and out through outlet 8. As shown in FIG. 7, the standard male luer tip of the syringe 5 mates with the standard female luer of the inlet 6 and channel 15 to prevent fluid from flowing out of the inlet opening.

Even though not distinctly shown in FIG. 7, since it is a cross sectional view taken through two of the flow channels 28, in the spaces between the three flow channels 28 the wiper seal 25 contacts the side of the cap wall defining channel 15 to keep the piston 18 aligned within the channel 15.

When the syringe 5 is removed, the stretchable element 20 contracts, forcing the piston 18 back upward in channel 15 and seating the openings 22 against the inside of cap 14 to prevent backflow. The inside of cap 14 thus serves as a valve seat and the portion of stretchable element 20 that contacts the cap 14 thus serves as a valve member at the bottom of the piston, producing a valve inside the housing that is normally biased closed by the stretchable element 20. The wiper seal 25 acts to wipe the inside of the channel 15, leaving it in a clean state. The excess fluid left in the flow channels 28 is minimal. The top of piston 18 and top 26 of the center pin 24 can later be aseptically treated before the next injection.

Easy aseptic treatment is facilitated by the placement and configuration of the top surface of piston 18 relative to the inlet opening 6. Preferably the top surface of piston 18 is flush with (as in FIG. 3), or extends outwardly of, the inlet opening 6. In this manner, a cotton ball with disinfectant on it can easily clean the entire surface of the piston over which a medication will pass when injected. It is noted that if the top of piston 18 has other than a flat surface, the equivalent benefit is achieved if the perimeter of the top portion of piston 18 is not inward of the inlet opening 6, meaning that it is either flush with or extends outwardly of the inlet opening 6.

4

A second embodiment of a needleless access device 40 of the present invention is shown in FIGS. 8–12. The device 40 is generally the same as the device 10 of FIGS. 1–7, and thus similar elements have similar reference numbers. The primary difference is that in device 40, the stretchable element 20 is elongated (FIG. 12) rather than round, and the housing 12 has a generally rectangular cross section (FIG. 9). The edges of stretchable element 20 have a rib 23 (FIG. 10) formed only on the two shorter ends. The cap 14 and body 16 therefore need only have cavities along two sides for capturing the ribs 23.

The stretchable element 20 does not have holes 22 therethrough. Instead, the stretchable element 20 is not quite as wide as the cavity 19 in body 16 (FIG. 11), and fluid injected into the device 40 travels through flow channels 28 and flows around the long sides of stretchable element 20.

A third embodiment of the needleless access device 60 of the present invention is shown in FIG. 13. The device 60 is generally the same as device 10 of FIGS. 1–7, and thus similar elements have similar reference numbers. The device 60 uses an insert molded pin 24 in piston 18. The primary other difference is that the rib 23 on the edge of stretchable member 20 has a rectangular cross section, and is thus captured by the cap 14 and body 16 in a slightly different fashion.

While devices 10, 40 and 60 have a single inlet and outlet, the present invention is useable in other configurations. The devices 70 and 80 of FIGS. 14 and 15 respectively may be used in the place of "Y connectors" in IV sets. The device 70 has a standard female luer inlet 76 into chamber 79 and a standard male luer outlet 78. The chamber 79 is fitted with a cap 74 similar to cap 14, that includes a channel 15, flow channels 28, piston 18 and stretchable member 20 with holes 22 therethrough as in device 10. The three port device 70 provides needleless access into an IV tubing set with all the benefits of needleless access provided by device 10. The three port device 70 can also be used as an "add on", connecting directly to the bottom of an IV set.

Device 80 (FIG. 15) is identical to device 70 except that the inlet 86 and outlet 88 are provided with standard tubing connectors instead of luer connectors so that the device 80 can be used for an IV set in-line connection

Device 90 (FIG. 16) is very similar to device 10 of FIGS. 1–7, and thus similar elements have similar reference numbers. There are however, several noticeable improvements. First, pin 24 of device 90 is shaped differently at its top 26 (FIG. 17), though the shape of the top 26 of pin 24 still prevents occlusion of a syringe tip when the device 90 is used. Second, the piston 18 extends outwardly of the inlet 6 when in its biased position. Third, the cap 14 is provided with a sealing ring 13 (which shows up as two downwardly projecting shoulders in cross-section in FIG. 16) at its lower inside diameter to contact with the stretchable element 20 and make a better seal when the piston 18 is in the closed position. Fourth, the concave areas in the cap 14 and body 16 used to capture rib 23 are enlarged to provide a gap 17 around the rib 23, which has been found to allow the stretchable member 20 to contract more easily after use. Fifth, the wiper seal 25 has a more rounded shape, which cooperates with the top of piston 18 extending outwardly of the inlet opening 6. Sixth, as shown in FIG. 18, the holes 22 through the stretchable

5,360,413

5                                                             6

element 20 of device 90 are shaped slightly different than those shown in FIG. 4 for device 10.

In the preferred embodiments, the cap 14, body 16 and pin 22 are injection molded from a clear, rigid plastic, such as acrylic, polycarbonate or PETG, preferably resistant to solvents such as alcohol. The piston 18 and stretchable member 20 are preferably made of latex rubber or a silicon rubber. These materials have been found to provide a good biasing force with minimal cold flow when the device is used. Other materials that could be used where cold flow is not a concern are Krayton, Sanoprene and Hytrel plastics. Also, the wiper seal 25 preferably provides a good seal without also presenting excess drag when the piston 18 is depressed, or sticking when the piston 18 is released, even though channel 15 is tapered. Harder rubber or plastics are therefore preferred for the wiper seal 25. Thus a two material component may be used, with a soft piston material and harder wiper seal material. The pin 24 is preferably either insert molded into or glued into piston 18.

In the preferred embodiment, the cap 14 and body 16 are sonically welded together, and the joints therebetween are provided with flash traps 29 (FIGS. 3, 7, 10 and 13) to prevent any contaminants from the welding process from entering the fluid contact portions of the device. Also, the inside shoulder 31 of body 16 should be rounded to provide a contoured wall to prevent sharp edges from contacting and cutting or tearing the stretchable material.

The preferred needleless access devices of the present invention have a number of advantages over the prior art, in addition to eliminating the need for needles. First, the inlet is normally sealed, preventing bacterial contamination. Also, the top 26 of pin 24 and the top of piston 18 are generally flush with, and preferably extend outwardly of, the inlet 6 and can easily be aseptically treated before each use. Second, the pin 24 provides rigidity while the rest of the piston 18 and stretchable member 20 is made of a soft material to assure sealing and a good biasing action. Third, the stretchable element 20 is easily positioned and held in place by ribs 23. The cap 14 and body 16 are easily molded with cavities for holding ribs 23 during the assembly process. Fourth, the devices have small hold up volumes, reducing the amount of drug that is wasted. Fifth, the chamber 19 is designed to allow the piston 18 and stretchable member 20 to move up and down without drag or interference.

In addition to the embodiments already depicted, a number of other variations are contemplated. For example, as in FIG. 19 (where again similar elements have like reference numbers), the device 100 has a piston 18 that is biased upwardly by a coil spring 102, preferably in the shape of helical coil, in cavity 19, rather than an elastomeric member with ends captured between top and bottom body housings. In device 100, the valve member comprises a radically extending portion of the bottom of piston 18 which seals against the sealing ring 13.

The support pin 24 of any of devices 10, 40, 60, 70, 80, 90 and 100 could be modified such as shown in FIG. 20 so that the body 125 of the pin 24 tapers as it extends upwardly to provide a gap 126 at the top of the piston 18 between the support pin 24 and the inside of the piston 18. The benefit of this design is that as the piston 18 is forced inwardly, the piston can contract radially into the gap 126 to compensate for the internal luer taper of the channel 15 through cap 14. Of course the

same benefit might be achieved by maintaining the shape of support pin 24 and reshaping the piston 18 to provide the gap 126.

Instead of having flow channels 28 in cap 14, the cavity 19 could be sized to allow the top of piston 18 to be depressed below the bottom of channel 15, though in such an embodiment the top 26 of pin 24 or some other member should be designed to maintain the alignment of the piston 18 with the channel 15.

The needleless access could be provided on drug vials and other applications, since aspiration and reverse flow are just as easy as injection through the device.

Of course, other modifications may be made to the preferred embodiments disclosed herein without departing from the scope and spirit of the invention. It is therefore intended that the foregoing detailed description be regarded as illustrative rather than limiting, and that the following claims, including all equivalents, define the scope of the invention.

We claim:

1. A needleless access device comprising:
a housing having an inlet opening, an outlet opening, and a channel therethrough;
a moveable piston inside said channel having a top surface and a bottom, the piston being adjacent said inlet opening and biased by a biasing member so that the top surface of the piston is normally generally flush with the inlet opening to facilitate aseptic treatment of the top surface of the piston, the piston comprising a wiper seal formed on a top section of said piston for sealing the inlet opening and wiping the surface of the channel surrounding the piston during actuation and release of the piston; and
a valve inside said housing comprising a valve member at the bottom of said piston and a valve seat, the valve member normally being biased against said valve seat by said biasing member.

2. The needleless access device of claim 1 wherein the biasing is provided by a stretchable member attached to the piston.

3. The needleless access device of claim 2 wherein said stretchable member has at least one fluid flow opening therethrough.

4. The needleless access device of claim 2 wherein said stretchable member is comprised of rubber.

5. The needleless access device of claim 2 wherein the housing comprises a cap and a body and wherein said stretchable member further comprises one or more ribs captured between said cap and said body to hold said stretchable member in position.

6. The needleless access device of claim 2 wherein the piston and the stretchable member are molded as a unitary member.

7. The needleless access device of claim 2 wherein the biasing is provided by a coil spring.

8. The needleless access device of claim 1 wherein the perimeter of the top surface of the piston is not inward of the inlet opening when the piston is in its biased position.

9. The needleless access device of claim 8 wherein the top surface of the piston extends outwardly of the inlet opening when the piston is in its biased position.

10. The needleless access device of claim 1 wherein said housing comprises a cap and said channel comprises a fluid passageway through said cap defined by a cap wall, the piston being located within said channel, and said cap includes at least one flow channel having an opening into the fluid passageway and formed in the

5,360,413

7

side of the cap wall for allowing fluids injected through said inlet to flow around said piston when the piston is forced to a position just below the opening of said flow channel.

**11.** The needleless access device of claim **1** wherein said inlet opening and channel form a standard female luer.

**12.** The needleless access device of claim **1** comprising an additional inlet in fluid communication with said outlet.

**13.** The needleless access device of claim **1** wherein at least one of said inlet and said outlet comprises a tubing connection.

**14.** The needleless access device of claim **1** wherein the top surface of the piston is flush with the inlet opening when the piston is in its biased position.

**15.** The needleless access device of claim **1** wherein the biasing member comprises a stretched elastomeric element and the valve member comprises a portion of the elastomeric element.

**16.** The needleless access device of claim **1** wherein the biasing member comprises a coil spring and the valve member comprises a radially extending portion of the piston.

**17.** The needleless access device of claim **1** wherein the valve inside the housing has sufficient sealing force to prevent backflow.

**18.** A needleless access device comprising:

a) a housing having an inlet opening, an outlet opening and a channel therethrough;

b) a moveable piston having a top surface and a bottom, the piston being adjacent said inlet opening and biased so that the top surface of the piston is normally generally flush with or extends outwardly of the inlet opening; and

c) a center support pin in said piston and protruding out of the top of said piston for transmitting force applied at the top of the pin to the bottom of the piston.

**19.** The needleless access device of claim **18** wherein said center support pin has a contoured top surface shaped to prevent occlusion of a syringe tip during injection or aspiration of fluid through the device.

**20.** The needless access device of claim **18** having a gap at the top of the piston between the support pin and the inside of the piston.

**21.** The needleless access device of claim **18** wherein the center support pin is inserted-molded in said piston.

**22.** The needleless access device of claim **18** wherein the center support pin is glued into said piston.

**23.** A needleless access device comprising:

a) a housing having an inlet opening, an outlet opening, and a channel therethrough;

b) a moveable piston inside said channel and having a top surface, the piston being adjacent said inlet opening and biased so that the top surface of the piston is normally generally flush with or extends outwardly of the inlet opening to facilitate aseptic treatment of the top surface of the piston; and

c) a wiper seal formed on a top section of said piston for wiping the surface of the channel surrounding the piston during actuation and release of the piston.

**24.** The needleless access device of claim **23** wherein the wiper seal contacts the sides of said channel when the piston is fully actuated to keep said piston aligned within said channel.

**25.** A needleless access device comprising:

8

a) a housing having an inlet opening, an outlet opening, and a channel therethrough;

b) a moveable piston inside said channel having a top surface, the piston being adjacent said inlet opening and biased so that the top surface of the piston is normally generally flush with or extends outwardly of the inlet opening to facilitate aseptic treatment of the top surface of the piston, the piston comprising a wiper seal formed on a top section of said piston for sealing the inlet opening and wiping the surface of the channel surrounding the piston during actuation and release of the piston; and

c) a stretchable member attached to the piston to provide said biasing, the stretchable member having at least one fluid flow opening therethrough.

**26.** The needleless access device of claim **25** wherein said inlet opening and channel form a standard female luer.

**27.** A needleless access device comprising:

a) a housing comprising a cap, the housing having an inlet opening, an outlet opening, and a channel therethrough including a fluid passageway through said cap defined by a cap wall;

b) a moveable piston located within said channel having a top surface and a bottom, the piston being adjacent said inlet opening and biased so that the top surface of the piston is normally generally flush with or extends outwardly of the inlet opening to facilitate aseptic treatment of the top surface of the piston; and

c) the cap including at least one flow channel having an opening into the fluid passageway and formed in the side of the cap wall for allowing fluids injected through said inlet to flow around and past the bottom of said piston when the piston is forced to a position just below the opening of said flow channel.

**28.** A needleless access device comprising:

a) a housing comprising a cap, the housing having an inlet opening, an outlet opening, and a channel therethrough comprising a fluid passageway through said cap defined by a cap wall;

b) a moveable piston located within said fluid passageway and having a top surface, the piston being adjacent said inlet opening and biased by a biasing member so that the top surface of the piston is normally generally flush with or extends outwardly of the inlet opening to facilitate aseptic treatment of the top surface of the piston;

c) the channel also comprising at least one longitudinal flow channel formed in the side of said cap wall for bypassing said piston; and

d) a valve inside said housing for sealing said longitudinal flow channel to prevent backflow from said outlet to said inlet.

**29.** A needleless access device comprising:

a housing having an inlet opening, an outlet opening, and a channel therethrough, said housing comprising a cap and a body sealed together by a sonic weld;

a moveable piston having a top surface and a bottom, the piston being adjacent said inlet opening and biased by a biasing member so that the top surface of the piston is normally generally flush with the inlet opening to facilitate aseptic treatment of the top surface of the piston; and

a valve inside said housing comprising a valve member at the bottom of said piston and a valve seat, the

5,360,413

9

valve member normally being biased against said valve seat by said biasing member.

30. A needleless access device comprising:

a housing comprising a cap having an inlet opening therein and a body having an outlet opening therein, the housing having a channel therethrough, the channel comprising a fluid passageway through said body;

a moveable piston having a top surface and a bottom, the piston being adjacent said inlet opening and biased by a stretchable biasing member attached to the piston so that the top surface of the piston is normally generally flush with the inlet opening to facilitate aseptic treatment of the top surface of the piston;

a valve inside said housing comprising a valve at the bottom of said piston and a valve seat, the valve member normally being biased against said valve seat by said biasing member,

said body fluid passageway comprising a contoured wall to prevent cutting or tearing the stretchable member during actuation of said piston.

31. A needleless access device comprising;

a cap having an inlet opening and a channel formed therein;

a piston movably friction fitted in said channel and being biased to seal said inlet opening;

a stretchable member connected said piston to provide said biasing; and

a body having an outlet opening formed therein, said body attached to said cap, said stretchable member having edges locked between said body and said cap.

32. The needleless access device of claim 31 wherein the cap further comprises one or more flow channels exposed when said piston is forced in said channel in a direction opposite said inlet opening.

33. A needleless access device comprising:

a) a cap having an inlet opening and a channel formed therein;

b) a piston movably friction fitted in said channel and being biased to seal said inlet opening, the piston having a top and bottom, being of a soft material and comprising an insert molded center core pin for providing rigidity to the piston;

c) a stretchable member connected to said piston to provide said biasing; and

10

d) a body having an outlet opening formed therein, said body attached to said cap, said stretchable member having edges locked between said body and said cap.

34. The needless access device of claim 33 wherein the top surface of the center support pin protrudes out of the top of the piston.

35. A needleless access device comprising:

a) a housing comprising a cap and a body, the housing having an inlet opening, an outlet opening, and a channel therethrough;

b) a moveable piston within said channel and biased toward said inlet opening; and

c) a stretchable member attached to the piston to provide said biasing, the stretchable member comprising one or more ribs captured between said cap and said body to hold said stretchable member in a biased position.

36. A method for operating a needleless access device comprising a moveable piston fitted in a cap having an inlet opening and channel formed therein for receiving a syringe, said cap including at least one flow channel having an entrance opening into said channel formed in the side wall of the cap, said piston comprising a wiper seal sealing said channel above the entrance opening to said flow channel and said piston being biased towards the inlet opening by a stretchable member; comprising the step of:

inserting a syringe through said inlet opening and using the syringe to force said piston down said channel to a location where said wiper seal moves past said opening to said at least one flow channel to permit injection and aspiration of fluids through the device.

37. The method of claim 36 further comprising the step of withdrawing the syringe from said inlet opening to allow said stretchable member to contract and seal against said sap to prevent back flow, and to allow said wiper seal to slide along said channel and wipe said channel clean.

38. The method of claim 36 wherein the at least one flow channel is formed longitudinally in the cap wall.

39. The method of claim 36 wherein the inlet opening and channel form a standard female luer and the syringe comprises a standard male luer, and at the location where the wiper seal moves past said opening to at least one flow channel, the female and male luers mate to prevent fluid from flowing out of the inlet opening.

*    *    *    *    *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 5,360,413

DATED : November 1, 1994

INVENTOR(S) : Michael H. Leason et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

In column 1, line 8, delete "1991now" and substitute --1991, now--.

In column 4, line 47, after "connection" insert --.--.

Column 9, line 29, after "connected" insert --to--.

Column 10, line 38, delete "sap" and substitute --cap--.

Signed and Sealed this

Second Day of April, 1996

*Attest:*

Bruce Lehman

**BRUCE LEHMAN**

*Attesting Officer*                    *Commissioner of Patents and Trademarks*

EXHIBIT G

US005501426A

# United States Patent [19]

## Atkinson et al.

[11] Patent Number: **5,501,426**

[45] Date of Patent: **Mar. 26, 1996**

[54] **MEDICAL COUPLING SITE VALVE BODY**

[75] Inventors: **Gordon E. Atkinson**, Cedarville, Ohio; **Dennis A. Boehmer**, Beavercreek, both of Ohio

[73] Assignee: **Vernay Laboratories, Inc.,** Yellow Springs, Ohio

[21] Appl. No.: **241,123**

[22] Filed: **May 10, 1994**

### Related U.S. Application Data

[63] Continuation of Ser. No. 153,998, Nov. 18, 1993, abandoned, which is a continuation-in-part of Ser. No. 44,830, Apr. 12, 1993, Pat. No. 5,295,657, which is a division of Ser. No. 893,813, Jun. 4, 1992, Pat. No. 5,251,873.

[51] Int. Cl.$^6$ ............................. **A61M 25/00; F16L 37/28**

[52] U.S. Cl. ...................... **251/149.1;** 604/256; 604/905

[58] Field of Search ...................... 251/149.1; 604/256, 604/905

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,881,937 | 4/1959 | Roberts | 215/76 |
| 3,837,381 | 9/1974 | Arroyo | 251/149.1 |
| 4,143,853 | 5/1979 | Abramson | 251/149.1 |
| 4,387,879 | 6/1983 | Tauschinski | 251/149.1 |
| 4,436,519 | 3/1984 | O'Neill | 604/256 |
| 4,511,359 | 4/1985 | Vaillancourt | 604/411 |
| 4,568,336 | 2/1986 | Cooper | 604/240 |
| 4,607,671 | 8/1986 | Aalto et al. | 141/329 |
| 4,610,674 | 9/1986 | Suzuki et al. | 604/282 |
| 4,629,450 | 12/1986 | Suzuki et al. | 604/164 |
| 4,673,394 | 6/1987 | Fenton, Jr. et al. | 604/175 |
| 4,673,400 | 6/1987 | Martin | 604/905 |
| 4,683,916 | 8/1987 | Raines | 251/149.1 |
| 4,759,756 | 7/1988 | Forman et al. | 604/413 |
| 4,765,588 | 8/1988 | Atkinson | 251/149 |
| 4,786,281 | 11/1988 | Valentini et al. | 604/905 |
| 4,850,975 | 7/1989 | Furukawa | 604/170 |
| 4,874,377 | 10/1989 | Newgard et al. | 604/167 |
| 4,895,346 | 1/1990 | Steigerwald | 251/149.1 |
| 5,010,925 | 4/1991 | Atkinson et al. | 137/847 |
| 5,092,840 | 3/1992 | Healy | 604/83 |
| 5,100,394 | 3/1992 | Dudar et al. | 604/283 |
| 5,104,379 | 4/1992 | Nakamura et al. | 604/256 |
| 5,114,408 | 5/1992 | Fleischaker et al. | 604/256 |
| 5,171,234 | 12/1992 | Jepson et al. | 604/283 |
| 5,190,067 | 3/1993 | Paradis et al. | 137/1 |
| 5,203,775 | 4/1993 | Frank et al. | 604/256 |
| 5,251,873 | 10/1993 | Atkinson | 251/149.1 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 86308392 | 5/1987 | European Pat. Off. . |
| 0314602 | 10/1988 | European Pat. Off. . |
| 3303718 | 10/1984 | Germany . |
| 8425197 | 10/1985 | Germany . |
| 3809127 | 4/1989 | Germany . |
| 3913392 | 10/1990 | Germany . |
| WO88/01881 | 3/1988 | WIPO . |
| WO90/11103 | 10/1990 | WIPO . |
| WO92/04936 | 4/1992 | WIPO . |
| WO92/19293 | 11/1992 | WIPO . |

Primary Examiner—A. Michael Chambers
Attorney, Agent, or Firm—Biebel & French

[57] **ABSTRACT**

The present invention provides a medical coupling site which is adapted to be attached directly to a standard male luer lock fitting. The coupling site includes a valve element contained within a tubular retainer. The valve element is formed of a resilient material having greater than that of the retainer, and has a diaphragm including a concave surface with a slit extending diametrically across the surface. The valve element is provided also with biasing means extending inwardly from an inner wall of the valve element into a passage in the valve element such that the biasing means act to bias the slit to a closed position. In a preferred form, the retainer has an outer wall with a maximum outer diameter of approximately 7 mm and an inner wall of the valve element has a minimum inner diameter of approximately 4 mm.

**15 Claims, 10 Drawing Sheets**









FIG-3



FIG-4

*FIG - 5*



*FIG - 6*





FIG - 7



FIG - 8





FIG-11



FIG-12





FIG-13



*FIG-14*



FIG - 15



FIG - 16

FIG - 17

5,501,426

1

## MEDICAL COUPLING SITE VALVE BODY

This application is a continuation of U.S. application Ser. No. 08/153,998, filed Nov. 18, 1993, now abandoned; which is a continuation-in-part of U.S. application Ser. No. 08/044,830, filed Apr. 12, 1993, now U.S. Pat. No. 5,295,657; which is a divisional of U.S. application Ser. No. 07/893,813, filed Jun. 4, 1992, now U.S. Pat. No. 5,251,873; all assigned to the same assignee as this application.

## BACKGROUND OF THE INVENTION

The present invention relates to a coupling site for use in medical applications and more particularly, to a coupling site which includes a valve element and support structure for cooperation with a standard male luer lock having a male luer taper and a threaded locking collar.

In recent years there has been increased concern with the spread of infectious diseases which may result from puncture wounds made by medical needles. There is also concern with the inconvenience of handling devices having needles which may inflict painful puncture wounds and which may be easily broken. However, needles have continued to be used in association with injection sites or other coupling sites in medical applications to transfer fluids to and from syringes or fluid conveying cannula. The continued use of needles for such coupling sites may be attributed to the convenience with which a needle may be inserted through a soft diaphragm wherein a fluid-tight seal is formed around the needle and, subsequently the needle may be withdrawn from the diaphragm resulting in the diaphragm resiliently filling in and closing the aperture formed by the needle. Thus, needle type injection sites have the advantages of providing quick access for a fluid cannula as well as providing an access site which ensures a fluid-tight seal due to the small size of the aperture formed in the diaphragm by the needle.

In spite of the advantages associated with needle type injection sites, there is a recognized need for replacing such an injection site with one which eliminates the needle in order to avoid the disadvantages associated therewith including the possibility of medical personnel receiving a puncture wound during the use thereof and the progressive deterioration of the diaphragm resulting from repetitive puncturing of the diaphragm.

One proposed solution for eliminating needles at coupling sites includes providing a valve member having a slit for receiving a blunt cannula therethrough wherein the slit is biased to a closed position such that a fluid-tight seal is formed at the valve member when the cannula is removed.

U.S. Pat. No. 4,765,588 to Atkinson discloses a valve for receiving the blunt end of a syringe and includes a slit diaphragm member mounted within a tubular body wherein the diaphragm is stretched in the area of the slit and moves in close to the tubular body as a luer taper portion of the syringe is inserted. In addition, the exterior wall of the body portion is dimensioned to be received within a threaded locking collar of the syringe surrounding the luer taper whereby an additional fluid-tight seal is formed with the valve.

It has been recognized that it is not only desirable to provide a valve adapted to receive a blunt cannula such as the luer taper of a syringe, as is disclosed by the above Atkinson patent, it is also desirable to provide a connection or coupling which positively locks the blunt cannula to the coupling site and thereby prevents inadvertent removal of the cannula during use. A concept for providing a mechani-

2

cal lock between a blunt cannula and an injection site is disclosed in PCT Publication No. WO 90/11103 which discloses an injection site having a housing mounting a preslit septum and means for mechanically coupling a specially adapted cannula to the housing. One such special cannula contemplates providing a female luer connection for threadably engaging within the threaded locking collar of a male luer lock fitting on a syringe and further includes a specially configured blunt cannula having a tapered end for passing through the preslit septum of the valve. In addition, the housing holding the septum may be provided with threads for engaging coupling threads located interiorly of a shield surrounding the cannula.

It should be noted that in the above-described site, the outer diameter of the housing is formed larger than the inner diameter of the threaded collar on the syringe in order to provide sufficient space for the septum which expands outwardly into an annular space during insertion of a cannula.

There is a need for a medical coupling site that is usable with blunt cannula such as are provided by standard male luer lock fittings having a male luer taper surrounded by a threaded locking collar and in which the site is provided with a valve element and means for directly engaging the threads on the locking collar to form a mechanical connection. It should be noted that such a site is highly desirable in that standard dimensions for both male and female luer taper fittings have been recognized by both the American National Standards Institute, Inc. (ANSI) and by the International Organization for Standardization (ISO). Thus, the fittings formed on the ends of syringes, as well as fittings for the majority fluid connections used in medical applications throughout the world, conform to the ANSI and ISO standards and a coupling site incorporating a valve for use with such standard fittings would provide the advantage of allowing a positive mechanical connection to be formed at the coupling site as well as eliminate the need for the use of needles or special cannula to penetrate the valve element, and thus would overcome disadvantages associated with prior art coupling sites.

Elimination of the need for a special cannula for use at the coupling site would also provide a cost advantage in that only the coupling site would need to be purchased and existing fittings could be used in conjunction with this site.

One problem associated with providing a coupling site for use with a standard male luer lock results from the limited space provided between the outer surface of the male luer taper and the inner surface of the threaded locking collar which makes it difficult to provide both a rigid locking surface on the outside of the fitting for engaging the locking collar and a flexible valve element of sufficient size and resilience to releasably accommodate the male luer taper.

Thus, the Atkinson patent described above describes a valve element which may be used with a luer fitting, but in which the outer surface of the elastomeric valve element is received in contact with the locking collar without the inclusion of any rigid member for engaging the threads within the collar. The PCT publication described above discloses an alternative approach to the same problem in that the adapter provided for attachment to a standard luer lock is provided with a locking collar which is larger than the locking collar provided on the male luer lock, thus permitting the coupling site to be constructed with an enlarged diameter to accommodate a sufficiently large septum for receiving a cannula having the desired diameter for providing sufficient flow through the site.

5,501,426

3

There are certain physical design limitations to providing a valve element which will both receive a luer taper as well as reliably reseal after the luer taper is removed. Several prior art valves for receiving a luer taper provide a thick disk or septum, such as is disclosed in the above-noted PCT publication, wherein the disk or septum is formed with a sufficient amount of resilient material around the slit to close the slit when a cannula is not present. Space must be provided in order to accommodate the distortion of material around the slit as the cannula is inserted and this space must either be provided within the fluid passage area for receiving the cannula or within the housing supporting the disk or septum, such as may be provided by an annular space directly adjacent to the outer periphery of the disk or septum.

Alternatively, the slit may be formed in a relatively thin diaphragm, such as is disclosed in the Atkinson patent, wherein sufficient space for receiving the distorted portions of the diaphragm around the slit is provided within a space defined by a tubular body portion for receiving the luer taper.

Thus, it is apparent that in any coupling site sufficient space must be provided around the circumference of any valve member in order to accommodate distortion of the resilient material forming the valve member such that little space is available for additionally accommodating a rigid member adapted to engage the threaded locking collars surrounding the male luer taper. Further, if the material surrounding the slit portion of the valve element is reduced, the forces provided by the material to resiliently bias the slit to a closed position are also reduced and thus may result in an undesirable structure which will not positively seal the slit closed upon removal of a cannula or luer taper.

It should further be noted that it is preferable to provide a coupling site which is adapted to receive cannula having a diameter at least as large as a standard male luer taper in order to avoid introducing any restriction to flow at the site with resulting reductions in the flow rate.

A further problem associated with prior art coupling sites relates to the ability of an operator to effectively clean the exterior of the site prior to insertion of a cannula. Ideally, the exposed surface at the end of the site for receiving the cannula is formed with a perfectly smooth contour. However, this has not proven to be practical in prior art sites in that the sites have typically incorporated a resilient septum which is compressed between rigid housing portions at upper and lower ends of the septum to frictionally grip the peripheral edges of the septum. While this construction is effective for holding the septum in place relative to the housing, the exposed surfaces of the housing and septum, at the point where the housing meets the septum, generally defines a crevice as a result of the housing surface being oriented at a different angle than the surface of the septum. Thus, it has been difficult in prior art coupling sites to ensure that the exposed surfaces are thoroughly wiped clean prior to insertion of a cannula while also providing a structure for effectively preventing the resilient portion of the site from moving relative to the surrounding rigid housing.

Accordingly, there is a need for a medical fluid path coupling site which may be coupled directly to a standard male luer lock including means for forming a mechanical connection with a threaded locking collar portion of the luer lock. In addition, there is a need for such a site including a valve in which a slit for receiving a male luer taper portion of the male luer lock is positively biased to a closed position to prevent leakage through the valve when the male luer taper is removed.

Further, there is a need for a medical coupling site wherein the resilient and rigid portions of the site are

4

positively engaged with each other to prevent relative movement, and wherein exposed junctions between the resilient and rigid members define an easily wiped surface.

## SUMMARY OF THE INVENTION

The present invention provides a coupling site for use in medical fluid flow applications wherein the coupling site is adapted for use with a standard male luer lock having a male luer taper and a threaded locking collar. The medical coupling site of the present invention is preferably configured for use with a male luer lock constructed according to ANSI and ISO standards such that the coupling site of the present invention is adapted for immediate use in fluid flow paths currently in use throughout the world without the necessity of any adapter couplings being provided between the coupling site and existing standard luer fittings.

The medical coupling site of the present invention includes a support base defining a longitudinal axis for the coupling site, and a retainer supported on the base. A valve element is located within the retainer and includes a substantially tubular body portion having first and second ends and a diaphragm member extending across the first end of the body portion.

Lug means are provided extending radially outwardly from the retainer for engaging threads on the threaded locking collar of the male luer lock. The lug means are preferably located at an end of the retainer adjacent to the diaphragm member of the valve element.

The body portion of the valve element includes an outer wall in contact with an inner wall of the retainer. In addition, an inner wall of the valve element body portion defines a tubular passage for receiving the male luer taper portion of the male luer lock.

The diaphragm member includes means defining a slit extending diametrically across the diaphragm member, and biasing means extend inwardly from the inner wall of the body portion toward the slit for biasing the slit to a closed position. The biasing means preferably include discrete members, such as ribs, extending radially inwardly in a direction from the second end of the body portion toward the first end thereof. The biasing means increase the effectiveness of the diaphragm to quickly close the slit when a cannula or luer taper is not present while also providing space for the deformation of the diaphragm member during insertion of a cannula or luer taper.

Thus, while the diaphragm is formed as a highly flexible element permitting easy insertion of a cannula into the valve, the biasing means ensure that the slit is positively sealed when a cannula is not present.

Further, in order to provide a coupling site structure which will fit between the male luer taper and threaded locking collar of a male luer lock, the retainer is formed as a thin structure relative to the body portion. In the preferred embodiment, a thickness of the body portion, as measured in a direction perpendicular to the longitudinal axis, is greater than a thickness of the retainer, measured in the same direction, at a location adjacent to the lug means. Further, the retainer is preferably formed from thin metal and the lug means are formed as first and second protrusions formed in the metal on opposite sides of the retainer.

The retainer extends from a location adjacent to the first end of the body portion to a location adjacent to the support base and the body portion of the valve element extends along the retainer and is positioned in contact with the support base such that fluids flowing through the coupling site will not

5,501,426

5

contact the retainer. The body portion is preferably sandwiched between the retainer and the support base at the second end of the body portion whereby the valve element is held in place relative to the support base.

In a preferred embodiment of the coupling site, the diaphragm of the valve element is formed having a concave outer surface and a convex inner surface wherein the concave surface has a peripheral edge located closely adjacent to an annular end surface of the body portion. Further, the concave surface is relatively shallow such that it may be easily sterilized prior to insertion of a cannula.

In addition, the retainer is preferably formed as a tubular housing including a flange portion extending radially inwardly and defining a first exposed surface. The outer surface of the diaphragm defines a second exposed surface, and the flange portion contacts the diaphragm at a junction where the first and second exposed outer surfaces are oriented substantially tangential to each other to define a substantially smooth outer coupling site surface. The smooth outer surface facilitates wiping of the coupling site prior to insertion of a cannula through the diaphragm. In addition, an annular groove is defined in the valve elements surrounding the diaphragm and the flange includes an edge extending into the groove to limit radial movement of the valve element within the housing.

Therefore, it is an object of the present invention to provide a medical coupling site which provides a secure connection with a standard male luer lock, such that medical personnel receive a positive feedback of a locked connection when the device is in use.

It is another object of the present invention to provide a coupling site which ensures a secure seal to a medical fluid flow line both when a cannula is present at the site and when a cannula is absent.

It is a further object of the present invention to provide a medical coupling site which provides a minimal resistance to insertion of a cannula.

It is yet another object of the present invention to provide a medical coupling site which is economical to produce, which has a simple design and which requires minimal usage instructions such that the site may be readily placed in use without disruption to systems currently in place.

Finally, it is an object of the present invention to provide a medical coupling site which is configured to be easily cleaned by wiping prior to insertion of a cannula.

Other objects and advantages of the invention will be apparent from the following description, the accompanying drawings, and the appended claims.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of the medical coupling site of the present invention;

FIG. 2 is a cross-sectional view of the coupling site taken along line 2—2 in FIG. 1, and additionally showing a male luer lock fitting for connection to the coupling site;

FIG. 3 is a view similar to FIG. 2 in which the male luer lock fitting is shown inserted into the coupling site prior to threaded engagement of the male luer lock fitting with the coupling site;

FIG. 4 is a cross-sectional view of the coupling site taken along line 4—4 in FIG. 1;

FIG. 5 is a cross-sectional view taken along line 5—5 in FIG. 2;

6

FIG. 6 is a perspective view of a second embodiment of the medical coupling device of the present invention;

FIG. 7 is a cross-sectional view taken along line 7—7 in FIG. 6, and additionally showing a male luer lock fitting for connection to the coupling site;

FIG. 8 is a cross-sectional view similar to FIG. 7 in which the male luer lock fitting is shown inserted into the coupling site prior to threaded engagement of the male luer lock with the coupling site;

FIG. 9 is a cross-sectional view similar to that shown in FIG. 2 illustrating an alternative configuration for the valve element;

FIG. 10 is a cross-sectional view taken along line 10—10 in FIG. 9;

FIG. 11 is a cross-sectional view taken along line 11—11 in FIG. 9;

FIG. 12 is a cross-sectional view similar to that shown in FIG. 2 illustrating a further embodiment of the present invention;

FIG. 13 is a perspective view of a further embodiment of the medical coupling device of the present invention;

FIG. 14 is an exploded elevational view of the embodiment of FIG. 13 in cross-section;

FIG. 15 is a perspective view of the valve element used in the embodiment of FIG. 13;

FIG. 16 is a cross-sectional view taken along line 16—16 in FIG. 13; and

FIG. 17 is a cross-sectional elevational view showing a male luer slip inserted into the coupling site of FIG. 13.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to FIGS. 1–5, a first embodiment of the medical coupling site is shown and is designated generally by reference numeral 10. As may be best seen in FIGS. 1, 2 and 4, the coupling site 10 generally includes a support base 12, a retainer 14 supported on the support base and a valve element 16 located within the retainer.

In the preferred embodiment, the support base is formed from a plastic material, the retainer 14 is formed from a metal material such as coated aluminum, and the valve element 16 is formed of an elastomeric material such as an elastomer which conforms to standard medical specifications. However, it should be noted that other materials may be used for forming the particular elements of the present medical coupling site 10 to the extent that the alternative materials permit the coupling site 10 to function with the advantages to be described below.

As seen in FIGS. 2 and 4, the support base 12 preferably includes a tubular luer taper portion 18 defining a longitudinal axis 20 of the coupling site 10. The luer taper portion 18 is surrounded by a threaded locking collar 22 such that the coupling site 10 may be attached to a standard female luer fitting. In addition, an outwardly extending flange portion 24 is attached to an inner end of the luer taper portion 18 extending from an end wall 26 of the collar 22.

The valve member 16 includes a tubular body portion 28 extending substantially parallel to the longitudinal axis 20 and defining a first end 30 and a second end 32 wherein the second end 32 is in contact with the support base 12 adjacent to the end wall 26. The valve element 16 further includes a thin flexible diaphragm 34 extending across the first end 30 of the body portion 16.

5,501,426

7

The diaphragm 34 includes means defining a slit 36 extending diametrically across the diaphragm 34. In addition, the diaphragm 34 defines opposing first and second sides 38, 40 wherein the first side 38 is formed as a concave surface and the second side 40 is formed as a convex surface. The concave first surface 38 includes a peripheral edge lying in a plane defined by an annular end surface 42 of the body portion 16.

It should be noted that the first surface 38 is provided with a relatively shallow curvature such that the first surface 38 is easily cleaned by wiping of the surface. Also, as a result of forming the diaphragm 34 curved inwardly toward the port base 12, fluid pressure within the site 10 will exert an outwardly directed force on the diaphragm 34 and will tend to cause the material surrounding the slit 36 to compress inwardly, thus biasing the slit closed.

Further, although the second surface 40 is shown having a substantially cylindrical curvature, it should be noted that this surface may also be formed having a spherical or dome-shaped curvature.

Referring to FIGS. 2, 4 and 5, the valve element 16 is further provided with biasing means which are preferably in the form of first and second ribs 44, 46 extending radially inwardly from an inner wall 48 of the body portion 16 toward the slit 36 in a direction from the second end 32 toward the first end 30. As may be best seen in FIG. 5, the rib members 44, 46 are oriented such that they intersect and extend parallel to a plane which intersects the longitudinal axis 20 and extends perpendicular to the slit 36. In addition, each of the rib members 44, 46 define a width dimension in a direction parallel to the slit 36 which is less than an interior diameter defined by the inner wall 48 of the valve body 16. Thus, the rib members 44, 46 have a dimension in a direction parallel to the longitudinal axis 20 which decreases in a direction from the inner wall 48 toward the slit 36.

The rib members 44, 46 reinforce the diaphragm 34 and act to bias the slit 36 to a closed position. Further, by providing rib members 44, 46 which have a width dimension less than the inner diameter of the body portion 16, the space surrounding the rib members 44, 46 is available to accommodate elastomeric material of the diaphragm 34 and body portion 28 as the valve element 16 is distorted during insertion of a male luer taper 50 (see FIG. 2).

Referring to FIGS. 1, 2 and 5, the retainer 14 is formed as a tubular sleeve defined by an elongated body 52 having a first end 54 adjacent to the first end 30 of the valve element 16 and a second end 56 adjacent to the second end 32 of the valve element 16.

The first end 54 of the retainer 14 is turned inwardly into the first end of the valve element 16 and is preferably folded over to form a double thickness portion. This portion forms a reduced area for slightly compressing the valve element 16 in the area around the diaphragm 34 to thereby form a seal preventing fluids from passing between the valve element 16 and the retainer 14.

The second end 56 is preferably crimped inwardly toward a gap formed between the flange portion 24 and the end wall 26 to thereby hold the second end 32 of the valve element 16 under the flange portion 24 such that the valve element 16 is firmly held in place on the support base 12. Thus, the valve body portion 28 extends substantially along the length of the retainer 14 and isolates the retainer 14 from fluids flowing through the coupling site, as well as forms a direct fluid path through the site 10 to avoid the formation of crevices or pockets which may retain fluids and hinder flushing of the site between administration of different medicines.

8

In addition, the inner surface of the elongated body 52 preferably defines a diameter which is slightly smaller than the outer diameter of the body portion 28 prior to mounting in the coupling site 10. Thus, the retainer 14 firmly engages the valve element 16 and applies a predetermined compression force for further biasing the material surrounding the slit 36 inwardly toward the axis 20 for closing the slit 36.

The retainer 14 further includes a pair of lugs 58, 60 extending radially outwardly from the outer surface of the retainer body 52. It should be noted that the retainer 14 is preferably formed from thin material such as coated aluminum, which may be conveniently stamped to a desired shape. Thus, the lugs 58, 60 may be formed as stamped protrusions in the body 52.

The lugs 58, 60 are configured to engage the double helix threads formed on the interior of a threaded locking collar 62 (see FIG. 2) for a standard male luer lock. Thus, the lugs 58, 60 may be formed extending at a slight angle relative to a plane extending perpendicular to the longitudinal axis 20. In addition, it should be noted that the lugs may be formed having an alternative configuration, such as a configuration defining threads extending around the entire circumference of the retainer body 52 and that other means of forming the thin metal retainer, such as machining, may be applied.

The lugs 58, 60 are preferably located adjacent to the first end 54 of the retainer 14 and the thickness of the retainer body portion 52 in at least the area adjacent to the lugs has a thickness, as measured in a direction perpendicular to the longitudinal axis 20, which is less than the thickness of the valve element body portion 28. The relationship between the thickness of the retainer 14 and the valve element 16 is important since only a limited amount of space is available between a standard male luer taper 50 and the surrounded locking collar 62. Thus, in the configuration of the present invention, it is desirable to provide a maximum amount of material for the resilient valve element 16 in order to form a positive seal while providing a retainer 14 of minimal thickness to form the locking connection with the threaded locking collar 62.

It should particularly be noted that the present medical coupling site 10 is specifically designed for cooperation with a standard male luer lock having standardized dimensions, as specified by ANSI and ISO. Referring to FIG. 2, a standard male luer lock 64 is illustrated and may be in the form of a standard syringe end including a male luer taper 50 and a threaded locking collar 62. In accordance with ANSI and ISO standards, the male luer taper 50 has an outer diameter of approximately 3.9 mm to 4.0 mm and the threaded locking collar 62 has a minimum inner diameter, as defined by the threaded portion of approximately 7.0 mm to 7.2 mm. In addition, the male luer taper is formed tapering inwardly at an angle of 6°. Thus, the retainer 14 of the coupling site 10 is formed having a maximum outer diameter for the retainer body 52 of approximately 7.0 mm, and the inner wall 48 of the valve element 16 defines a minimum diameter of 4 mm.

As shown in FIG. 3, the configuration of the present coupling site 10 results in a site which is particularly adapted to be received between the male luer tip 50 and the locking collar 62 with the outer surface of the site 10 forming a positive mechanical connection with the threads of the collar 62 and with the interior of the valve body 28 providing sufficient clearance for the male luer taper 50 to easily slide into the coupling site 10. In addition, end surface 65 of the luer taper 18 may serve as a convenient stop surface for engaging the end of the luer taper 50 to define a positive lock

5,501,426

9

position between the male luer lock 64 and the coupling site 10.

With reference to FIG. 3, it should also be noted that the male luer taper 50 causes the diaphragm 34 to be stretched and pushed into a distorted position adjacent to the inner wall 48, with an accompanying distortion of the ribs 44, 46.

Further, the coupling site 10 of the present invention incorporates a flexible diaphragm member 34 having a slit 36 wherein the slit is biased to a closed position through forces exerted on the diaphragm member by a supporting tubular body portion 28 forming a passage for receiving the male luer taper. Providing such a diaphragm member 34 for forming the seal on the site end results in a highly resilient opening offering reduced resistance to forces pushing the male luer taper 50 or other cannula into the coupling site 10 while also providing a reliable closure element when the male luer taper 50 is removed from the site 10.

In addition, the present coupling site 10 may also easily be used with a needle in that a needle may be inserted through the diaphragm 34 in the region surrounding the slit 36 if it should be necessary to infuse or withdraw fluids through a needle at the injection site.

Referring to FIGS. 6–8, a second embodiment of the present invention is shown and is designated generally as 10'. In addition, elements in the second embodiment corresponding to elements in the first embodiment are labeled with the same reference numeral primed. The embodiment of FIGS. 6–8 differs from the previous embodiment in that the area surrounded by the flange portion 24' includes an enlarged passage defining a luer slip 66' which is adapted to receive the end of a standard male luer taper 50'. The area of the second end 32' of the body portion 16' and the second end 56' of the retainer 14' are formed with an enlarged diameter, as compared to the previous embodiment, in order to accommodate the enlarged luer slip area 66'.

The portion of the valve body 28' and the retainer body 52' adjacent to the lugs 58', 60' is formed with the same diameter as in the previous embodiment such that the coupling site 10' will cooperate with a standard male luer lock 64' in the same manner as in the previous embodiment. However, it should be noted that as the luer taper 50' is inserted into the coupling site 10' and the locking collar 62' is threadably engaged with the retainer 14', the tip of the luer taper 50' will pass into the luer slip 66' whereby an additional seal is formed between the exterior of the luer taper 50' and the interior of the luer slip 66'. In addition, the contact between the luer taper 50' and luer slip 66' defines a positive lock position between the luer lock 64' and the coupling site 10'.

It should also be noted that the alternative configuration of FIGS. 6–8 does not affect the advantages afforded by passage of the retainer 14' and valve element 16' in between the luer taper 50' and the locking collar 62' to form a sealed connection wherein the standard luer lock 64' is mechanically locked onto the coupling site 10'.

FIGS. 9–11 show an alternative to the first embodiment in which an alternative valve element 16'' is shown and in which the elements for the retainer 14 and the support base 12 remain unchanged and are identified with the same reference numerals as in the first embodiment.

The valve element 16'' of the present embodiment differs from the valve element 16 of the first embodiment in that a different rib structure is provided for biasing the slit 36'' to a closed position. Specifically, a pair of rib portions 44'', 45'' and 46'', 47'' are provided on opposing sides of the slit 36''. Each pair of rib members 44'', 45'' and 46'', 47'' is separated by a space 68'', 70'', respectively.

10

The rib members 44''–47'' operate in the same manner as the ribs 44, 46 of the first embodiment to reinforce the diaphragm 34'' and bias the slit 36'' to a closed position. In addition, the spaces 68'', 70'' provide an area for the material of the valve element 16'' to deform into when a male luer taper is inserted into the coupling site 10''.

It should be noted that other configurations for the rib members may be provided in order to bias the valve diaphragm to a closed position. For example, the curved surface of the ribs 44, 46 extending from the inner wall 48 of the valve element 16 to the slit 36 may be formed as a straight inwardly angled surface or may be provided with some other shape. In addition, it should be noted that the design of the diaphragm 34 and the reinforcing rib members 44, 46 for biasing the slit to a closed position may be altered to provide a predetermined resistance to back flow through the valve element 16. Thus, if it is desired for the coupling site 10 to provide a pressure relief function, such as when the coupling site 10 is used in a conventional Y-site with fluid being pumped into the Y-site through another opening, the valve element 16 may be designed to release fluid from the slit 36 at a predetermined pressure in order to avoid excessive pressure from being applied into a patient at an infusion site.

Finally, it should be noted that the diaphragm 34 may be formed as a planar element having opposing first and second sides which are substantially flat. By providing an outwardly facing planar surface, the valve of the present invention would be particularly easy to clean by wiping off the surface.

FIG. 12 shows a further alternative embodiment to the first embodiment in which elements of the further embodiment corresponding to elements in the first embodiment are labeled with the same reference numerals increased by 100. In this embodiment, the retainer 114 is a formed thin element of any relatively rigid material such as metal or plastic. The second end 156 of the retainer includes an enlarged end surface 155 engaging a flange portion 157 of the valve element 116. The flange portion 157 is located within a groove defined between an inner end of the luer taper portion 118 and a lip 159 extending from the support base 112. The lip 159 firmly engages the enlarged second end 156 of the retainer 114 in frictional contact to positively maintain the elements of the coupling site 110 in position relative to each other. The coupling site 110 operates in a manner identical to that of the previous embodiments and differs only in the manner of forming the retainer 114 and in the structure for mounting the retainer 114 and the valve element 116 to the support base 112.

It should be noted that the retainer of the present invention may also be formed from a plastic material provided the plastic has sufficient rigidity to resist deformation during assembly and use of the coupling site.

FIGS. 13–16 illustrate yet another embodiment of the present invention wherein elements corresponding to elements in the first embodiment are labeled with the same reference numeral increased by 200.

Referring initially to FIGS. 13 and 14, the medical coupling site 210 of the present embodiment includes a base 212 supporting a tubular rigid retainer or housing 214, which is preferably formed of plastic, and an elastomeric valve element 216 extending within the housing 214. The base includes a female luer slip or taper 266 surrounded by a base flange 224. As will be described further below, the female luer taper 266 includes a forward end 270 which lies in a plane located forwardly of the base flange 224. In addition, the base flange 224 includes an annular lower locking surface 272 and a groove 274 located between the lower locking surface 272 and the female luer taper 266.

5,501,426

11

The housing 214 includes a flange 215 extending radially inwardly at an upper or first end 254. The flange 215 defines an exposed outer surface 225, a first contact surface 227 oriented substantially perpendicular to and extending inwardly into the housing 214 from the first outer surface 225, and an inner surface 221 intersecting the contact surface 227 along an apex edge 231. The housing 214 also includes a threaded portion 260 adjacent to the first end 254 and inner and outer surfaces 251 and 252 which diverge radially outwardly in a direction from the first end 254 toward a second end 256 at a location below the threaded portion 260. The tapered inner surface 251 terminates in an annular upper locking surface 276 which protrudes downwardly toward the second end 256. In addition, a lower wall 253 extends from a point adjacent to the upper locking surface 276 to the second end 256.

Referring to FIGS. 14 and 15, the elastomeric valve element 216 includes a tubular body portion 228 and a thin flexible diaphragm 234 formed integrally with a first end 230 of the valve element 216. A radially outwardly extending valve body flange 278 is formed integrally with a second end 232. In addition, an annular indentation or groove 219 is molded into the first end 230 and surrounds the diaphragm 234. The annular groove 219 is defined by a second contact surface 29 and an abutment surface 223.

As may be seen in FIG. 16, the flange 215 of the housing 214 extends into the groove 219 in the valve element 216 such that the first and second contact surfaces 227 and 229 engage each other to define a junction between the valve element 216 and the flange 215. It should be noted that a line tangent to the first exposed surface 225 at the junction is substantially parallel to a line tangent to a second exposed surface on the diaphragm 234 at the junction wherein the second exposed surface is defined by the concave outer surface 238 of the diaphragm 234. In other words, the outer surfaces 225 and 238 are substantially coplanar with each other at the junction to define a smoothly contoured outer surface for the site 210 which generally lacks crevices at the junction between the valve 216 and the flange 215. Further, by positioning the flange 215 within a groove 219 in the valve element 216, the exposed surface 238 of the diaphragm 234 is located at a convenient forward position relative to the first end 254 of the housing 214 for easy access. Thus, the smooth junction and forward location of the diaphragm surface 238 facilitate easy access and cleaning of the site 210 prior to insertion of a male luer.

The engagement of the flange 215 within the groove 219 acts to stabilize the circumference of the first end 230 of the valve element 216 within the housing 214. Further, the location of the valve element 216 within the housing 214 is additionally stabilized by the configuration of the lower end of the valve element 216 adjacent to the second end 232. Specifically, the valve element 216 is provided with an increasing wall thickness as a result of the valve element 216 being formed with a lower outer wall portion 280 located below a cylindrical upper wall portion 281 wherein the lower outer wall portion 280 tapers radially outwardly relative to an inner wall 248 of the valve element 216.

The valve element 216 is also provided with an outwardly tapered lower inner wall portion 282 for receiving a tapered outer wall 284 on the female luer taper 266 of the base 212. Thus, in the assembled condition, the female luer taper 266 extends upwardly into the valve element 216 to bias the tapered outer wall 280 into engagement with the tapered inner surface 251 of the housing 214. This engagement between the base 212 and the housing 214, along with the enlarged bottom portion of the valve body 216, helps to

12

avoid buckling of the valve body 216 during insertion of a male luer. This is due to the thickened lower area for the valve element 216 increasing the column strength of the valve element 216 and the tapered configuration causing stresses resulting from insertion of the male luer to be directed radially outwardly.

In addition, the flange 278 of the valve element 216 is compressed between the upper and lower locking surfaces 276 and 272 with the radially outer edge of the flange 278 being compressed downwardly into a downwardly tapered cavity 286 defined between the flange 224 of the body 212 and the lower wall 253 of the housing. This configuration for gripping the flange 278 further ensures that the stresses applied against the valve element 216 during insertion of a male luer will be directed radially outwardly.

It should be noted that the end 270 of the female luer taper 266 is positioned forwardly of planes defined by the upper and lower locking surfaces 276, 272, perpendicular to the longitudinal axis of the housing 214, such that the female luer taper extends up into the interior of the valve element 216. As was noted above, positioning of the female luer taper 266 at this forward position is facilitated by providing an outwardly tapered lower portion for the valve element 216. The female luer taper 266 is positioned within the coupling site 210 at a forward position for the purpose of engaging male luer slips 288 which are formed with a minimum length, as shown in FIG. 17. Thus, in addition to being adapted for use with threaded couplings, the present coupling site 210 is also configured for use with male luer slips 288 which are locked within the site as a result of a friction fit between the male luer slip 288 and the female luer taper 266.

Further, it should be noted that by providing an outwardly tapered wall 252 on the exterior of the housing 214, a locking surface is provided for frictional engagement with a threaded collar associated with a male luer lock. Specifically, as a collar is threaded onto the threaded portion 260, in a manner similar to that described for the first embodiment, it will extend downwardly into engagement with the outwardly tapered portion 252 which will apply a progressively increasing force to frictionally engage and limit threaded movement of the collar onto the coupling site 210. This will result in the male luer lock being positively locked onto the present coupling site 210.

It should further be noted that, as a result of providing a configuration for the present coupling site which avoids buckling of the valve element 216, a smaller slit 236 for the valve element may be provided because the valve element 216 is structured to resist the additional stresses associated with a smaller slit during insertion of a male luer. The provision of a smaller slit is desirable for increasing the resistance of the present valve element 216 to back pressure forces applied on the interior of the coupling site 210. In addition, the inwardly extending flange 215 also acts to limit the diaphragm area which could potentially fold outwardly in the presence of large back pressure forces such that the present coupling site not only provides a convenient and easily used insertion location for a male luer, but also to effectively prevent leakage during excessive back pressure conditions.

From the above description, it should be apparent that the medical coupling site of the present invention overcomes the disadvantages associated with prior art sites. In particular, the present medical coupling site is provided with a wall structure having a sufficiently thin dimension to pass within the space defined between a standard male luer taper and a

5,501,426

<table>
<tr><td>13</td><td>14</td></tr>
</table>

locking collar for a standard male luer lock fitting. In addition, the outer surface of the coupling site is provided with threads for engaging the double helix threads of the threaded locking collar for a male luer lock whereby the coupling site is held in fixed mechanical engagement with the male luer lock.

The above-described advantages of the present invention are particularly important considerations for obtaining acceptance of the medical industry in that prior art sites either required an enlarged adapter in order to accommodate a site incorporating a threaded mechanical coupling, or the sites provided only a friction fit for maintaining the site in contact with a luer taper or other cannula.

The present invention also has an advantage over prior art sites requiring a reduced diameter cannula for insertion through a valve element in that the present invention permits a standard luer taper to be inserted through the valve into the coupling site and the interior diameter of the coupling site is at least as large as the interior diameter of a standard luer taper. Thus, the coupling site of the present invention does not impose any restrictions to flow resulting from reductions of diameter within the site.

A further advantage of the present invention results from providing biasing means in the form of ribs for controlling the location of the diaphragm and thereby maintaining the slit in a closed position. Thus, the diaphragm of the present invention does not require excessive forces directed inwardly toward the slit in order to maintain the slit in a closed position, and as a result thereof the ease of insertion of a luer taper into the valve is greatly enhanced.

It should also be noted that the use of a thin rigid retainer in combination with a tubular valve element having a diaphragm extending across an end thereof provides a critical dual function of both providing a mounting structure for the threads and also acting as a reinforcing structure to rigidly support the valve element and thereby ensure closure of the slit, as well as prevent inadvertent opening of the slit resulting from side forces applied to the coupling site at the location of the valve element.

Other advantages associated with the present invention include the simplicity with which the medical coupling site may be incorporated into existing medical fluid systems without change over of equipment or the use of adapters to incorporate non-standard fittings. Also, while the present invention is particularly adapted to be used with standard male luer locks, it may also be used with other cannula or may be accessed with a conventional steel needle. The coupling site further provides for a positive feedback of a locked connection such that medical personnel will be able to quickly connect male luer lock fittings to the site.

In addition, the resiliency of the valve element diaphragm enables the present coupling site to be used for multiple insertions and with extended indwell times while maintaining its capability to form a fluid-tight seal at the slit upon removal of a luer taper or cannula. The design of the coupling site with the valve element extending from a point adjacent to the first end of the sleeve to a point in contact with the support base further ensures that crevices for containing pockets of fluid are avoided such that flushing of the valve in between administration of medicines is facilitated.

While the forms of apparatus herein described constitute preferred embodiments of the invention, it is to be understood that the invention is not limited to these precise forms of apparatus, and that changes may be made therein without departing from the scope of invention, which is defined in the appended claims.

What is claimed is:

1. A medical coupling site for cooperation with a medical fitting having a tubular cannula surrounded by an internally threaded collar, said medical coupling site comprising:

a support base defining a longitudinal axis;

a retainer supported by said support base and extending substantially parallel to said longitudinal axis;

an elastomeric valve member including a tubular body portion extending substantially parallel to said longitudinal axis, said valve member having first and second ends and a relatively thin diaphragm extending across said first end of said valve member;

wherein a thickness of said body portion, measured in a direction perpendicular to said longitudinal axis, is greater than a thickness of said retainer near said first end of said valve member.

2. The medical coupling site of claim 1 wherein said valve member has an outer wall in contact with said retainer and an inner wall forming a passage for said male luer taper.

3. The medical coupling site of claim 2, wherein said retainer has an outer wall defining a maximum outer diameter of approximately 7 mm adjacent to said first end and said inner wall of said valve element defines a minimum inner diameter of approximately 4 mm.

4. The medical coupling site of claim 1, including means defining a slit extending diametrically across said diaphragm and biasing means extending inwardly from said inner wall toward said slit for biasing said slit closed

5. The medical coupling site of claim 4, wherein said biasing means include discrete members extending radially inwardly in a direction from said second end toward said first end of said valve element.

6. The medical coupling of claim 1, wherein said valve member is formed of an elastomeric material.

7. The medical coupling site of claim 1, wherein said retainer includes a first end adjacent to said first end of said body portion and a second end adjacent to said support base, and said second end of said body portion is in contact with said support base such that fluids flowing through said site will not contact said retainer.

8. A medical coupling site for use with a male luer lock having a male luer taper and a threaded locking collar, said medical coupling site comprising:

a support base;

a retainer supported on said base; and

an elastomeric valve element located within said retainer, said valve element including a substantially tubular body portion having first and second ends and a diaphragm extending across said first end of said body portion defining a concave surface;

wherein said valve element includes an outer wall in contact with said retainer and an inner wall defining a passage for receiving said male luer taper.

9. The medical coupling site of claim 8, wherein said retainer has an outer wall defining a maximum outer diameter of approximately 7 mm adjacent to said first end and said inner wall of said valve element defines a minimum inner diameter of approximately 4 mm.

10. The medical coupling site of claim 8, including means defining a slit extending diametrically across said diaphragm and biasing means extending inwardly from said inner wall toward said slit for biasing said slit closed.

11. The medical coupling site of claim 8, wherein said retainer includes a first end adjacent to said first end of said body portion and a second end adjacent to said support base, and said second end of said body portion is in contact with

5,501,426

## 15

said support base such that fluids flowing through said site will not contact said retainer.

12. A medical coupling site for use with a male luer lock having a male luer taper and a threaded locking collar, said medical coupling site comprising:

a support base;

a retainer supported on said base;

an elastomeric valve element located within said retainer, said valve element including a substantially tubular body portion having first and second ends and a diaphragm extending across said first end of said body portion;

wherein said valve element includes an outer wall in contact with said retainer and an inner wall defining a passage for receiving said male luer taper; and

wherein said retainer has an outer wall defining a maximum outer diameter of approximately 7 mm near said first end of said valve element and said inner wall of said valve element defines a minimum inner diameter of approximately 4 mm.

13. The medical coupling site of claim 12, including means defining a slit extending diametrically across said diaphragm and biasing means extending inwardly from said inner wall toward said slit for biasing said slit closed.

## 16

14. The medical coupling site of claim 13, wherein said retainer includes a first end adjacent to said first end of said body portion and a second end adjacent to said support base, and said second end of said body portion is in contact with said support base such that fluids flowing through said site will not contact said retainer.

15. A medical coupling site for use with a male luer lock having a male luer taper and a threaded locking collar, said medical coupling site comprising:

an elastomeric valve element including a substantially tubular body portion having first and second ends and a diaphragm extending across said first end of said body portion;

retaining means including a tubular sleeve for retaining said valve element;

said valve element including an outer wall in contact with said tubular sleeve and an inner wall defining a passage for receiving said male luer taper; and

said retaining means having first and second ends, said first end being adjacent to said first end of said body portion and including a portion turned inwardly toward said first end of said valve element.

*   *   *   *   *

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.  : 5,501,426
DATED       : March 26, 1996
INVENTOR(S) : Gordon E. Atkinson

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

On the title page, item [75] delete Dennis A. Boehmer, Beavercreek, both of Ohio.

Signed and Sealed this

Sixteenth Day of July, 1996

*Attest:*

*Bruce Lehman*

**BRUCE LEHMAN**

*Attesting Officer*                    *Commissioner of Patents and Trademarks*

# EXHIBIT H

US005533708A

# United States Patent [19]

## Atkinson et al.

[11] **Patent Number:** 5,533,708

[45] **Date of Patent:** Jul. 9, 1996

[54] **MEDICAL COUPLING SITE VALVE BODY**

[75] Inventors: **Gordon E. Atkinson**, Cedarville; **Thomas J. Solomon**, Centerville, both of Ohio

[73] Assignee: **Vernay Laboratories, Inc.**, Yellow Springs, Ohio

[21] Appl. No.: **378,506**

[22] Filed: **Jan. 26, 1995**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 153,998, Nov. 18, 1993, abandoned, which is a continuation-in-part of Ser. No. 44,830, Apr. 12, 1993, Pat. No. 5,295,657, which is a division of Ser. No. 893,813, Jun. 4, 1992, Pat. No. 5,251,873.

[51] Int. Cl.$^6$ .................................................. F16L 37/28

[52] U.S. Cl. ...................... 251/149.1; 604/256; 604/905

[58] Field of Search ........................ 251/149.1; 604/256, 604/905

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,881,937 | 4/1959 | Roberts | 215/76 |
| 3,837,381 | 9/1974 | Arroyo | 251/149.1 |
| 4,143,853 | 5/1979 | Abramson | 251/149.1 |
| 4,387,879 | 6/1983 | Tauschinski | 251/149.1 |
| 4,436,519 | 3/1984 | O'Neill | 604/256 |
| 4,511,359 | 4/1985 | Vaillancourt | 604/411 |
| 4,568,336 | 2/1986 | Cooper | 604/240 |
| 4,607,671 | 8/1986 | Aalto et al. | 141/329 |
| 4,610,674 | 9/1986 | Suzuki et al. | 604/282 |
| 4,629,450 | 12/1986 | Suzuki et al. | 604/164 |
| 4,673,394 | 6/1987 | Fenton, Jr. et al. | 604/175 |
| 4,673,400 | 6/1987 | Martin | 604/905 |
| 4,683,916 | 8/1987 | Raines | 137/854 |
| 4,759,756 | 7/1988 | Forman et al. | 604/413 |
| 4,765,588 | 8/1988 | Atkinson | 251/149 |
| 4,786,281 | 11/1988 | Valentini et al. | 604/905 |
| 4,850,975 | 7/1989 | Furukawa | 604/170 |
| 4,874,377 | 10/1989 | Newgard et al. | 604/167 |
| 4,895,346 | 1/1990 | Steigerwald | 251/149.1 |
| 5,010,925 | 4/1991 | Atkinson et al. | 137/847 |

| | | | |
|---|---|---|---|
| 5,069,424 | 12/1991 | Dennany, Jr. et al. | 251/149.1 |
| 5,092,840 | 3/1992 | Healy | 604/83 |
| 5,100,394 | 3/1992 | Dudar et al. | 604/283 |
| 5,104,379 | 4/1992 | Nakamura et al. | 604/256 |
| 5,114,408 | 5/1992 | Fleischhaker et al. | 604/905 |
| 5,171,234 | 12/1992 | Jepson et al. | 604/283 |
| 5,190,067 | 3/1993 | Paradis et al. | 137/1 |
| 5,203,775 | 4/1993 | Frank et al. | 604/256 |
| 5,251,873 | 10/1993 | Atkinson | 251/149.1 |
| 5,280,876 | 1/1994 | Atkins | 251/149.1 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 86308392 | 5/1987 | European Pat. Off. . |
| 0314602 | 10/1988 | European Pat. Off. . |
| 3303718 | 10/1984 | Germany . |
| 8425197 | 10/1985 | Germany . |
| 3809127 | 4/1989 | Germany . |
| 3913392 | 10/1990 | Germany . |
| WO88/01881 | 3/1988 | WIPO . |
| WO90/11103 | 10/1990 | WIPO . |
| WO92/04936 | 4/1992 | WIPO . |
| WO92/19293 | 11/1992 | WIPO . |

*Primary Examiner*—A. Michael Chambers
*Attorney, Agent, or Firm*—Biebel & French

[57] **ABSTRACT**

The present invention provides a medical coupling site which is adapted to be attached directly to a standard male luer lock fitting. The coupling site includes a valve element contained within a tubular housing. The housing is provided with a threaded portion for engaging the threaded locking collar of a male luer lock whereby the male luer lock will be held in positive mechanical locking engagement with the coupling site. The valve element is provided with rib members extending inwardly from an inner wall of the valve element toward a slit formed in a diaphragm such that the rib members act to bias the slit to a closed position. The housing includes a flange extending radially inwardly over the diaphragm and defining a diameter for frictionally engaging a male luer in locking engagement. In addition, an exposed surface of the diaphragm is formed with surface texturing to define a roughened surface. The roughened surface reduces the surface friction between the diaphragm and a male luer as the luer is inserted through the diaphragm.

**34 Claims, 13 Drawing Sheets**





FIG-1



FIG-2



*FIG - 3*



*FIG - 4*

*FIG - 5*



*FIG - 6*





FIG - 7



FIG - 8



FIG - 9



FIG - 10

FIG-11



FIG-12





FIG·13



FIG-14

FIG-15



Case 1:07-cv-00057-MPT    Document 84-7    Filed 08/31/2007    Page 33 of 45

*FIG-16*



Case 1:07-cv-00057-MPT    Document 84-7    Filed 08/31/2007    Page 34 of 45



FIG-17



FIG 18



FIG-19

5,533,708

1

# MEDICAL COUPLING SITE VALVE BODY

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. application Ser. No. 08/153,998, filed Nov. 18, 1993, now abandoned which is a continuation-in-part of U.S. application Ser. No. 08/044,830, filed Apr. 12, 1993, now U.S. Pat. No. 5,295,657 issued Mar. 22, 1994, which is a divisional of U.S. application Ser. No. 07/893,813, filed Jun. 4, 1992, now U.S. Pat. No. 5,251,873 issued Oct. 12, 1993, all assigned to the same assignee as this application.

## BACKGROUND OF THE INVENTION

The present invention relates to a coupling site for use in medical applications and more particularly, to a coupling site which includes a valve element and support structure for cooperation with a standard male luer lock having a male luer taper and a threaded locking collar.

In recent years there has been increased concern with the spread of infectious diseases which may result from puncture wounds made by medical needles. There is also concern with the inconvenience of handling devices having needles which may inflict painful puncture wounds and which may be easily broken. However, needles have continued to be used in association with injection sites or other coupling sites in medical applications to transfer fluids to and from syringes or fluid conveying cannula. The continued use of needles for such coupling sites may be attributed to the convenience with which a needle may be inserted through a soft diaphragm wherein a fluid-tight seal is formed around the needle and, subsequently the needle may be withdrawn from the diaphragm resulting in the diaphragm resiliently filling in and closing the aperture formed by the needle. Thus, needle type injection sites have the advantages of providing quick access for a fluid cannula as well as providing an access site which ensures a fluid-tight seal due to the small size of the aperture formed in the diaphragm by the needle.

In spite of the advantages associated with needle type injection sites, there is a recognized need for replacing such an injection site with one which eliminates the needle in order to avoid the disadvantages associated therewith including the possibility of medical personnel receiving a puncture wound during the use thereof and the progressive deterioration of the diaphragm resulting from repetitive puncturing of the diaphragm.

One proposed solution for eliminating needles at coupling sites includes providing a valve member having a slit for receiving a blunt cannula therethrough wherein the slit is biased to a closed position such that a fluid-tight seal is formed at the valve member when the cannula is removed.

U.S. Pat. No. 4,765,588 to Atkinson discloses a valve for receiving the blunt end of a syringe and includes a slit diaphragm member mounted within a tubular body wherein the diaphragm is stretched in the area of the slit and moves in close to the tubular body as a luer taper portion of the syringe is inserted. In addition, the exterior wall of the body portion is dimensioned to be received within a threaded locking collar of the syringe surrounding the luer taper whereby an additional fluid-tight seal is formed with the valve.

It has been recognized that it is not only desirable to provide a valve adapted to receive a blunt cannula such as the luer taper of a syringe, as is disclosed by the above

2

Atkinson patent, it is also desirable to provide a connection or coupling which positively locks the blunt cannula to the coupling site and thereby prevents inadvertent removal of the cannula during use. A concept for providing a mechanical lock between a blunt cannula and an injection site is disclosed in PCT Publication No. WO 90/11103 which discloses an injection site having a housing mounting a preslit septum and means for mechanically coupling a specially adapted cannula to the housing. One such special cannula contemplates providing a female luer connection for threadably engaging within the threaded locking collar of a male luer lock fitting on a syringe and further includes a specially configured blunt cannula having a tapered end for passing through the preslit septum of the valve. In addition, the housing holding the septum may be provided with threads for engaging coupling threads located interiorly of a shield surrounding the cannula.

It should be noted that in the above-described site, the outer diameter of the housing is formed larger than the inner diameter of the threaded collar on the syringe in order to provide sufficient space for the septum which expands outwardly into an annular space during insertion of a cannula.

There is a need for a medical coupling site that is usable with blunt cannula such as are provided by standard male luer lock fittings having a male luer taper surrounded by a threaded locking collar and in which the site is provided with a valve element and means for directly engaging the threads on the locking collar to form a mechanical connection. It should be noted that such a site is highly desirable in that standard dimensions for both male and female luer taper fittings have been recognized by both the American National Standards Institute, Inc. (ANSI) and by the International Organization for Standardization (ISO). Thus, the fittings formed on the ends of syringes, as well as fittings for the majority fluid connections used in medical applications throughout the world, conform to the ANSI and ISO standards and a coupling site incorporating a valve for use with such standard fittings would provide the advantage of allowing a positive mechanical connection to be formed at the coupling site as well as eliminate the need for the use of needles or special cannula to penetrate the valve element, and thus would overcome disadvantages associated with prior art coupling sites.

Elimination of the need for a special cannula for use at the coupling site would also provide a cost advantage in that only the coupling site would need to be purchased and existing fittings could be used in conjunction with this site.

One problem associated with providing a coupling site for use with a standard male luer lock results from the limited space provided between the outer surface of the male luer taper and the inner surface of the threaded locking collar which makes it difficult to provide both a rigid locking surface on the outside of the fitting for engaging the locking collar and a flexible valve element of sufficient size and resilience to releasably accommodate the male luer taper.

Thus, the Atkinson patent described above describes a valve element which may be used with a luer fitting, but in which the outer surface of the elastomeric valve element is received in contact with the locking collar without the inclusion of any rigid member for engaging the threads within the collar. The PCT publication described above discloses an alternative approach to the same problem in that the adapter provided for attachment to a standard luer lock is provided with a locking collar which is larger than the locking collar provided on the male luer lock, thus permit-

5,533,708

3

ting the coupling site to be constructed with an enlarged diameter to accommodate a sufficiently large septum for receiving a cannula having the desired diameter for providing sufficient flow through the site.

There are certain physical design limitations to providing a valve element which will both receive a luer taper as well as reliably reseal after the luer taper is removed. Several prior art valves for receiving a luer taper provide a thick disk or septum, such as is disclosed in the above-noted PCT publication, wherein the disk or septum is formed with a sufficient amount of resilient material around the slit to close the slit when a cannula is not present. Space must be provided in order to accommodate the distortion of material around the slit as the cannula is inserted and this space must either be provided within the fluid passage area for receiving the cannula or within the housing supporting the disk or septum, such as may be provided by an annular space directly adjacent to the outer periphery of the disk or septum.

Alternatively, the slit may be formed in a relatively thin diaphragm, such as is disclosed in the Atkinson patent, wherein sufficient space for receiving the distorted portions of the diaphragm around the slit is provided within a space defined by a tubular body portion for receiving the luer taper.

Thus, it is apparent that in any coupling site sufficient space must be provided around the circumference of any valve member in order to accommodate distortion of the resilient material forming the valve member such that little space is available for additionally accommodating a rigid member adapted to engage the threaded locking collars surrounding the male luer taper. Further, if the material surrounding the slit portion of the valve element is reduced, the forces provided by the material to resiliently bias the slit to a closed position are also reduced and thus may result in an undesirable structure which will not positively seal the slit closed upon removal of a cannula or luer taper.

It should further be noted that it is preferable to provide a coupling site which is adapted to receive cannula having a diameter at least as large as a standard male luer taper in order to avoid introducing any restriction to flow at the site with resulting reductions in the flow rate.

A further problem associated with prior art coupling sites relates to the ability of a male luer to easily slide across the surface of the diaphragm as it is inserted through the diaphragm. Typically, wiping a valve site prior to insertion of a male luer therethrough causes the valve surface to become increasingly less slippery resulting in the male luer tending to stick to the surface of the valve element rather than sliding across the surface of the valve as it is inserted through the diaphragm.

Accordingly, there is a need for a medical fluid path coupling site which may be coupled directly to a standard male luer lock including means for forming a mechanical connection with a threaded locking collar portion of the luer lock. In addition, there is a need for such a site including a valve in which a slit for receiving a male luer taper portion of the male luer lock is positively biased to a closed position to prevent leakage through the valve when the male luer taper is removed.

Further, there is a need for a medical coupling site wherein the valve is provided with a surface for reducing friction between the male luer and the valve whereby insertion of a male luer through the valve is facilitated.

SUMMARY OF THE INVENTION

The present invention provides a coupling site for use in medical fluid flow applications wherein the coupling site is

4

adapted for use with a standard male luer lock having a male luer taper and a threaded locking collar. The medical coupling site of the present invention is preferably configured for use with a male luer lock constructed according to ANSI and ISO standards such that the coupling site of the present invention is adapted for immediate use in fluid flow paths currently in use throughout the world without the necessity of any adapter couplings being provided between the coupling site and existing standard luer fittings.

The medical coupling site of the present invention includes a support base defining a longitudinal axis for the coupling site, and a retainer supported on the base. A valve element is located within the retainer and includes a substantially tubular body portion having first and second ends and a diaphragm member extending across the first end of the body portion.

Lug means are provided extending radially outwardly from the retainer for engaging threads on the threaded locking collar of the male luer lock. The lug means are preferably located at an end of the retainer adjacent to the diaphragm member of the valve element.

The body portion of the valve element includes an outer wall in contact with an inner wall of the retainer. In addition, an inner wall of the valve element body portion defines a tubular passage for receiving the male luer taper portion of the male luer lock.

The diaphragm member includes means defining a slit extending diametrically across the diaphragm member, and biasing means extend inwardly from the inner wall of the body portion toward the slit for biasing the slit to a closed position. The biasing means preferably include discrete members, such as ribs, extending radially inwardly in a direction from the second end of the body portion toward the first end thereof. The biasing means increase the effectiveness of the diaphragm to quickly close the slit when a cannula or luer taper is not present while also providing space for the deformation of the diaphragm member during insertion of a cannula or luer taper.

Thus, while the diaphragm is formed as a highly flexible element permitting easy insertion of a cannula into the valve, the biasing means ensure that the slit is positively sealed when a cannula is not present.

Further, in order to provide a coupling site structure which will fit between the male luer taper and threaded locking collar of a male luer lock, the retainer is formed as a thin structure relative to the body portion. In the preferred embodiment, a thickness of the body portion, as measured in a direction perpendicular to the longitudinal axis, is greater than a thickness of the retainer, measured in the same direction, at a location adjacent to the lug means. Further, the retainer is preferably formed from thin metal and the lug means are formed as first and second protrusions formed in the metal on opposite sides of the retainer.

The retainer extends from a location adjacent to the first end of the body portion to a location adjacent to the support base and the body portion of the valve element extends along the retainer and is positioned in contact with the support base such that fluids flowing through the coupling site will not contact the retainer. The body portion is preferably sandwiched between the retainer and the support base at the second end of the body portion whereby the valve element is held in place relative to the support base.

In one embodiment of the coupling site, the diaphragm of the valve element is formed having a concave outer surface and a convex inner surface wherein the concave surface has a peripheral edge located closely adjacent to an annular end

5,533,708

5

surface of the body portion. Further, the concave surface is relatively shallow such that it may be easily sterilized prior to insertion of a cannula.

In a further embodiment of the coupling site, the diaphragm of the valve element is formed having a substantially planar outer surface. The outer surface is formed having a predetermined rough surface texturing whereby the frictional forces between a male luer and the diaphragm are decreased. In addition, the rough surface texturing defines a plurality of hills and valleys wherein a lubricous substance may be located and retained within the valleys during wiping of the exposed surface with a sterile wipe. Thus, the surface texturing facilitates retention of the lubricous substance for lubricating insertion of a male luer through the diaphragm.

Therefore, it is an object of the present invention to provide a medical coupling site which provides a secure connection with a standard male luer lock, such that medical personnel receive a positive feedback of a locked connection when the device is in use.

It is another object of the present invention to provide a coupling site which ensures a secure seal to a medical fluid flow line both when a cannula is present at the site and when a cannula is absent.

It is a further object of the present invention to provide a medical coupling site which provides a minimal resistance to insertion of a cannula.

It is yet another object of the present invention to provide a medical coupling site which is economical to produce, which has a simple design and which requires minimal usage instructions such that the site may be readily placed in use without disruption to systems currently in place.

Other objects and advantages of the invention will be apparent from the following description, the accompanying drawings, and the appended claims.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of the medical coupling site of the present invention;

FIG. 2 is a cross-sectional view of the coupling site taken along line 2—2 in FIG. 1, and additionally showing a male luer lock fitting for connection to the coupling site;

FIG. 3 is a view similar to FIG. 2 in which the male luer lock fitting is shown inserted into the coupling site prior to threaded engagement of the male luer lock fitting with the coupling site;

FIG. 4 is a cross-sectional view of the coupling site taken along line 4—4 in FIG. 1;

FIG. 5 is a cross-sectional view taken along line 5—5 in FIG. 2;

FIG. 6 is a perspective view of a second embodiment of the medical coupling device of the present invention;

FIG. 7 is a cross-sectional view taken along line 7—7 in FIG. 6, and additionally showing a male luer lock fitting for connection to the coupling site;

FIG. 8 is a cross-sectional view similar to FIG. 7 in which the male luer lock fitting is shown inserted into the coupling site prior to threaded engagement of the male luer lock with the coupling site;

FIG. 9 is a cross-sectional view similar to that shown in FIG. 2 illustrating an alternative configuration for the valve element;

FIG. 10 is a cross-sectional view taken along line 10—10 in FIG. 9;

6

FIG. 11 is a cross-sectional view taken along line 11—11 in FIG. 9;

FIG. 12 is a cross-sectional view similar to that shown in FIG. 2 illustrating a further embodiment of the present invention;

FIG. 13 is a perspective view of a further embodiment of the medical coupling device of the present invention;

FIG. 14 is a cross-sectional view taken along line 14—14 in FIG. 13;

FIG. 15 is a perspective partially cutaway view of the embodiment of FIG. 13;

FIG. 16 is a partially cutaway bottom perspective view of the valve element used in the embodiment of FIG. 13;

FIG. 17 is a cross-sectional elevational view showing a male luer slip inserted into the coupling site of FIG. 13;

FIG. 18 is an alternative configuration for the valve element of the embodiment of FIG. 13; and

FIG. 19 is an enlarged cross-sectional view of an upper portion of the diaphragm in elevation illustrating the profile of the surface texture for the exposed surface of the diaphragm.

DETAILED DESCRIPTION OF THE PRE-
FERRED EMBODIMENT

Referring to FIGS. 1–5, a first embodiment of the medical coupling site is shown and is designated generally by reference numeral 10. As may be best seen in FIGS. 1, 2 and 4, the coupling site 10 generally includes a support base 12, a retainer 14 supported on the support base and a valve element 16 located within the retainer.

In the preferred embodiment, the support base 12 is formed from a plastic material, the retainer 14 is formed from a metal material such as coated aluminum, and the valve element 16 is formed of an elastomeric material such as an elastomer which conforms to standard medical specifications. However, it should be noted that other materials may be used for forming the particular elements of the present medical coupling site 10 to the extent that the alternative materials permit the coupling site 10 to function with the advantages to be described below.

As seen in FIGS. 2 and 4, the support base 12 preferably includes a tubular luer taper portion 18 defining a longitudinal axis 20 of the coupling site 10. The luer taper portion 18 is surrounded by a threaded locking collar 22 such that the coupling site 10 may be attached to a standard female luer fitting. In addition, an outwardly extending flange portion 24 is attached to an inner end of the luer taper portion 18 extending from an end wall 26 of the collar 22.

The valve member 16 includes a tubular body portion 28 extending substantially parallel to the longitudinal axis 20 and defining a first end 30 and a second end 32 wherein the second end 32 is in contact with the support base 12 adjacent to the end wall 26. The valve element 16 further includes a thin flexible diaphragm 34 extending across the first end 30 of the body portion 16.

The diaphragm 34 includes means defining a slit 36 extending diametrically across the diaphragm 34. In addition, the diaphragm 34 defines opposing first and second sides 38, 40 wherein the first side 38 is formed as a concave surface and the second side 40 is formed as a convex surface. The concave first surface 38 includes a peripheral edge lying in a plane defined by an annular end surface 42 of the body portion 16.

5,533,708

7

It should be noted that the first surface 38 is provided with a relatively shallow curvature such that the first surface 38 is easily cleaned by wiping of the surface. Also, as a result of forming the diaphragm 34 curved inwardly toward the port base 12, fluid pressure within the site 10 will exert an outwardly directed force on the diaphragm 34 and will tend to cause the material surrounding the slit 36 to compress inwardly, thus biasing the slit closed.

Further, although the second surface 40 is shown having a substantially cylindrical curvature, it should be noted that this surface may also be formed having a spherical or dome-shaped curvature.

Referring to FIGS. 2, 4 and 5, the valve element 16 is further provided with biasing means which are preferably in the form of first and second ribs 44, 46 extending radially inwardly from an inner wall 48 of the body portion 16 toward the slit 36 in a direction from the second end 32 toward the first end 30. As may be best seen in FIG. 5, the rib members 44, 46 are oriented such that they intersect and extend parallel to a plane which intersects the longitudinal axis 20 and extends perpendicular to the slit 36. In addition, each of the rib members 44, 46 define a width dimension in a direction parallel to the slit 36 which is less than an interior diameter defined by the inner wall 48 of the valve body 16. Thus, the rib members 44, 46 have a dimension in a direction parallel to the longitudinal axis 20 which decreases in a direction from the inner wall 48 toward the slit 36.

The rib members 44, 46 reinforce the diaphragm 34 and act to bias the slit 36 to a closed position. Further, by providing rib members 44, 46 which have a width dimension less than the inner diameter of the body portion 16, the space surrounding the rib members 44, 46 is available to accommodate elastomeric material of the diaphragm 34 and body portion 28 as the valve element 16 is distorted during insertion of a male luer taper 50 (see FIG. 2).

Referring to FIGS. 1, 2 and 5, the retainer 14 is formed as a tubular sleeve defined by an elongated body 52 having a first end 54 adjacent to the first end 30 of the valve element 16 and a second end 56 adjacent to the second end 32 of the valve element 16.

The first end 54 of the retainer 14 is turned inwardly into the first end of the valve element 16 and is preferably folded over to form a double thickness portion. This portion forms a reduced area for slightly compressing the valve element 16 in the area around the diaphragm 34 to thereby form a seal preventing fluids from passing between the valve element 16 and the retainer 14.

The second end 56 is preferably crimped inwardly toward a gap formed between the flange portion 24 and the end wall 26 to thereby hold the second end 32 of the valve element 16 under the flange portion 24 such that the valve element 16 is firmly held in place on the support base 12. Thus, the valve body portion 28 extends substantially along the length of the retainer 14 and isolates the retainer 14 from fluids flowing through the coupling site, as well as forms a direct fluid path through the site 10 to avoid the formation of crevices or pockets which may retain fluids and hinder flushing of the site between administration of different medicines.

In addition, the inner surface of the elongated body 52 preferably defines a diameter which is slightly smaller than the outer diameter of the body portion 28 prior to mounting in the coupling site 10. Thus, the retainer 14 firmly engages the valve element 16 and applies a predetermined compression force for further biasing the material surrounding the slit 36 inwardly toward the axis 20 for closing the slit 36.

8

The retainer 14 further includes a pair of lugs 58, 60 extending radially outwardly from the outer surface of the retainer body 52. It should be noted that the retainer 14 is preferably formed from thin material such as coated aluminum, which may be conveniently stamped to a desired shape. Thus, the lugs 58, 60 may be formed as stamped protrusions in the body 52.

The lugs 58, 60 are configured to engage the double helix threads formed on the interior of a threaded locking collar 62 (see FIG. 2) for a standard male luer lock. Thus, the lugs 58, 60 may be formed extending at a slight angle relative to a plane extending perpendicular to the longitudinal axis 20. In addition, it should be noted that the lugs may be formed having an alternative configuration, such as a configuration defining threads extending around the entire circumference of the retainer body 52 and that other means of forming the thin metal retainer, such as machining, may be applied.

The lugs 58, 60 are preferably located adjacent to the first end 54 of the retainer 14 and the thickness of the retainer body portion 52 in at least the area adjacent to the lugs has a thickness, as measured in a direction perpendicular to the longitudinal axis 20, which is less than the thickness of the valve element body portion 28. The relationship between the thickness of the retainer 14 and the valve element 16 is important since only a limited amount of space is available between a standard male luer taper 50 and the surrounded locking collar 62. Thus, in the configuration of the present invention, it is desirable to provide a maximum amount of material for the resilient valve element 16 in order to form a positive seal while providing a retainer 14 of minimal thickness to form the locking connection with the threaded locking collar 62.

It should particularly be noted that the present medical coupling site 10 is specifically designed for cooperation with a standard male luer lock having standardized dimensions, as specified by ANSI and ISO. Referring to FIG. 2, a standard male luer lock 64 is illustrated and may be in the form of a standard syringe end including a male luer taper 50 and a threaded locking collar 62. In accordance with ANSI and ISO standards, the male luer taper 50 has an outer diameter of approximately 3.9 mm to 4.0 mm and the threaded locking collar 62 has a minimum inner diameter, as defined by the threaded portion of approximately 7.0 mm to 7.2 mm. In addition, the male luer taper is formed tapering inwardly at an angle of 6°. Thus, the retainer 14 of the coupling site 10 is formed having a maximum outer diameter for the retainer body 52 of approximately 7.0 mm, and the inner wall 48 of the valve element 16 defines a minimum diameter of 4 mm.

As shown in FIG. 3, the configuration of the present coupling site 10 results in a site which is particularly adapted to be received between the male luer tip 50 and the locking collar 62 with the outer surface of the site 10 forming a positive mechanical connection with the threads of the collar 62 and with the interior of the valve body 28 providing sufficient clearance for the male luer taper 50 to easily slide into the coupling site 10. In addition, end surface 65 of the luer taper 18 may serve as a convenient stop surface for engaging the end of the luer taper 50 to define a positive lock position between the male luer lock 64 and the coupling site 10.

With reference to FIG. 3, it should also be noted that the male luer taper 50 causes the diaphragm 34 to be stretched and pushed into a distorted position adjacent to the inner wall 48, with an accompanying distortion of the ribs 44, 46.

Further, the coupling site 10 of the present invention incorporates a flexible diaphragm member 34 having a slit

5,533,708

<table>
<tr><td>9</td><td>10</td></tr>
</table>

**9**

36 wherein the slit is biased to a closed position through forces exerted on the diaphragm member by a supporting tubular body portion 28 forming a passage for receiving the male luer taper. Providing such a diaphragm member 34 for forming the seal on the site end results in a highly resilient opening offering reduced resistance to forces pushing the male luer taper 50 or other cannula into the coupling site 10 while also providing a reliable closure element when the male luer taper 50 is removed from the site 10.

In addition, the present coupling site 10 may also easily be used with a needle in that a needle may be inserted through the diaphragm 34 in the region surrounding the slit 36 if it should be necessary to infuse or withdraw fluids through a needle at the injection site.

Referring to FIGS. 6–8, a second embodiment of the present invention is shown and is designated generally as 10'. In addition, elements in the second embodiment corresponding to elements in the first embodiment are labeled with the same reference numeral primed. The embodiment of FIGS. 6–8 differs from the previous embodiment in that the area surrounded by the flange portion 24' includes an enlarged passage defining a luer slip 66' which is adapted to receive the end of a standard male luer taper 50'. The area of the second end 32' of the body portion 16' and the second end 56' of the retainer 14' are formed with an enlarged diameter, as compared to the previous embodiment, in order to accommodate the enlarged luer slip area 66'.

The portion of the valve body 28' and the retainer body 52' adjacent to the lugs 58', 60' is formed with the same diameter as in the previous embodiment such that the coupling site 10' will cooperate with a standard male luer lock 64' in the same manner as in the previous embodiment. However, it should be noted that as the luer taper 50' is inserted into the coupling site 10' and the locking collar 62' is threadably engaged with the retainer 14', the tip of the luer taper 50' will pass into the luer slip 66' whereby an additional seal is formed between the exterior of the luer taper 50' and the interior of the luer slip 66'. In addition, the contact between the luer taper 50' and luer slip 66' defines a positive lock position between the luer lock 64' and the coupling site 10'.

It should also be noted that the alternative configuration of FIGS. 6–8 does not affect the advantages afforded by passage of the retainer 14' and valve element 16' in between the luer taper 50' and the locking collar 62' to form a sealed connection wherein the standard luer lock 64' is mechanically locked onto the coupling site 10'.

FIGS. 9–11 show an alternative to the first embodiment in which an alternative valve element 16" is shown and in which the elements for the retainer 14 and the support base 12 remain unchanged and are identified with the same reference numerals as in the first embodiment.

The valve element 16" of the present invention differs from the valve element 16 of the first embodiment in that a different rib structure is provided for biasing the slit 36" to a closed position. Specifically, a pair of rib portions 44", 45" and 46", 47" are provided on opposing sides of the slit 36". Each pair of rib members 44", 45" and 46", 47" is separated by a space 68", 70", respectively.

The rib members 44"–47" operate in the same manner as the ribs 44, 46 of the first embodiment to reinforce the diaphragm 34" and bias the slit 36" to a closed position In addition, the spaces 68", 70" provide an area for the material of the valve element 16" to deform into when a male luer taper is inserted into the coupling site.

It should be noted that other configurations for the rib members may be provided in order to bias the valve dia-

**10**

phragm to a closed position. For example, the curved surface of the ribs 44, 46 extending from the inner wall 48 of the valve element 16 to the slit 36 may be formed as a straight inwardly angled surface or may be provided with some other shape. In addition, it should be noted that the design of the diaphragm 34 and the reinforcing rib members 44, 46 for biasing the slit to a closed position may be altered to provide a predetermined resistance to back flow through the valve element 16. Thus, if it is desired for the coupling site 10 to provide a pressure relief function, such as when the coupling site 10 is used in a conventional Y-site with fluid being pumped into the Y-site through another opening, the valve element 16 may be designed to release fluid from the slit 36 at a predetermined pressure in order to avoid excessive pressure from being applied into a patient at an infusion site.

Finally, it should be noted that the diaphragm 34 may be formed as a planar element having opposing first and second sides which are substantially flat. By providing an outwardly facing planar surface, the valve of the present invention would be particularly easy to clean by wiping the surface.

FIG. 12 shows a further alternative embodiment to the first embodiment in which elements of the further embodiment corresponding to elements in the first embodiment are labeled with the same reference numerals increased by 100. In this embodiment, the retainer 114 is a formed thin element of any relatively rigid material such as metal or plastic. The second end 156 of the retainer includes an enlarged end surface 155 engaging a flange portion 157 of the valve element 116. The flange portion 157 is located within a groove defined between an inner end of the luer taper portion 118 and a lip 159 extending from the support base 112. The lip 159 firmly engages the enlarged second end 156 of the retainer 114 in frictional contact to positively maintain the elements of the coupling site 110 in position relative to each other. The coupling site 110 operates in a manner identical to that of the previous embodiments and differs only in the manner of forming the retainer 114 and in the structure for mounting the retainer 114 and the valve element 116 to the support base 112.

It should be noted that the retainer of the above-described embodiments may also be formed from a plastic material provided the plastic has sufficient rigidity to resist deformation during assembly and use of the coupling site.

FIGS. 13–19 illustrate yet another embodiment of the present invention.

Referring initially to FIGS. 13–19, the medical coupling site 210 of the present embodiment includes a base 212 supporting a rigid tubular retainer or housing 214, which is preferably formed of a plastic material. In addition, an elastomeric valve element 216 extends within the housing 214.

Referring further to FIG. 16, the elastomeric valve element 216 includes a tubular body portion 228 and a diaphragm 234 formed integrally with the valve body 228 and extending across a first end 230 of the valve element 216. The diaphragm 234 includes a substantially planar exposed surface 238 and a convexly curved inner surface 240 which intersects a cylindrical inner wall 248 of the valve body 228 at an acute angle. The cylindrical inner wall 248 of the valve body 228 defines a luer receiving cavity 213 between the diaphragm 234 and a second end 232 of the valve element 216, and the inner surface 240 of the diaphragm 234 faces toward the luer receiving cavity 213.

The diaphragm 234 includes a slit 236 extending diametrically across and defining an opening through the diaphragm 234. A pair of biasing ribs 244, 246 extend radially

5,533,708

11

inwardly toward each other from the cylindrical inner wall 248 to the inner surface 240 of the diaphragm 234. The rib 244 is defined by opposing, substantially planar side walls 245, and the rib 246 is defined by opposing, substantially planar side walls 247. The side walls 245, 247 extend into the luer receiving cavity 213 substantially perpendicularly from the inner surface 240 of the diaphragm 234. Each of the ribs 244, 246 further includes a respective facing surface 249, 251 extending substantially perpendicularly from the inner surface 240 of the diaphragm 234. The facing surfaces 249, 251 are located in alignment with the slit 236 and are in facing relationship for engagement with each other.

In addition, a pair of reinforcing ribs 253 (only one shown) are provided at opposing ends of the slit 236 and formed integrally with the diaphragm 234 and inner wall 248. The reinforcing ribs 253 prevent the diaphragm 234 from tearing at the ends of the slit 236 when a male luer is inserted through the diaphragm 234.

Each of the biasing ribs 244, 246 is formed with a respective hinge point 255, 257. The ribs 244, 246 are formed with thickened ends adjacent to the inner wall 248 and at the facing surfaces 249, 251, and the hinge points 255, 257 are defined by thin portions of the ribs 244, 246 intermediate the thickened ends. The hinge points 255, 257 facilitate flexing of the ribs 244, 246 when a male luer 288 (see FIG. 17) is inserted through the diaphragm 234. Further, the thickened portions adjacent to the facing surfaces 249, 251 facilitate preventing the diaphragm 234 from being pushed open by a fluid pressure from within the luer receiving cavity 213 in that the facing surfaces 249, 251 are adapted to engage each other to prevent outward flexing of the diaphragm 234 at the slit 236.

As seen in FIG. 16, the valve body 228 also includes a substantially cylindrical outer wall portion 259 adjacent to the first end 230 and an outwardly tapered outer wall portion 261 extending from a junction with the cylindrical outer wall portion 259 toward the second end 232 whereby a thickness of the valve body 228 progressively increases in a direction away from the first valve element end 230. A flange 278 extends radially outwardly from the outwardly tapered outer wall portion 261 at the second end 232.

Referring to FIGS. 14 and 15, the housing 214 includes a substantially cylindrical portion 215 adjacent to a first end 254 of the housing 214, and an outwardly tapered portion 217 adjacent to the cylindrical portion 215 and extending toward a second end 256 of the housing 214. The cylindrical portion 215 includes cylindrical inner and outer walls 219 and 221 wherein the inner wall 219 substantially matches the configuration of the outer wall portion 259 of the valve element 216. The outwardly tapered portion 217 includes outwardly tapered inner and outer walls 223 and 225 wherein the inner wall 223 substantially corresponds to the configuration of the outer wall portion 261 of the valve element 216.

A double helix thread 260 is formed on the cylindrical outer wall 221 for engaging a threaded locking collar of a standard luer lock. Further, the outwardly tapered outer wall 225 tapers outwardly to a diameter greater than the interior diameter of a standard luer lock collar such that the luer lock collar may be frictionally locked into engagement with the coupling site 210 as the collar is threaded onto the thread 260. Further, the base 212 includes an opening 233 sufficiently large to permit free passage of the male luer taper into the base 212.

The second end 232 of the valve element 216 is adapted to rest on a surface 270 of the base 212. The thickened

12

portion of the valve element 216 resulting from providing the outwardly tapered outer wall 261 provides the valve element 216 with increased column strength to help avoid buckling of the valve body 216 during insertion of a male luer into the luer receiving cavity 213. During insertion of a male luer, the forces exerted on the valve element will be directed radially outwardly against the outwardly tapered portion 217 of the housing 210 to thereby ensure that the valve element 216 maintains its shape and position within the housing 210.

The housing 210 is further provided with a locking flange 229 which extends radially inwardly at the first end 254. The flange 229 defines a locking edge 231 extending substantially perpendicular relative to the exposed surface 238 of the diaphragm 234. The edge 231 defines a diameter which is less than a diameter defined by the inner wall 248 of the valve element 216. The locking edge 231 is adapted to contact a male luer 288 in locking frictional engagement, as seen in FIG. 17. In other words, the diameter of the locking edge 231 is greater than the minimum diameter and less than the maximum diameter of a standard male luer taper 288, as defined by the ANSI and ISO standards, such that the present coupling site may be engaged in locking frictional engagement with a male luer taper 288 which does not have a threaded locking collar, as is illustrated in FIG. 17.

It should be noted that as a result of the flange 229 extending over the diaphragm 234 to a location radially inwardly from the radial location of the inner wall 248 of the valve element 216, the flange 229 also provides an additional biasing force on the upper portion of the diaphragm 234 for maintaining the slit 236 closed during high back pressure forces.

Referring to FIG. 18, an alternative configuration for the valve element 216 of the present embodiment is illustrated. In this configuration of the valve element 216, the ribs, identified as 244' and 246', define a slightly different structure and the remainder of the valve element 216 is identical to the configuration previously described wherein identical elements are identified with the same reference numeral.

The ribs 244' and 246' differ from the previous configuration in that the location of the hinge points 255' and 257' are displaced closer to the inner wall 248 of the valve element 216. The different location for the hinge points 255', 257' provides different flexure characteristics for the diaphragm 234. Further, it should be noted that hinge points may be selected at additional points intermediate the locations shown in FIGS. 16 and 18.

Referring to FIG. 19, the exposed surface 238 of the diaphragm is provided with a surface texturing which is rougher than that typically found on valve surfaces. The exposed surface 238 has a controlled roughness in order to facilitate insertion of a male luer taper through the diaphragm 234. Prior art valves having a diaphragm were typically produced having a roughness height value of 16 microinches, measured using the American standard ASA B46.1-1962. However, it has been found that the surface friction produced between a male luer and such a surface is undesirably high.

Accordingly, the exposed surface 238 of the present invention is formed having a American standard ASA roughness height value of approximately 180 microinches, and having a multi-directional lay. Thus, as seen in FIG. 19, the exposed surface 238 is formed with a plurality of minute hills 290 and valleys 292 extending above and below a nominal profile N of the exposed surface 238. By providing a surface having an increased roughness, the contact area

5,533,708

13

14

between the diaphragm surface 238 and a male luer will be reduced since the male luer will contact only the tops of the hills 290 forming the rough surface.

In addition, the exposed surface may be provided with a medically acceptable lubricating substance 294, such as a fluid silicone lubricant, which will remain in the valleys 292, below the nominal profile N of the exposed surface 238, during wiping of the surface by a sterile wipe. Thus, in addition to reducing the contact area, the roughened exposed surface 238 facilitates retaining the lubricating substance 294 on the surface 238 during wiping. Further, the roughened surface permits the lubricant 294 to be retained on the surface to act as a lubricating coating as a male luer engages and distorts the diaphragm 234 during insertion through the slit 236.

From the above description, it should be apparent that the medical coupling site of the present invention overcomes the disadvantages associated with prior art sites. In particular, the present medical coupling site is provided with a wall structure having a sufficiently thin dimension to pass within the space defined between a standard male luer taper and a locking collar for a standard male luer lock fitting. In addition, the outer surface of the coupling site is provided with threads for engaging the double helix threads of the threaded locking collar for a male luer lock whereby the coupling site is held in fixed mechanical engagement with the male luer lock.

The above-described advantages of the present invention are particularly important considerations for obtaining acceptance of the medical industry in that prior art sites either required an enlarged adapter in order to accommodate a site incorporating a threaded mechanical coupling, or the sites provided only a friction fit for maintaining the site in contact with a luer taper or other cannula.

The present invention also has an advantage over prior art sites requiring a reduced diameter cannula for insertion through a valve element in that the present invention permits a standard luer taper to be inserted through the valve into the coupling site and the interior diameter of the coupling site is at least as large as the interior diameter of a standard luer taper. Thus, the coupling site of the present invention does not impose any restrictions to flow resulting from reductions of diameter within the site.

A further advantage of the present invention results from providing biasing means in the form of ribs for controlling the location of the diaphragm and thereby maintaining the slit in a closed position. Thus, the diaphragm of the present invention does not require excessive forces directed inwardly toward the slit in order to maintain the slit in a closed position, and as a result thereof the ease of insertion of a luer taper into the coupling site is greatly enhanced.

It should also be noted that the use of a thin rigid retainer in combination with a tubular valve element having a diaphragm extending across an end thereof provides a critical dual function of both providing a mounting structure for the threads and also acting as a reinforcing structure to rigidly support the valve element and thereby ensure closure of the slit, as well as prevent inadvertent opening of the slit resulting from side forces applied to the coupling site at the location of the valve element.

Other advantages associated with the present invention include the simplicity with which the medical coupling site may be incorporated into existing medical fluid systems without change over of equipment or the use of adapters to incorporate non-standard fittings. Also, while the present invention is particularly adapted to be used with standard male luer locks, it may also be used with other cannula or may be accessed with a conventional steel needle. The coupling site further provides for a positive feedback of a locked connection such that medical personnel will be able to quickly connect male luer lock fittings to the site.

In addition, the resiliency of the valve element diaphragm enables the present coupling site to be used for multiple insertions and with extended indwell times while maintaining its capability to form a fluid-tight seal at the slit upon removal of a luer taper or cannula. The design of the coupling site with the valve element extending from a point adjacent to the first end of the sleeve to a point in contact with the support base further ensures that crevices for containing pockets of fluid are avoided such that flushing of the valve in between administration of medicines is facilitated.

While the forms of apparatus herein described constitute preferred embodiments of the invention, it is to be understood that the invention is not limited to these precise forms of apparatus, and that changes may be made therein without departing from the scope of invention, which is defined in the appended claims.

What is claimed is:

1. A medical coupling site for use with a male luer, said coupling site comprising:

an elastomeric valve element including a tubular valve body defining first and second valve element ends, and a diaphragm extending across said first valve element end;

said valve body including a cylindrical wall defining a luer receiving cavity between said diaphragm and said second valve element end for receiving a male luer inserted through said diaphragm; and

said valve body further including an outer wall whereby a valve body wall thickness is defined between said inner and outer walls;

said outer wall defining an outwardly tapered portion tapered outwardly in a direction from said first valve element end toward said second valve element end whereby said valve body wall thickness progressively increases in said direction from said first valve element end toward said second valve element end.

2. The coupling site as recited in claim 1 wherein said outer wall includes a substantially cylindrical portion adjacent to said first valve element end and extending toward said second valve element end to a junction with said outwardly tapered portion.

3. The coupling site as recited in claim 1 including a tubular housing surrounding said valve element, said housing having an inner wall portion tapered outwardly and engaging said outwardly tapered portion of said valve element.

4. The coupling site as recited in claim 3 wherein said tubular housing includes an outer wall portion tapered outwardly for engaging an inner wall of a standard luer lock collar in locking frictional engagement.

5. The coupling site as recited in claim 3 including a base, and a flange extending radially outwardly from said valve element, said flange being retained between said housing and said base.

6. A medical coupling site for use with a male luer, said coupling site comprising:

an elastomeric valve element including a tubular, substantially cylindrical valve body defining a cavity for receiving a male luer said cavity including opposing ends defining first and second valve element ends, and

5,533,708

15

a diaphragm extending across said first valve element end to close off said cavity at said first valve element end, said diaphragm including an inner surface extending across said cavity and an exterior, exposed surface on a side of said diaphragm opposite said inner surface;

an opening defined in said diaphragm for receiving a male luer therethrough, said opening having a first uncoupled position wherein said opening is closed for sealing said cavity when a male luer is uncoupled relative to said site, and a second coupled position wherein said opening is open for receiving a male luer through said diaphragm when the male luer is coupled to said site and wherein said male luer is located extending into said cavity in said second coupled position;

wherein said exposed surface faces away from said cavity and includes surface texturing defining a predetermined surface roughness on said exposed surface for decreasing frictional forces upon engagement of a male luer with said diaphragm to thereby facilitate passage of said male luer through said diaphragm into said cavity.

7. The coupling site as recited in claim 6 wherein said predetermined surface roughness comprises a roughness height value greater than approximately 16 microinches to thereby define said surface texturing.

8. The coupling site as recited in claim 7 wherein said roughness height value is on the order of 180 microinches.

9. The coupling site as recited in claim 6 wherein said exposed surface includes a plurality of hills and valleys to define said surface texturing.

10. The coupling site as recited in claim 9 including a lubricious substance located in said valleys wherein said hills prevent said lubricious substance from being removed from said exposed surface during wiping of said diaphragm.

11. The coupling site as recited in claim 9 wherein said hills define small contact areas displaced from a nominal surface defined by said exposed surface such that an area for contacting a male luer is less than an area defined by said nominal surface.

12. The coupling site as recited in claim 6 including a tubular housing containing said valve element.

13. The coupling site as recited in claim 12 wherein said tubular housing includes a flange extending radially inwardly toward said diaphragm over a portion of said first valve element end.

14. A medical coupling site for use with a male luer, said coupling site comprising:

an elastomeric valve element having first and second ends and defining a longitudinal axis extending between said first and second ends;

a cavity defined between said first and second ends for receiving an end of a male luer;

a closure extending across said cavity to close off said first end, said closure having an exposed surface lying in a plane substantially perpendicular to said longitudinal axis for engaging a male luer and an opening having a first uncoupled position wherein said opening is closed for sealing said cavity when a male luer is uncoupled relative to said site, and a second coupled position wherein said opening is open for receiving a male luer through said said closure when the male luer is coupled to said site and wherein an end of the male luer is located extending into said cavity in said second coupled position; and

said exposed surface including surface texturing defining a predetermined surface roughness on said exposed

16

surface for decreasing frictional forces upon engagement of a male luer with said valve element.

15. The coupling site as recited in claim 14 wherein said exposed surface includes a plurality of hills and valleys to define said surface texturing.

16. The coupling site as recited in claim 15 including a lubricious substance located in said valleys wherein said hills prevent said lubricious substance from being removed from said exposed surface during wiping of said diaphragm.

17. The coupling site as recited in claim 15 wherein said hills define small contact areas displaced from a nominal surface defined by said exposed surface such that an area for contacting a male luer is less than an area defined by said nominal surface.

18. The coupling site as recited in claim 14 wherein an opening is defined in said closure at said first end for receiving a male luer therethrough.

19. The coupling site as recited in claim 18 including a tubular housing containing said valve element.

20. The coupling site as recited in claim 19 wherein said tubular housing includes a flange extending radially inwardly toward said opening over a portion of said first valve element end.

21. A medical coupling site for use with a male luer, said coupling site comprising:

an elastomeric valve element including a tubular valve body defining first and second valve element ends, and a diaphragm extending across said first valve element end;

said valve body including a substantially cylindrical inner wall defining a cavity between said diaphragm and said second valve element end for receiving an end of a male luer inserted through said diaphragm;

a tubular housing including a substantially cylindrical outer wall surrounding said valve element, said housing including an insertion end adjacent to said diaphragm; and

a flange extending radially inwardly from said outer wall at said insertion end and extending across said first valve element end, said flange defining a locking edge located radially inwardly from said outer wall for contacting a radially outwardly facing surface of a male luer in locking frictional engagement as an end of the male luer is inserted through said diaphragm into said cavity.

22. The coupling site as recited in claim 21 wherein said inner wall defines an inner diameter for said valve body, and said locking edge defines a diameter less than said inner diameter.

23. The coupling site as recited in claim 22 wherein said diaphragm includes an inner surface and said inner surface intersects said cylindrical inner wall at an acute angle.

24. The coupling site as recited in claim 21 wherein said diaphragm includes an exposed surface facing away from said luer receiving cavity and said locking edge extends substantially perpendicular to said exposed surface.

25. The coupling site as recited in claim 21 wherein said valve body includes a cylindrical inner wall and said diaphragm includes an inner surface facing said luer receiving cavity, and including a pair of biasing ribs extending radially inwardly toward each other from said cylindrical inner wall to said inner surface of said diaphragm, each said rib including a hinge point facilitating flexing of said ribs during insertion of a male luer through said diaphragm.

26. The coupling site as recited in claim 25 wherein each said rib includes a thickened end adjacent a central portion of said diaphragm and a thickened end adjacent said cylin-

5,533,708

17

drical inner wall, said hinge point being defined by a thin portion intermediate said thickened ends.

27. A medical coupling site for use with a male luer, said coupling site comprising:

an elastomeric valve element including a tubular valve body defining a longitudinal axis and first and second valve element ends, and a diaphragm extending across said first valve element end;

said valve body including a cylindrical inner wall defining a luer receiving cavity between said diaphragm and said second valve element end for receiving a male luer inserted through said diaphragm;

said diaphragm including an inner surface facing said luer receiving cavity;

an opening defined in said diaphragm;

a pair of biasing ribs extending radially inwardly toward each other from said cylindrical inner wall to said inner surface of said diaphragm, each of said ribs including a first end at said inner wall and a second end at said opening in said diaphragm, said first ends of said ribs having a first thickness, measured in a longitudinal direction parallel to said longitudinal axis, and said second ends of said ribs having a second thickness, measured in said longitudinal direction; and

wherein each of said ribs includes a hinge point defined by a thickness, measured in said longitudinal direction, less than said first and second thicknesses and located on each of said ribs intermediate said first and second ends of said ribs to facilitate flexing of said ribs during insertion of a male luer through said diaphragm.

18

28. The coupling site as recited in claim 27 wherein each of said ribs includes a thickened portion adjacent to said opening to resist movement of said diaphragm outwardly away from said luer receiving cavity.

29. The coupling site as recited in claim 28 wherein each said thickened portion progressively increases in thickness in a direction from said hinge point toward said opening in said diaphragm.

30. The coupling site as recited in claim 27 wherein each said rib progressively increases in thickness in a direction from said hinge point toward said cylindrical inner wall.

31. The coupling site as recited in claim 27 wherein each said rib includes a thickened end adjacent a central portion of said diaphragm and a thickened end adjacent said cylindrical inner wall, said hinge point being defined by a thin portion intermediate said thickened ends.

32. The coupling site as recited in claim 27 wherein each said rib is defined by a pair of opposing side walls extending substantially perpendicularly from said inner surface of said diaphragm.

33. The coupling site as recited in claim 27 wherein each said rib includes a facing surface extending substantially perpendicularly from said inner surface of said diaphragm, and said facing surfaces being located in facing relationship for engagement with each other.

34. The coupling site as recited in claim 33 wherein said ribs each include a pair of opposing side walls adjacent to respective facing surfaces of said ribs, said side walls extending substantially perpendicularly from said inner surface of said diaphragm.

* * * * *

# EXHIBIT I

US005632735A

# United States Patent [19]

## Wyatt et al.

[11] Patent Number: 5,632,735

[45] Date of Patent: *May 27, 1997

[54] **INFUSION APPARATUS**

[76] Inventors: **Philip Wyatt**, 1018 Marengo Dr.,
Glendale, Calif. 91206; **Gary
Schaeffer**, 50 E. Alice, #E, Arcadia,
Calif. 91006

[ * ] Notice: The portion of the term of this patent
subsequent to Sep. 29, 2012, has been
disclaimed.

[21] Appl. No.: **438,713**

[22] Filed: **May 11, 1995**

**Related U.S. Application Data**

[60] Division of Ser. No. 229,627, Apr. 19, 1994, abandoned,
which is a continuation-in-part of Ser. No. 954,528, Sep. 29,
1992, Pat. No. 5,356,396.

[51] Int. Cl.$^6$ ................................................ **A61M 37/00**
[52] U.S. Cl. ......................... **604/283**; 604/284; 285/147;
285/309
[58] Field of Search ...................................... 604/283, 905,
604/256, 43, 26, 165, 171, 178, 243, 284;
128/912; 285/147, 169, 309

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,125,915 | 6/1992 | Berry et al. . |
| 5,137,524 | 8/1992 | Lynn et al. . |
| 5,167,648 | 12/1992 | Jepson et al. . |
| 5,199,947 | 4/1993 | Lopez et al. . |
| 5,281,206 | 1/1994 | Lopez . |
| 5,356,396 | 10/1994 | Wyatt et al. . |

*Primary Examiner*—John D. Yasko
*Assistant Examiner*—Perry E. Van Over
*Attorney, Agent, or Firm*—James E. Brunton

[57] **ABSTRACT**

A family of variously configured, new, improved and uni-
versally compatible infusion sites and medical connectors
that employ a cannula and which function to interconnect
uniquely configured T sites, Y sites, heparin locks and the
like with a liquid source, such as an I.V. source.

**36 Claims, 17 Drawing Sheets**





FIG. 1

FIG. 2

FIG. 3

FIG. 4

FIG. 5



FIG. 7

FIG. 6

FIG. 8





FIG. 8D

FIG. 8F

FIG. 8E



FIG. 9

FIG. 10

FIG. 11

FIG. 12

FIG. 13



FIG. 15

FIG. 14

FIG. 17

FIG. 16

FIG. 18



FIG. 19

FIG. 20

FIG. 21

FIG. 22





FIG. 27

FIG. 28

FIG. 29

FIG. 30



FIG. 31

FIG. 32

FIG. 33



FIG. 34

FIG. 36

FIG. 37

FIG. 35



FIG. 39

FIG. 38

FIG. 40



FIG. 43

FIG. 41

FIG. 42

FIG. 44



FIG. 45

FIG. 46

FIG. 47



FIG. 48

FIG. 49

FIG. 50



FIG. 51

FIG. 52

FIG. 54

FIG. 53

FIG. 55



FIG. 57

FIG. 56

5,632,735

1

# INFUSION APPARATUS

## BACKGROUND OF THE INVENTION

This is a divisional application of application Ser. No. 08/229,627 now abandoned filed Apr. 19, 1994 which is a continuation-in-part application of application, Ser. No. 07/954,528 now U.S. Pat. No. 5,356,396, filed Sep. 29, 1992.

## FIELD OF THE INVENTION

The present invention relates generally to infusion systems, including medical connectors. More particularly, the invention concerns a family of new and improved entry port structures and cooperating medical connectors which employ a recessed cannula. The medical connectors function to interconnect both standard and specially designed entry port structures such as T sites, Y sites, heparin locks and the like with a liquid source, such as an I.V. source.

## DISCUSSION OF THE INVENTION

The use of the intravenous or giving sets for the administration of parenteral fluids to a patient is a common practice. In its simplest form, the intravenous set comprises a length of tubing, one end of which is provided with a fitting for making a connection with a source of parenteral fluid such as a bottle or an elevated flexible bag. The other end of the tubing is typically provided with a needle or catheter which may be inserted into the vein of the patient. Frequently it is desirable to interconnect a secondary conduit with the length of tubing to enable infusion of a second parenteral fluid, inject a medication or sample bodily fluids. This is generally accomplished through the use of an intermediate entry port structures, such as a "Y" site or "T" site unit. Both Y site and T site connector are units generally made with a straight tubular body portion and a hollow arm which extends laterally from the body portion. Typically at least one end of the body portion, as well as the open end of the arm portion, is provided with a seal of some type such as penetrable self-sealing septum adapted to accept a cannula such as the cannula of a syringe or a needle connector.

In use, the needle connector is mounted over the end of the Y or T site connector with the cannula piercing through the self-sealing septum. In the past, substantial difficulties have been encountered in designing a needle connector which can be appropriately secured in place with respect to the Y or T site connector. In some instances, in order to ensure an appropriate connection, the needle or connector has been designed to envelope the entire Y or T site connector. In other instances elaborate multi-part connectors have been designed to positively lock the needle connector to the Y or T site connector. Exemplary of this latter class of devices are those described in U.S. Pat. No. 4,998,713 issued to Vaillancourt. Many of the prior art devices, including the Vaillancourt devices, also include a protective shield of some type within which the needle is mounted. Another connector, which also provides a protected cannula, is disclosed in U.S. Pat. No. 4,834,716 issued to Ogle, II. Still another type of prior art connector is described in U.S. Pat. No. 4,964,855 issued to Todd, et al. A connector shown in U.S. Pat. No. 4,752,292 issued to Lopez, et al. discloses various types of locking mechanisms for use with non-standard, specially configured Y sites and other specially configured sealed port structures.

A principal drawback of many of the prior art connector devices is the fact that frequently the devices cannot be used

2

with Y sites, T sites and heparin locks of standard construction. Further many of the prior art connectors cannot be securely attached even to Y or T sites of specially non-standard construction, and therefore can become relatively easily separated therefrom. If the connector separates from the entry port structure, the flow of parenteral liquids to the patient will, of course, interrupted. The result can be catastrophic, particularly if the patient is in intensive care. To avoid such separation, tape is sometimes used in an to attempt to more securely interconnect the needle connector with the standard or specially configured Y or T site. However, this approach is quite cumbersome, inconvenient and generally undesirable since the tape can also easily work loose thereby permitting the needle connector to separate from the Y or T site.

To avoid undesirable separation of the connector from the Y site, T site, or other entry port structure several complex, multi-port connector devices have been suggested. Typically, these devices are often difficult to use and are quite expensive to manufacture. Additionally, many of the devices do not have universal applicability and are usable only with particular types of Y or T sites thereby further limiting their practicability.

The thrust of the present invention is to overcome the drawbacks of the prior art by providing an easy to use, elegantly simple family of infusion devices, including low dead space infusion sites and universal connectors which provide a positive and secure connection to all commonly used Y sites, T sites and heparin locks. The devices are user friendly, highly reliable and can be inexpensively manufactured. They will accept commercially available Y sites and T sites of varying sizes and configurations and advantageously provide both tactile and audio locking features. Further, the devices provide uniquely configured cannula shrouds which effectively protect against contamination and needle stick.

Several embodiments of the invention are illustrated and described in co-pending application, Ser. No. 07/954,528, filed Sept. 29, 1992, which application is incorporated by reference herein in its entirety as if fully set forth herein.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a family of low dead space entry port structures, such as heparin locks, sampling ports and Y and T sites, which can be aseptically interconnected with a source of fluids, such as an I.V. source, using connectors, or couplers of unique design. The connectors uniquely mate with the entry port structures in a manner which positively prevents accidental separation of the connectors from the entry port structure. In this way, the accidental interruption of the flow of parenteral liquids to the patient is effectively prevented.

Another object of the invention is to provide an infusion system in which the connectors can be mated with a number of different types of commercially available, entry port structures of both standard and special construction and include extended length shrouds which function to positively prevent accidental needle stick. The connectors will accept large and small diameter Y and T sites as well as heparin locks and will accommodate Y sites having both high and low Y locations.

Another object of the invention is to provide an infusion system of the aforementioned character in which the connectors embody both tactile and audio locking features to ensure positive interconnection with the mating infusion site. The locking elements are advantageously disposed

5,632,735

3

within a cylindrical boundary generally defined by the boundary of the shroud portion of the connector and extensions thereof.

Another object of the invention is to provide an infusion system as described in the preceding paragraphs in which the connector's positively resist disengagement and embody dual locking mechanisms to guard against accidental separation. Further, the connectors include specially configured mounting surfaces to enable easy interconnection of the device with the patient.

Another object of the invention is to provide a fluid sampling system in which the sampling port of the system can be mated with the various connectors of the invention.

Still another object of the invention is to provide connectors of the character described having easy-to-use and release locking mechanisms including textured release arms, grips, rotating locking collars and pen snaps.

Another object of the invention is to provide connectors of the type described in the preceding paragraphs which effectively eliminate wobbling and pistoning (and the possible contamination resulting therefrom) of the needle within the septum and which can embody both metal and plastic cannulas.

Yet another object of the invention is to provide an infusion system which includes entry port structures embodying septums of unique design that will sealably accommodate cannulas of various types and will permit repeated puncture without leaking.

Another object of the invention is to provide novel entry port structures as defined in the preceding paragraph in which uniquely configured septums are mounted within novel connector rings, which, in turn, are mounted within the upper body of the entry port structures.

Another object of the invention is to provide a family of mating infusion components of the character described which are safe and easy to use, are constructed of yieldably deformable, clear plastic materials that are compatible with most drugs and parenteral liquids and are inexpensive to manufacture in large volume.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a generally perspective, exploded view of one form of the injection site of the apparatus of the invention here shown as a "Y" site.

FIG. 2 is a front view of the "Y" site of FIG. 1.

FIG. 3 is a rear view of the "Y" site of FIG. 1.

FIG. 4 is a top view of the "Y" site of FIG. 1.

FIG. 5 is a cross-sectional view taken along lines 5—5 of FIG. 2.

FIG. 6 is a cross-sectional view taken along lines 6—6 of FIG. 2.

FIG. 7 is a greatly enlarged, foreshortened, cross-sectional view taken along lines 7—7 of FIG. 6.

FIG. 8 is a fragmentary, cross-sectional view of an alternate form of the injection site of the infusion apparatus of the invention shown here as a "T" connector.

FIG. 8A is a cross-sectional view of yet another alternate form of injection site of the infusion apparatus of the invention showing one form of medical connector of the invention interconnected therewith.

FIG. 8B is a cross-sectional view taken along lines 8B—8B of FIG. 8A.

FIG. 8C is a view taken along lines 8C—8C of FIG. 8B.

FIG. 8D is a generally perspective exploded view of the infusion apparatus shown in FIGS. 8A, 8B, and 8C.

4

FIG. 8E is a cross-sectional view similar to 8F but showing the medical connector in an unlocked position.

FIG. 8F is a cross-sectional view taken along lines 8F—8F of FIG. 8C.

FIG. 9 is a cross-sectional view of still an alternate form of injection site of the infusion apparatus of the invention.

FIG. 10 is an enlarged, fragmentary, cross-sectional view taken along lines 10—10 of FIG. 9.

FIG. 11 is a cross-sectional view similar to FIG. 10, but showing the closure assembly, including the septum, being mated with the injection site housing.

FIG. 12 is a cross-sectional view of still another form of injection site of the infusion apparatus of the invention which embodies a closure assembly of slightly different configuration.

FIG. 13 is a greatly enlarged, cross-sectional view taken along lines 13—13 of FIG. 12.

FIG. 14 is a generally perspective front view of one form of medical connector of the infusion apparatus of the invention.

FIG. 15 is a generally perspective rear view of the medical connector shown in FIG. 14.

FIG. 16 is an enlarged, front-elevational view of the connector shown in FIG. 14.

FIG. 17 is a view taken along lines 17—17 of FIG. 16.

FIG. 18 is a cross-sectional view taken along lines 18—18 of FIG. 16.

FIG. 19 is a cross-sectional view taken along lines 19—19 of FIG. 18.

FIG. 20 is a generally perspective, exploded view illustrating the manner of mating the medical connector with one form of injection site of the apparatus of the invention.

FIG. 21 is a front elevational view of the components of FIG. 20 showing the components in an initial mating position.

FIG. 22 is a front elevational view similar to FIG. 21 but showing the medical connector advanced further over the injection site.

FIG. 23 is a front elevational view similar to FIG. 22 but showing the component parts in a fully mated configuration.

FIG. 24 is a cross-sectional view taken along lines 24—24 of FIG. 23.

FIG. 25 is a front elevational view similar to FIG. 23 but showing the position of the parts after a separating force has been directed upon the medical connector.

FIG. 26 is a view taken along lines 26—26 of FIG. 25.

FIG. 27 is a generally perspective view of still an another form of injection site of the infusion apparatus of the present invention.

FIG. 28 is a front view of the injection site shown in FIG. 27.

FIG. 29 is an enlarged cross-sectional view taken along lines 29—29 of FIG. 28.

FIG. 30 is a generally perspective, exploded view of a medical connector which is mateable with the injection site of FIG. 27.

FIG. 31 is an enlarged front elevational view of the medical connector of FIG. 30 in an initial mating position with the injection site of FIG. 30.

FIG. 32 is a view similar to FIG. 31, but showing the components in a fully mated configuration.

FIG. 33 is an enlarged, cross-sectional view taken along lines 33—33 of FIG. 32.

5,632,735

| 5 | 6 |

FIG. 34 is a cross-sectional view taken along lines 34—34 of FIG. 33.

FIG. 35 is a bottom view, partly in cross-section showing a component separating force being exerted upon the wings of the medical connector.

FIG. 36 is a generally perspective view of an alternate form of the infusion apparatus of the present invention.

FIG. 37 is an enlarged top view of the connector shown in FIG. 36.

FIG. 38 is an enlarged, front-elevational view of the medical connector of FIG. 36 in an initial mating position with the injection site of FIG. 36.

FIG. 39 is a side elevation view similar to FIG. 38 but showing the component parts in a mated configuration.

FIG. 40 is an enlarged, cross-sectional view of the assemblage of FIG. 39.

FIG. 41 is a cross-sectional view taken along lines 41—14 of FIG. 40.

FIG. 42 is a cross-sectional view taken along lines 42—42 of FIG. 40.

FIG. 43 is a side elevational view similar to FIG. 41, but showing the position of the parts upon applying a separating force on the finger pads of the medical connector.

FIG. 44 is a view taken along lines 44—44 of FIG. 43.

FIG. 45 is a generally perspective, exploded view of yet another form of infusion apparatus of the present invention.

FIG. 46 is a fragmentary side view of the apparatus shown in FIG. 45.

FIG. 47 is an enlarged front elevational view of the apparatus of FIG. 45 in a mated position.

FIG. 48 is a cross-sectional view taken along lines 48—48 of FIG. 47.

FIG. 49 is a front elevational view similar to FIG. 47, but showing the position of the parts after a separating force has been directed upon the medical connector.

FIG. 50 is a view taken along lines 50—50 of FIG. 49.

FIG. 51 is a generally perspective front view of still another form of medical connector of the infusion apparatus of the present invention.

FIG. 52 is a generally perspective, rear view of the medical connector of FIG. 51.

FIG. 53 is an enlarged front view of the medical connector shown in FIG. 51.

FIG. 54 is a view taken along lines 54—54 of FIG. 53.

FIG. 55 is a cross-sectional view taken along lines 55—55 of FIG. 53.

FIG. 56 is a cross-sectional view of a further alternate form of injection site of the invention.

FIG. 57 is a view taken along lines 57—57 of FIG. 56.

## DESCRIPTION OF THE INVENTION

Referring to the drawings and particularly to FIGS. 1 and 7, one embodiment of the injection site of the infusion apparatus of the present invention is there shown and generally designated by the numeral 10. The injection site of this form of the invention comprises a low dead space Y site 12 unit which includes a tubular body portion 14 having a central passageway 14a and an arm portion 16 which extends laterally therefrom. The Y site also includes first and second end portions defining first and second ports 18 and 20 respectively, the first port 18 being defined by enlarged diameter portion 14a and being closed by a uniquely con-

structed closure means shown here as a closure assembly 22 (FIG. 1). Closure assembly 22 comprises a septum holding means, shown here as a generally cylindrically shaped ring-like member 24, and a split septum 27.

As best seen by referring to FIGS. 6 and 7, member 24 includes an inner wall which defines a septum chamber having an enlarged diameter first or lower subchamber 24a and a reduced diameter second or upper subchamber 24b. Subchambers 24a and 24b are divided by an inwardly extending annular segment 24c which comprises a part of the septum retaining means of the invention, the character of which will presently be described. The outer surface of member 24 is provided with a circumferentially extending protuberance 30 which comprises a part of the locking means of the invention for locking member 24 in position within port 18. Protuberance 30 is closely received within a groove 32 formed in the interior surface of wall 34 which defines first port 18 (FIG. 7).

Septum 27, which is constructed from a yieldably deformable elastomeric material, includes an enlarged diameter first or lower portion 27a which is closely received within subchamber 24a of member 24 and a reduced diameter upper or second portion 24b which is closely received within subchamber 24b of member 24. As indicated in FIG. 7, septum 27 is provided with a groove 27c which closely receives annular wall 24c so that the septum is securely retained in position within member 24. For reasons presently to be discussed, ring-like member 24 is preferably constructed from a plastic material that has enough resiliency to allow slight deformation of the skirt portion of the member.

In assembling the injection site shown in FIGS. 1 through 7, split septum 27 is mated with ring member 24 by inserting the elastomeric septum into subchamber 24a and then pushing it past segment 24c into the secured position shown in FIGS. 6 and 7. In this position it is to be noted that clearances provided between the septum and the ring-like member prevent the imposition of either radial or axial forces on the septum by the ring-like member.

After the septum is mated with member 24, the assemblage thus formed is mated with body portion 14 by inserting the assemblage into port 18 and exerting a force thereon which is sufficient to cause protuberance 30 to snap into groove 32. With the closure means thus mated with body portion 14 fluid can be introduced into passageway 14a by means of a cannula adapted to penetrate septum 27 or alternatively via third port 40 which is defined by the outer terminal portion of arm 16.

Fluid flowing through passageway 14a can be conducted to a patient via a conduit 42 which is telescopically receivable within second port 20 of the Y site in the manner shown in FIG. 6. To permit insertion of conduit 42 to the proper depth circumferentially spaced stop ribs 44 are formed on the inner wall of passageway 14b (see FIGS. 5 and 6).

An important feature of the Y site of the form of the invention shown in FIGS. 1 through 7, is the locking members or protuberances 46 and 48 which function to lockably engage locking means provided on one or more forms of the connector units of the invention, the character of which will presently be described. The configuration of protuberance 46 is best seen by referring to FIGS. 1 and 6 where it is to be noted that protuberance 46 includes a downwardly extending portion 46a which is connected to arm 16 and terminates in an edge 46b which is engagable by the locking means of the medical connectors of the invention. Protuberance 48 also includes a downwardly extending portion 48a which is connected to enlarged diameter portion

5,632,735

7

14a (FIG. 6) and which terminates in an edge 48b which is also engagable by the locking means of the medical connectors of the invention.

Turning now to FIG. 8, an alternate form of injection site of the invention is there shown. This injection site is similar in many respects to that shown in FIGS. 1 through 7 and like numerals are used to identify like components. The principal difference between the injection site of FIG. 8 and that previously discussed is that the side arm 54 extends from the tubular body portion 56 of the injection site at a right angle rather than at an acute angle. Like the Y site, this T site 57 has first, second and third ports 58, 60 and 62, with port 58 being closed by a closure assembly 22 identical to that previously described herein. T site 57 also includes locking protuberances 63 and 64 which are similar to protuberances 46 and 48 and which serve the same purpose.

Turning now to FIG. 8A, yet another alternate form of the invention is there shown. This device includes a central port which can function either as an infusion site or as a sampling port. The device is similar in some respects to the injection site shown in FIG. 8 and like numerals are used to identify like components. The principal difference between the device shown in FIG. 8A and that shown in FIG. 8 is that the device includes an elongated, generally tubular body portion 65 which is provided with at least one a centrally disposed site or sampling port. Like the "T" site, this in-line device 65 has first, second and third ports 58a, 60a, and 62a with port 58a being closed by a closure assembly 22 which is identical to that previously described herein. As best seen in FIG. 8C, wall 58b, which defines port 58a, is provided with generally "L" shaped bayonet type grooves L which receive protuberances "P" formed on wings "W" provided on the mating medical connector "M". (See also FIGS. 8B and 8D). Medical connector "M" includes a body portion "M-1" and a blunt cannula portion "C" which is of sufficient length to extend through split septum 27 and into fluid passageway "FP" which interconnects ports 60 and 62a (see FIG. 8B). Body portion "M-1" is provided with luer type threads "T" proximate its upper end for use in interconnecting the device with an appropriate conduit. As indicated in FIGS. 8E and 8F, each connector "M" is interconnected with device 65 by urging cannula "C" into split septum 27 so that protuberances "P" align with the legs "L-1" of the L shaped groves. After the cannula penetrates the septum, the connector is rotated in the manner shown in FIGS. 8E and 8F to urge protuberances "P" into portion "L-2" of the L shaped grooves. Once connected fluids flowing through passageway "FP" can be sampled, or alternatively, fluids can be added to passageway "FP".

Referring particularly to FIG. 8D, it is to be noted that two in-line sites can be provided in a spaced-apart construction so that passageway "FP" can be accessed at two locations for either sampling or infusion of fluids.

Referring next to FIGS. 9, 10 and 11, still another form of injection site 65 of the present invention is there illustrated. The tubular body portion 66 of this injection site is similar to body portion 14 and includes first and second end portions defining ports 68 and 70 which are interconnected by a central passageway 72. Also communicating with passageway 72 is a third port 73 provided in an angularly extending arm 75. Port 68 is closed by a closure means or closure assembly 74 which is of a slightly different construction than that of closure assembly 22. More particularly, closure assembly 74 comprises a differently configured, generally ring-shaped member, or septum holding means 76 within which is mounted a specially configured split septum 78.

As best seen in FIG. 10, ring-shaped member 76 has an outer wall 76a and an inner wall 76b which includes a first

8

upper portion that defines a chamber 77 and a second, or lower, portion that cooperates with outer wall 76a to define an outwardly sloping, resiliently deformable skirt portion 79. Skirt portion 79 is closely received over a nipple-like tapered protuberance 80 formed on the tubular member 66 proximate end 72a of passageway 72. Tapered protuberance 80 cooperates with the inner surface of an enlarged diameter portion 66a of tubular body 66 to define a circumferentially extending groove 66b which closely receives skirt portion 79 of ring 76. To lockably interconnect ring 76 with protuberance 80, locking means are provided which here include a circumferentially extending, rounded bead-like protuberance 82 formed on nipple 80 (FIG. 11). In the manner shown in FIG. 10, bead-like protuberance 82 is received within a groove 84 provided on the inner surface of skirt portion 79 of ring 76.

To retain septum 78 within ring 76, retaining means are provided. The retaining means here comprise a generally annular shaped segment 85 which is integrally formed with and extends inwardly from the inner wall of ring-shaped member 76. To lockably receive segment 85, septum 78 is provided with a circumferentially extending groove 78a. With this construction, as septum 78 is inserted into ring member 76, segment 84 will snap into groove 78a thereby securely interlocking the parts together.

After septum 78 is mated with ring 76, the assemblage thus formed is mated with tubular body 66 in the manner shown in FIG. 11. More particularly, as skirt portion 79 enters groove 66b, it will ride over bead-like protuberance 82 and will snap into the locked position shown in FIG. 10. In this locked position, the lower extremity 78b of septum 78 will extend partially into central passageway 72.

Turning next to FIGS. 12 and 13, yet another form of injection site is there shown and generally designated by the numeral 90. Y site 90 also includes first, second and third ports 91, 92, and 93 and a closure means for closing port 91. The closure means here comprises a ring-like member 94 within which is carried a split septum 95. As best seen in FIG. 13, member 94 is lockably received within port 91 and is held in position therein by locking means which include a circumferential bead 96 that is received within a groove 97 that is provided in the enlarged diameter upper portion 98a of tubular body 98. Septum 95 is of somewhat similar construction to septum 78 and, like septum 78, includes a groove 95a within which is received an annular segment 94a formed on the inner surface of ring member 94. However, unlike septum 78, septum 95 is provided with a downwardly extending skirt-like portion 95b which extends into the central passageway of tubular body portion 98 a substantial distance.

Turning now to FIGS. 14 through 26, one form of medical connector of the apparatus of the invention is there shown and generally identified by the numeral 100. The connector of this form of the invention is adapted for use with a variety of different types of entry port structures, including Y sites and T sites of the character shown in FIGS. 1 through 8. Connector 100 comprises a base or end wall 102 and a blunt cannula 104 connected thereto and extending outwardly therefrom. Integrally formed with base 102 are locking means for locking engagement with the locking members of the particular entry port structure with which it is to be mated such as, for example, protuberances 46 and 48. The locking means here include a pair of resiliently deformable side members 106 which are generally "C" shaped in cross section (FIG. 17). Side members 106 extend along either side of cannula 104 and, in their normal state, are disposed in a generally parallel relationship with to the longitudinal axis of the cannula.

5,632,735

9

The cannula shown in FIGS. 14 through 26 comprises a plastic cannula having a tapered wall, one end of which interconnects with base 102 in the manner best seen in FIG. 16. The opposite end of the cannula terminates in a septum penetrating extremity 104a which includes a tip portion that is configured to readily penetrate a split or slitted septum of the character shown in the drawings. Cannula 104 may be integrally formed with base 102 or, in some instances, may comprise a separate element which is either fixedly or removably interconnected with base 102.

Extending rearwardly of base 102 is a connecting portion 108 having a fluid passageway 110 which communicates with a fluid passageway 112 that extends axially of cannula 104. Portion 108 can be suitably interconnected with a source of liquid such as parenteral fluid by means of a luer connector, a length of plastic tubing or in other ways well known to those skilled in the art.

Also forming a part of the locking means of the present embodiment of the invention are oppositely disposed barb-like locking segments 114 which are preferably integrally formed with the "C" shaped side members 106 of the connector. As indicated in FIGS. 21 through 23, inboard extremities 114a of the locking segments are adapted to lockably engage locking protuberances such as locking protuberances 46 and 48 provided on the Y site 12. Forwardly of extremities 114a are inwardly sweeping curved surfaces 114b (FIG. 16), which guide entrance of protuberances 46 and 48 between the locking segments as the connector is mated with the Y site.

Side members 106 are constructed of a relatively thin plastic material which is yieldably deformable so that as the protuberance 46 and 48 pass between curved surfaces 114b, the side members will spread apart a sufficient distance to permit the protuberances to pass by and then to snap into a locked position about the protuberances in the manner shown in FIG. 25.

The apparatus of the present form of the invention also includes release means for moving the locking means from a locked position to an unlocked position. The release means here functions to spread apart barb-like segments 114 a sufficient distance to permit the passage therebetween of protuberances 46 and 48 of the Y site as the connector is separated from the Y site. More specifically, the release means here comprises a pair of spaced-apart, wing-like gripping members 118 which, as best seen in FIGS. 14, 15, and 17, extend outwardly from side members 106. Gripping members 118 are provided with rounded, non-snag corners, and with gripping striations 120 which provide a textured surface to facilitate gripping the members in a manner to positively urge them toward one another. Due to the resilient character of the plastic, as the gripping members are urged toward one another, segments 114 of side members 106 will move from their first, at-rest or locked position (FIG. 23) to their second, or open, unlocked position (FIG. 25) wherein the space between the elements is sufficient to permit passage of protuberances 46 and 48 of the Y site unit. To facilitate the release step, side walls 106 are provided with circumferentially extending relief slits 107. With the gripping members urged toward one another, the protuberances on the Y site will clear the locking edges of the protuberances permitting smooth and easy disconnection of the connector from the Y site unit. As in the earlier described embodiments of the invention, the configuration of the wing-like gripping members is such that they also provide a flat patient-engaging surface or base to permit the device to be positively and securely tapered to the patient in a stable manner.

10

In the form of the invention shown in FIGS. 14 through 26 of the drawings, second locking means are also provided for releasably locking the connector to the Y site. This second locking means is here provided in the form of a pen snap type lock which comprises circumferentially extending beads 124 located on the inner surfaces of sides 106. Beads 124 are uniquely formed and, as shown in FIG. 26, are of a greater thickness proximate one end thereof. As the head portion of the Y site enters the connector it will frictionally engage bead 124. Then, upon the continued exertion of an inward force on the Y site, the head portion 14a thereof (see FIGS. 22 and 23) will slip by bead 124 of the Y site and move into locking engagement with the lower peripheral edge 15 of portion 14a.

Connector 12 is preferably constructed from a durable, springy clear plastic material that can be injection molded and one that is fully compatible with commonly used drugs and parenteral fluids.

Turning now to FIGS. 27 through 33, the use of the previously described medical connector 100 with a low dead space heparin lock 129 of the present invention is there illustrated. As best seen in FIG. 27, one form of the low dead space heparin lock of the invention comprises a tubular body portion 130 having an enlarged diameter head portion 132. The heparin lock also includes first and second ports 134 and 136, the first port 134 being closed by a uniquely constructed closure means of the general character previously described. An important feature of the heparin lock of this form of the invention, is the locking protuberances 138 and 140 which function to lockably engage the barb-like segments 114 provided on the side members of the connector unit. The configuration of protuberance 138 is best seen by referring to FIG. 28 where it is to be noted that the protuberance includes a plate-like portion 138a which is connected to a body portion 132a which terminates in a locking edge 138b. Protuberance 140 also includes a plate-like body portion 140a which terminates in a locking edge 140b. Locking edges 138b and 140b are engagable by segments 114 in the manner previously described.

The heparin lock of the invention also includes an enlarged diameter portion 142 disposed at the opposite end of the tubular body portion 130 from head 132. As best seen in FIG. 29, portion 142 surrounds the inwardly tapering end portion 130d of body 130 and includes a plurality of circumferentially spaced gripping beads 142a (FIG. 27). Lockably receivable within portion 142 is a connector member of standard construction (not shown).

As best seen in FIG. 29, port 134 is closed by a closure assembly 22 which is identical to that previously described in connection with the embodiment of the invention shown in FIGS. 1 through 7. More particularly, closure assembly 22 comprises a septum holding means, shown here as a generally cylindrically shaped ring-like member 24, and a split septum 27. The nature of these components and their method of assembly with the inlet port of the site is as previously described and like numerals are used to identify like components.

In using the apparatus of the invention, the medical connector 100 is interconnected with a suitable source of liquid to be infused in the patient such as a parenteral liquid contained within a suitable source such as a bottle or elevated flexible bag. The medical connector can then be coupled with a selected injection site, such as Y site 14 (FIG. 1), T site 54 (FIG. 8), Y site 65 (FIG. 9), Y site 90 (FIG. 12), or heparin lock 129 (FIG. 27) in the following manner: First the septum carrying end on the injection site is inserted into

5,632,735

11

the open mouth of the connector **100** (FIG. 21) and urged inwardly between sides **106** with sufficient force to cause the cannula to penetrate the septum. As the injection site is introduced into the medical connector **100**, the locking protuberances of the injection site will ride along curved surfaces **114***b* or segments **114** (FIGS. 21, 22 and 31) urging sides **106** to separate. Because of the resilient nature of sides **106** they will be permitted to resiliently deform outwardly a sufficient distance to allow the protuberances of the injection site to slide past segments **114** and to snap into the locking position shown in FIGS. 23, 32, and 33. As the protuberances snap into a locking position, both an audible sound will result and a tactile sensation will be experienced by the technician interconnecting the components. A further tactile signal is given to the technician by the previously described, second pen snap locking means of the invention which comprise protuberances **124**. (See also FIGS. 23 and 34). In the manner shown in FIG. 34, beads or protuberances **124** snap under the peripheral edge **132***a* of head portion **132** to provide the tactile signal.

With the medical connector **100** and the selected injection site interconnected in the manner thus described, the injection site will be securely and stably maintained in position within the connector without any appreciable wobbling or without any pistoning of the cannula within the septum. When it is desired to disconnect the components, an inward force exerted on wings or gripping members **118** will cause elements **114** to separate a sufficient distance to permit passage thereby of the locking protuberances of the injection site so that the injection site can be smoothly and easily disconnected from the connector **100**. (See FIGS. 25 and 26).

Referring now to FIGS. 36 through 44 an alternate form of medical connector of the apparatus of the present invention is there illustrated and generally identified by the numeral **150**. This medical connector, like the medical connector **100** previously described, is usable with a number of different types of injection sites including the heparin lock type injection site illustrated in FIG. 36. Connector **150** comprises a generally cylindrically shaped base portion **152** and a blunt cannula **154** connected thereto and extending outwardly therefrom. Integrally formed with base **152** are locking means for locking engagement with an entry port structure such as the heparin lock shown in FIG. 36. The locking means here comprise a pair of resiliently deformable side members **156** which are generally "L" shaped and which are interconnected with cylindrical base **152** in the manner shown in FIG. 36. Side members **156** extend to either side of cannula **154** and, in their normal state, are generally parallel to the longitudinal axis of the cannula.

The cannula shown in FIGS. 36, 38, and 40 comprises a plastic cannula having a tapered wall, one end of which interconnects with base **152** and the opposite end of which terminates in a septum penetrating extremity **154***a*. As before, tip portion **154***a* is adapted to readily penetrate a split septum of the character shown in the drawings.

Extending rearwardly of base **152** is a connecting portion **158** which has a fluid passageway **160** which communicates with a fluid passageway **162** which extends through cannula **154** (FIG. 40). As before, portion **158** can be suitably interconnected with a source of liquid such as a parenteral fluid by means of a luer connector or a similar connector known to those skilled in the art.

Also forming a part of the locking means of this latest form of the invention are oppositely disposed locking segments **164** which are integrally formed with side members

12

**156**. As best seen by referring to FIG. 40, segments **164** are adapted to lockably engage the lower peripheral surface **132***a* of head portion **132** of the heparin lock.

The apparatus of this latest form of the invention also includes release means for removing the locking means from the locked position shown in the solid lines of FIG. 40 to a unlocked position shown by the phantom lines of FIG. 40. More particularly, the release means here functions to spread apart locking segments **164** a sufficient distance to permit the passage therebetween of head portion **132** of the injection site. As best seen by referring to FIGS. 38 and 39, the release means here comprise a pair of pressure pads which are disposed on opposite sides of cannula **154** and which are movable toward and away from the cannula by inward forces directed on the pads in the manner illustrated in FIG. 44. To interconnect pressure pads **166** with side members **156**, two pair of strut means are provided. Each pair of strut means comprises first and second strut members **170**. Each member having first and second ends. The first end of each member is connected with one of the pads **166** while the other end of the strut member is connected to selected one of the side members **156** (FIGS. 37 and 39). With this construction, when struts **170** are in their normal static position shown in FIG. 42, segments **164** will be retained beneath peripheral surface **132***a* of head portion **132** in the manner shown in FIG. 42. An inward force directed on pads **162** in the direction of the arrows of FIG. 44 will cause side members **156** along with locking segments **164** to move outwardly in the direction shown in FIG. 43 and 44 permitting the head portion **132** of the injection site to pass between the locking segments **164**.

Due to the resiliently deformable nature of side members **156**, during assembly of the medical connector with the injection site, in the manner shown in FIG. 40, locking segments **64** will ride along the sides of upper portion **132** of the injection site as the septum is pierced by the cannula. When the cannula reaches the position as shown in FIG. 40 where it extends completely through the septum, the spring forces within side members **156** will cause the locking segments **164** to snap into a locking position shown by the solid lines in FIG. 40.

Referring now to FIGS. 45 through 50 still another form of medical connector of the apparatus of the present invention is there illustrated and generally identified by the numeral **177**. This medical connector, like those previously described, is usable with a number of different types of injection sites including the heparin lock type injection site illustrated in FIG. 45. The connector can also be used with the Y-site shown in FIG. 6, with the T-site shown in FIG. 8 and with the sampling port shown in FIG. 8A. Connector **177** comprises a generally cylindrically shaped base portion **178** and a blunt cannula **180** connected thereto and extending outwardly therefrom. Integrally formed with base portion **178** are locking means for locking engagement with an entry port structure such as the heparin lock shown in FIG. 45. The locking means here comprise a pair of resiliently deformable curved side members **182** which are interconnected with cylindrical base **178** in the manner best seen in FIGS. 45 and 47. Side members **182** extend to either side of cannula **180** and, in their normal state, the lower portions thereof extend substantially parallel to the longitudinal axis of the cannula.

The cannula shown in FIGS. 45, 47, and 49 comprises a plastic cannula having a tapered wall, one end of which interconnects with base **178** and the opposite end of which terminates in a septum penetrating extremity **180***a*. As before, tip portion **154***a* is adapted to readily penetrate a split septum of the character shown in the drawings.

5,632,735

13

Extending rearwardly of base **178** is a connecting portion **184** which has a fluid passageway **186** which communicates with a fluid passageway **187** which extends through cannula **180** (FIG. 47). As before, portion **186** can be suitably interconnected with a source of liquid such as a parenteral fluid by means of a luer connector or a similar connector known to those skilled in the art.

Also forming a part of the locking means of this latest form of the invention are oppositely disposed hook-like locking segments **188** which are integrally formed with side members **182**. As best seen by referring to FIG. 47, segments **188** are adapted to lockably engage the lower peripheral surface **132**a of head portion **132** of the heparin lock.

The apparatus of this latest form of the invention also includes release means for removing the locking means from the locked position shown in the solid lines of FIG. 47 to a unlocked position shown by the phantom lines of FIG. 47. More particularly, the release means here functions to spread apart locking segments **188** a sufficient distance to permit the passage therebetween of head portion **132** of the injection site. As best seen by referring to FIGS. 47 and 49, the release means here comprises curved pressure pads which are exerting areas **182**a formed on sides **182**. Also comprising a part of the release means are fulcrum-like protuberances **182**b formed on sides proximate locking segments **188**. With this construction, segments **188** are movable into the release position shown in FIG. 49 by the exertion of inward forces on areas **182**a in the manner illustrated by the arrows in FIG. 49. More particularly, as forces are exerted on areas **182**a, protuberances **182**b will engage portion **132** of the injection site causing segments to swing outwardly about protuberances **182**b in the manner shown in FIG. 49. As seen in FIG. 47, when sides **182** are in their normal static position there shown segments **188** will be retained beneath peripheral surface **132**a of head portion **132** in the manner shown by the solid lines in FIG. 47. Segments **188** will remain in this position until an inward force is directed on areas **182**a causing locking segments **188** to move outwardly so as to permit head portion **132** of the injection site to pass between the locking segments.

Due to the resiliently deformable nature of side members **182**, during assembly of the medical connector with the injection site, the locking segments will ride along the sides of upper portion **132** of the injection site as the septum is pierced by the cannula. When the cannula reaches the position as shown in FIG. 47 where it extends completely through the septum, the spring forces within side members **182** will cause the locking segments **188** to snap into a locking position shown by the solid lines in FIG. 47.

Referring to FIGS. 51 through 55, another form of medical connector of the apparatus of the invention is there shown and generally identified by the numeral **190**. The connector of this form of the invention is adapted for use with entry port structures, including Y sites, T sites and heparin locks of the character having conventional needle pierceable septums. As best seen in FIG. 55, connector **190** comprises a generally cylindrical base **192** and a metal cannula or hollow needle **195** connected thereto and extending outwardly therefrom. Integrally formed with base **192** are locking means for lockingly engagement with the locking members of the particular entry port structure with which it is to be mated. The locking means are identical to those described in connection with FIGS. 14 through 26 and include a pair of resiliently deformable side members **194** which are generally "C" shaped in cross section (FIG. 54). Side members **194** extend along either side of needle **194** and, in their normal state, are disposed in a generally parallel relationship with to the longitudinal axis of the needle.

14

The needle shown in FIGS. 51 through 55 comprises a hollow metal needle which terminates in a tapered septum penetrating extremity **195**a which includes a tip portion that is configured to readily penetrate a conventional elastomeric septum. Needle **195** may be integrally formed with base **192** or, in some instances, may comprise a separate element which is either fixedly or removably interconnected with base **192**.

Extending rearwardly of base **192** is a highly novel adapter means for adapting the connector for use with a device having a blunt cannula. The character of this adapter means and the method for using it will presently be discussed.

Also forming a part of the locking means of the medical connector of this embodiment of the invention are oppositely disposed barb-like locking segments **196** which are preferably integrally formed with the "C" shaped side members **194** of the connector. Locking segments **196** are of identical construction to previously described segments **114** and are adapted to lockably engage locking protuberances such as locking protuberances **46** and **48** provided on the Y site **12**. A second pen snap locking means in the form of protuberances **199** are also provided in this form of the invention and operates in the manner earlier described.

Side members **194** are constructed of a relatively thin plastic material which is yieldably deformable so as to permit mating of the connector with the selected injection site in the same manner as previously described herein. Side members **194** also include release means in the form of wing-like gripping members **197** for moving the locking means from a locked position to an unlocked position in the manner previously described. Due to the resilient character of the plastic, as the gripping members are urged toward one another, segments **196** of side members **194** will move from their first, at-rest or locked position (FIG. 53) to a second, or open, unlocked position wherein the space between the elements is sufficient to permit passage of the locking protuberances of the injection site unit.

In the form of the invention shown in FIGS. 51 through 55 of the drawings, the important adapter means comprises a cylindrical portion **200** which is integrally formed with base **192** and defines at its open end a port **202**. Port **202** is closed by a closure means shown here as a closure assembly **204**. Closure assembly **202** is identical to the previously described closure assembly **22** and comprises a septum holding means, shown here as a generally cylindrically shaped ring-like member **206**, and a split septum **208**. As before the outer surface of member **206** is provided with a circumferentially extending protuberance **209** which comprises a part of the locking means of the invention for locking member **206** in position within port **202** (FIG. 55). Protuberance **209** is closely received within a groove **211** formed in the interior surface of member **206**.

Septum **208**, which is constructed from a yieldably deformable elastomeric material, is locked into ring **206** in the same manner as septum **27** is locked into member **24** of the Y site of FIG. 1. After the septum is mated with member **206**, the assemblage thus formed is mated with portion **200** by inserting the assemblage into port **202** and exerting a force thereon which is sufficient to cause protuberance **209** to snap into groove **211**. With the closure means thus mated with portion **200**, fluid can be introduced into a passageway **214** formed in base **192** (FIG. 55) by means of a cannula adapted to penetrate septum **208**. Passageway **214** is in communication with the interior passageway **216** of needle **195** in the manner shown in FIG. 53.

5,632,735

15

After connector 190 is mated with a Y site, or similar injection site, such as shown in FIGS. 1 and 8, fluid flowing through passageway 214 can be conducted to a patient via needle 195 and a suitable conduit which is telescopically receivable within the second port of the Y site or T site in the manner shown in FIGS. 2, 3, and 6.

Turning now to FIGS. 56 and 57, yet another form of medical connector of the apparatus of the invention is there shown and generally identified by the numeral 220. The connector of this form of the invention is adapted for use with devices of the character shown in FIGS. 8A through 8F, which devices were earlier described. Connector 220 comprises a base or end wall 222 and a blunt cannula 224 connected thereto and extending outwardly therefrom. Integrally formed with base 102 are locking means for locking engagement with the devices shown in FIGS. 8A through 8F, shown here as protuberances 226 which are formed on sidewall portions 227 and are adapted to be lockably received within the L shaped grooves of the devices of FIG. 8A through 8F.

Cannula 224 comprises a plastic cannula having a tapered wall, one end of which interconnects with end wall 222 in the manner best seen in FIG. 56. The opposite end of the cannula terminates in a septum penetrating extremity 224a which includes a tip portion that is configured to readily penetrate a split or slitted septum of the character shown in the drawings. Cannula 224 is provided with an internal passageway 230 which communicates with a chamber 232 formed by an upstanding cylindrical wall 234 which is integrally formed with base wall 222.

Receivable within chamber 232 is a plunger assembly 237 comprising an elastomeric plunger 238 which is reciprocally movable within chamber 232 in the manner shown by the phantom lines of FIG. 56 by a handle portion 240 which is connected to plunger 238. Handle portion 240 and plunger 238 comprise a part of the filling and dispensing means of the invention for urging fluid into the chamber from a fluid source as the plunger is moved upwardly within chamber 232 and for dispensing fluid from the chamber upon downward movement of the plunger. As indicated in FIG. 57, wall 234 is preferably transparent and is provided with indicia 241 which can be used to measure fluid level within chamber 232.

Integrally formed with handle portion 240 is a shield means, here shown as a downwardly depending, cylindrical skirt portion 240a which surrounds wall 234 and functions as a contamination shieled to prevent contamination in Chamber 232. A shoulder 240b is formed proximate the lower edge of skirt portion 240a and is adapted to engage an upper shoulder 234a formed on wall 234 to stop upward movement of handle portion 240 and plunger 238. With this construction, fluid can be drawn into chamber 232 via cannula 224 by upward movement of plunger 238 and can be expelled from cannula 224 by downward movement of the handle 240 and plunger 238.

Having now described the invention in detail in accordance with the requirements of the patent statutes, those skilled in this art will have no difficulty in making changes and modifications in the individual parts or their relative assembly in order to meet specific requirements or conditions. Such changes and modifications may be made without departing from the scope and spirit of the invention, as set forth in the following claims.

We Claim:

1. An entry port structure usable with a cannula, comprising:

16

(a) a tubular body having a central passageway and first and second ports in communication with said central passageway; and

(b) a closure assembly disposed within said first port, said closure assembly comprising:

(i) a generally ring shaped member having an outer wall and an inner wall, said inner wall having a first portion defining a chamber and a second portion sloping outwardly from said first portion and cooperating with said outer wall to define a skirt portion; and

(ii) a septum disposed within said chamber.

2. An entry port structure as defined in claim 1 in which said tubular body has a first portion provided with a circumferentially extending groove, said skirt portion of said generally ring shaped member being received within said groove.

3. An entry port structure as defined in claim 2 further including locking means for locking said ring shaped member within said groove of said first portion of said tubular body.

4. An entry port structure as defined in claim 3 in which said skirt portion of said generally ring shaped member is provided with a circumferentially extending channel and in which said locking means comprises a circumferentially extending protuberance formed on said first portion of said tubular body, said protuberance being received within said channel.

5. An entry port structure as defined in claim 3 further including retaining means for retaining said septum within said chamber of said generally ring shaped member.

6. An entry port structure as defined in claim 5 in which said retaining means comprises a generally annular shaped segment integrally formed with and extending radially inwardly from said inner wall of said generally ring shaped member.

7. An entry port structure as defined in claim 6 in which said septum includes a circumferentially extending groove, said generally annular shaped segment being received within said groove.

8. An entry port structure as defined in claim 7 in which said septum includes a generally cylindrically shaped portion, said portion being received within said central passageway of said tubular body.

9. An entry port structure as defined in claim 7 in which said skirt portion of said generally ring shaped member is yieldably deformable.

10. An entry port structure as defined in claim 7 in which said tubular body is provided with a radially outwardly extending locking member.

11. An entry port structure as defined in claim 7 in which said tubular body includes a third port in communication with said central passageway.

12. An entry port structure usable with one or more cannulas comprising:

(a) an elongated, generally tubular body having a central passageway, first and second end ports in communication with said passageway and first and second spaced-apart intermediate ports in communication with said passageway; and

(b) a closure assembly disposed within each of said first and second intermediate ports, each of said closure assemblies comprising:

5,632,735

17

(i) septum holding means for holding a septum, including a generally ring shaped member telescopically received with said intermediate port, said member having an inner wall defining a chamber; and

(ii) a septum disposed within said chamber.

13. An entry port structure as defined in claim 12 in which each of said first and second intermediate ports include connector means for interconnecting a cannula therewith.

14. An entry port structure as defined in claim 13 in which each of said first and second intermediate ports include a generally cylindrically shaped wall and in which said connector means comprises at least one generally "L" shaped groove provided in said wall.

15. An entry port structure as defined in claim 13 further including locking means for locking said ring-shaped member within each said intermediate ports.

16. An entry port structure as defined in claim 13 in which said tubular body has a first portion provided with a circumferentially extending groove and in which said ring shaped member has a skirt portion said skirt portion of said generally ring-shaped member being received within said groove.

17. An entry port structure as defined in claim 16 further including means for locking said ring-shaped member within said groove of said first portion of said tubular body.

18. An apparatus for infusing liquids from a liquid source into a patient comprising:

(a) an entry port structure having a tubular body, said tubular body having a locking member and first and second ports, said first port being closed by closure means comprising:

(i) a generally ring shaped member telescopically received within said first port; and

(ii) a septum mounted within said generally ring shaped member;

(b) a connector for releasable interconnection with said entry port structure, said connector comprising:

(i) a base;

(ii) a cannula connected to said base and extending therefrom; and

(iii) locking means connected to said base and extending therefrom for locking engagement with said locking member of said entry port structure to lockably interconnect said connector with said entry port structure said locking means being movable from a first locked position to a second unlocked position, said locking means comprising a pair of resiliently deformable spaced-apart, oppositely-disposed side members connected to said base; and

(c) release means for moving said side members to said second unlocked position, said release means comprising:

(i) a pair of pressure pads disposed on opposite sides of said cannula said pressure pads being movable toward and away from said cannula; and

(ii) strut means for interconnecting said pressure pads with said side members.

19. An apparatus as defined in claim 18 in which said cannula comprises a metal needle having a length sufficient to extend through said septum when said locking means is in lockable engagement with said locking member.

20. An apparatus as defined in claim 18 in which said entry port structure comprises a heparin lock.

21. A medical connector for use with an entry port structure of the character having a tubular body provided with first and second ports, one of which is closed by penetrable septum, said medical connector comprising:

18

(a) a base;

(b) a cannula connected to said base and extending therefrom said cannula having a longitudinal axis; and

(c) locking means connected to said base and extending therefrom for interlocking said connector with said entry port structure, said locking means comprising:

(i) a pair of resiliently deformable, circumferentially spaced-apart, oppositely-disposed side members connected to said base and extending substantially parallel to said longitudinal axis of said cannula, said cannula being disposed intermediate said side members; and

(ii) locking elements formed on said side member for locking engagement with said entry port structure; and

(d) release means connected to said side members for disconnecting said locking elements from locking engagement with said entry port structure, said release means acting on said side members to move said side members out of parallel with said longitudinal axis of said cannula.

22. A medical connector as defined in claim 21 in which said release means comprises:

(a) a pair of pressure pads disposed on opposite sides of said cannula said pressure pads being movable toward and away from said cannula; and

(b) strut means for interconnecting said pressure pads with said side members.

23. A medical connector as defined in claim 21 in which said entry port structure engaging elements comprise a pair of oppositely disposed barb like segments formed on said side members.

24. A medical connector as defined in claim 21 in which said entry port structure engaging elements comprise a circumferentially extending protuberance.

25. A medical connector as defined in claim 24 in which said release means comprises wing like members connected to and extending tangentially from said side members.

26. A medical connector as defined in claim 24 in which said side members are generally "C" shaped in cross-section and are yieldably deformable between first and second positions by forces exerted on said wing like members.

27. A medical connector for use with an entry port structure including a tubular body, having first and second ports, one of which is closed by penetrable septum, said medical connector comprising:

(a) a base;

(b) a cannula connected to said base and extending therefrom; and

(c) locking means connected to said base and extending therefrom for locking engagement with said locking member of said entry port structure to lockably interconnect said connector with said entry port structure, said locking means comprises:

(i) a pair of resiliently deformable, spaced-apart, oppositely-disposed side members connected to said base, said cannula being disposed intermediate said side members; and

(ii) first and second entry port structure engaging elements formed on said side members; and

(d) release means for moving said locking means from said first locked position to said second unlocked position, said release means comprising;

5,632,735

19

(i) a pair of pressure pads disposed on opposite sides of said cannula said pressure pads being movable toward and away from said cannula; and

(ii) strut means for interconnecting said pressure pads with said side members.

28. An apparatus for sampling fluids of a patient comprising:

(a) a sampling port structure having a tubular body, provided with first and second ports, said first port being closed by closure means comprising:

(i) septum holding means for holding a septum, including a generally ring shaped member telescopically received within said first port, said member having an inner wall defining a chamber; and

(ii) a septum disposed within said chamber, said septum being penetrable by the cannula.

29. An apparatus as defined in claim 28 in which said tubular body has a third port spaced apart from said first post, said second port being closed by closure means comprising:

(a) septum holding means for holding a septum, including a generally ring shaped member telescopically received within said first port, said member having an inner wall defining a chamber; and

(b) a septum disposed within said chamber, said septum being penetrable by the cannula.

30. An entry port structure as defined in claim 28 further including retaining means for retaining said septum within said chamber.

31. An entry port structure as defined in claim 30 in which said retaining means comprises a generally annular shaped segment connected to, and extending radially inwardly from, said inner wall of said generally ring shaped member.

32. A medical connector for use with an entry port structure of the character having a tubular body provided with first and second ports, one of which is closed by penetrable septum, said medical connector comprising:

(a) a base;

(b) a metal cannula connected to said base and extending therefrom, said metal cannula having a longitudinally extending fluid passageway;

(c) locking means connected to said base and extending therefrom for interlocking said connector with said entry port structure, said locking means comprising:

(i) a pair of resiliently deformable, spaced-apart, oppositely-disposed side members connected to said base, said cannula being disposed intermediate said side members; and

(ii) first and second entry port structure engaging elements formed side members; and

20

(d) release means for moving said locking means from a locked position to an unlocked position;

(e) a tubular body portion connected to said base, said tubular body portion having a centrally disposed fluid passageway in communication with said fluid passageway of said cannula and a first port in communication with said centrally disposed fluid passageway; and

(f) closure means for closing said first port of said tubular body, said closure means comprising a penetrable septum.

33. A medical connector as defined in claim 32 in which said closure means further comprises a generally ring shaped member telescopically received within said first port, said penetrable septum being mounted within said generally ring shaped member.

34. A medical connector for use with an entry port structure of the character having a tubular body provided with first and second ports, one of which is closed by penetrable septum, said medical connector comprising:

(a) a base;

(b) a cannula connected to said base and extending therefrom, said cannula having a fluid passageway therethrough; and

(c) locking means connected to said base and extending therefrom for locking engagement with said entry port structure to lockably interconnect said connector with said entry port structure, said locking means comprising:

(i) a pair of oppositely disposed side members connected to said base, said cannula being disposed intermediate said side member; and

(ii) first and second entry port structure engaging elements from on said side members; and

(d) a fluid chamber defined by a generally cylindrically shaped wall connected to said base, said fluid chamber being in communication with said fluid passageway of said cannula; and

(e) filling and dispensing means for urging fluid into said chamber and for urging fluid contained within said chamber outwardly of said fluid passageway of said cannula.

35. A medical connector as defined in claim 34 in which said dispensing means comprises a plunger reciprocally movable within said chamber and handle means connected to said plunger moving said plunger within said chamber.

36. A medical connector as defined in claim 35 further including a shield wall connected to said handle means and circumscribing said cylindrically shaped wall.

*  *  *  *  *

# EXHIBIT J

US006991215B2

(12) **United States Patent**
Kiehne

(10) Patent No.: **US 6,991,215 B2**
(45) Date of Patent: **Jan. 31, 2006**

(54) **VALVE FOR USE WITH A SYRINGE AND WHICH PREVENTS BACKFLOW**

(75) Inventor: **Bruce Leigh Kiehne**, Springwood (AU)

(73) Assignee: **Occupational & Medical Innovations, Ltd.**, Slacks Creek (AU)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 51 days.

(21) Appl. No.: **10/475,530**

(22) PCT Filed: **Jul. 1, 2002**

(86) PCT No.: **PCT/AU02/00861**

§ 371 (c)(1),
(2), (4) Date: **Oct. 30, 2003**

(87) PCT Pub. No.: **WO03/018105**

PCT Pub. Date: **Mar. 6, 2003**

(65) **Prior Publication Data**

US 2004/0124388 A1    Jul. 1, 2004

(30) **Foreign Application Priority Data**

Aug. 23, 2001    (AU) ................................... 63598/01
Dec. 12, 2001    (AU) ................................... PR9444

(51) **Int. Cl.**
F16K 51/00    (2006.01)
F16L 29/00    (2006.01)
F16L 37/28    (2006.01)

(52) **U.S. Cl.** ..................... **251/149.6**; 604/249; 604/905

(58) **Field of Classification Search** ............ 251/149.1, 251/149.6, 149.7; 604/249, 905
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 3,965,910 | A | | 6/1976 | Fischer |
|---|---|---|---|---|
| 5,147,333 | A | | 9/1992 | Raines |
| 5,360,413 | A | * | 11/1994 | Leason et al. ............... 604/249 |
| 5,520,665 | A | | 5/1996 | Fleetwood |
| 5,699,821 | A | | 12/1997 | Paradis |
| 5,730,418 | A | | 3/1998 | Feith et al. |
| 6,039,302 | A | * | 3/2000 | Cote et al. ............... 251/149.1 |
| 6,245,048 | B1 | | 6/2001 | Fangrow, Jr. et al. |
| 6,428,520 | B1 | | 8/2002 | Lopez et al. |

FOREIGN PATENT DOCUMENTS

| AU | 736326 | 7/2001 |
|---|---|---|
| DE | 33 30 148 A1 | 3/1985 |
| EP | 1 027 901 A2 | 8/2000 |
| WO | WO 98/26835 | 6/1998 |

* cited by examiner

Primary Examiner—Edward K. Look
Assistant Examiner—John K. Fristoe, Jr.
(74) Attorney, Agent, or Firm—Hoffman, Wasson & Gitler, PC

(57) **ABSTRACT**

A one-way valve assembly can be fitted to the end of a syringe to allow fluid to flow from the syringe and into a body cavity but to prevent backflow. The valve assembly is opened by insertion of the luer tip of the syringe into the assembly inlet. The valve has an internal elastic member that forms a variable volume internal chamber. This chamber expands upon insertion of the luer tip into the inlet and shrinks when the luer tip is removed from the assembly. The shrinking action creates a positive pressure in the valve assembly to prevent backflow.

**14 Claims, 5 Drawing Sheets**





FIG 1

FIG 2

FIG 3



FIG 4



FIG 5



FIG 6



FIG 7





FIG 8



FIG 9

US 6,991,215 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**VALVE FOR USE WITH A SYRINGE AND WHICH PREVENTS BACKFLOW**

### FIELD OF THE INVENTION

This invention is directed to a valve that can be attached to a catheter, a needle or any other type of injecting device and that has a particular configuration to prevent backflow. The invention is particularly directed to a needle free access valve for use in a needle free intravenous access system.

### BACKGROUND ART

A needle free access valve is one where the valve can be opened using a needleless syringe. A needleless syringe is a syringe where the needle has been removed such that the front of the syringe has only the luer taper or luer lock. Such valves are known but suffer from a number of disadvantages.

A typical known valve has a body composed of two cylindrical containers. One container has a tubular opening into which the luer taper can be pressed. The other container has a tubular opening filled with a luer lock that allows the valve to be attached to various medical devices. Fluid flows through the luer taper upon depression of the syringe plunger and flows through the valve. The valve has a circular valve disk that can be forced open by the pressure of the fluid. When the fluid pressure stops, the valve returns to its closed position. This type of arrangement is entirely conventional. One disadvantage with this arrangement is that high levels of fluid flow can often not be obtained due to the design of the valve. That is, the valve itself is solid and fluid can flow only about the edge of the valve when the valve is opened. Another disadvantage is the lack of sterilisation around the inlet part of the valve.

A serious disadvantage with many existing one-way valves is that fluid can flow back into the valve from the body cavity or the body in which the needle etc has penetrated. This results in contamination, and a potential health hazard. Most valves are provided with some form of spring or bias to naturally bias the valve back into the closed position. Therefore, there would be a great advantage if it was possible to provide a one-way valve (for instance a needle free access valve) where there is little or no likelihood of backflow occurring upon removal or retraction of the syringe (or other device) to which the valve is attached.

Other disadvantages with conventional valves are the production costs, the relatively large number of components making up the valve, the difficulty in mass production of the valve.

### OBJECT OF THE INVENTION

It is an object of the invention to provide a valve assembly for use in the medical field and which can reduce or entirely prevent the occurrence of backflow from the body cavity etc back into the valve assembly.

It is further object of the invention to provide a valve assembly that may at least partially overcome the above-mentioned disadvantages or provide the public with a useful or commercial choice.

In one form, the invention resides in a valve assembly that comprises:

1. An inlet and an outlet,
2. A flow pathway that extends through the valve assembly from the inlet to the outlet,
3. A plunger that is positioned in the flow pathway and which can move between a forward open position where fluid can flow from the inlet to the outlet, and a retracted closed position where fluid is prevented from flowing from the inlet to the outlet, the plunger having a forward portion,
4. An at least partially elastic sock that has an outer end fixed to the valve assembly, and an inner portion which engages with the plunger such that reciprocation of the plunger from the retracted position to the forward position causes at least part of the sock to stretch, and
5. A variable volume chamber having walls defined by the plunger and the sock, the chamber forming part of the flow pathway, the chamber having smaller or nil volume when the plunger is in the retracted position, and a larger volume when the plunger is in the extended position, whereby upon retraction of the plunger, the variable volume chamber reduces in volume which results in a pumping action to pump fluid through the flow pathway towards the outlet, thereby reducing or preventing backflow.

With this arrangement, the apparatus can be attached to a syringe (or other device), and a needle, catheter or other body-injecting device can be attached to the apparatus. The contents of the syringe can then be passed through the apparatus and into the body by depressing the plunger into the forward (open) position. As the plunger moves towards the forward position, it stretches at least part of the sock and the variable volume chamber adopts the larger volume. However once the syringe is removed, or retracted, the sock retracts to its initial position, causing the plunger to be pushed back into the closed position and at the same time contracting the variable volume chamber. The contraction causes a positive pressure inside the apparatus that means that backflow does not occur. Indeed, it is found that the positive pressure is sufficient to at least partially "pump" any residual fluid in the apparatus through the outlet upon retraction of the plunger. This is in contrast to known devices where retraction of the plunger or closure of the valve often allows backflow of fluid through the outlet and into the valve apparatus.

The valve assembly may have an outer body formed in two parts that are attached together. The two parts may comprise a top part, and a base part. The top part is substantially hollow and suitably contains an outer passageway of smaller diameter or cross-section, and an inner passageway of larger diameter or cross-section, the inner passageway forming part of an internal chamber. The outer passageway may contain longitudinal slots or recesses that comprise fluid ports the reason for which will be described in greater detail below.

The base part may be substantially hollow and may contain a outer passageway of smaller diameter or cross-section, and an inner passageway of larger cross-section or diameter and which forms-part of the internal chamber that is also defined by the top part. Thus, when the two parts are attached, there is provided a substantially central internal chamber. The outer passageway of the base part may be surrounded by attachments to allow the outlet to attach to a needle etc.

The apparatus has a flow pathway that extends through the valve assembly from the inlet to the outlet, and typically through the central internal chamber described above.

The apparatus has a plunger. The plunger is moveable between a forward open position where the plunger moves more towards the outlet, and a retracted closed position where the plunger is more towards the inlet. The plunger typically slides or reciprocates between the two positions.

The plunger has a forward portion which is typically a projecting nose portion. Suitably, the plunger also has a rear

US 6,991,215 B2

3

body portion. The nose portion and the body portion may be formed integrally. The plunger suitably has a fluid flow pathway extending at least partially therethrough. The fluid flow pathway may comprise an internal flow passageway extending through the nose portion which means that the nose portion may have an open outer end. Suitably, the internal flow passageway includes a transverse through bore in the rear body portion such that fluid can pass through the through bore and through the flow passageway that extends through the nose portion.

The rear body portion of the plunger is typically configured and dimensioned to substantially fill the outer passageway in the top part of the valve assembly. Suitably, the rear body portion has an end face that is substantially flush with the end of the top part of the valve assembly that can make cleaning of this area quite easy. The rear body portion typically has a sealing face extending about the rear body adjacent the end face and which seals with the internal wall of the outer passageway.

The plunger may an engagement means to engage with the elastic sock. The engagement means may comprise an annular step or shoulder portion on the plunger and which can catch against or engage with the elastic sock upon forward movement of the plunger. Alternatively, the plunger can push against the sock.

The apparatus has an at least partially elastic sock. The sock may be formed of a rubbery elastic material having a good memory. In one form of the invention, the sock may be formed as a separate component. The elastic sock may comprise a substantially circular base portion, and an extending tubular wall portion. The base portion and the wall portion may be formed integrally. The wall portion may extend substantially about the nose portion of the plunger. The base portion may have a peripheral edge that is held against movement in the valve assembly. Suitably, the peripheral edge also comprises a sealing edge. Preferably, the base portion is elastic and can therefore be stretched upon forward movement of the plunger. Preferably, the tubular wall portion is compressible or is otherwise configured to allow it to be shortened in length, for instance by allowing the wall portion to buckle in a controlled manner. The wall portion may be provided with circumferential recesses that provide zones to allow a controlled buckling of the wall portion. The end of the tubular wall portion may be provided with a sealing lip or a sealing bead that seals against the base portion of the valve assembly.

Alternatively, the sock may have a substantial disklike configuration without a tubular wall portion. In this embodiment, the sock may have an outer peripheral edge that is attached to the valve assembly in a manner similar to that described above. The sock may have an internal opening, which is typically a central opening and through which part of the plunger can pass, which is typically a nose portion of the plunger. If desired, the plunger may be provided with an annular recess to capture the wall of the internal opening. With this arrangement, the plunger may be provided with seals.

BRIEF DESCRIPTION OF THE DRAWINGS

Embodiments of the invention will be described with reference to the following drawings in which:

FIG. 1. Illustrates an exploded section view of the various components of the valve apparatus.

FIG. 2. Illustrates the valve in the closed position with the plunger in the retracted position.

4

FIG. 3. Illustrates the valve in the partially open position with the plunger moving to the forward position.

FIG. 4. Illustrates the valve in the fully open position.

FIG. 5. Illustrates a second embodiment of the invention having a slightly different sock arrangement that does not contain a tubular portion.

FIG. 6. Illustrates the valve assembly of FIG. 5 with the plunger in the retracted closed position and the sock in a substantially unstretched mode.

FIG. 7. Illustrates the valve assembly of FIG. 6 with the plunger has been pushed into the forward open position and the elastic sock is stretched.

FIG. 8. Illustrates a third embodiment of the invention with the plunger in the closed position.

FIG. 9. Illustrates the invention of FIG. 8 in the open position.

BEST MODE

Referring to the drawings, and initially to FIG. 1, there is illustrated a valve assembly which comprises an inlet 10 and an outlet 11, a flow pathway that extends through the valve assembly from inlet 10 to outlet 11, a plunger 12 that is positioned in the flow pathway and which can reciprocate between a forward open position illustrated in FIG. 3, and a retracted closed position illustrated in FIG. 2, the plunger having an elongate forward nose portion 13, an elastic sock 14 which is adapted to extend at least partially about the nose portion 13 of plunger 12, engagement means 15 to engage the plunger to the sock, and a variable volume chamber 16 best illustrated in FIG. 3 (where the chamber is of maximum volume), but also just visible in FIG. 2 (where the chamber is of minimal and almost having a zero volume).

Referring to the parts in greater detail, the valve assembly in the embodiment comprises an outer body that is formed of two parts that are attached together, the two parts being a top part 17 and a base part 18. These parts are formed of plastic material and are joined together by any suitable method. Top part 17 is best illustrated in FIG. 1 and is substantially hollow. Top part 17 comprises an outer passageway 19 which is circular and which has a smaller diameter, and an inner passageway 20 which is also circular and which has a substantially larger diameter. Similarly, base part 18 has an inner passageway 21 that has a substantially larger diameter than outer passageway 22. When the two parts are joined as illustrated in FIG. 2 and FIG. 3, the two larger diameter passageways together form an internal chamber 23. Outer passageway 22 terminates in outlet 11, while outer passageway 19 terminates in inlet 10.

The outer passageway 19 in top part 17 contains a plurality of longitudinal open ended fluid ports 24. Ports 24 comprise recesses in the wall of outer passageway 19 and are open ended which means that the ports communicate with chamber 16. The ports 24 do not extend entirely along the wall of passageway 19. Rather, the ports terminate partway along the wall such that a smooth wall portion 25 extends between the end of ports 24 and inlet 10. The reason for this will be described in greater detail below.

Base part 18 contains a standard luer lock fitting 26 which extends about passageway 22 and which functions to allow a needle etc to be attached to this part of the assembly. Of course, other types of attachments can also be used.

Inner passageway 21 has a diameter that is smaller than inner passageway 20. Thus, the wall 27 of inner passageway 21 passes into inner passageway 20 this being best illustrated in FIG. 2. Moreover, wall 27 has a length that results

US 6,991,215 B2

5

in the wall 27 being spaced somewhat from wall 28 of top part 17 (see FIG. 2). This spacing facilitates the attachment of the elastic sock that will be described in greater detail below.

Plunger 12 is formed of plastic material and comprises a unitary body. The plunger has a particular configuration that provides a nose portion 13, and a rear body portion 29. Nose portion 13 is slightly tapered and has a through passageway 30 which passes through an open outer end 31 and functions to allow fluid to flow through the valve assembly. Body portion 29 is provided with a transverse through bore 32 through which fluid can pass. Body portion 29 has a substantially cylindrical outer wall provided with a sealing area or collar 35. This is why the fluid ports 24 in end wall 25 terminate short of inlet 10 to also provide a smooth area which functions as a sealing zone 36. Thus, when the plunger is in the closed position illustrated in FIG. 2, the sealing collar 35 seals against the sealing zone 36 to provide seal against fluid flow.

When plunger 12 is pushed forwardly from the position illustrated in FIG. 2 to the position illustrated in FIGS. 3 and 4, the plunger only moves by a few mm, but this movement is sufficient to move collar 35 away from sealing zone 36 and into the area of the flow ports 24 and to allow fluid to pass along the outside wall of body portion 29, through the fluid ports 24, through bore 32 through passageway 30 and through outlet 11. Conversely, when the plunger is retracted from the position illustrated in FIG. 3 to the position illustrated in FIG. 2 the plunger again seals against passage of fluid from inlet 10 through outlet 11.

Fluid only flows when the flow ports 24 are opened by collar 35 moving past the outer most edge of the flow ports. At all other times a seal is maintained between the internal wall 25 and collar 35.

The plunger is biased back to its retracted position by the elastic sock 14 which also provide additional functions. Elastic sock 14 is made of a rubbery elastic material having an excellent memory. The elastic sock has a circular base portion 39 and an extending tubular wall portion 40. The elastic sock, when in the rest position, adopts the configuration illustrated in FIG. 1. The base portion is made of a stretchable and elastic material. The base portion has a peripheral edge 41 that is thickened with respect to the thickness of the base portion immediately next to the peripheral edge.

FIG. 2 illustrates attachment of the sock to the apparatus and shows how the thickened peripheral edge 41 is trapped between wall 27 of base part 18 and the inner wall of top part 17. The area of the base part between the peripheral edge and the tubular wall portion 40 is quite elastic and can stretch. Peripheral edge 41 also functions to seal the fluid pathway in the apparatus. The outer end of tubular wall portion 40 is provided with an annular sealing lip 45 that fits within an annular recess 46 formed in base part 18 (see FIG. 2).

The plunger 12 has an engagement means 15 that comprises an annular shoulder extending from the base of nose portion 13. The annular shoulder sits behind base portion 39, this being best illustrated in FIG. 2. Thus, when the plunger 12 is pushed forwardly from the position illustrated in FIG. 2 to the position illustrated in FIG. 3, the engagement means 15 will push base portion 39 forwardly. As the peripheral edge 41 is trapped in place, the base portion will begin to stretch this being best illustrated in FIG. 3. As this occurs, a chamber 16 (called the variable volume chamber) opens up from a very small or zero volume best illustrated in FIG. 2, to a larger volume best illustrated in FIGS. 3 and 4. This chamber 16 forms part of the fluid flow pathway that means

6

that fluid fills or can at least partially fill chamber 16. Of course, upon removal of the syringe tip (which pushes the plunger forwardly) from the apparatus, the plunger is pulled back into the retracted position by virtue of the stretched base portion 39 shrinking back to its rest position. This action reduces the volume of chamber 16 and causes any fluid in the chamber to be "pumped" or squeezed through flow passageway 30 and through outlet 11.

The sock is designed such that when the plunger 12 is in the retracted closed position, there is still some tension in the sock to keep the plunger in the retracted position.

The tubular wall portion 40 of the sock has an array of spaced circumferential grooves 43 which are best illustrated in FIG. 1 and FIG. 2. These grooves facilitate a control buckling of the tubular wall portion 40 from a substantially unbuckled position illustrated in FIG. 2, to a buckled position illustrated in FIG. 3. The buckling compensates for the stretching of base portion 39. The tubular wall portion (also called the sock stem) has a natural position and memory to retain the position illustrated in FIG. 2. Thus, when the wall portion adopts the buckled position illustrated in FIG. 3, it also assists in pushing back to the plunger as soon as the syringe (or other type of device) is removed from inlet 10.

Referring to FIG. 4, when the plunger 12 is in the fully open position, the plunger nose seals against annular sealing lip 45.

FIGS. 5–7 illustrate another embodiment of the invention, the primary difference being the configuration of the elastic sock on the plunger. Like parts have been given like numbers.

In this embodiment, plunger 47 is substantially similar to the plunger described above except that the nose portion 48 contains a O ring seal 49 which is in sliding engagement with the inside wall of outer passageway 22 thereby preventing fluid from flowing along the outside wall of the nose portion 48. The plunger supports an elastic sock 51 that is disklike in configuration, and differs from the elastic sock described above in that there is no tubular portion. The sock 51 again has an outer peripheral thickened sealing edge 52 that is trapped in the valve housing as illustrated in FIG. 6 and FIG. 7.

As plunger 47 moves from its retracted position illustrated in FIG. 6 to the extended position illustrated in FIG. 7, the movement causes the elastic sock 51 to stretch. This stretching action increases the volume of the variable volume chamber 16. When the syringe tip (not illustrated) or other similar device is removed from inlet 10, plunger 47 will then be retracted back to the closed position illustrated in FIG. 6 by virtue of the bias provided by the stretched sock. Additionally, shrinking of the sock back to its initial position will reduce the volume of chamber 16 that provides the positive pressure to prevent backflow. A further O ring 55 is positioned on the outer edge of plunger 47.

In each embodiment, a small air passageway 56 is provided to allow air to pass into chamber 23 upon shrinking of the sock and to allow air to pass out of chamber 23 upon stretching of the sock.

The valve assembly prevents back flow of fluids by maintaining a positive pressure in chamber 16.

Referring to FIGS. 8 and 9 there is illustrated an anti-siphon means that can be fitted to a valve assembly which is described in Australian patent 736326 the specification of which is incorporated herein by cross reference. In this embodiment, the anti-siphon means includes a sleeve 64 which fits generally in a bottom casing 69 which is one part of a two part housing. Sleeve 64 can be formed from an elastic material or a material that is elastic in the region

US 6,991,215 B2

<table>
<tr><td>7</td><td>8</td></tr>
</table>

where the sleeve contacts opening fingers 74. Suitably, the sleeve is formed from SANTOPRENE or similar material. Sleeve 64 has an inner portion which is dish shaped 75 and an outer portion 69 which is in the shape of a tube and which extends along the inside wall of spigot 71, and terminates in a small lip 72 which extends over the front end of spigot 71 to hold the sleeve in place. Inner portion 75 of the sleeve is sealed to the innermost annular land portion 65 of bottom casing 69. Thus, the sleeve can be positioned in bottom casing 69 prior to bottom casing 69 being attached to top casing 62. A small annular thickened portion 66 is provided on the sleeve where the dish shaped portion 75 joins or becomes part of the outer portion 69. Suitably, the entire sleeve is formed from a single piece of material.

The sleeve is designed to naturally adopt a position illustrated in FIG. 8 where it abuts against, or is closely spaced from fingers 74. In this position, the sleeve isolates the fluid pathway from the remainder of chamber 67. When valve member 61 is pushed forwardly, the arrangement adopts the position illustrated in FIG. 9. As valve member is pushed forwardly, it deforms or pushes apart fingers 74. Fingers 74 in turn push back/stretch sleeve 64 into chamber 67. This action causes air in chamber 67 to be vented from the chamber through a small vent opening 68. Vent 68 in the particular embodiment illustrated in FIG. 8 and FIG. 9 extends between chamber 67 and outlet 73. Specifically, vent 68 passes between chamber 67 and the threads 70 in the internal passageway. An advantage in having the vent in this position is that it cannot be clogged by any cleaning/wiping of the exterior of the valve assembly. Of course, it is possible for vent 68 to vent air from chamber 67 to any convenient outer part of the valve assembly.

When valve member [plunger] 61 is pushed forwardly, fluid can now pass from inlet 60 through outlet 73. When valve member 61 is pushed back from the position illustrated in FIG. 9 to the position illustrated in FIG. 8, the stretched sleeve 64 will shrink back to the position illustrated in FIG. 8, and will stay abutting against or closely spaced from the fingers 74/valve member 61. As this occurs, air will pass through vent 68 and into chamber 67 to equalise the pressure. Thus, air will pass through vent 76 and not through outlet 16. The effect of this is that as valve member 61 is retracted, fluid will not suck back through outlet 73 as air will move preferentially into chamber 67 through vent 68. The reason for this is that outlet 73 will usually be connected to some form of needle assembly or body access means and it is much more difficult to suck fluid back through outlet 73 then to have air passing through vent 68. Thus, the arrangement functions as an anti-siphon means to prevent body fluid (for instance blood) from being sucked back into the valve assembly.

Another advantage with the arrangement is that possibly contaminated air is kept separate from the fluid flow pathway of the valve assembly by virtue of the sleeve 64.

It should be appreciated that various other changes and modifications can be made to the invention without departing from the spirit and scope of the invention.

What is claimed is:

1. A valve assembly that comprises an inlet and an outlet, a flow pathway that extends through the valve assembly from the inlet to the outlet, a plunger that is positioned in the flow pathway and which can move between a forward open position where fluid can flow from the inlet to the outlet, and a retracted closed position where fluid is prevented from flowing from the inlet to the outlet, the plunger having a fluid flow pathway extending at least partially therethrough or therealong, the plunger having a forward portion, an at least partially elastic sock that has an outer end fixed to the valve assembly, and an inner portion which engages with the plunger such that reciprocation of the plunger from the retracted position to the forward position causes at least part of the sock to stretch, and a variable volume chamber having walls defined by the plunger and the sock, the chamber forming part of the flow pathway, the chamber having smaller or nil volume when the plunger is in the retracted position, and a larger volume when the plunger is in the extended position, whereby upon retraction of the plunger, the variable volume chamber reduces in volume which results in a pumping action to pump fluid through the fluid pathway towards the outlet, thereby reducing or preventing backflow.

2. The assembly of claim 1, wherein the valve assembly has an outer body formed in two parts that are attached together.

3. The assembly of claim 2, wherein one of the two parts comprises a top part having an outer passageway of smaller diameter or cross-section, and an inner passageway of larger diameter or cross-section, the inner passageway forming part of an internal chamber.

4. The assembly of claim 3, wherein the outer passageway contains at least one longitudinal slot or recess that comprise fluid ports.

5. The assembly of claim 3, wherein the other of the two parts comprises a base part which has an outer passageway of smaller diameter or cross-section, and an inner passageway of larger cross-section or diameter and which forms part of the internal chamber that is also defined by the top part.

6. The assembly of claim 5 that has a fluid flow pathway that extends through the valve assembly from the inlet to the outlet, and through the central internal chamber.

7. The assembly of claim 1, wherein the plunger has an engagement means to engage with the elastic sock.

8. The assembly of claim 7, wherein the engagement comprises an annular step or shoulder portion on the plunger and which catches against or engages with the elastic sock upon forward movement of the plunger.

9. The assembly of claim 1, wherein the sock has a substantially circular base portion, and an extending tubular wall portion.

10. The assembly of claim 9, wherein the wall portion extends substantially about the forward portion of the plunger.

11. The assembly of claim 10, wherein the base portion has a peripheral edge that is held against movement in the valve assembly.

12. The assembly of claim 11, wherein the tubular wall portion is compressible or is otherwise configured to allow it to be shortened in length, for instance by allowing the wall portion to buckle in a controlled manner.

13. The assembly of claim 1, wherein the sock has a substantial disklike configuration.

14. The assembly of claim 13, wherein the sock has an outer peripheral edge that is attached to the valve and an internal opening which is typically a central opening and through which the forward part of the plunger can pass.

* * * * *