IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-57 (***) |
| ) | |
| NEXUS MEDICAL, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order of April 26, 2007, the parties hereby submit this Joint Status Report.

## PLEADINGS

On January 29, 2007, Venetec filed this action against Nexus.

On July 25, 2007, Venetec filed a First Supplemental Complaint.

On September 5, 2007, Venetec filed its Second Supplemental Complaint. An Answer is due by Nexus on September 19, 2007.

## DISCOVERY

Pursuant to the Court's direction, the parties have served document requests and interrogatories but have not taken any depositions. Based on presently served requests, Venetec anticipates its document production will be substantially complete by the second week of October, and Nexus's production is substantially complete.

## PENDING MOTIONS

There are currently two motions pending, both of which have been briefed:

- Motion to Stay All Proceedings Pending Reexamination of U.S. Patent No. 6,447,445 by the United States Patent and Trademark Office, filed by Nexus on June 25, 2007.

- Motion to Clarify or Amend the Stipulated Protective Order, filed by Nexus on July 13, 2007.

### **PRE-TRIAL DEADLINES/PROCEDURES**

Nexus requests that the present discovery cut-off date of February 15, 2008 be extended by three months to May 16, 2008 because of the eight new recently plead causes of action. Venetec does not oppose Nexus' request.

If the Court decides that extension of the discovery cut-off date is appropriate, the parties request the Court set a telephonic status conference in early 2008, at which time the Court may consider setting dates for the events after the proposed May 16, 2008 discovery cut-off date.

If the Court decides that extension of the discovery cut-off date is not appropriate, however, the parties wish to discuss dates for the events after the February 15, 2008 discovery cut-off date.

### **SETTLEMENT**

To date, there have been no settlement discussions between the parties beyond preliminary inquiries regarding whether a license is available. A mediation has been scheduled for October 3, 2007.

Dated: September 6, 2007

                Respectfully submitted,

                */s/ Jack B. Blumenfeld*
                Jack B. Blumenfeld (#1014)
                Maryellen Noreika (#3208)
                MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19899-1347
                (302) 658-9200
                jblumenfeld@mnat.com
                mnoreika@mnat.com

Steven C. Cherny
Clement J. Naples
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Maximilian A. Grant
Michael A. David
LATHAM & WATKINS LLP
555 Eleventh Street, N.W.
Washington, DC 20004
(202) 637-2200

*Counsel for Venetec International, Inc.*


/s/ Mary B. Matterer
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Scott R. Brown
Jennifer C. Bailey
HOVEY WILLIAMS LLP
2405 Grand Boulevard
Suite 400
Kansas City, MO 64108
(816) 474-9050

*Counsel for Nexus Medical, LLC*

3