# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

September 12, 2007

The Honorable Mary Pat Thynge                                    *VIA ELECTRONIC FILING*
United States District Court
 For the District of Delaware
844 North King Street
Wilmington, DE  18901

      Re:   *Venetec International, Inc. v. Nexus Medical, LLC*
             C.A. No. 07-57 (\*\*\*)

Dear Judge Thynge:

      Attached is an Amended Scheduling Order including the dates discussed during the September 11 telephone conference.  If it meets with the Court's approval, the parties request that it be entered.

                         Respectfully,

                         */s/ Jack B. Blumenfeld*

                         Jack B. Blumenfeld (#1014)

JBB/lmc
Enclosure
cc:     Clerk of Court (Via Hand Delivery; w/ encl.)
          Mary B. Matterer, Esquire (Via Electronic Mail and Hand Delivery; w/ encl.)
          Scott R. Brown, Esquire (Via Electronic Mail; w/ encl.)
          Max Grant, Esquire (Via Electronic Mail; w/ encl.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-57 (***) |
| ) | |
| NEXUS MEDICAL, LLC, ) | |
| ) | |
| Defendant. ) | |

## AMENDED SCHEDULING ORDER

The Scheduling Order entered by the Court on April 22, 2007 (D.I. 23) is amended as follows:

1. <u>Fact Discovery Cut Off</u>: All fact discovery in this case shall be initiated so that it will be completed on or before May 16, 2008. The Court encourages the parties to serve and respond to contention interrogatories early in the case. Unless otherwise ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 shall be strictly observed.

2. On October 12, 2007, the Court will hold a conference by telephone with counsel beginning at 10:30 a.m. concerning the pending motions. Plaintiff's counsel shall initiate the telephone call.

3. On January 17, 2008, the Court will hold a Rule 16(a), (b) and (c) conference by telephone with counsel beginning at 9:00 a.m. Plaintiff's counsel shall initiate the telephone call.

_____
Magistrate Judge