IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-57 (***) |
| | ) | |
| NEXUS MEDICAL, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff Venetec International, Inc.'s Fourth Set of Requests for Production of Documents and Things to Defendant Nexus Medical, LLC were caused to be served on September 12, 2007 upon the following in the manner indicated:

Richard Herrmann, Esquire  *BY E-MAIL & HAND*
Mary Matterer, Esquire
Morris, James, Hitchens & Williams
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Scott R. Brown, Esquire  *BY E-MAIL*
Jennifer C. Bailey, Esquire
Hovey Williams LLP
2405 Grand Boulevard, Suite 400
Kansas City, MO 64108

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika (#3208)*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
 *Attorneys for Plaintiff*

OF COUNSEL:

Steven C. Cherny
Clement J. Naples
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

Maximilian A. Grant
Michael David
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC  20004
(202) 637-2200

September 12, 2007
909751

**CERTIFICATE OF SERVICE**

  I, Maryellen Noreika, hereby certify that on September 12, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard Hermann, Esquire
> Mary Matterer, Esquire
> MORRIS JAMES

  I also certify that copies were caused to be served on September 12, 2007 upon the following in the manner indicated:

**BY E-MAIL & HAND:**

Richard Hermann, Esquire
Mary Matterer, Esquire
Morris, James, Hitchens & Williams
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

**BY E-MAIL**

Scott R. Brown, Esquire
Jennifer C. Bailey, Esquire
Hovey Williams LLP
2405 Grand Boulevard
Suite 400
Kansas City, MO  64108

*/s/ Maryellen Noreika (#3208)*
_____
Maryellen Noreika (#3208)
mnoreika@mnat.com