IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-57 (***) |
| | ) | |
| NEXUS MEDICAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED SCHEDULING ORDER

The Scheduling Order entered by the Court on April 22, 2007 (D.I. 23) is amended as follows:

    1.    <u>Fact Discovery Cut Off</u>: All fact discovery in this case shall be initiated so that it will be completed on or before May 16, 2008. The Court encourages the parties to serve and respond to contention interrogatories early in the case. Unless otherwise ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 shall be strictly observed.

    2.    On October 12, 2007, the Court will hold a conference by telephone with counsel beginning at 10:30 a.m. concerning the pending motions. Plaintiff's counsel shall initiate the telephone call.

    3.    On January 17, 2008, the Court will hold a Rule 16(a), (b) and (c) conference by telephone with counsel beginning at 9:00 a.m. Plaintiff's counsel shall initiate the telephone call.

_____
Magistrate Judge