IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC., | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 07-57 (***) |
| NEXUS MEDICAL, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## VENETEC'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Plaintiff Venetec International, Inc. moves for partial judgment on the pleadings that there was no inequitable conduct during the prosecution of the '150 patent. The grounds for this motion are more fully set forth in the accompanying brief.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*

*Of Counsel:*

Steven C. Cherny
Clement J. Naples
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Maximilian A. Grant
Michael A. David
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC  20004
(202) 637-2200

September 28, 2007

## **CERTIFICATE OF SERVICE**

I, Maryellen Noreika, hereby certify that on September 28, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard Herrmann, Esquire
> Mary Matterer, Esquire
> MORRIS JAMES

I also certify that copies were caused to be served on September 28, 2007 upon the following in the manner indicated:

> **BY ELECTRONIC MAIL**
> **and HAND DELIVERY**
>
> Richard Herrmann, Esquire
> Mary Matterer, Esquire
> MORRIS JAMES
> 500 Delaware Avenue
> Suite 1500
> Wilmington, DE 19801
>
> **BY ELECTRONIC**
> **and FIRST CLASS MAIL**
>
> Scott R. Brown, Esquire
> Jennifer C. Bailey, Esquire
> HOVEY WILLIAMS LLP
> 2405 Grand Boulevard
> Suite 400
> Kansas City, MO 64108

/s/ *Maryellen Noreika*
Maryellen Noreika (#3208)
mnoreika@mnat.com