IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 07-57-*** |
| : | |
| NEXUS MEDICAL, LLC, : | |
| : | |
| Defendant. : | |

**ORDER**

At Wilmington this **1ˢᵗ** day of **October, 2007**.

IT IS ORDERED that the mediation conference scheduled for Wednesday, October 3, 2007 at 10:00 a.m. is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE