IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEXUS MEDICAL, LLC )<br>)<br>Defendant. )<br>)<br>) | C.A. No.: 07-CV-0057 *** |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following document, **DEFENDANT NEXUS MEDICAL, LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF VENETEC INTERNATIONAL, INC.'S FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS,** were caused to be served on counsel listed below as indicated this 12th day of October, 2007:

Jack B. Blumenfeld (#1014)                                      *VIA EMAIL*
Maryellen Noreika (#3208)                                       *and HAND DELIVERY*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Steven C. Cherny                                                *VIA EMAIL*
LATHAM & WATKINS LLP                                            *and FEDERAL EXPRESS*
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Maximilian A. Grant                                             *VIA EMAIL*
LATHAM & WATKINS LLP                                            *and FEDERAL EXPRESS*
555 Eleventh Street, Suite 1000
Washington, DC 20004

Dated: October 12, 2007    */s/ Mary B. Matterer*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
rherrmann@morrisjames.com

*ATTORNEYS FOR DEFENDANT AND*
*COUNTERCLAIM-PLAINTIFF*
*NEXUS MEDICAL, LLC*