## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-57-*** |
| NEXUS MEDICAL, LLC, | : |
| Defendant. | : |

## ORDER

At Wilmington this **12th** day of **October, 2007**.

For the reasons set forth by the Court during the teleconference today,

IT IS HEREBY ORDERED that:

1. Defendant's motion to stay all proceedings pending reexamination (D.I. 40) is DENIED without prejudice.

2. Defendant's motion to clarify or amend the stipulated protective order (D.I. 60) is GRANTED.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE