## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC. | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No.: 07-CV-0057 *** |
| NEXUS MEDICAL, LLC | ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF JENNIFER C. BAILEY IN SUPPORT OF
## NEXUS MEDICAL, LLC'S OPPOSITION TO VENETEC INTERNATIONAL, INC.'S
## MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

I, Jennifer C. Bailey, declare:

1.     I am a member in good standing of the bar of the state of Missouri and am an associate in the law firm of Hovey Williams LLP, responsible for representation of Nexus Medical, LLC ("Nexus") in this matter.  I have personal knowledge of the statements made herein.

2.     This Declaration accompanies Nexus Medical, LLC's Opposition to Venetec International, Inc.'s Motion for Partial Judgment of No Inequitable Conduct.

3.     Attached hereto as Exhibit A is a copy of an Information Disclosure Statement dated October 24, 2005, and filed by Venetec in the '150 Patent Application.

4.     Attached hereto as Exhibit B is a copy of the Notice of Allowability and Examiner's Amendment in the '150 Patent Application, dated March 16, 2007.

5.     Attached hereto as Exhibit C is a copy of an Interview Summary filed by the patent examiner in the '150 Patent Application and reflecting the substance of an in-person interview held with Venetec on February 7, 2007.

6.    Attached hereto as Exhibit D is a copy of Venetec's Issue Fee Transmittal dated March 15, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 15, 2007

Jennifer C. Bailey

# Exhibit A

Docket No.:     VINTL.26FCPD1CC

October 20, 2005
Page 1 of 1

Please Direct All Correspondence to Customer Number **20995**

# TRANSMITTAL LETTER
## INFORMATION DISCLOSURE STATEMENT

| | | |
|---|---|---|
| Applicant | : | Steven F. Bierman |
| App. No | : | 11/204,586 |
| Filed | : | August 16, 2005 |
| For | : | MEDICAL LINE ANCHORING SYSTEM |
| Examiner | : | Unknown |
| Art Unit | : | Unknown |

CERTIFICATE OF MAILING

I hereby certify that this correspondence and all marked attachments are being deposited with the United States Postal Service as first-class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on

October 20, 2005
(Date)

James F. Herkenhoff, Reg. No. 51,241

**Mail Stop Amendment**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

Enclosed for filing in the above-identified application are:

(X)     An Information Disclosure Statement and PTO/SB/08 equivalent listing references for consideration:

    (X)     Listing 136 references.

(X)     The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment, to Account No. 11-1410.

(X)     Return prepaid postcard.

James F. Herkenhoff
Registration No. 51,241
Attorney of Record
Customer No. 20,995
(619) 235-8550

1997850
101705

Docket No.: VINTL.26FCPD1CC                                    **Customer No. 20,995**

## INFORMATION DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| Applicant | : | Steven F. Bierman | |
| App. No | : | 11/204,586 | |
| Filed | : | August 16, 2005 | |
| For | : | MEDICAL LINE ANCHORING SYSTEM | |
| Examiner | : | Unknown | |
| Art Unit | : | Unknown | |

CERTIFICATE OF MAILING

I hereby certify that this correspondence and all marked attachments are being deposited with the United States Postal Service as first-class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on

October 20, 2005
(Date)

James F. Herkenhoff, Reg. No. 51,241

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Enclosed is a PTO/SB/08 Equivalent listing 136 references that are of record in U.S. patent application No. 10/209,209, filed July 30, 2002, which is the parent of this continuation application, and is relied upon for an earlier filing date under 35 U.S.C. § 120. Copies of the references are not submitted pursuant to 37 C.F.R. § 1.98(d).

This Information Disclosure Statement is being filed within three months of the filing date, with an RCE or before receipt of a first office action after an RCE and no fee is required.

The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment, to Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: _10/20/05_

By: _____
James F. Herkenhoff
Registration No. 51,241
Attorney of Record
Customer No. 20,995
(619) 235-8550

1997829 101705

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | | |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Application No. | 11/204,586 | | |
| Filing Date | August 16, 2005 | | |
| First Named Inventor | Steven F. Bierman | | |
| Art Unit | Unknown | | |
| Examiner | Unknown | | |
| Attorney Docket No. | VINTL.26FCPDICC | | |

*(Multiple sheets used when necessary)*

SHEET 1 OF 6

OCT 2 4 2005

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | DES 364,922 | 12/05/95 | Bierman | |
| | 2 | DES 375,355 | 11/05/96 | Bierman | |
| | 3 | 2,525,398 | 10/10/50 | Collins | |
| | 4 | 2,533,961 | 12/12/50 | Rouseau, et al. | |
| | 5 | 2,707,953 | 05/10/55 | Ryan | |
| | 6 | 3,059,645 | 10/03/62 | Hasbrouck, et al. | |
| | 7 | 3,064,648 | 11/20/62 | Bujan | |
| | 8 | 3,167,072 | 01/26/65 | Stone, et al. | |
| | 9 | 3,482,569 | 12/09/69 | Raffaelli | |
| | 10 | 3,529,597 | 09/22/70 | Fuzak | |
| | 11 | 3,602,227 | 08/31/71 | Andrew | |
| | 12 | 3,630,195 | 12/28/71 | Santomieri | |
| | 13 | 3,677,250 | 07/18/72 | Thomas | |
| | 14 | 3,766,915 | 10/23/73 | Rychlik | |
| | 15 | 3,834,380 | 09/10/74 | Boyd | |
| | 16 | 3,847,370 | 11/12/74 | Engelsher | |
| | 17 | 3,856,020 | 12/24/74 | Kovac | |
| | 18 | 3,896,527 | 07/29/75 | Miller, et al. | |
| | 19 | 3,900,026 | 08/19/75 | Wagner | |
| | 20 | 3,906,946 | 09/23/75 | Nordstrom | |
| | 21 | 3,942,228 | 03/09/76 | Buckman, et al. | |
| | 22 | 3,973,565 | 08/10/76 | Steer | |
| | 23 | 4,020,835 | 05/03/77 | Nordstrom, et al. | |
| | 24 | 4,057,066 | 11/08/77 | Taylor | |
| | 25 | 4,059,105 | 11/22/77 | Cutruzzula, et al. | |
| | 26 | 4,082,094 | 04/04/78 | Dailey | |
| | 27 | 4,114,618 | 09/19/78 | Vargas | |
| | 28 | 4,129,128 | 12/12/78 | McFarlane | |
| | 29 | 4,133,307 | 01/09/79 | Ness | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T**[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 11/204,586 |
| | Filing Date | August 16, 2005 |
| | First Named Inventor | Steven F. Bierman |
| | Art Unit | Unknown |
| *(Multiple sheets used when necessary)* | Examiner | Unknown |
| SHEET 2 OF 6 | Attorney Docket No. | VINTL.26FCPD1CC |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code (if known)<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 30 | 4,142,527 | 03/06/79 | Garcia | |
| | 31 | 4,161,177 | 07/17/79 | Fuchs | |
| | 32 | 4,193,174 | 03/18/80 | Stephens | |
| | 33 | 4,224,937 | 09/30/80 | Gordon | |
| | 34 | 4,248,229 | 02/03/81 | Miller | |
| | 35 | 4,250,880 | 02/17/81 | Gordon | |
| | 36 | 4,316,461 | 02/23/82 | Marais, et al. | |
| | 37 | 4,324,236 | 04/13/81 | Gordon, et al. | |
| | 38 | 4,326,519 | 04/27/82 | D'Alo, et al. | |
| | 39 | 4,362,156 | 12/07/82 | Feller, Jr, et al. | |
| | 40 | 4,392,853 | 07/12/83 | Muto | |
| | 41 | 4,397,647 | 08/09/83 | Gordon | |
| | 42 | 4,397,647 | 08/09/83 | Gordon | |
| | 43 | 4,449,975 | 05/22/84 | Perry | |
| | 44 | 4,453,933 | 06/12/84 | Speaker | |
| | 45 | 4,474,559 | 10/02/84 | Steiger | |
| | 46 | 4,480,639 | 11/06/84 | Peterson, et al. | |
| | 47 | 4,516,968 | 05/14/85 | Marshall, et al. | |
| | 48 | 4,563,177 | 01/07/86 | Kamen | |
| | 49 | 4,633,863 | 01/06/87 | Filips, et al. | |
| | 50 | 4,650,473 | 03/17/87 | Bartholomew, et al. | |
| | 51 | 4,660,555 | 04/28/87 | Payton | |
| | 52 | 4,711,636 | 12/08/87 | Bierman | |
| | 53 | 4,742,824 | 05/10/88 | Payton, et al. | |
| | 54 | 4,808,162 | 02/28/89 | Oliver | |
| | 55 | 4,823,789 | 04/25/89 | Beisang, III | |
| | 56 | 4,826,466 | 05/02/89 | Palsrok, et al. | |
| | 57 | 4,852,844 | 08/01/89 | Villaveces | |
| | 58 | 4,857,058 | 08/15/89 | Payton | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | |
|---|---|---|---|
| | Application No. | 11/204,586 | |
| | Filing Date | August 16, 2005 | |
| | First Named Inventor | Steven F. Bierman | |
| | Art Unit | Unknown | |
| *(Multiple sheets used when necessary)* | Examiner | Unknown | |
| SHEET 3 OF 6 | Attorney Docket No. | VINTL.26FCPD1CC | |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 59 | 4,863,432 | 09/05/89 | Kvalo | |
| | 60 | 4,880,412 | 11/14/89 | Weiss | |
| | 61 | 4,896,465 | 01/30/90 | Rhodes, et al. | |
| | 62 | 4,897,082 | 01/30/90 | Erskine | |
| | 63 | 4,898,587 | 02/06/90 | Mera | |
| | 64 | 4,919,654 | 04/24/90 | Kalt | |
| | 65 | 4,932,943 | 06/12/90 | Nowak | |
| | 66 | 4,955,864 | 09/01/90 | Hajduch | |
| | 67 | 4,976,700 | 12/11/90 | Tollini | |
| | 68 | 4,997,421 | 03/05/91 | Palsrok, et al. | |
| | 69 | 5,000,741 | 03/19/91 | Kalt | |
| | 70 | 5,037,397 | 08/06/91 | Kalt, et al. | |
| | 71 | 5,073,170 | 12/17/91 | Schneider | |
| | 72 | 5,084,026 | 01/28/92 | Shapiro | |
| | 73 | 5,098,399 | 03/24/92 | Tollini | |
| | 74 | 5,147,322 | 09/15/92 | Bowen, et al. | |
| | 75 | B1 5,147,322 | 01/02/96 | Bowen, et al. | |
| | 76 | 5,156,641 | 10/20/92 | White | |
| | 77 | 5,192,273 | 03/09/93 | Bierman, et al. | |
| | 78 | 5,192,274 | 03/09/93 | Bierman | |
| | 79 | 5,195,981 | 03/23/93 | Johnson | |
| | 80 | 5,266,401 | 11/20/93 | Tollini | |
| | 81 | 5,267,967 | 12/07/93 | Schneider | |
| | 82 | 5,282,463 | 02/01/94 | Hammersley | |
| | 83 | 5,292,312 | 03/08/94 | Delk, et al. | |
| | 84 | 5,304,146 | 04/19/94 | Johnson, et al. | |
| | 85 | 5,306,243 | 04/26/94 | Bonaldo | |
| | 86 | 5,314,411 | 05/24/94 | Bierman | |
| | 87 | 5,322,514 | 06/21/94 | Steube, et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T¹ - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | |
|---|---|---|---|
| | Application No. | 11/204,586 | |
| | Filing Date | August 16, 2005 | |
| | First Named Inventor | Steven F. Bierman | |
| | Art Unit | Unknown | |
| *(Multiple sheets used when necessary)* | Examiner | Unknown | |
| SHEET 4 OF 6 | Attorney Docket No. | VINTL.26FCPD1CC | |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 88 | 5,330,438 | 07/19/94 | Gollobin, et al. | |
| | 89 | 5,338,308 | 08/16/94 | Wilk | |
| | 90 | 5,342,317 | 08/30/94 | Claywell | |
| | 91 | 5,344,406 | 09/06/94 | Spooner | |
| | 92 | 5,344,414 | 09/06/94 | Lopez, et al. | |
| | 93 | 5,346,479 | 09/13/94 | Schneider | |
| | 94 | 5,352,211 | 10/04/94 | Merskelly | |
| | 95 | 5,354,282 | 10/11/94 | Bierman | |
| | 96 | 5,354,283 | 10/11/94 | Bark, et al. | |
| | 97 | 5,380,293 | 01/10/95 | Grant | |
| | 98 | 5,380,294 | 01/10/95 | Persson | |
| | 99 | 5,380,301 | 01/10/95 | Prichard, et al. | |
| | 100 | 5,382,239 | 01/17/95 | Orr, et al. | |
| | 101 | 5,382,240 | 01/17/95 | Lam | |
| | 102 | 5,389,082 | 02/14/95 | Baugues, et al. | |
| | 103 | 5,395,344 | 03/07/95 | Beisang III, et al. | |
| | 104 | 5,403,285 | 04/04/95 | Roberts | |
| | 105 | 5,413,562 | 05/08/95 | Swauger | |
| | 106 | 5,443,460 | 08/22/95 | Milusek | |
| | 107 | 5,449,349 | 09/12/95 | Sallee, et al. | |
| | 108 | 5,456,671 | 10/10/95 | Bierman | |
| | 109 | 5,468,228 | 11/21/95 | Gebert | |
| | 110 | 5,468,230 | 11/21/95 | Corn | |
| | 111 | 5,468,231 | 11/21/95 | Newman, et al. | |
| | 112 | 5,470,321 | 11/28/95 | Forster, et al. | |
| | 113 | 5,484,420 | 01/16/96 | Russo | |
| | 114 | 5,496,282 | 03/05/96 | Militzer, et al. | |
| | 115 | 5,496,283 | 03/05/96 | Alexander | |
| | 116 | 5,499,976 | 03/19/96 | Dalton | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T$^1$ - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/204,586 |
|---|---|---|
| | Filing Date | August 16, 2005 |
| | First Named Inventor | Steven F. Bierman |
| | Art Unit | Unknown |
| *(Multiple sheets used when necessary)* | Examiner | Unknown |
| SHEET 5 OF 6 | Attorney Docket No. | VINTL.26FCPD1CC |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 117 | 5,520,656 | 05/28/96 | Byrd | |
| | 118 | 5,522,803 | 06/04/96 | Teissen-Simony | |
| | 119 | 5,527,293 | 06/18/96 | Zamierowski | |
| | 120 | 5,549,567 | 08/27/96 | Wolman | |
| | 121 | 6,001,081 | 12/14/99 | Collen | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | $T^1$ |
|---|---|---|---|---|---|---|
| | 122 | 0064284 A2 | 4/82 | EPO | | |
| | 123 | 0247590 A2 | 12/02/87 | EPO | | |
| | 124 | EP 356,683 A | 7/18/89 | EPO | | |
| | 125 | 1,184,139 | 07/17/59 | France | | |
| | 126 | 2,381,529 | 1978 | France | | |
| | 127 | 2,063,679 | 06/10/81 | GB | | |
| | 128 | 2,086,466 A | 05/12/82 | GB | | |
| | 129 | WO 92/19309 | 11/12/92 | PCT | | |
| | 130 | WO 91/16939 | 11/14/91 | PCT | | |
| | 131 | WO 96/10435 | 04/11/96 | PCT | | |
| | 132 | WO 85/02774 | 07/04/85 | PCT | | |
| | 133 | WO 80/01458 | 7/24/80 | PCT | | |
| | 134 | 2,341,297 | 8/73 or 4/3/75 | West Germany | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MEPE 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/204,586 |
|---|---|---|
| | Filing Date | August 16, 2005 |
| | First Named Inventor | Steven F. Bierman |
| | Art Unit | Unknown |
| *(Multiple sheets used when necessary)* | Examiner | Unknown |
| SHEET 6 OF 6 | Attorney Docket No. | VINTL.26FCPD1CC |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T¹ |
| | 135 | Multiple-Lumen Central Venous Catheterization Product With ARROW+gard™ Antiseptic Surface (Arrow International brochure) (4/94). | |
| | 136 | Photographs (4) of Catheter Clamp and Rigid Fastener sold by Arrow International. Inc. | |

1995098
101405

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

# Exhibit B

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

20995    7590    03/16/2007

KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614

| EXAMINER |
| --- |
| MENDEZ, MANUEL A |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 3763 | |

DATE MAILED: 03/16/2007

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 11/204,586 | 08/16/2005 | Steven F. Bierman | VINTL.26FCPD1CC | 3904 |

TITLE OF INVENTION: MEDICAL LINE ANCHORING SYSTEM

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | YES | $700 | $300 | $0 | $1000 | 06/18/2007 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

## HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

T

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>    **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
or <u>Fax</u>    **(571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

| 20995 | 7590 | 03/16/2007 |
|---|---|---|

KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/204,586 | 08/16/2005 | Steven F. Bierman | VINTL.26FCPD1CC | 3904 |

TITLE OF INVENTION: MEDICAL LINE ANCHORING SYSTEM

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $0 | $1000 | 06/18/2007 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| MENDEZ, MANUEL A | 3763 | 604-174000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,    1 _____

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.    2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    (B) RESIDENCE: (CITY and STATE OR COUNTRY)



Please check the appropriate assignee category or categories (will not be printed on the patent) :    ☐ Individual    ☐ Corporation or other private group entity    ☐ Government

4a. The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/204,586 | 08/16/2005 | Steven F. Bierman | VINTL.26FCPD1CC | 3904 |

20995    7590    03/16/2007

KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614

| EXAMINER |
|---|
| MENDEZ, MANUEL A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3763 | |

DATE MAILED: 03/16/2007

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 0 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 0 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85  (Rev. 07/06) Approved for use through 04/30/2007.

| | Application No. | Applicant(s) |
|---|---|---|
| ***Notice of Allowability*** | 11/204,586 | BIERMAN, STEVEN F. |
| | **Examiner** | **Art Unit** |
| | Manuel Mendez | 3763 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MEPE 1308.

1. ☒ This communication is responsive to *Interview dated February 7, 2007*.

2. ☒ The allowed claim(s) is/are *1-35*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All  b) ☐ Some*  c) ☐ None  of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
      1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.
    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
      Paper No./Mail Date _____.
    **Identifying indicia** such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 10/2005 and 11/2006
4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application
6. ☒ Interview Summary (PTO-413), Paper No./Mail Date _____
7. ☒ Examiner's Amendment/Comment
8. ☒ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____.

Application/Control Number: 11/204,586                                      Page 2
Art Unit: 3763

## REASONS FOR ALLOWANCE

The following is an examiner's statement of reasons for allowance:

The prior art of record does not disclose or suggest an anchoring system for securing a medical line to the body of the patient with the limitations disclosed by the independent claims of this application.  Accordingly, claims 1-35 are allowable over the prior art of record.

## EXAMINER'S AMENDMENT

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with James F. Herkenhoff on February 7, 2007.  The application has been amended as follows:

In claim 31, line 7, after the word "to", the word "receive" has been deleted and substituted by the word - - secure - -.   Additionally, in line 8, after the word "article", the phrase - -, at least a portion of the secured irregularly shaped medical article having a lateral width greater than a distance between said irregularly shaped walls - -.

The following claim has been added as claim number 35:

- - 35. The anchoring system of claim 1, wherein the coupling comprises a post extending from the base and a corresponding opening in the cover - -.

Application/Control Number: 11/204,586                                          Page 3
Art Unit: 3763

     Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

     Any inquiry concerning this communication or earlier communications from the examiner should be directed to Manuel Mendez whose telephone number is 571-272-4962. The examiner can normally be reached on 0730-1800 hrs.

     If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Mr. Nicholas D. Lucchesi can be reached on 571-272-4977. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

     Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Manuel Mendez
Primary Examiner
Art Unit 3763

# Exhibit C

| | Application No. | Applicant(s) |
|---|---|---|
| ***Interview Summary*** | 11/204,586 | BIERMAN, STEVEN F. |
| | Examiner | Art Unit | |
| | Manuel Mendez | 3763 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Examiner Manuel Mendez.*

(3)_____.

(2) *Mr. James F. Herkenhoff.*

(4)_____.

Date of Interview: *07 February 2007.*

Type:   a)☐ Telephonic   b)☐ Video Conference
c)☒ Personal [copy given to: 1)☐ applicant   2)☒ applicant's representative]

Exhibit shown or demonstration conducted:   d)☒ Yes   e)☐ No.
If Yes, brief description: *Movable Post Retainer.*

Claim(s) discussed: *1-34.*

Identification of prior art discussed: *n/a.*

Agreement with respect to the claims f)☒ was reached.   g)☐ was not reached.   h)☐ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: *It was agreed that the pending claims as disclosed in the supplemental amendment dated January 3, 2007 are allowable; however, the examiner will conduct another search to ensure patentability. Additionally, the examiner agreed to amend claim 31 and add new claim 35 as disclosed in a proposed amendment attached to this form:*

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached. Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a reply to the last office action has already been filed, APPLICANT IS GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. See Summary of Record of Interview requirements on reverse side or on attached sheet.

Examiner Note: You must sign this form unless it is an Attachment to a signed Office action.

Examiner's signature, if required

U.S. Patent and Trademark Office
PTOL-413 (Rev. 04-03)        Interview Summary        Paper No. 20070206

## Summary of Record of Interview Requirements

Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews
Paragraph (b)
In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

37 CFR §1.2 Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

———

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
  – Application Number (Series Code and Serial Number)
  – Name of applicant
  – Name of examiner
  – Date of interview
  – Type of interview (telephonic, video-conference, or personal)
  – Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
  – An indication whether or not an exhibit was shown or a demonstration conducted
  – An identification of the specific prior art discussed
  – An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
  – The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
    (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were of special persuasive value to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.

Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

2

VINTL.26FCPD1CC    Proposed Amendment

25.    **(Currently Amended)** The anchor system of claim 23, wherein the coupling ~~mechanism~~ comprises a plurality of posts extending from the base and a corresponding plurality of openings in the cover.

26.    **(Currently Amended)** The anchor system of claim 23, wherein the receiving space ~~channel~~ is defined by opposed inner faces of a pair of extensions positioned between the base and the cover with the cover in the closed position.

27.    **(Original)** The anchoring system of claim 23, wherein the first medical line is a catheter and the second medical line is a medical tube.

28.    **(New)** An anchoring system for securing a medical line to the body of a patient, the system comprising:

a fitting on a medical line, the fitting having a pair of wings; and

a retainer including a base that defines a receiving area for receiving a portion of the fitting, a cover, and first and second pairs of posts, the cover being movable between a closed position in which at least a portion of the cover extends over at least a portion of the receiving area and an open position in which the receiving area is at least partially open, the first and second pairs of posts extending between the base and the cover at least when the cover is in the closed position, at least two of the posts of the first and second pairs of posts being disposed on the receiving area and spaced apart so as to receive at least a portion of one of the wings there between, and at least two other posts of the first and second pairs of posts being disposed on the receiving area and spaced apart so as to receive at least a portion of the other one of the wings there between, at least a portion of each of the first and second pairs of posts being located at least partially beneath the cover when the cover is in the closed position.

29.    **(New)** An anchoring system according to Claim 28, wherein the first and second pairs of posts are arranged at the corners of a rectangle.

30.    **(New)** An anchoring system according to Claim 28, wherein the first and second pairs of posts extend in an upward direction from the base.

31.    **(New)** An anchoring system for securing a medical article to the body of a patient, the medical article having an irregularly shaped fitting, the anchoring system comprising:

an anchor pad having an upper surface and a lower surface; and

a retainer comprising,

VINTL.26FCPD1CC

a base being coupled to the anchor pad;

a plurality of walls extending generally perpendicular to the base and being arranged relative to each other so as to <u>secure</u> ~~receive~~ (col. 19, lines 62-65) between at least portion of the walls the irregularly shaped fitting of the medical article, <u>at least a portion of the secured irregularly shaped medical article having a lateral width greater than a distance between said irregularly shaped walls</u>; and

a cover movable coupled to the base so as to move between a first position and a second position, the cover lying above at least part of the base when in the first position.

~~32.     (New) An anchoring system according to Claim 31, wherein the cover is coupled to the base by a flexible coupling.~~

~~33.     (New) An anchoring system according to Claim 31 further comprising at least one post arranged between the base and the cover when the cover is in the first position, wherein the~~ post extends generally upward from the base.

~~34.     (New) An anchoring system according to Claim 33, wherein the cover includes a receptacle for receiving at least a portion of the post when the cover is in the first position.~~

35.     (New) The anchoring system of Claim 1, wherein the coupling comprises a post extending from the base and a corresponding opening in the cover.

3383897
020507

-5-

# Exhibit D

PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>    Mail Stop ISSUE FEE
                                                                              Commissioner for Patents
                                                                              P.O. Box 1450
                                                                              Alexandria, Virginia 22313-1450
                                                      **or <u>Fax</u>**    (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

| CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address) | Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission. |
|---|---|

20995    7590    03/16/2007

KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/204,586 | 08/16/2005 | Steven F. Bierman | VINTL.26FCPD1CC | 3904 |

TITLE OF INVENTION: MEDICAL LINE ANCHORING SYSTEM

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO ~~YES~~ | $1400 ~~$700~~ | $300 | $0 | $1700 ~~$1000~~ | 06/18/2007 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| MENDEZ, MANUEL A | 3763 | 604-174000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Knobbe Martens Olson & Bear, LLP

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

VENETEC INTERNATIONAL, INC.            San Diego, CA

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual  ☒ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are submitted:
☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number 11-1410 (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☒ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date  MARCH 15, 2007

Typed or printed name  James F. Herkenhoff    Registration No. 51,241

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

VINTL.26FCPD1CC                                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | | |
|---|---|---|---|---|
| Applicant | : | Steven F. Bierman | | Group Art Unit: 3763 |
| Appl. No. | : | 11/204,586 | | Class No.: 604-174000 |
| Filed | : | August 16, 2005 | | |
| For | : | MEDICAL LINE ANCHORING SYSTEM | | |
| Examiner | : | Manuel A. Mendez | | |

## NOTIFICATION OF LOSS OF ENTITLEMENT TO SMALL ENTITY STATUS 37 C.F.R. § 1.27(g)(2)

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450
**ATTENTION:** Issue Branch

Dear Sir:

    Applicant hereby notifies the Patent and Trademark Office that it is no longer entitled to

status as a small entity and that the claim for small entity status set forth in the written assertion

filed on August 16, 2005 is hereby withdrawn.

                    Respectfully submitted,

                    KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: MARCH 15, 2007         By: _____
                          James F. Herkenhoff
                          Registration No. 51,241
                          Attorney of Record
                          Customer No. 20,995
                          (619) 235-8550

PA-5A

3541356
031507 lj

| Electronic Patent Application Fee Transmittal | |
|---|---|
| **Application Number:** | 11204586 |
| **Filing Date:** | 16-Aug-2005 |
| **Title of Invention:** | MEDICAL LINE ANCHORING SYSTEM |
| First Named Inventor/Applicant Name: | Steven F. Bierman |
| **Filer:** | James F. Herkenhoff/Luis Jaramillo |
| **Attorney Docket Number:** | VINTL.26FCPD1CC |
| Filed as Large Entity | |

**Utility     Filing Fees**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| Utility Appl issue fee | 1501 | 1 | 1400 | 1400 |
| Publ. Fee- early, voluntary, or normal | 1504 | 1 | 300 | 300 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | 1700 |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 1597323 |
| **Application Number:** | 11204586 |
| **International Application Number:** | |
| **Confirmation Number:** | 3904 |
| **Title of Invention:** | MEDICAL LINE ANCHORING SYSTEM |
| **First Named Inventor/Applicant Name:** | Steven F. Bierman |
| **Customer Number:** | 20995 |
| **Filer:** | James F. Herkenhoff/Nicole Lauer |
| **Filer Authorized By:** | James F. Herkenhoff |
| **Attorney Docket Number:** | VINTL.26FCPD1CC |
| **Receipt Date:** | 15-MAR-2007 |
| **Filing Date:** | 16-AUG-2005 |
| **Time Stamp:** | 20:47:49 |
| **Application Type:** | Utility |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment was successfully received in RAM | $1700 |
| RAM confirmation Number | 1123 |
| Deposit Account | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | | VINTL26FCPD1CC_ISSUEFEE.pdf | 128350 | yes | 2 |
|---|---|---|---|---|---|
| | Multipart Description/PDF files in .zip description | | | | |
| | **Document Description** | | **Start** | **End** | |
| | Issue Fee Payment (PTO-85B) | | 1 | 1 | |
| | Miscellaneous Incoming Letter | | 2 | 2 | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Fee Worksheet (PTO-06) | fee-info.pdf | 8286 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| **Total Files Size (in bytes):** | | | 136636 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.