IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-57 (***) |
| | ) | |
| NEXUS MEDICAL, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) *Plaintiff Venetec International, Inc.'s Second Set of Interrogatories to Defendant Nexus Medical, LLC*; and 2) *Plaintiff Venetec International, Inc.'s Fifth Set of Requests for Production of Documents and Things to Defendant Nexus Medical, LLC* were caused to be served on December 18, 2007 upon the following in the manner indicated:

Richard Herrmann, Esquire                                                              *BY E-MAIL & HAND*
Mary Matterer, Esquire
Morris, James, Hitchens & Williams
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Scott R. Brown, Esquire                                                                          *BY E-MAIL*
Jennifer C. Bailey, Esquire
Hovey Williams LLP
2405 Grand Boulevard, Suite 400
Kansas City, MO  64108

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika (#3208)*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
 *Attorneys for Plaintiff*

2

OF COUNSEL:

Steven C. Cherny
Clement J. Naples
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

Maximilian A. Grant
Michael David
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC  20004
(202) 637-2200

December 18, 2007
909751

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on December 18, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard Hermann, Esquire
> Mary Matterer, Esquire
> MORRIS JAMES

I also certify that copies were caused to be served on December 18, 2007 upon the following in the manner indicated:

### BY E-MAIL & HAND:

> Richard Hermann, Esquire
> Mary Matterer, Esquire
> Morris, James, Hitchens & Williams
> 500 Delaware Avenue
> Suite 1500
> Wilmington, DE 19801

### BY E-MAIL

> Scott R. Brown, Esquire
> Jennifer C. Bailey, Esquire
> Hovey Williams LLP
> 2405 Grand Boulevard
> Suite 400
> Kansas City, MO  64108

*/s/ Maryellen Noreika (#3208)*
_____
Maryellen Noreika (#3208)
mnoreika@mnat.com