## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-cv-0057 *** |
| | ) | |
| NEXUS MEDICAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions

*pro hac vice* of Patrick A. Lujin, Robert T. Adams, Peter E. Strand and Robert H. Reckers of the law

firm of Shook Hardy & Bacon L.L.P. to represent Defendant Nexus Medical, LLC in this matter.

Date: January 10, 2008        */s/ Mary B. Matterer*
                              Richard K. Herrmann #405
                              Mary B. Matterer #2696
                              MORRIS JAMES LLP
                              500 Delaware Avenue, Suite 1500
                              Wilmington, Delaware  19801-1494
                              Telephone: 302-888-6800
                              mmatterer@morrisjames.com

                              Attorneys for Defendant and Counterclaim-Plaintiff
                              NEXUS MEDICAL, LLC

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.


Date: _____        _____
                              Magistrate Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Missouri and Kansas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: January ___8___, 2008          Signed: _____

Patrick A. Lujin, Esq.
Shook Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Missouri and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:   January 9, 2008             Signed: _____
                                             Robert T. Adams, Esq.
                                             Shook Hardy & Bacon L.L.P.
                                             2555 Grand Boulevard
                                             Kansas City, Missouri  64108
                                             Telephone:  816-474-6550
                                             Facsimile:  816-421-5547

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Texas and Missouri and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:   January ____8____, 2008        Signed: _____

Peter E. Strand, Esq.
Shook Hardy & Bacon L.L.P.
Hamilton Square
600 14th Street, NW, Suite 800
Washington, DC  20005-2004
(202) 783-8400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:   January 7, 2008                    Signed: _____

                                           Robert H. Reckers, Esq.
                                           Shook Hardy & Bacon L.L.P.
                                           JPMorgan Chase Tower
                                           600 Travis Street, Suite 1600
                                           Houston, TX  77002-2911
                                           (713) 227-8008