# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

January 16, 2008

The Honorable Mary Pat Thynge                    *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE  19801

      Re:    *Venetec International, Inc. v. Nexus Medical, LLC*
              C.A. No. 07-57 (***)

Dear Judge Thynge:

      Attached for Your Honor's consideration is a proposed Amended Scheduling Order that we would like to discuss during the telephone conference tomorrow morning. We sent this proposal to defendant's counsel yesterday.

                                               Respectfully,

                                               Jack B. Blumenfeld

JBB/dlb
Enclosure
    cc:    Clerk of Court (Via Hand Delivery; w/ encl.)
             Mary B. Matterer, Esquire (Via Electronic Mail and Hand Delivery; w/ encl.)
             Scott R. Brown, Esquire (Via Electronic Mail; w/ encl.)
             Jennifer C. Bailey, Esquire (Via Electronic Mail; w/ encl.)
             Max Grant, Esquire (Via Electronic Mail; w/ encl.)
             Patrick A. Lujin, Esquire (Via Electronic Mail; w/ encl.)

1385826

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC. <br> Plaintiff, <br><br> v. <br><br> NEXUS MEDICAL, LLC <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 07-57 (***) |

## AMENDED SCHEDULING ORDER

The Scheduling Order entered by the Court on April 22, 2007 (D.I. 23) and amended on September 13, 2007 (D.I. 90) is further amended as follows:

1. <u>Disclosure of Expert Testimony</u>. For the party that has the initial burden of proof on the subject matter, the initial Fed. R. Civ. P. 26(a)(2) disclosure of expert testimony is due on or before June 27, 2008. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before July 23, 2008. Depositions of experts shall be completed by August 29, 2008.

2. <u>Status Conference</u>. On July _____, 2008 at _____ _____.m., the court will hold a telephonic conference with counsel to discuss a schedule for further proceedings. Plaintiff's counsel shall initiate the call.

_____
United States Magistrate Judge