IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 07-CV-0057 *** |
| ) | |
| NEXUS MEDICAL, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents, **DEFENDANT NEXUS MEDICAL, LLC'S RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES and DEFENDANT NEXUS MEDICAL, LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIFTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS,** were served on counsel listed below as indicated this 17th day of January, 2008:

| | |
|---|---|
| Jack B. Blumenfeld (#1014) | *VIA EMAIL* |
| Maryellen Noreika (#3208) | *and HAND DELIVERY* |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | |
| 1201 North Market Street | |
| PO Box 1347 | |
| Wilmington, DE 19899-1347 | |
| | |
| Steven C. Cherny | *VIA EMAIL* |
| LATHAM & WATKINS LLP | *and FEDEX (on 1/18/2008)* |
| 885 Third Avenue, Suite 1000 | |
| New York, NY 10022-4834 | |
| | |
| Maximilian A. Grant | *VIA EMAIL* |
| LATHAM & WATKINS LLP | *and FEDEX (on 1/18/2008)* |
| 555 Eleventh Street, Suite 1000 | |
| Washington, DC 20004 | |

2

Dated:  January 17, 2008         /s/ Richard K. Herrmann         
Richard K. Herrmann #405
Mary B. Matterer #2696
Amy Arnott Quinlan #3021
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
rherrmann@morrisjames.com

*ATTORNEYS FOR DEFENDANT AND
COUNTERCLAIM-PLAINTIFF
NEXUS MEDICAL, LLC*