IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-57-*** |
| NEXUS MEDICAL, LLC, | : |
| Defendant. | : |

## ORDER

At Wilmington this **22nd** day of **January, 2008**.

IT IS HEREBY ORDERED that a teleconference has been scheduled for **Monday, January 28, 2008 at 9:00 a.m.** with Judge Thynge to discuss scheduling of the above matter. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE