# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

January 24, 2008

The Honorable Mary Pat Thynge                    *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

          Re:     *Venetec International, Inc. v. Nexus Medical, LLC*
                 C.A. No. 07-57 (***)

Dear Judge Thynge:

        Attached is an Amended Scheduling Order, including proposed dates for summary judgment and claim construction briefing, that has been agreed upon by the parties. We look forward to discussing this during the call on Monday morning.

                                          Respectfully,

                                          */s/ Jack B. Blumenfeld*

                                          Jack B. Blumenfeld

JBB/lm
Enclosure
cc:     Clerk of Court (Via Hand Delivery; w/ encl.)
         Mary B. Matterer, Esquire (Via Electronic Mail and Hand Delivery; w/ encl.)
         Scott R. Brown, Esquire (Via Electronic Mail; w/ encl.)
         Jennifer C. Bailey, Esquire (Via Electronic Mail; w/ encl.)
         Patrick Lujin, Esquire (Via Electronic Mail; w/ encl.)
         Max Grant, Esquire (Via Electronic Mail; w/ encl.)

1420233

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 07-57 (***) |
| NEXUS MEDICAL, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AMENDED SCHEDULING ORDER

The Scheduling Order entered by the Court on April 22, 2007 (D.I. 23) and amended on September 13, 2007 (D.I. 90) is further amended as follows:

1. <u>Close of Fact Discovery</u>. Nexus proposes moving the fact discovery cut-off date to June 6, 2008 and Venetec has no objection.

2. <u>Disclosure of Expert Testimony</u>. For the party that has the initial burden of proof on the subject matter, the initial Fed. R. Civ. P. 26(a)(2) disclosure of expert testimony is due on or before July 18, 2008. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before August 29, 2008. Depositions of experts shall be completed by September 26, 2008.

3. <u>Case Dispositive Motions</u>. All case dispositive motions, and opening brief and affidavit, if any, in support of the motion, shall be served and filed on or before October 10, 2008. Briefing will be presented pursuant to the Court's Local Rules.

4. <u>Claim Construction Issue Identification</u>. If the Court does not find that limited earlier claim construction would be helpful in resolving the case, on May 9, 2008, the parties shall exchange a list of those claim term(s)/phrase(s) that they believe need construction and their proposed claim construction of those term(s)/phrase(s). This document will not be filed

with the Court. Subsequent to exchanging that list, the parties will meet and confer to prepare a Joint Claim Construction Chart to be submitted on October 10, 2008. The parties' Joint Claim Construction Chart should identify for the Court the term(s)/phrase(s) of the claim(s) in issue, and should include each party's proposed construction of the disputed claim language with citation(s) only to the intrinsic evidence in support of their respective proposed constructions. A copy of the patent(s) in issue as well as those portions of the intrinsic record relief upon shall be submitted with this Joint Claim Construction Chart. In this joint submission, the parties shall not provide argument.

       5.    <u>Claim Construction</u>. The parties shall contemporaneously submit initial briefs on claim construction issues on October 10, 2008. The parties' answering/responsive briefs shall be contemporaneously submitted on October 30, 2008. No reply brief or supplemental papers on claim construction shall be submitted without leave of the Court. Local Rule 7.1.3(4) shall control the page limitation for initial (opening) and responsive (answering) briefs.

                                                                                     United States Magistrate Judge