# Morris James LLP

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

January 31, 2008

**VIA EFILING AND HAND DELIVERY**
The Honorable Mary Pat Thynge
USDC for the District of Delaware
844 King Street
Wilmington, DE  19801

      Re:    *Venetec International, Inc. v. Nexus Medical, LLC*,
               C.A. No. 07-057 MPT

Your Honor:

      Defendant Nexus Medical, LLC agrees to the amended scheduling order as submitted by Plaintiff today.  During the parties' discussions, Nexus requested that the issue of when willfulness should be tried be added in the last paragraph but plaintiff objected suggesting we raise the issue separately.  Since the subject of when to try willfulness was not discussed during the teleconference with the Court, we did not wish to delay the entry of the Amended Scheduling Order but thought it appropriate to send this letter to note that Defendant would like to discuss this issue at the appropriate time.

                                           Respectfully,

                                           */s/ Richard K. Herrmann*

                                           Richard K. Herrmann, I.D. No. 405
                                           *rherrmann@morrisjames.com*

RKH/sch

cc:    Jack B. Blumenfeld, Esq. (via email and hand delivery)
       Steven C. Cherny, Esq. (via email)
       Maximilian A. Grant, Esq. (via email)