IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-57 (MPT) |
| | ) | |
| NEXUS MEDICAL, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Venetec International, Inc.'s Second Request for Admission of Defendant Nexus Medical, LLC* were caused to be served on February 6, 2008 upon the following in the manner indicated:

Richard Herrmann, Esquire                                                                                      *BY E-MAIL & HAND*
Mary Matterer, Esquire
Morris, James, Hitchens & Williams
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Scott R. Brown, Esquire                                                                                              *BY E-MAIL*
Jennifer C. Bailey, Esquire
Hovey Williams LLP
2405 Grand Boulevard, Suite 400
Kansas City, MO  64108

                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                            */s/ Jack B. Blumenfeld*
                                            Jack B. Blumenfeld (#1014)
                                            Maryellen Noreika (#3208)
                                            1201 N. Market Street, P.O. Box 1347
                                            Wilmington, DE  19899-1347
                                            (302) 658-9200
                                             *Attorneys for Plaintiff*

2

OF COUNSEL:

Steven C. Cherny
Clement J. Naples
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

Maximilian A. Grant
Michael David
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC  20004
(202) 637-2200

February 6, 2008
909751

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on February 6, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard Hermann, Esquire
> Mary Matterer, Esquire
> MORRIS JAMES

I also certify that copies were caused to be served on February 6, 2008 upon the following in the manner indicated:

### BY E-MAIL & HAND:

Richard Hermann, Esquire
Mary Matterer, Esquire
Morris, James, Hitchens & Williams
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

### BY E-MAIL

Scott R. Brown, Esquire
Jennifer C. Bailey, Esquire
Hovey Williams LLP
2405 Grand Boulevard
Suite 400
Kansas City, MO  64108

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com