IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 07-057 MPT |
| ) | |
| NEXUS MEDICAL, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **DEFENDANT NEXUS MEDICAL, LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF VENETEC INTERNATIONAL, INC.'S SECOND SET OF REQUESTS FOR ADMISSION TO NEXUS MEDICAL, LLC,** were served on counsel listed below as indicated this 6th day of March, 2008:

| | |
|---|---|
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>PO Box 1347<br>Wilmington, DE 19899-1347 | *VIA EMAIL*<br>*and HAND DELIVERY* |
| Steven C. Cherny<br>LATHAM & WATKINS LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834 | *VIA EMAIL*<br>*and FEDEX* |
| Maximilian A. Grant<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, Suite 1000<br>Washington, DC 20004 | *VIA EMAIL*<br>*and FEDEX* |

2

| | |
|---|---|
| Dated:  March 6, 2008 |    */s/ Richard K. Herrmann* |

Richard K. Herrmann #405
Mary B. Matterer #2696
Amy Arnott Quinlan #3021
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
rherrmann@morrisjames.com

*ATTORNEYS FOR DEFENDANT AND*
*COUNTERCLAIM-PLAINTIFF*
*NEXUS MEDICAL, LLC*