# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC., | § § § | |
| Plaintiff, | § § | |
| vs. | § § | C.A. NO. 07-057 (MPT) |
| NEXUS MEDICAL, LLC, | § § § | |
| Defendant. | § | |

## NOTICE OF VIDEOTAPED DEPOSITION OF MILTON BUGG

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant NEXUS MEDICAL, LLC will take the deposition upon oral examination of MILTON BUGG, commencing at 9:00 a.m. on March 25, 2008, at the offices of SNELL & WILMER LLP, One Arizona Center, 400 East Van Buren, 19th Floor, Phoenix, Arizona 85004.

The deposition will be recorded by stenographic means and will be videotaped.

Date: March 10, 2008

 */s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
Amy Arnott Quinlan #3021
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
Telephone: 302-888-6800
Facsimile: 302-571-1750
E-mail:       rherrmann@morrisjames.com

Patrick A. Lujin (Admitted *Pro Hac Vice*)
Robert T. Adams (Admitted *Pro Hac Vice*)
SHOOK HARDY & BACON L.L.P
2555 Grand Boulevard
Kansas City, MO 64108
816-474-6550

Peter A. Strand (Admitted *Pro Hac Vice*)
SHOOK HARDY & BACON L.L.P.
Hamilton Square
600 14th Square, NW, Suite 800
Washington, D.C.   20005-2004
202-783-8400

Robert H. Reckers (Admitted *Pro Hac Vice*)
SHOOK HARDY & BACON L.L.P.
JPMorgan Chase Tower
600 Travis Street, Suite 1600
Houston, Texas   77002-2911
713-227-8008

*ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF NEXUS MEDICAL, LLC*