**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | C.A. NO. 07-057 (MPT) |
| § | |
| NEXUS MEDICAL, LLC, § | |
| § | |
| Defendant. § | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearances of Scott R. Brown and Jennifer C. Bailey and the law firm of Hovey Williams LLP are hereby withdrawn as counsel of record for defendant Nexus Medical, LLC ("Nexus"). Nexus continues to be represented by the law firms of Morris James LLP and Shook Hardy & Bacon L.L.P.

Date: March 12, 2008

*/s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
Amy Arnott Quinlan #3021
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
Telephone: 302-888-6800
Facsimile: 302-571-1750
E-mail:     rherrmann@morrisjames.com

*ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF NEXUS MEDICAL, LLC*