IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-57 (MPT) |
| | ) | |
| NEXUS MEDICAL, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) *Plaintiff Venetec International, Inc.'s Third Set of Interrogatories to Defendant Nexus Medical, LLC*; and 2) *Plaintiff Venetec International, Inc.'s Sixth Set of Requests for Production of Documents and Things to Defendant Nexus Medical, LLC* were caused to be served on April 16, 2008 upon the following in the manner indicated:

Richard Herrmann, Esquire                                                                                   *BY E-MAIL & HAND*
Mary Matterer, Esquire
Morris, James, Hitchens & Williams
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Patrick A. Lujin, Esquire                                                                                          *BY E-MAIL*
Shook Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

2

           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

           */s/ Maryellen Noreika*

           Jack B. Blumenfeld (#1014)
           Maryellen Noreika (#3208)
           1201 N. Market Street, P.O. Box 1347
           Wilmington, DE  19899-1347
           (302) 658-9200
           jblumenfeld@mnat.com
           mnoreika@mnat.com

           *Attorneys for Plaintiff*

OF COUNSEL:

Steven C. Cherny
Clement J. Naples
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

Maximilian A. Grant
Michael David
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC  20004
(202) 637-2200

April 16, 2008
909751

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on April 16, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard Hermann, Esquire
> Mary Matterer, Esquire
> MORRIS JAMES

I also certify that copies were caused to be served on April 16, 2008 upon the following in the manner indicated:

### BY E-MAIL & HAND:

Richard Hermann, Esquire
Mary Matterer, Esquire
Morris, James, Hitchens & Williams
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

### BY E-MAIL

Patrick A. Lujin, Esquire
Shook Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

*/s/ Maryellen Noreika*
_____
Maryellen Noreika (#3208)
mnoreika@mnat.com