IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) C.A. No.: 07-057 MPT | |
| NEXUS MEDICAL, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **NEXUS MEDICAL, LLC'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO VENETEC INTERNATIONAL, INC.,** were served on counsel listed below as indicated this 23rd day of April, 2008:

Jack B. Blumenfeld (#1014)                                    *VIA EMAIL*
Maryellen Noreika (#3208)                                     *and HAND DELIVERY*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Steven C. Cherny                                              *VIA EMAIL*
LATHAM & WATKINS LLP                                          *and FEDEX*
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Maximilian A. Grant                                           *VIA EMAIL*
LATHAM & WATKINS LLP                                          *and FEDEX*
555 Eleventh Street, Suite 1000
Washington, DC 20004

2

Dated:  April 23, 2008

  */s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
Amy Arnott Quinlan #3021
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
rherrmann@morrisjames.com

*ATTORNEYS FOR DEFENDANT AND
COUNTERCLAIM-PLAINTIFF
NEXUS MEDICAL, LLC*