## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEXUS MEDICAL, LLC )<br>)<br>Defendant. )<br>)<br>) | C.A. No.: 07-057 MPT |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **DEFENDANT NEXUS MEDICAL, LLC'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF VENETEC INTERNATIONAL, INC.'S SECOND SET OF REQUESTS FOR ADMISSION NOS. 5-28,** were served on counsel listed below as indicated this 28th day of April, 2008:

Jack B. Blumenfeld (#1014)                    *VIA EMAIL*
Maryellen Noreika (#3208)                     *and HAND DELIVERY*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Steven C. Cherny                               *VIA EMAIL*
LATHAM & WATKINS LLP                          *and FEDEX*
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Maximilian A. Grant                            *VIA EMAIL*
LATHAM & WATKINS LLP                          *and FEDEX*
555 Eleventh Street, Suite 1000
Washington, DC 20004

2

Dated:  April 28, 2008

    */s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
Amy Arnott Quinlan #3021
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
rherrmann@morrisjames.com

*ATTORNEYS FOR DEFENDANT AND
COUNTERCLAIM-PLAINTIFF
NEXUS MEDICAL, LLC*