**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| VENETEC INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No.: 07-057  MPT |
| NEXUS MEDICAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following documents, **(1) NEXUS MEDICAL, LLC'S FIRST REQUESTS FOR ADMISSION TO VENETEC INTERNATIONAL, INC., (2) NEXUS MEDICAL, LLC'S SECOND SET OF INTERROGATORIES TO VENETEC INTERNATIONAL, INC. and (3) NEXUS MEDICAL, LLC'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO VENETEC INTERNATIONAL, INC.,** were served on counsel listed below as indicated this 2nd day of May, 2008:

Jack B. Blumenfeld (#1014)                           *VIA EMAIL*
Maryellen Noreika (#3208)                            *and HAND DELIVERY*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Steven C. Cherny                                     *VIA EMAIL*
LATHAM & WATKINS LLP                                 *and FEDEX*
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Maximilian A. Grant                                  *VIA EMAIL*
LATHAM & WATKINS LLP                                 *and FEDEX*
555 Eleventh Street, Suite 1000
Washington, DC 20004

2

Dated:  May 2, 2008                                       */s/ Richard K. Herrmann*
                                                          Richard K. Herrmann #405
                                                          Mary B. Matterer #2696
                                                          Amy Arnott Quinlan #3021
                                                          MORRIS JAMES LLP
                                                          500 Delaware Avenue, Suite 1500
                                                          Wilmington, Delaware 19801-1494
                                                          302.888.6800
                                                          rherrmann@morrisjames.com

                                                          *ATTORNEYS FOR DEFENDANT AND*
                                                          *COUNTERCLAIM-PLAINTIFF*
                                                          *NEXUS MEDICAL, LLC*