IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEXUS MEDICAL, LLC )<br>)<br>Defendant. ) | C. A. No. 07-57-MPT |

**NOTICE OF DEPOSITION OF W. CARY DIKEMAN**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiff Venetec International, Inc. will take the deposition of W. Cary Dikeman by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 9:30 am on May 20, 2008, at the offices of Berkowitz Oliver Williams Shaw & Eisenbrandt LLP, 2600 Grand Blvd. Suite 1200, Kansas City, Missouri, 64108 or another mutually agreeable time and place. The deposition will be held before a Notary Public or other person authorized by law to administer oaths. The deposition will continue day to day until completed.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
jblumenfeld@mnat.com
mnoreika@mnat.com
(302) 658-9200

*Attorneys for Plaintiff*

OF COUNSEL:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

Maximilian A. Grant
Michael A. David
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC  20004
(202) 637-2200

May 5, 2008
866491

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on May 5, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard Hermann, Esq.
>Mary Matterer, Esq.
>MORRIS JAMES

I also certify that copies were caused to be served on May 5, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**
**and HAND DELIVERY:**

Richard Hermann, Esquire
Mary Matterer, Esquire
Morris, James, Hitchens & Williams
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

**BY ELECTRONIC MAIL:**

Patrick A. Lujin, Esquire
Shook Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

>*/s/ Maryellen Noreika*
>Maryellen Noreika (# 3208)
>mnoreika@mnat.com