IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-57 (MPT) |
| | ) | |
| NEXUS MEDICAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Venetec International, Inc.'s Third Set of Requests for Admission of Defendant Nexus Medical, LLC* were caused to be served on May 6, 2008 upon the following in the manner indicated:

Richard Herrmann, Esquire  　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Mary Matterer, Esquire  　　　　　　　　　　　　　　*and HAND DELIVERY*
MORRIS JAMES
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Patrick A. Lujin, Esquire  　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
SHOOK HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　*/s/ Maryellen Noreika*

　　　　　　　　　　　　　　　　　　Jack B. Blumenfeld (#1014)
　　　　　　　　　　　　　　　　　　Maryellen Noreika (#3208)
　　　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1347
　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　jblumenfeld@mnat.com
　　　　　　　　　　　　　　　　　　mnoreika@mnat.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　*Venetec International, Inc.*

*Of Counsel*:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Maximilian A. Grant
Michael A. David
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004
(202) 637-2200

May 6, 2008

## CERTIFICATE OF SERVICE

I, hereby certify that on May 6, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard Hermann, Esquire
> Mary Matterer, Esquire
> MORRIS JAMES

I also certify that copies were caused to be served on May 6, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL and HAND DELIVERY**

Richard Hermann, Esquire
Mary Matterer, Esquire
MORRIS JAMES
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

Patrick A. Lujin, Esquire
SHOOK HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

_/s/ Maryellen Noreika_
Maryellen Noreika (#3208)