IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEXUS MEDICAL, LLC ) <br> ) <br> Defendant. ) | C.A. No. 07-57 (MPT) |

## JOINT STATUS REPORT

Pursuant to the Court's Order of February 1, 2008, the parties hereby submit this Joint Status Report.

### PLEADINGS

On January 29, 2007, Venetec filed this action against Nexus.

On July 25, 2007, Venetec filed a First Supplemental Complaint.

On September 5, 2007, Venetec filed a Second Supplemental Complaint.

On April 10, 2008, Nexus filed an Amended Answer to Complaint and Counterclaim.

### DISCOVERY

The fact discovery deadline is June 6, 2008. Venetec's document production is complete. Nexus' document production is also complete.

Venetec has noticed four (4) more depositions to be taken before the close of discovery. Nexus has noticed three (3) more depositions to be taken before the close of discovery.

### PENDING MOTIONS

There are no pending motions before this Court.

## CLAIM CONSTRUCTION ISSUE IDENTIFICATION

Pursuant to the Court's Order, the parties are exchanging lists of claim terms/phrases that they believe require construction, along with proposed constructions today.

## SETTLEMENT

To date, there have been no settlement discussions beyond preliminary inquiries regarding whether a license is available. The parties do not expect any settlement to be reached before the close of discovery.

## MAY 19, 2008 STATUS CONFERENCE

The parties agree there are no issues to report at the May 19, 2008 status conference, and request that the conference be taken off the Court's calendar.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Counsel for Venetec International, Inc.*

*Of Counsel*:
Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Maximilian A. Grant
Michael A. David
LATHAM & WATKINS LLP
555 Eleventh Street
Suite 1000
Washington, DC 20004
(202) 637-2200

2

*Of Counsel*:

Robert T. Adams
Patrick A. Lujin
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550

May 12, 2008

MORRIS JAMES LLP

*/s/ Richard K. Herrmann*
_____
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
500 Delaware Avenue
Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Nexus Medical, LLC*

3