IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 07-057 MPT |
| ) | |
| NEXUS MEDICAL, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **NON-PARTY ENTRACARE, LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFF VENETEC INTERNATIONAL, INC.'S SUBPOENA FOR PRODUCTION OF DOCUMENTS,** were served on counsel listed below as indicated:

| | |
|---|---|
| Jack B. Blumenfeld (#1014) | *VIA EMAIL* |
| Maryellen Noreika (#3208) | *and HAND DELIVERY* |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | on 5/12/2008 |
| 1201 North Market Street | |
| PO Box 1347 | |
| Wilmington, DE 19899-1347 | |
| | |
| Steven C. Cherny | *VIA EMAIL* |
| LATHAM & WATKINS LLP | *and FIRST CLASS MAIL* |
| 885 Third Avenue, Suite 1000 | on 5/12/2008 |
| New York, NY 10022-4834 | |
| | |
| Michael A. David | *VIA EMAIL* |
| LATHAM & WATKINS LLP | *and FIRST CLASS MAIL* |
| 555 Eleventh Street, Suite 1000 | on 5/9/2008 |
| Washington, DC 20004 | |

2

Dated:  May 12, 2008                              /s/ Richard K. Herrmann
Richard K. Herrmann #405
Mary B. Matterer #2696
Amy Arnott Quinlan #3021
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
rherrmann@morrisjames.com

*ATTORNEYS FOR*
*NON-PARTY ENTRACARE, LLC*