IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 07-057 MPT |
| ) | |
| NEXUS MEDICAL, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents, **(1) DEFENDANT NEXUS MEDICAL, LLC'S RESPONSE AND OBJECTIONS TO PLAINTIFF VENETEC INTERNATIONAL, INC.'S THIRD SET OF INTERROGATORIES, NO. 18 and (2) DEFENDANT NEXUS MEDICAL, LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFF VENETEC INTERNATIONAL, INC.'S SIXTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS,** were served on counsel listed below as indicated this 16th day of May, 2008:

Jack B. Blumenfeld (#1014)                                           *VIA EMAIL*
Maryellen Noreika (#3208)                                           *and HAND DELIVERY*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Steven C. Cherny                                                          *VIA EMAIL*
LATHAM & WATKINS LLP                                             *and FEDEX*
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Maximilian A. Grant                                                       *VIA EMAIL*
LATHAM & WATKINS LLP                                             *and FEDEX*
555 Eleventh Street, Suite 1000
Washington, DC 20004

2

Dated: May 16, 2008                              /s/ Richard K. Herrmann
                                                                  Richard K. Herrmann #405
Mary B. Matterer #2696
Amy Arnott Quinlan #3021
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
rherrmann@morrisjames.com

*ATTORNEYS FOR DEFENDANT AND*
*COUNTERCLAIM-PLAINTIFF*
*NEXUS MEDICAL, LLC*