IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEXUS MEDICAL, LLC, )<br>)<br>Defendant. ) | C.A. No. 07-57 (MPT) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Venetec International, Inc.'s Objections and Responses to Nexus Medical, LLC's Second Set of Requests for Production of Documents and Things* were caused to be served on May 23, 2008 upon the following in the manner indicated:

Richard Herrmann, Esquire                     *VIA ELECTRONIC MAIL*
Mary Matterer, Esquire                            *and HAND DELIVERY*
MORRIS JAMES
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Patrick A. Lujin, Esquire                          *VIA ELECTRONIC MAIL*
SHOOK HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiff*
  *Venetec International, Inc.*

*Of Counsel*:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Maximilian A. Grant
Michael A. David
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004
(202) 637-2200

May 23, 2008

## CERTIFICATE OF SERVICE

I, hereby certify that on May 23, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard Hermann, Esquire
> Mary Matterer, Esquire
> MORRIS JAMES

I also certify that copies were caused to be served on May 23, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**
**and HAND DELIVERY**

Richard Hermann, Esquire
Mary Matterer, Esquire
MORRIS JAMES
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

Patrick A. Lujin, Esquire
SHOOK HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

_____
Maryellen Noreika (#3208)