**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., | ) |
|   Plaintiff, | ) |
| v. | ) C.A. No.: 07-057 MPT |
| NEXUS MEDICAL, LLC, | ) |
|   Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **NEXUS MEDICAL, LLC'S SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1),** were served on counsel listed below as indicated this 28th day of May 2008:

Jack B. Blumenfeld (#1014)                                         *VIA EMAIL*
Maryellen Noreika (#3208)                                         *and HAND DELIVERY*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801

Steven C. Cherny                                                         *VIA EMAIL*
LATHAM & WATKINS LLP                                         *and FEDEX*
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Maximilian A. Grant                                                    *VIA EMAIL*
LATHAM & WATKINS LLP                                         *and FEDEX*
555 Eleventh Street, Suite 1000
Washington, DC 20004

Dated: May 28, 2008                           /s/ Richard K. Herrmann
                                                            Richard K. Herrmann #405
                                                            Mary B. Matterer #2696
                                                            Amy Arnott Quinlan #3021
                                                            MORRIS JAMES LLP
                                                            500 Delaware Avenue, Suite 1500
                                                            Wilmington, Delaware 19801-1494
                                                            302.888.6800
                                                            rherrmann@morrisjames.com

                                                            *ATTORNEYS FOR DEFENDANT AND*
                                                            *COUNTERCLAIM-PLAINTIFF*
                                                            *NEXUS MEDICAL, LLC*