IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEXUS MEDICAL, LLC )<br>)<br>Defendant. ) | C.A. No. 07-57 (MPT) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of 1) *Venetec International, Inc.'s Objections and Responses to Defendant's First Notice of Deposition Pursuant to Rule 30(b)(6)*; and 2) *Venetec International, Inc.'s Objections and Responses to Defendant's Second Notice of Deposition Pursuant to Rule 30(b)(6)* were caused to be served on May 28, 2008 upon the following in the manner indicated:

Richard Herrmann, Esquire                                                                 *BY E-MAIL & HAND*
Mary Matterer, Esquire
Morris, James, Hitchens & Williams
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Patrick A. Lujin, Esquire                                                                      *BY E-MAIL*
Shook Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*

OF COUNSEL:

Steven C. Cherny
Clement J. Naples
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Maximilian A. Grant
Michael David
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004
(202) 637-2200

May 28, 2008
909751

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on May 28, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard Hermann, Esquire
>Mary Matterer, Esquire
>MORRIS JAMES

I also certify that copies were caused to be served on May 28, 2008 upon the following in the manner indicated:

### BY E-MAIL & HAND:

>Richard Hermann, Esquire
>Mary Matterer, Esquire
>Morris, James, Hitchens & Williams
>500 Delaware Avenue
>Suite 1500
>Wilmington, DE 19801

### BY E-MAIL

>Patrick A. Lujin, Esquire
>Shook Hardy & Bacon L.L.P.
>2555 Grand Boulevard
>Kansas City, MO 64108

_____
Maryellen Noreika (#3208)