IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-57 (MPT) |
| NEXUS MEDICAL, LLC, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (i) *Plaintiff Venetec International, Inc.'s Objections and Responses to Nexus Medical, LLC's Third Set of Requests for Production of Documents and Things* (ii) *Plaintiff Venetec International, Inc.'s Objections and Responses to Defendant Nexus Medical, LLC's First Requests for Admission* and (iii) *Plaintiff Venetec International, Inc.'s Objections and Responses to Defendant Nexus Medical, LLC's Second Set of Interrogatories* were caused to be served on June 2, 2008 upon the following in the manner indicated:

Richard Herrmann, Esquire                    *VIA ELECTRONIC MAIL*
Mary Matterer, Esquire                              *and HAND DELIVERY*
MORRIS JAMES
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Patrick A. Lujin, Esquire                          *VIA ELECTRONIC MAIL*
SHOOK HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

2

                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                */s/ Maryellen Noreika*
                                ―――――――――――――――――
                                Jack B. Blumenfeld (#1014)
                                Maryellen Noreika (#3208)
                                1201 North Market Street
                                P.O. Box 1347
                                Wilmington, DE 19899-1347
                                (302) 658-9200
                                jblumenfeld@mnat.com
                                mnoreika@mnat.com
                                *Attorneys for Plaintiff*
                                   *Venetec International, Inc.*

*Of Counsel*:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Maximilian A. Grant
Michael A. David
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004
(202) 637-2200

June 2, 2008

## CERTIFICATE OF SERVICE

I, hereby certify that on June 2, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard Hermann, Esquire
>Mary Matterer, Esquire
>MORRIS JAMES

I also certify that copies were caused to be served on June 2, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL and HAND DELIVERY**

Richard Hermann, Esquire
Mary Matterer, Esquire
MORRIS JAMES
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

Patrick A. Lujin, Esquire
SHOOK HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)