## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) C.A. No.: 07-057 MPT <br> NEXUS MEDICAL, LLC, ) <br> ) <br> Defendant. ) <br> ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **NEXUS MEDICAL, LLC'S OBJECTIONS AND RESPONSES TO VENETEC INTERNATIONAL, INC.'S THIRD SET OF REQUESTS FOR ADMISSION NOS. 29-74** were served on counsel listed below as indicated this 5th day of June 2008:

| | |
|---|---|
| Jack B. Blumenfeld (#1014) <br> Maryellen Noreika (#3208) <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 North Market Street <br> Wilmington, DE 19801 | *VIA EMAIL* <br> *and HAND DELIVERY* |
| Steven C. Cherny <br> LATHAM & WATKINS LLP <br> 885 Third Avenue, Suite 1000 <br> New York, NY 10022-4834 | *VIA EMAIL* <br> *and FEDEX* |
| Maximilian A. Grant <br> LATHAM & WATKINS LLP <br> 555 Eleventh Street, Suite 1000 <br> Washington, DC 20004 | *VIA EMAIL* <br> *and FEDEX* |

2

Dated: June 5, 2008                              */s/ Richard K. Herrmann*
                                                 Richard K. Herrmann #405
                                                 Mary B. Matterer #2696
                                                 Amy Arnott Quinlan #3021
                                                 MORRIS JAMES LLP
                                                 500 Delaware Avenue, Suite 1500
                                                 Wilmington, Delaware 19801-1494
                                                 302.888.6800
                                                 rherrmann@morrisjames.com

                                                 *ATTORNEYS FOR DEFENDANT AND*
                                                 *COUNTERCLAIM-PLAINTIFF*
                                                 *NEXUS MEDICAL, LLC*