IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEXUS MEDICAL, LLC, )<br>)<br>Defendant. )<br>)  ) | C.A. No.: 07-057  MPT |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following documents:

**(1)  EXPERT REPORT OF JULIE E. SHOMO REGARDING INVALIDITY OF THE VENETEC PATENTS PURSUANT TO RULE 26 (a)(2)(b);**

**(2)  EXPERT REPORT OF MARVIN GORDON REGARDING INVALIDITY OF THE VENETEC PATENTS PURSUANT TO RULE 26 (a)(2)(b); and**

**(3)  EXPERT REPORT OF WILLIAM H. HIRSCH REGARDING INVALIDITY OF THE VENETEC PATENTS PURSUANT TO RULE 26 (a)(2)(b)**

were served on counsel listed below as indicated on the 18th day of July 2008:

Jack B. Blumenfeld (#1014)                                         *VIA EMAIL*
Maryellen Noreika (#3208)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801

Steven C. Cherny                                                          *VIA EMAIL*
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Maximilian A. Grant                                                    *VIA EMAIL*
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004

2

Dated:  July 28, 2008                     */s/ Richard K. Herrmann*
                                          Richard K. Herrmann #405
                                          Mary B. Matterer #2696
                                          Amy Arnott Quinlan #3021
                                          MORRIS JAMES LLP
                                          500 Delaware Avenue, Suite 1500
                                          Wilmington, Delaware 19801-1494
                                          302.888.6800
                                          rherrmann@morrisjames.com

                                          *ATTORNEYS FOR DEFENDANT AND*
                                          *COUNTERCLAIM-PLAINTIFF*
                                          *NEXUS MEDICAL, LLC*