IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-57 (MPT) |
| ) | |
| NEXUS MEDICAL, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Supplemental Expert Report of Dr. Gregory K. Leonard* were caused to be served on July 29, 2008 upon the following in the manner indicated:

Richard Herrmann, Esquire                                              *VIA ELECTRONIC MAIL*
Mary Matterer, Esquire
MORRIS JAMES
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Patrick A. Lujin, Esquire                                                    *VIA ELECTRONIC MAIL*
SHOOK HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ Maryellen Noreika*

                                              Jack B. Blumenfeld (#1014)
                                              Maryellen Noreika (#3208)
                                              1201 North Market Street
                                              P.O. Box 1347
                                              Wilmington, DE 19899-1347
                                              (302) 658-9200
                                              jblumenfeld@mnat.com
                                              mnoreika@mnat.com
                                              *Attorneys for Plaintiff*
                                                 *Venetec International, Inc.*

*Of Counsel*:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Maximilian A. Grant
Michael A. David
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004
(202) 637-2200

July 29, 2008

2

## CERTIFICATE OF SERVICE

I, hereby certify that on July 29, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard Hermann, Esquire
>Mary Matterer, Esquire
>MORRIS JAMES

I also certify that copies were caused to be served on July 29, 2008 upon the following in the manner indicated:

### BY ELECTRONIC MAIL

>Richard Hermann, Esquire
>Mary Matterer, Esquire
>MORRIS JAMES
>500 Delaware Avenue
>Suite 1500
>Wilmington, DE 19801

>Patrick A. Lujin, Esquire
>SHOOK HARDY & BACON L.L.P.
>2555 Grand Boulevard
>Kansas City, MO 64108

_____
Maryellen Noreika (#3208)