IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 07-57-MPT |
| v. | ) | |
| | ) | |
| NEXUS MEDICAL, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION OF WILLIAM HIRSCH

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiff Venetec International, Inc. will take the deposition of William Hirsch by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 9:30 am on September 11, 2008, at the law offices of Morrison Mahoney, 250 Summer Street, Boston, Massachusetts or another mutually agreeable time and place. The deposition will be held before a Notary Public or other person authorized by law to administer oaths. The deposition will continue day to day until completed.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
mnoreika@mnat.com
(302) 658-9200

*Attorneys for Plaintiff*

OF COUNSEL:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

Maximilian A. Grant
Michael A. David
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC  20004
(202) 637-2200

August 7, 2008
2441719

# CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on August 7, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard Hermann, Esq.
>Mary Matterer, Esq.
>MORRIS JAMES

I also certify that copies were caused to be served on August 7, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL
and HAND DELIVERY:**

Richard Hermann, Esquire
Mary Matterer, Esquire
Morris, James, Hitchens & Williams
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

**BY ELECTRONIC MAIL:**

Patrick A. Lujin, Esquire
Shook Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

*/s/ Maryellen Noreika*
Maryellen Noreika (# 3208)
mnoreika@mnat.com