**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VENETEC INTERNATIONAL, INC.,<br><br>                       Plaintiff,<br><br>vs.<br><br>NEXUS MEDICAL, LLC,<br><br>                       Defendant. | Civil Action No. 07-CV-0057-MPT |

**NOTICE OF VIDEOTAPED DEPOSITION OF DR. GREGORY K. LEONARD**

      PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant NEXUS MEDICAL, LLC will take the deposition upon oral examination of DR. GREGORY K. LEONARD commencing at 9:00 a.m. on Wednesday, September 24, 2008 at the offices of Shook, Hardy & Bacon, Hamilton Square, 600 14th Street, Suite 800, Washington, D.C. 20005.

      The deposition will be recorded by stenographic means and will be videotaped.

Date: August 21, 2008

                                                                */s/ Richard K. Herrmann*
                                                                Richard K. Herrmann #405
                                                                Mary B. Matterer #2696
                                                                 Amy Arnott Quinlan #3021
                                                                MORRIS JAMES LLP
                                                                500 Delaware Avenue, Suite 1500
                                                                Wilmington, Delaware 19801-1494
                                                               Telephone:   302.888.6800
                                                               Facsimile:    302.571.1750
                                                               E-mail:        rherrmann@morrisjames.com

                                                              Patrick A. Lujin (Admitted *Pro Hac Vice*)
                                                              Robert T. Adams (Admitted *Pro Hac Vice*)
                                                              SHOOK, HARDY & BACON L.L.P.
                                                              2555 Grand Boulevard
                                                              Kansas City, Missouri 64108-2613
                                                              Telephone:   816.474.6550

- 2 -

        Peter A. Strand (Admitted *Pro Hac Vice*)
        SHOOK, HARDY & BACON L.L.P.
        Hamilton Square
        600 14th Square, NW, Suite 800
        Washington, D.C.  20005-2004
        Telephone:     202.783.8400

        Robert H. Reckers (Admitted *Pro Hac Vice*)
        SHOOK, HARDY & BACON L.L.P.
        JPMorgan Chase Tower
        600 Travis Street, Suite 1600
        Houston, Texas  77002-2911
        Telephone:     713.227.8008


        ATTORNEYS FOR DEFENDANT AND
        COUNTER-CLAIM PLAINTIFF
        NEXUS MEDICAL, LLC