## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NEXUS MEDICAL, LLC, <br><br> Defendant. | Civil Action No. 07-CV-0057-MPT |

### NOTICE OF VIDEOTAPED DEPOSITION OF TERRY N. LAYTON, PH.D.

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant NEXUS MEDICAL, LLC will take the deposition upon oral examination of TERRY N. LAYTON, PH.D. commencing at 9:00 a.m. on Tuesday, September 9, 2008 at the offices of Latham & Watkins, Sears Tower, Suite 5800, 233 So. Wacker Drive, Chicago, Illinois 60606.

The deposition will be recorded by stenographic means and will be videotaped.

Date: August 21, 2008

*/s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
Amy Arnott Quinlan #3021
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
Telephone:   302.888.6800
Facsimile:    302.571.1750
E-mail:         rherrmann@morrisjames.com

Patrick A. Lujin (Admitted *Pro Hac Vice*)
Robert T. Adams (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone:   816.474.6550

- 2 -

        Peter A. Strand (Admitted *Pro Hac Vice*)
        SHOOK, HARDY & BACON L.L.P.
        Hamilton Square
        600 14th Square, NW, Suite 800
        Washington, D.C.  20005-2004
        Telephone:    202.783.8400

        Robert H. Reckers (Admitted *Pro Hac Vice*)
        SHOOK, HARDY & BACON L.L.P.
        JPMorgan Chase Tower
        600 Travis Street, Suite 1600
        Houston, Texas  77002-2911
        Telephone:    713.227.8008


        ATTORNEYS FOR DEFENDANT AND
        COUNTER-CLAIM PLAINTIFF
        NEXUS MEDICAL, LLC