## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC., | : | |
| Plaintiff, | : : : | |
| v. | : : | C. A. No. 07-57-MPT |
| NEXUS MEDICAL, LLC, | : : : | |
| Defendant. | : | |

## ORDER

At Wilmington this **28th** day of **August, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, September 5, 2008 at 10:30 a.m.** with Magistrate Judge Thynge to address a discovery matter. **Richard K. Herrmann, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE