## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v.   : | C. A. No. 07-57-MPT |
| : | |
| NEXUS MEDICAL, LLC, : | |
| : | |
| Defendant. : | |

## **ORDER**

At Wilmington this **28th** day of **August, 2008**.

IT IS ORDERED that the time for the teleconference scheduled for Friday, September 5, 2008 with Judge Thynge to address a discovery matter has been changed from 10:30 a.m. to **11:15 a.m.  Richard K. Herrmann, Esquire shall initiate the teleconference call.**  The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE