**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No.: 07-057 MPT |
| NEXUS MEDICAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**(1)    EXPERT REBUTTAL REPORT OF JULIE E. SHOMO REGARDING ACCEPTABLE ALTERNATIVES TO THE PATENTED TECHNOLOGY OF THE VENETEC PATENTS PURSUANT TO RULE 26 (a)(2)(b);**

**(2)    EXPERT REBUTTAL REPORT OF WILLIAM R. LATHAM, PH.D.; and**

**(3)    EXPERT REBUTTAL REPORT OF WILLIAM H. HIRSCH REGARDING NEXUS' NON-INFRINGEMENT OF THE VENETEC PATENTS PURSUANT TO RULE 26 (a)(2)(b)**

were served on counsel listed below as indicated on the 29th day of August 2008:

Jack B. Blumenfeld (#1014)                                    *VIA EMAIL*
Maryellen Noreika (#3208)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801

Steven C. Cherny                                                   *VIA EMAIL*
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

Maximilian A. Grant                                               *VIA EMAIL*
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004

Dated:  August 31, 2008

    */s/ Richard K. Herrmann*

Richard K. Herrmann #405
Mary B. Matterer #2696
Amy Arnott Quinlan #3021
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
rherrmann@morrisjames.com

*ATTORNEYS FOR DEFENDANT AND
COUNTERCLAIM-PLAINTIFF
NEXUS MEDICAL, LLC*