## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENETEC INTERNATIONAL, INC., | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 07-57-MPT |
| NEXUS MEDICAL, LLC, | : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this **2nd** day of **September, 2008**.

IT IS ORDERED that the teleconference scheduled for Friday, September 5, 2008 at 11:15 a.m. with Judge Thynge to address a discovery matter is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE