IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-57 (MPT) |
| ) | |
| NEXUS MEDICAL, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Rebuttal Expert Report of Dr. Terry N. Layton, Ph.D.* were caused to be served on August 29, 2008 upon the following in the manner indicated:

Richard Herrmann, Esquire                                    *VIA ELECTRONIC MAIL*
Mary Matterer, Esquire
MORRIS JAMES
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Patrick A. Lujin, Esquire                                    *VIA ELECTRONIC MAIL*
SHOOK HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Maryellen Noreika* |
| | _____ |
| | Jack B. Blumenfeld (#1014) |
| | Maryellen Noreika (#3208) |
| | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899-1347 |
| | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| | mnoreika@mnat.com |
| | *Attorneys for Plaintiff* |
| | *Venetec International, Inc.* |

*Of Counsel*:

Steven C. Cherny
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

Maximilian A. Grant
Michael A. David
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004
(202) 637-2200

September 2, 2008

2

**CERTIFICATE OF SERVICE**

I, hereby certify that on September 2, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard Hermann, Esquire
> Mary Matterer, Esquire
> MORRIS JAMES

I also certify that copies were caused to be served on September 2, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**
**and HAND DELIVERY**

Richard Hermann, Esquire
Mary Matterer, Esquire
MORRIS JAMES
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

Patrick A. Lujin, Esquire
SHOOK HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

/s/ Maryellen Noreika
―――――――――――――
Maryellen Noreika (#3208)