IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENETEC INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. No. 07-57 (MPT) |
| v. ) | |
| ) | |
| NEXUS MEDICAL, LLC ) | |
| ) | |
| Defendant. ) | |

### RE-NOTICE OF DEPOSITION OF MARVIN GORDON

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiff Venetec International, Inc. will take the deposition of Marvin Gordon by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 8:30 a.m. on September 18, 2008, at The Westin Princeton at Forrestal Village, 201 Village Boulevard, Princeton, NJ 08540. The deposition will be held before a Notary Public or other person authorized by law to administer oaths. The deposition will continue day to day until completed.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

---

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
mnoreika@mnat.com
(302) 658-9200

*Attorneys for Plaintiff*

*Of Counsel*:

Steven C. Cherny
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

Maximilian A. Grant
Michael A. David
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004
(202) 637-2200

September 8, 2008
2477547

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on September 8, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard Hermann, Esquire
>Mary Matterer, Esquire
>MORRIS JAMES LLP

I also certify that copies were caused to be served on September 8, 2008 upon the following in the manner indicated:

**VIA ELECTRONIC MAIL**
**and HAND DELIVERY**

>Richard Hermann, Esquire
>Mary Matterer, Esquire
>MORRIS JAMES LLP
>500 Delaware Avenue
>Suite 1500
>Wilmington, DE 19801

**VIA ELECTRONIC MAIL**

>Patrick A. Lujin, Esquire
>SHOOK HARDY & BACON L.L.P.
>2555 Grand Boulevard
>Kansas City, MO 64108

*/s/ Maryellen Noreika*

Maryellen Noreika (# 3208)
mnoreika@mnat.com